**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-16-JJF |
| v. | ) ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of D. Dudley Oldham, Robert S. Harrell and Richard S. Zembek of Fulbright & Jaworski L.L.P., 1301 McKinney, Suite 5100, Houston, TX 77010 and Dan D. Davison of Fulbright & Jaworski, L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, TX 75201 to represent defendants Interdigital Communications Corporation and Interdigital Technology Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, Delaware 19801
Telephone: (302) 984-6000

Dated: February 25, 2005
669961

*Attorneys for Defendants Interdigital Communications Corporation and Interdigital Technology Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 3/1/05              _____
                          United States District Judge