IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-16-JJF |
| v. | ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

This Court, having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3), Opening Brief in Support of Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3), any responses and replies thereto, any exhibits and appendices filed in connection with said pleadings, and any arguments of counsel, is of the opinion that Defendants' Motion to Dismiss should be and is hereby in all things GRANTED.

It is, therefore, ORDERED that Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3) is hereby GRANTED.

It is further ORDERED that any and all of Plaintiffs Nokia Corporation's and Nokia, Inc.'s claims against Defendants InterDigital Communications Corporation and InterDigital Technology Corporation are hereby dismissed.

It is further ORDERED that Plaintiffs Nokia Corporation and Nokia, Inc. shall pay Defendants InterDigital Communications Corporation and InterDigital Technology Corporation all attorney's fees and costs that said defendants have reasonably incurred in the above-referenced case.

SIGNED ON _____, 2005.

_____
United States District Judge