IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>Defendants. | Civil Action No. 05-16 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that briefing on Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1), 12(B)(6) and 12(H)(3) (D.I. 10) shall proceed according to the following schedule:

(1)  Plaintiffs' Answering Brief -- to be filed by April 28, 2005

(2)  Defendants' Reply Brief -- to be filed by May 12, 2005

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| /s/  Jack B. Blumenfeld (#1014)<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>Attorneys for Plaintiffs | /s/ David E. Moore (#3983)<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>Attorneys for Defendants |

SO ORDERED this _____ day of March, 2005

_____
United States District Court Judge