N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>Defendants. | No. 05-16-JJF |

### DECLARATION OF JUSSI NUMMINEN IN SUPPORT OF NOKIA'S OPPOSITION TO INTERDIGITAL'S MOTION TO DISMISS

I, Jussi Numminen, pursuant to 28 U.S.C. § 1746, declare and say as follows:

1. My name is Jussi Numminen. I presently hold the title Principal Technologist for Nokia Corporation in Salo, Finland.

2. I understand this declaration will be submitted in support of Nokia's Opposition to Defendants' Motion To Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1), 12(B)(6) and 12(H)(3). Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration.

**3G Wireless Standards**

3. I understand there are two 3G wireless standards that will be used in the United States after 2006 that are of interest to this litigation: Wideband Code Division Multiple Access ("WCDMA") and CDMA2000. While a GSM/EDGE TDMA based system is sometimes considered to be a 3G system, I understand it is not at issue in this litigation.

**The WCDMA Standard**

4. WCDMA is sometimes referred to as Universal Mobile Telecommunications System or UMTS.

5. The first successful 3G WCDMA call through a public network was performed by Nokia in February of 1999. Attached hereto as Exhibit A is a true and correct copy of a press release announcing that event.

6. Since then, WCDMA networks have been adopted in Europe and Asia. As of January 1, 2005, there were approximately 16 million WCDMA subscribers worldwide.

7. One anticipated upgrade to the WCDMA standard that may be implemented in the United States during 2006 is High Speed Downlink Packet Access ("HSDPA").

8. Release 5 of the WCDMA standard is completed such that commercial products are under development in compliance with this standard. While future WCDMA specification releases may contain additional functionality, it is anticipated that commercial products introduced in 2007 will be backwards compatible with release 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of April, 2005.

_____
Jussi Numminen

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on April 28, 2005 I electronically filed Declaration of Jussi Numminen in Support of Nokia's Opposition to Interdigital's Motion to Dismiss with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on April 28, 2005 upon the following in the manner indicated:

BY HAND

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

BY FEDERAL EXPRESS

> D. Dudley Oldham
> Fulbright & Jaworski
> 1301 McKinney
> Suite 5100
> Houston, TX 77010

/s/   Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com