# EXHIBIT A



Nokia.com

SITE HOM

Search

Home  Phones  Digital TV  Shop  Support  Business  Government  Operators  Developers  Investors  **About Company**  Financials  Environment  Social  Press  Careers  Research & Venturing  Contacts

## Press Releases

Press

- Press Releases
- Search
- Subscribe
- Unsubscribe
- Press Calendar
- Press Contacts
- Press Packet
- Photos
- Events
- White Papers

### Nokia completes the world's first 3rd Generation WCDMA calls through the Public Network
February 09, 1999

Nokia achieved a landmark success in the development of third generation technology, with the completion of the first WCDMA (Wideband Code Division Multiple Access) call through the Public Switched Telephone Network.

The full system calls were made from Nokia's test network in Finland, using a third generation WCDMA terminal, WCDMA base station subsystem and Nokia GSM Mobile Switching Centres, connected to the PSTN - making it possible to complete WCDMA calls on any public phone.

"This is a major milestone in the development of Nokia's third generation technologies, it is the first call of this kind in the world," says Eero Vallström, Vice President, WCDMA Radio Access Systems, Nokia Telecommunications. "It underlines that WCDMA technology based on the evolved GSM core network offers a superior solution for future. Nokia continues to be a front-runner in the development of third generation technology and by extending WCDMA to the Public Switched network, this adds a boost to the progress of third generation, globally."

"With Nokia's strong commitment to WCDMA and proven expertise in wireless technologies, we aim to be among the first manufacturers to supply commercial WCDMA infrastructure and terminals in Japan and Europe during 2001."

Last year, Nokia successfully completed the first trial call with a Nokia-made WCDMA terminal on NTT DoCoMo's experimental system. The call was made at Nokia's R&D unit in Yokosuka Research Park, Japan.

Nokia has been developing 3rd generation technologies since the early 1990's for standardisation in Europe, Japan and the USA. The company started the development of a WCDMA test bed in 1992 and demonstrated the viability of WCDMA for multimedia applications at its fully operational test bed at 1996.

Nokia is the world's leading mobile phone supplier and a leading supplier of mobile and fixed telecom networks including related customer services. Nokia also supplies solutions and products for fixed and wireless datacom, as well as multimedia terminals and computer monitors. In 1998, net sales totaled FIM 79.2 billion (USD 15.7 billion, EUR 13.3 billion). Headquartered in Finland, Nokia is listed on five European Stock Exchanges and on the New York Stock Exchange (NOK.A), has sales in over 130 countries and employs more than 44,000 people worldwide.

Contact information:
Ms Arja Suominen, Vice President, Communications
Nokia Telecommunications
Tel: (Int.) + 358 9 5113 8193
Fax: (Int.) + 358 9 5113 8199

Home | Phones | Digital TV | Business | Operators | Developers | Shop | Support | Investors | About Nokia
Club Nokia | Forum Nokia | Careers

© Nokia 2004. Site Terms | Privacy Policy