# EXHIBIT B



SITE HOM

Nokia.com

Search

Home  Phones  Digital TV  Shop  Support  Business  Government  Operators  Developers  Investors  **About**

**Company**  Financials  Environment  Social  Press  Careers  Research & Venturing  Contacts

# Press Releases

Press

Press Releases
Search
Subscribe
Unsubscribe
Press Calendar
Press Contacts
Press Packet
Photos
Events
White Papers

### Cingular and Nokia Extend Strategic Relationship
December 01, 2004

*Atlanta* -Cingular Wireless LLC and Nokia (NYSE: NOK) today announced several commercial agreements covering a comprehensive portfolio of Nokia network equipment, software and services that defines and sustains the companies' business framework in the coming years. Nokia also announced its commitment to deliver UMTS handsets to Cingular in 2005.

Cingular's GSM and EDGE networks will be instrumental for the success of Cingular's third generation (3G) network. To ensure the smooth integration of networks, Cingular has awarded Nokia a two-year contract extension for GSM/EDGE network equipment, software and services. Under the extension, Nokia will provide Cingular with next-generation GSM/EDGE radio and core, packet core, 3GPP Release 4 switching architecture equipment, and High Capacity High Coverage (HCHC) base stations designed specifically for Cingular, which deliver higher integration in the same footprint.

As a strategic handset provider to Cingular, Nokia has committed to deliver UMTS handsets for commercial deployment by Cingular in the fourth quarter of 2005. Nokia is one of very few wireless equipment vendors that can offer Cingular true end-to-end solutions, from network equipment, to mobile devices to mobile software and applications. Nokia anticipates positive momentum in the North American mobile device market going in to 2005, and looks forward to providing Cingular with GSM/EDGE and UMTS devices.

"Cingular intends to maintain and build upon our position as the premier mobile operator in America, and Nokia clearly is an important strategic supplier in this endeavor," said Kris Rinne, chief technical officer for Cingular Wireless. "These agreements further solidify the relationship between Cingular and Nokia as we continue to enhance our GSM/EDGE network and prepare for wireless broadband capability in the near future."

"Nokia has emerged as a global leader in both UMTS and GSM/EDGE networks. We are very pleased to continue our broad business relationship with Cingular and bring with us our global infrastructure expertise," said Mark Louison, senior vice president, Networks, North America, Nokia. "These agreements enable Nokia to continue to play a key role supporting Cingular's GSM/EDGE/UMTS technology path. We are effectively positioned to serve Cingular's needs in all of these technologies in the North American wireless market in the coming years."

Nokia has worked with Cingular since the carrier's inception, beginning with providing terminal devices. In 2001, the relationship expanded to include network equipment. Nokia now supplies a significant share of Cingular's GSM/EDGE, multimedia messaging, packet and circuit switch core networks.

**About Nokia**
Nokia is a world leader in mobile communications, driving the growth and sustainability of the broader mobility industry. Nokia connects people to each other and the information that matters to them with easy-to-use and innovative products like mobile phones, devices and solutions for imaging, games, media and businesses. Nokia provides equipment, solutions and services for network operators and corporations. www.nokia.com

**Media Inquiries:**

Nokia Americas
Media Relations
Tel: +1 972 894 4573
Email: communication.corp@nokia.com

Nokia
Communications
Tel: +358 7180 34900
Email: press.office@nokia.com

www.nokia.com

Home | Phones | Digital TV | Business | Operators | Developers | Shop | Support | Investors | About Nokia
Club Nokia | Forum Nokia | Careers

© Nokia 2004. Site Terms | Privacy Policy