# EXHIBIT C

NOKIA
CONNECTING PEOPLE

Select a location
Nokia.com

Search

Home Phones Digital TV Shop Support Business Government Operators Developers Investors About
Mobile Operators & Service Providers | Broadband Operators | Technologies | References

Mobile Operators & Service Providers

- Mobile Entry
- Mobile Networks
  - GSM GPRS EDGE
  - WCDMA
    - Radio Access Network
    - Circuit Core
    - Packet Core
    - Intelligent Content Delivery
    - IP Multimedia Subsystem
    - Operations Support Systems
    - Services for operators
  - Intelligent Edge
  - Transport
  - Operations Support Systems
  - Wireless LAN
  - All-IP Vision
  - TETRA
- Service Enablers
- Operations Solutions
- Services for Operators

# WCDMA

**Nokia is dedicated to building** a successful Mobile World. GPRS has already made it simpler and cheaper for subscribers to access new content and services, which operators can implement more rapidly. WCDMA brings much faster and easier access to existing services and enables development of a wealth of new exciting applications. Subscribers can, for example, enhance a mobile voice call with online live video, or surf the Web while simultaneously speaking on the phone.

For operators, WCDMA means high and cost-effective capacity, as well as flexible tools for tariffing and delivering services through Nokia's advanced WCDMA QoS (Quality of Service) mechanisms and Service Aware Packet Core features.

With Nokia, operators can deploy a complete WCDMA 3G system with the lowest cost of ownership. What's more, 2G operators can build WCDMA 3G capability on top of their existing GSM network using a common circuit and packet core network, operating support system and service platforms. This true convergence of 2G and 3G means lower capital, implementation and operation costs. And, as WCDMA terminals commonly have GSM support from day one, it provides efficient interworking between 2G and 3G, resulting in lower initial investment.

Nokia is committed to evolving WCDMA to achieve even greater efficiency with features like HSDPA (High Speed Downlink Packet Access), which will boost radio access efficiency just like EDGE has done for GSM. Network capacity will be further increased and service access and delivery will be considerably faster.

For more information, please, see
The Total Solution for 3G Profits with Nokia WCDMA brochure (PDF file, 2,2 MB)
Creating winning mobile services brochure (PDF file, 427 KB)
Business benefits of WCDMA technology white paper (PDF file, 783 KB)
Radio Network Evolution - The roadmap towards multi-access networks white paper (PDF file, 516 KB)

Read more about related technologies:
WCDMA
HSDPA
GPRS

Extranet Servi
Network's Cus

- Read more abo solution in Dial
- Get More Info!
- New User?
- Forgot Your Pa

Related Inform

- Downloadable
- FAQ
- Standards
- Network Evolut
- Open Networks

Useful Links

- Customer Refe
- Press Room
- Contact Nokia
- Subscribe to N Horizons news

Home | Phones | Digital TV | Shop | Support | Business | Government | Operators | Developers | Investors | About N
Club Nokia | Forum Nokia | Careers

© Nokia 2005. Site Terms | Privacy Policy

.

# EXHIBIT D



Select a location
**Nokia.com**

Search [............]

Home  **Phones**  Digital TV  Shop  Support  Business  Government  Operators  Developers  Investors  About

**Phone Models**  Enhancements  Imaging  Entertainment  Technologies  Club Nokia  Newsletter

**Phone Models**

**Europe, Middle East, Africa**

**NOKIA 6630**

⇒ Main Page
Phone Features
Spotlight
Video
Phone Demo
Enhancements
Applications
Support and Software for Owners
FAQ
Product Legal Notices



New Generation. New Power.
The Nokia 6630 smartphone. Imaging has never moved so fast.

Aluminium Grey

Look Closer

⤑ Accelerated

3 G

⤑ Experience th

**Nokia 6630 Imaging Smartphone**

- Broadband speed with WCDMA and EDGE
- 1.3 megapixel camera sensor, effective resolution 1.23 megapixels for image capture (1280 x 960 pixel resolution)
- 6x smooth digital zoom and sequence mode
- 10 MB internal dynamic memory with hot swap and 64 MB MultiMediaCard (MMC)
- Video recording time up to 1 hour per clip
- Web browser with improved HTML support
- Print photos directly at home, at the office, at retail kiosks, or use online printing services

⤑ View All Phone Features    ⤑ Compare All Business Phones

**Phone Finder**
⤑ View All Phone

⤑ Compare Phon
   View and comp
   phones side-by
⤑ Glossary

**Store Locator**
⤑ Find the Store l

**Nokia Connec**
⤑ The latest Noki
   your inbox. Sub

**Boost Your Phone**


Nokia Video Call Stand PT-8
See who you're talking to


Use your head. Use both hands.
See the latest Wireless Headsets and Car Solutions

**Club NOKIA**
Join and enjoy th
www.nokia.com/

**Support and Software for Owners**


Nokia 6630 Support
Set up your phone, learn how to use it, and enjoy free downloads, including Nokia PC Suite

Home | **Phones** | Digital TV | Shop | Support | Business | Government | Operators | Developers | **Investors** | **About N**
Club Nokia | Forum Nokia | Careers
© Nokia 2005. Site Terms | Privacy Policy

# EXHIBIT E



NOKIA
CONNECTING PEOPLE

Select a location

**Nokia.com**

Search [      ]

Home  **Phones**  Digital TV  Shop  Support  Business  Government  Operators  Developers  Investors  About

**Phone Models**  Enhancements  Imaging  Entertainment  Technologies  Club Nokia  Newsletter

Phone Models

**Europe, Middle East, Africa**

NOKIA
7600

Main Page
➤➤ Phone Features
   Express!
   Connect!
Spotlight
Phone Demo
Enhancements
Personalize
Support and Software for Owners
FAQ
Product Legal Notices



# Nokia 7600 Phone Features

**What's New**

Compact. Unconventional. Cutting edge. The Nokia 7600 imaging phone is guaranteed to raise a few eyebrows - with an array of consummate features wrapped in a look that's decidedly astounding.

It's got a camera with video clip capture and play, fast WCDMA data download, streaming*, music player, and changeable Nokia Xpress-on™ sleeves - all designed to let you reshape your world.

Learn more about how to Express! and Connect! with the Nokia 7600 imaging phone.

*Please note that the streaming functionality in the Nokia 7600 phone is an operator dependent feature and requires network support.

**See How It Works**



Explore the features of the Nokia 7600 phone with an Interactive Tutorial >> **
(Opens in a new window, requires Macromedia Flash Player)

**Key Features**

- Digital VGA camera & video recorder for video clips up to 50 minutes long
- 65,536 color display
- WCDMA/GSM 900/1800 Dual Mode **
- Multimedia messaging
- Music player for MP3 and AAC files
- XHTML browser
- Multimedia Player
- Gallery - multimedia file storage
- Bluetooth wireless technology, IR and USB connectivity
- JAVA MIDP
- Music files as ring tones
- Xpress-on™ Sleeves with new materials

** WCDMA and GSM 900/1800 networks. Nokia 7600 may be supplied preset to GSM 900/1800 mode only. For switching between bands and modes please see

Shopper Assist
➤ View All Phones
➤ Compare Phone
➤ Store Locator

the user's guide.

**Full Specifications**

**Dual Mode Operation**
- WCDMA and GSM 900/1800 networks
- Automatic switching between bands and modes

**Size**
- Weight: 123 g (with Lithium Battery)
- Dimensions: 87 mm x 78 mm x 18.6 mm, 103 cc

**Display and User Interface**
- Bright active matrix TFT color display
- 65,536 colors
- 128x160 pixels
- Graphical user interface
- Built-in HF for speech, music, and polyphonic ringing tones
- Three soft keys plus scroll key

**Integrated Digital VGA Camera**
- Image/video resolution: 640x480/128x96
- Self-time function (10 sec)
- Video capture up to 15 frames per second
- Phone display used as a viewfinder
- 30 MB internal dynamic memory for contacts, video clips, images, tones, messages, music files, add -on applications, calendar, and to-do notes.
- Dedicated camera key for instant capturing of still images or videos

**Digital Music Player**
- Digital Music Player for MP3 and AAC files
- Music file download over-the-air or from a combatible PC via Nokia Audio Manager which is included in Nokia PC Suite
- Listen with stereo headset or through internal loudspeaker
- MP3 and AAC files as ringing tones

**High-Speed Data**
- Up to 57.6 kilobits per second in circuit-switched data networks
- Up to 384 kilobits per second (downlink) and 64 kilobits per second (uplink) in WCDMA packet transmission networks
- Multitasking: Take and send pictures while you talk

**Connectivity**
- Infrared
- Bluetooth wireless technology
- USB with Pop-Port™
- Wireless phone connection to a compatible PC
- Send/receive pictures, video clips, graphics

**Messaging**
- Combine video/picture, text, and voice into multimedia messages
- Embedded e-mail client
- Concatenated text messages, picture messaging

**Voice Features**
- Voice dialing
- Voice recorder
- Integrated handsfree speaker

**Browsing**
- Advanced XHTML browser
- WAP 2.0 over GPRS data in both GSM and WCDMA modes

**Video Services**
- Video clip download up to 30 MB
- 3GPP Streaming*

## Applications

- Pre-installed Java™ based games and applications
- Downloadable Java™ applications, maximum download size 348kB per application

## Software

- PC Suite for Nokia 7600 phone in sales package
- Nokia Audio Manager for music file transfer from a compatible PC is included in PC suite for Nokia 7600 phone

## Sales Package Contents

- Nokia 7600 imaging phone (NMM-3)
- Li-ion Battery Cell (BL-5C)
- Travel Charger (ACP-12)
- Fashion headset (HS-3)
- Connectivity cable (DKU-2)
- Wrist strap (CP-10)
- Pouch (CP-15)
- CD-ROM ***
- User's Guide

*** Nokia Audio Manager included in PC suite on the CD-ROM.

## Power Management

| Battery | Capacity | Talk time | Standby |
|---------|----------|-----------|---------|
| BL-5C | 850 mAh Li-Ion | Up to 1.8 - 2.9 hrs (WCDMA) Up to 3.0 - 4.0 hrs (GSM) | Up to 7 - 12.5 days (GSM and WCDMA) |

*Please note that the streaming functionality in the Nokia 7600 is an operator dependent feature and requires network support.

Certification Information (SAR) >>
Eco Declaration >>

** Please note that this tutorial does not replace the User's Guide for this product. Always read the entire User's Guide for important safety information that may not be included in this tutorial.