# EXHIBIT I

White Paper



# Nokia HSDPA Solution



NOKIA
CONNECTING PEOPLE



# Contents

Executive summary                                              3

HSDPA air interface, a major evolutionary step                4

HSDPA enhanced data rates and spectrum efficiency             4
Adaptive Modulation and Coding                                4
Fast scheduling                                               4
Fast retransmissions                                          5
Time Multiplexed Channel for efficient radio resource utilization   5
HSDPA Performance                                             5

Nokia HSDPA system implementation                             6

Key benefits of the Nokia HSDPA solution                      6
HSDPA will optimize the network to enable
lower production cost per bit                                  6
HSDPA will improve the perceived value of user services       6

Glossary                                                      7

White Paper 

# Executive summary

The volume of IP-based traffic has already exceeded that for circuit-switched traffic in most fixed networks. The same change will happen in mobile networks as new IP-based mobile services become available and are used by more people in their daily communications.

Current estimates show that, in advanced mobile communication markets, packet-switched traffic will overtake circuit-switched traffic in the near future. Delivery of digital content over mobile networks as well as IP-based person-to-person communication that combines different media and services into a single session, will generate additional traffic and revenue. The growth in data bits used in communications will exceed the growth in revenue, driving operators to optimize their networks to support the dominant traffic type.

HSDPA, High Speed Downlink Packet Access, offers breakthrough data speeds – up to five times (10 Mbps) higher than is possible in the most advanced 3G networks – as well as two-fold base station capacity. For end-users this means shorter service response times and less delay.

Meanwhile, operators will be able to offer advanced services at lower costs and with increased profitability. As the Nokia HSDPA solution is fully backwards compatible with current Nokia WCDMA networks, it is a cost-effective way to upgrade existing infrastructure. By providing higher quality and capacity it will help to drive up the consumption of data-intensive services, bringing operators more revenue. HSDPA offers by far the highest performance at the lowest cost, enabling real mass-market mobile IP multimedia.

HSDPA is based on WCDMA evolution, standardized as part of 3GPP Release 5 WCDMA specifications. The new modulation method of HSDPA greatly improves the peak data rate and throughput, which enhances spectral efficiency. In addition to these benefits, users will perceive faster connections to services through shorter round trip times.

As a result of these enhancements, operators using HSDPA will be able to support considerably higher numbers of high data rate users on a single radio carrier than is possible with any existing 3G technology.

White Paper

# HSDPA air interface, a major evolutionary step

The WCDMA air interface has been standardized by the 3rd Generation Partnership Project (3GPP) as a radio transport medium for global mobile communication systems.

Consequently, the first versions of the 3GPP air interface specifications enabled superior user data rates and system throughput capacities compared to any 2nd generation mobile communication standard. The WCDMA system's adaptability enables a new and significant evolutionary step in packet data access: the Nokia HSDPA Solution. HSDPA is standardized in 3GPP Release 5.



Figure 1. HSDPA

# HSDPA enhanced data rates and spectrum efficiency

HSDPA improves system capacity and increases user data rates in the downlink direction, that is, transmission from the radio access network to the mobile terminal. This improved performance is based on:
1) adaptive modulation and coding
2) a fast scheduling function, which is controlled in the base station (BTS), rather than by the radio network controller (RNC).
3) fast retransmissions with soft combining and incremental redundancy

### Adaptive Modulation and Coding

Link adaptation in HSDPA is the ability to adapt the modulation scheme and coding according to the quality of the radio link. The spreading factor remains fixed, but the coding rate can vary between 1/4 and 3/4. The HSDPA specification supports the use of 5, 10 or 15 multicodes. Link adaptation ensures the highest possible data rate is achieved both for users with good signal quality (higher coding rate), typically close to the base station, and for more distant users at the cell edge (lower coding rate).

### Fast scheduling

Scheduling of the transmission of data packets over the air interface is performed in the base station based on information about the channel quality, terminal capability, QoS class and power/code availability. Scheduling is fast because it is performed as close to the air interface as possible and because a short frame length is used.

NOKIA

## Fast retransmissions

Should link errors occur, caused for example by interference, the mobile terminal rapidly requests retransmission of the data packets. In current WCDMA networks, these requests are processed by the RNC. In HSDPA, the request is processed in the base station, providing the fastest possible response. In addition to fast retransmissions, incremental redundancy is also used. This technique selects correctly transmitted bits from the original transmission and the retransmission to minimize the need for further repeat requests when multiple errors occur in transmitted signals.

## Time Multiplexed Channel for efficient radio resource utilization

The WCDMA system normally carries user data over dedicated transport channels, or DCHs, which brings maximum system performance with continuous user data. The DCHs are code multiplexed onto one RF carrier. In the future, user applications are likely to involve the transport of large volumes of data that will be bursty in nature and require high bit rates.

HSDPA introduces a new transport channel type, High Speed Downlink Shared Channel (HS-DSCH) that makes efficient use of valuable radio frequency resources and takes into account bursty packet data.

This new transport channel shares multiple access codes, transmission power and use of infrastructure hardware between several users. The radio network resources can be used efficiently to serve a large number of users who are accessing



Figure 2. Channel sharing

bursty data. To illustrate this, when one user has sent a data packet over the network, another user gets access to the resources and so forth. In other words, several users can be time multiplexed so that during silent periods, the resources are available to other users. Figure 2 shows a simplified explanation of the principle of sharing a common transport channel.

## HSDPA Performance

HSDPA offers maximum peak rates of up to 10 Mbps in a 5 MHz channel. However, more important than the peak rate is the packet data throughput capacity, which is improved significantly. This increases the number of users that can be supported at higher data rates on a single radio carrier.

Another important characteristic of HSDPA is the reduced variance in downlink transmission delay. A guaranteed short delay time is important for many applications such as interactive games. In general, HSDPA's enhancements can be used to implement efficiently the 'interactive' and 'background' Quality of Service

(QoS) classes standardized by 3GPP. HSDPA's high data rates also improve the use of streaming applications on shared packet channels, while the shortened roundtrip time will benefit web-browsing applications.

NOKIA

White Paper

# Nokia HSDPA system implementation

A key attribute of Nokia's WCDMA infrastructure is its flexibility for future upgrades. New features, some of which were in the earliest stages of standardization at the time of the system specification, have been taken into account in the Radio Access Network architecture and system design. This proactive approach enables Nokia to implement HSDPA with simple upgrades to its current RAN platforms.

The Nokia HSDPA Solution is also fully backwards compatible with 3GPP release '99 WCDMA, allowing HSDPA to be introduced into networks gradually. Both release '99 and HSDPA capable terminals can share the same radio carriers.

# Key benefits of the Nokia HSDPA solution

**HSDPA will optimize the network to enable lower production cost per bit**

Nokia HSDPA Solution will:
• improve the WCDMA network's packet data capacity
• enhance spectral efficiency
• use RAN hardware efficiently
• enable cost-effective network implementation

Consequently, network operators that implement HSDPA will achieve a lower delivery cost per bit.

**HSDPA will improve the perceived value of user services**

For the user, the Nokia HSDPA solution means:
• higher data rates
• shorter service response time
• better availability of services

Consequently, users will experience better quality of service.



*Figure 3. HSDPA benefits*

**NOKIA**

# Glossary

| | |
|---|---|
| **3GPP** | Third Generation Partnership Project |
| **BTS** | Base Station |
| **DCH** | Dedicated Channel (transport channel) |
| **HS-DSCH** | High Speed Downlink Shared Channel |
| **HSDPA** | High Speed Downlink Packet Access |
| **HW** | Hardware |
| **IP** | Internet Protocol |
| **MS** | Mobile Station |
| **PS** | Packet Switched |
| **QoS** | Quality of Service |
| **RAN** | Radio Access Network |
| **RNC** | Radio Network Controller |
| **SW** | Software |
| **WCDMA** | Wideband Code Division Multiple Access |

The contents of this document are copyright © 2003 Nokia. All rights reserved. A license is hereby granted to download and print a copy of this document for personal use only. No other license to any other intellectual property rights is granted herein. Unless expressly permitted herein, reproduction, transfer, distribution or storage of part or all of the contents in any form without the prior written permission of Nokia is prohibited.

The content of this document is provided "as is", without warranties of any kind with regards its accuracy or reliability, and specifically excluding all implied warranties, for example of merchantability, fitness for purpose, title and non-infringement. In no event shall Nokia be liable for any special, indirect or consequential damages, or any damages whatsoever resulting form loss of use, data or profits, arising out of or in connection with the use of the document. Nokia reserves the right to revise the document or withdraw it at any time without prior notice.

Nokia and Nokia Connecting People are registered trademarks of Nokia Corporation. Nokia product names are either trademarks or registered trademarks of Nokia. Other product and company names mentioned herein may be trademarks or trade names of their respective owners.

Nokia code: 11115
0403 LBX6
Copyright © 2003 Nokia. All rights reserved. Nokia and Nokia Connecting People are registered trademarks of Nokia Corporation.
Other product and company names mentioned herein may be trademarks or trade names of their respective owners.
Products are subject to change without notice.

NOKIA CORPORATION
Nokia Networks
P.O. Box 300
FIN-00045 NOKIA GROUP, Finland
Phone: +358 (0) 7180 08000
www.nokia.com



# EXHIBIT J

Case 1:05-cv-00016-JJF Document 19-7 Filed 04/28/2005 Page 11 of 25



*We never stop working for you.®*

## On-Demand In The Palm Of Your Hand: Verizon Wireless Launches "VCAST" – Nation's First And Only Consumer 3G Multimedia Service

*VCAST Delivers Video and 3-D Games Straight to Consumers on Ultra-cool 3G Handsets*

**Media Contact Info**

Jeffrey Nelson
Jeffrey.Nelson@VerizonWireless.com
908-306-4824

01/07/2005

**LAS VEGAS, NV** — Imagine the future of wireless: crystal clear video on-demand, live-action 3-D games, news, sports, entertainment, music videos and much more in the palm of your hand. Verizon Wireless delivered the future of wireless today from the Consumer Electronics Show in Las Vegas when senior Verizon Wireless executives announced the company is launching VCAST – the nation's first third-generation (3G) wireless multimedia service for consumers – beginning February 1, 2005. VCAST will bring high-quality video, 3-D games and music straight to new 3G phones that will run on the Verizon Wireless broadband EV-DO (Evolution-Data Optimized) 3G network, delivering the fastest, most widely-available fully-mobile wireless data experience in the nation today.



Click to download

"3G is here – we are delivering true 3G services to our customers; this is not a plan for services on the horizon, this is about now," said Denny Strigl, president and chief executive officer of Verizon Wireless.

Starting February 1, Verizon Wireless customers will be able to use new handsets to access VCAST's video on-demand service, viewing current news, weather, sports and entertainment programming. They will also be able to download and play cutting-edge three-dimensional games on powerful new handsets. Customers will also be able to watch music videos and short programs specifically designed for mobile phones and other video applications on their handsets.

"With the launch of VCAST, Verizon Wireless is building on its reputation for providing the most reliable and exciting wireless experience in the U.S. VCAST establishes the gold standard for consumer wireless multimedia services," continued Strigl. "This multi-functional service is so entertaining and informative, so timely and cutting edge, that it gives our customers another dimension to their wireless service."

When the service is available on February 1, customers can expect video and games from a variety of familiar and popular sources, such as MTV Networks' VH1 and Comedy Central brands. A relationship with News Corp. and 20th Century Fox will bring Verizon Wireless customers hot exclusive programs – "24: Conspiracy," "Sunset Hotel" and "Love & Hate" – specifically designed for mobile phones. A broad offering of content will also be available from NBC, including newscasts made exclusively for mobile phones.

VCAST will be accessed through the award-winning Get It Now® virtual store found on Verizon Wireless handsets.

"With VCAST, we have put together a comprehensive package of multimedia services for consumers that will be immediately available at launch," said John Stratton, Verizon Wireless vice president and chief marketing officer. "This robust offering in the marketplace will take wireless to a new level, offering Verizon Wireless customers a wealth of news, sports and entertainment programming in the palm of their hands at an affordable price."

Case 1:05-cv-00016-JJF Document 19-7 Filed 04/28/2005 Page 12 of 25

**EV-DO 3G Network Expansion**
VCAST runs on the Verizon Wireless 3G EV-DO network, which began commercial operation in October 2003 in San Diego and Washington, D.C. The Verizon Wireless 3G EV-DO network initially launched commercially with BroadbandAccess wireless Internet access service for business customers and mobile professionals. BroadbandAccess boasts average user speeds of 300-500 kilobits per second (kbps), and enables users to remain productive and connected whether they're at home, a meeting across town or on the road. BroadbandAccess customers can connect via laptop to the Internet, corporate intranet, email and attachments all at high speed.

"When we announced the rollout plans for the Verizon Wireless 3G network one year ago at last year's Consumer Electronics Show, we said we would deploy the technology in areas covering 75 million people, or one-third of our network, in the United States by the end of 2004. Promise made, promise kept," said Dick Lynch, Verizon Wireless executive vice president and chief technical officer, in announcing new metropolitan areas to the 3G network coverage area.

In addition to 20 previously launched metropolitan areas, the company today announced 12 additional markets: Chicago; Houston; Boston; Phoenix; Cincinnati; Orlando; Columbus and Dayton, OH; Providence, RI; Jacksonville, FL; Hartford and New Haven, CT. Major expansions have been made in many existing 3G markets, including New York City; Newark, NJ; Los Angeles; Philadelphia; Atlanta; Miami, Tampa and West Palm Beach, FL; Baltimore, MD; Kansas City, MO; and Milwaukee, WI areas.

*(EDITORS: A complete list of markets follows this news release.)*

"Today, another promise," said Dick Lynch. "We will deploy our 3G network – our BroadbandAccess and VCAST service areas – to cover 150 million Americans by the end of 2005." Lucent Technologies and Nortel Networks have provided wireless infrastructure technology for the Verizon Wireless 3G network, and EV-DO technology is licensed from QUALCOMM.

"Verizon Wireless continues to set the standard for innovative consumer and business services, and by offering VCAST to the mass consumer base, they are proving the success and reliability of their 3G network," said Roger Entner, director of wireless and mobile services for The Yankee Group. "Services like games and videos everyone is used to playing and watching while tethered to a TV or monitor are now going to be available virtually anywhere and any time, with similar speed and often even greater excitement. VCAST gives consumers the mobility they're looking for and leapfrogs anything else that is available today."

**Multimedia Preview**
For the past several months, Verizon Wireless has been conducting a "sneak preview" of VCAST for 1,000 participants from the company's existing customer base in the Washington, D.C. and San Diego metropolitan areas. The preview focused on consumer adoption, usage patterns, content from potential VCAST partners, and both network and handset performance.

"The quality on this video is just unbelievable," said Melanie Hoffman, reacting to video news clips she was watching on an LG VX8000 phone in Washington D.C. last week. "The picture, I just can't explain it, it's really neat – it's like Christmas."

**VCAST Overview**
For $15.00 monthly access in addition to their regular Verizon Wireless calling plan, VCAST customers get unlimited access to a wide array of more than 300 daily updated videos from leading content providers. Verizon Wireless VCAST customers also receive unlimited browsing of Verizon Wireless' Mobile Web 2.0 news and information service. In addition, customers can choose from premium content, available for an additional cost, that includes 3-D games, music videos and other premium channels.

VCAST's array of hot new multimedia programming is located in the Get It Now virtual store – customers can access video from favorite news, sports and entertainment providers in the getFLIX shopping aisle and check out new cutting-edge 3-D games in the getGAMES aisle. VCAST also gives customers unlimited access to browse and view applications in the other familiar Get It Now shopping aisles – such as getTONES and getGOING.

"Customers no longer need to be chained to their computers or televisions to play video games or view the latest news and information via video," said Jim Straight, vice president of multimedia services for Verizon Wireless. "With our expansion and the widening reach of our high-speed network, the next level of Get It

Now applications is possible – from three dimensional and multi-player games to higher-resolution photos and video downloads."

At launch, customers will be able to access VCAST on three hot new phones, from LG Mobile Phones, Samsung Telecommunications America (Samsung) and UTStarcom Personal Communications. The featured phone is the new LG VX8000 phone – with its full-motion video with audio downloading and playback capabilities, the LG VX8000 offers customers a rich and rewarding interactive experience. The LG VX8000 also features a 1.3 mega-pixel camera with 10X digital zoom and embedded flash. Customers can capture 15-second videos and still photos and send them to other Verizon Wireless customers with video messaging-capable phones or any e-mail address.

For more information Verizon Wireless products and services, visit a Verizon Wireless Communications Store, call 1-800-2 JOIN IN or go to www.verizonwireless.com.

*EDITORS NOTE: Broadcast-quality B-Roll and high-resolution stills of VCAST from Verizon Wireless are available online. Log on to Verizon Wireless' Multimedia Library at* www.verizonwireless.com/multimedia *to preview and request video segments, which can be received in newsrooms digitally, by tape or via satellite, or to request images. Available footage features customer testimonials and footage of applications in use.*

As of Friday, January 7, 2005, Verizon Wireless' EV-DO network will be available in the following major metropolitan areas:

- Atlanta
- Austin, TX
- Baltimore
- Boston
- Chicago
- Cincinnati
- Columbus, OH
- Dallas/Ft. Worth
- Dayton, OH
- Hartford, CT
- Houston
- Jacksonville, FL
- Kansas City, KS/MO
- Las Vegas
- Los Angeles
- Madison, WI
- Miami/Fort Lauderdale, FL
- Milwaukee
- New Haven, CT
- New Orleans
- New York/Newark, NJ
- Orlando, FL
- Philadelphia
- Phoenix
- Pittsburgh
- Providence, RI
- San Diego
- Tampa, FL
- Washington, D.C.
- West Palm Beach, FL

**About Verizon Wireless**
Verizon Wireless owns and operates the nation's most reliable wireless network, serving 42.1 million voice and data customers. Headquartered in Bedminster, NJ, Verizon Wireless is a joint venture of Verizon Communications (NYSE:VZ) and Vodafone (NYSE and LSE: VOD). Find more information on the Web at www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

NOTE: This press release contains statements about expected future events and financial results that are forward-looking and subject to risks and uncertainties. For those statements, we claim the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. The following important factors could affect future results and could cause those results to differ materially from those expressed in the forward-looking statements: materially adverse changes in economic conditions in the markets served by us, an adverse change in the ratings afforded our debt securities or those of Verizon Communications by nationally accredited ratings organizations, the effects of the substantial competition that exists in our markets, which has been intensifying, and which may intensify further as a result of local number portability regulations that allow wireless customers to retain their phone numbers when switching wireless service providers, our ability to obtain sufficient financing to satisfy our substantial capital requirements, including to fund capital expenditures, debt repayment and distributions to our owners, our ability to obtain sufficient spectrum licenses, particularly in our most densely populated areas, our ability to develop future business opportunities, including wireless data services, and to continue to adapt to the changing conditions in the wireless industry, our ability to receive satisfactory service from our key vendors and suppliers, our ability to generate additional subscribers, with acceptable levels of churn, from resellers and distributors of our service, material changes in available technology, and technology substitution that could impact the popularity and usage of our technology, our continued provision of satisfactory service to our subscribers at an acceptable cost, in order to reduce churn, the impact of continued unionization efforts with respect to our employees, regulatory developments, including new regulations that could increase our cost of doing business or reduce demand for our services, developments in connection with existing or future litigation, and changes in our accounting assumptions that regulatory agencies, including the SEC, may require or that result from changes in the accounting rules or their application, which could result in an impact on earnings.

#### 

© 2005 Verizon Wireless

# EXHIBIT K



Sprint.com   Personal   Business

About Sprint   Media   Investors   Analysts & Consultants   Values   Sponsorships

# Sprint Announces Plans to Extend its Wireless Data Leadership with Launch of High-Speed Wireless Data Technology

*Faster data speeds, superior application and service performance top list of customer benefits*

**Media Contacts:**
**Mark Bonavia, 913-794-1088**
mark.bonavia@mail.sprint.com

**Scott Stoffel, 913-794-3603**
scott.e.stoffel@mail.sprint.com

**To view an Adobe PDF document depicting Sprint's wireless network migration path, click here. To view Sprint's activities at the SUPERCOMM 2004 conference, click here.**

**OVERLAND PARK, Kan. — 06/22/2004**

Sprint (NYSE: FON), the leader in wireless data, today unveiled plans to meet customers' demands for faster wireless data speeds and expand the possibilities of anywhere, anytime wireless access to information and entertainment by deploying EV-DO (Evolution Data Optimized) technology across its PCS network.

With average user speeds of 300-500 kilobits per second and peak rates of up to 2.4 Megabits per second for downloads, EV-DO will accelerate mobile-device data speeds up to 10 times faster than on today's network. In addition to improved speeds, customers will experience superior application and service performance on EV-DO-capable handsets and laptops equipped with EV-DO-enabled Sprint PCS Connection Cards™.

Business customers seeking integrated voice and data solutions will reap the benefits of more powerful applications across Sprint's integrated wireless and wireline networks – a distinctive Sprint advantage. The opportunity for higher-speed data connectivity improves enterprise communications, particularly for a company's mobile workers who require phone or laptop access to corporate applications such as email and intranets.

Sprint expects to design and deploy EV-DO with initial service available in select markets in the second half of 2004 and launch in the majority of top metropolitan markets in the United States in 2005.

Markets included in the initial launch, pricing plans and upcoming high-speed applications for consumers and businesses will be announced in the months to come.

"EV-DO will help Sprint widen its industry lead in wireless data by leveraging an impressive array of data capabilities the company already offers in the marketplace," said Len Lauer, Sprint president and chief operating officer.

"Over the past few years, Sprint has separated from the competition in delivering superior wireless data solutions with more than 6.2 million wireless data customers generating over $700 million in annualized wireless data sales as reported at the end of the first quarter this year," Lauer said. "We've led in data by being focused and differentiated. As evidence, just look at the industry-first devices we've launched including the integrated camera phone; the unique applications we've introduced in Sprint PCS® Video Mail and Picture Mail(SM) services; the simple, unlimited price plans we've established; our integrated approach that combines wireless data with landline services; and the considerable knowledge of Sprint business sales makers, retail representatives and third-party distributors, who have revolutionized the way that wireless data is sold nationwide."

Lauer added, "Customers are telling Sprint they want applications that take advantage of the higher wireless speeds, and we intend to deliver. Imagine downloading music, videos and games to your wireless handset or laptop in a fraction of the time it takes today. Or download your company's product inventory or a spreadsheet of a couple hundred kilobytes in a matter of seconds. EV-DO makes it possible."

Sprint's migration to EV-DO will be relatively simple, requiring no "forklift upgrades" to the company's nationwide wireless network. Because of Sprint's network design, Sprint can upgrade cell sites – simply adding a new channel card

and an additional RF carrier – without the need to replace the existing infrastructure. The inherent high-level security of CDMA will continue with the advancement to EV-DO.

Existing Sprint PCS Connection Cards and handsets will continue to work at current speeds within EV-DO service areas. To take advantage of the higher speeds that EV-DO offers, customers will be able to purchase EV-DO-enabled handsets and Sprint PCS Connection Cards. This will allow customers using the dual-mode EV-DO device to gain higher speeds in EV-DO-capable areas and seamlessly transition onto Sprint's PCS network, based on 3G 1xRTT technology, when outside an EV-DO area.

"Sprint built its network from the ground up with advanced wireless services in mind," Lauer added. "Because of this foresight, Sprint's network was ready as the wireless data market emerged and customers demanded phones capable of much more than making a call. Sprint intends to remain the industry leader in wireless data by deploying a technology in EV-DO that is widely available today. We will continue to develop new applications and devices that will provide the best experience for our customers."

Consistent with prior guidance, Sprint plans to invest approximately $1 billion to complete its wireless data upgrades. This will include the deployment of EV-DO as well as the option for a subsequent, more advanced release of CDMA technology that is expected to be available from equipment vendors beginning in 2006. The capital investment is expected to be concentrated in 2005 which represents an acceleration from Sprint's earlier plan to balance spending evenly between 2005 and 2006.

Copyright© Sprint 2004. All rights reserved.

# EXHIBIT L



**United States**

 Need Gift Ideas?

Search

| Home | Phones | Accessories | Fun | Support | Operators | Business | Government | Investors | About Nokia |

Items: 0
Total: $0.

NOKIA
3585i

Main Page
» Phone Features
Zoom View
Accessories
Support and Software
for Owners

# Nokia 3585i Phone Features





**Tools**

Compare Phones
View and compar
side-by-side.

Shopping Assista
Find the right pho

**Nokia 3585i Su**

Warranty Informa
User Guides >>
Free Newsletter >
See How It Works
Support and Soft
Owners >>
FCC Certification
Eco Declaration >

 Print This P

**Service Providers**
- ALLTEL
- Midwest Wireless
- Sprint PCS (select locations)
- Western Wireless
- Others >>

**Phone Features**

**Voice**
- Voice dialing with storage for 25 name tags
- Voice commands for up to 5 menu items
- Memo recorder with 1 minute of recording time [3]

**Mobile Messaging**
- Mobile messaging [1]
- Predictive text entry
- Text message templates

**Connectivity**
- Internal wireless modem
- Universal headset jack with support for TTY/TDD (Telecommunication Device for the Deaf) devices [6]
- Hearing aid support with the LPS-4 Loopset
- Mobile Internet – Openwave 4.1 [1,2,12]

**Organization**
- Synchronize your phonebook and calendar between your phone and PC using Nokia PC Suite for Nokia 3585i phone.[4] (Requires a data cable, sold separately.) Software >>
- Phonebook with up to 500 contacts, and multiple numbers per contact [§]
- Calendar
- Reminders and notes
- Clock with alarm

**Personalization & Fun**
- Download up to 10 ring tones or select from 30 included ring tones [1,§]
-

4 games included: Kart Racing, Space Impact II, Bumper, Snake II
- Enhanced gaming with 4-way scroll and large, high resolution grey-scale display
- Java™ support for application downloads (requires a data cable, sold separately®, and Nokia PC Suite for Nokia 3585i phone) [1,17]

Software >>
- Create graphics and ring tones with Nokia PC Suite for Nokia 3570/3585 (requires data cable, sold separately)
- Xpress-on™ covers, sold separately
- Personalize caller ID groups with graphic icons
- Enhanced musical ring tones and game tones with support for MIDI file format

## Specifications
- Weight: 4.1 ounces
- 4.68 inches long x 1.96 inches wide x 0.92 inch thick
- Internal vibrating alert

## Service
- 800/1900 MHz CDMA plus 800 MHz AMPS band/mode
- CDMA2000® 1X technology

## 3585i Battery Life
- Extended Li-Ion Battery 950 mAh
    -- Digital Talk Time up to 3.75 hours*
    -- Digital Standby Time up to 9 days*
- All Nokia 3585i Batteries >>

* Battery talk and standby times are estimates only and depend on network configuration, signal strength, features used, battery age and condition, charging practices, temperatures to which battery is exposed, whether use is in digital mode (or analog mode, if any), and many other factors. Please note that the amount of time a phone is used for calls will affect its standby time. Likewise, the amount of time that the phone is turned on and in standby mode will affect its talk time. For further information, please refer to the phone's user guide.

(1) To use the phone you must have service from a service provider. Many features and mobile services require Some networks have limitations that affect how you can use phone features. Your service provider also may have certain features not be activated in a phone. If so, they may not appear in the phone's menu. Contact your service feature support and availability.

(2) Some Mobile Internet WAP services have been pre-configured/specified by the mobile service provider.

(3) Obey all applicable local laws governing recording of conversations and/or calls.

(4) Requires Nokia 3585i PC suite, available for free download at http://www.nokia.com/us, and data cable. Data separately.

(6) For more information and user instructions, go to www.nokiaaccessibility.com.

(17) The Nokia 3585i phone marketed by Sprint PCS may not have all of the features listed; for example, Java™ application downloads and games. Please contact Sprint for specific information about the features of Nokia mode sells: 1-800-818-0961. You may want to check Sprint's Web site, URL: http://www.sprint.com

CDMA2000® is a registered trademark of the Telecommunications Industry Association (TIA -USA)

(21)The availability and accuracy of GPS location services are dependent on wireless networks, satellite systems receiving the information. It may not function in all areas or at all times. You should never rely solely on any wireless essential communications like emergencies.

§ Reserved Memory
Certain features of this phone have limited storage capacity, such as phone book, calendar, to-do list, ring tones applications, voice dialing and commands. The amount of detail stored for an entry for such features may affect the of entries that can be stored.

Java is a trademark of Sun Microsystems, Inc.

<< Nokia e-coupon is worth $5 off of your phone or phone accessory purchase of $50 or more at NokiaUSA.com. phones purchased with or without service at nokia.letstalk.com or letstalk.com. E-coupon expires June 30, 2005 combined with any other NokiaUSA.com e-coupons. E-Coupons are nontransferable and valid only for phone, ph Nokia Gear purchases made at the Nokia USA web site, URL: http://www.nokiausa.com/.

§ WARNING: We recommend using only Nokia original accessories or Nokia approved batteries, chargers and accessories (Nokia OK accessories) for use with Nokia phone models. The use of any other types may invalidate approval or warranty applying to the phone, and may be dangerous.

The use of mobile phones and their accessories may be prohibited or restricted in certain areas. Obey applicable regarding usage.

Home | Phones | Accessories | Fun | Support | Operators | Business | Investors | About Nokia
Contact Us | Sponsorships | Order Terms of Sale | Privacy Policy | Site Index | Site Terms

Copyright © 2005 Nokia. Nokia, Nokia Connecting People, Xpress-on, and all Nokia phone models are trademarks or registered trademar corporation. All rights reserved.

# EXHIBIT M

 United States     Need Gift Ideas?    Search [          ]

| Home | Phones | Accessories | Fun | Support | Operators | Business | Government | Investors | About Nokia |

Items: 0
Total: $0.



Main Page
» Phone Features
Zoom View
Accessories
Support and Software
for Owners

# Nokia 6225 Phone Features





**Tools**

Compare Phones
View and compar
side-by-side.

Shopping Assista
Find the right pho

**Nokia 6225 Sup**

Warranty Informa
User Guides >>
Free Newsletter >
See How It Works
Support and Softv
Owners >>
FCC Certification
Eco Declaration >

 Print This P

## Service Providers

- Cellular 2000 of St. Cloud
- MetroPCS
- Midwest Wireless
- Sprint PCS (select locations)
- Others >>

## Phone Features

### Voice

- Memo recorder with up to 3 minutes of recording time[3]
- Voice dialing with storage for up to 25 name tags[†]
- Voice commands for up to 10 menu items[†]
- Integrated speakerphone allows for convenient communication

### Multimedia Messaging Service[1,14]

- Receive messages with image, text and audio [1,14]
- Edit and forward received messages with image, text and audio to compatible phones or an e-mail address [1,14]
- Create and send messages with image, text and audio [1,14]
- Received MMS images can be saved in the gallery menu [1,14]
- 10 text message templates
- Predictive text input

### Imaging

- Take photos with the integrated VGA camera and send them to friends and family [1,14,19]
- Camera image capture at 640 x 480 resolution
- High resolution color display: 128 x 128 pixels
- Use photos as wallpaper to personalize your phone

### Connectivity

- Mobile Internet browser - WAP (Internet content/services designed for mobile devices) [1,2,12]
- High-speed data transmission (up to 153 kbps) [1]
- Send and receive data via infrared
- Synchronizing your phone book and calendar is easy with built-in IR and

Nokia 6225 PC Suite software [4]

### Downloadable Java™ Applications
- Java™ games included with phone - Water Rapids, Bounce, TriplePop, and Beach Rally
- Support for application downloads (requires computer with IR compatibility or data cable, sold separately) [4]

### Organization
- Up to 500 contact phone book with multiple numbers and text entries per contact [†]
- Calendar with monthly view, reminders, and notes
- Synchronize your phone book and calendar with your PC [4]
- Clock with alarm, calculator and stopwatch

### Personalization & Fun
- Xpress-on™ front and back color covers (sold separately)
- FM radio (headset required, stereo headset sold separately) [9]
- Personalize your phone with 8 different color schemes
- Download up to 10 ring tones or choose from 30 polyphonic (MIDI) ring tones included with phone[†]
- Use wallpaper templates or customize your own wallpaper using the built-in camera
- 8 different color schemes to personalize display elements such as headers, battery strength and network indicators
- Personalize caller ID with graphic icons

### Specifications
- Weight: 3.46 ounces
- Dimensions: 4.21 inches long x 1.81 inches wide x 0.83 inch thick
- High-resolution color display: 128 x 128 pixels, up to 4096 colors
- CDMA2000®1X technology
- 4-Way scroll for easy navigation
- Universal headset jack for TTY/TDD devices[6]
- Internal antenna and vibrating alert
- Local language support (English, French, Spanish and Portuguese)[8]
- Global Positioning System (GPS) support for emergency location service[21]

### Service
- 800/1900 MHz CDMA plus 800 MHz AMPS band/mode

### 6225 Battery Life
- Extended Li-Ion Battery 780 mAh
    - Digital Talk Time up to 2.4 hours*
    - Digital Standby Time up to 10 days*
- All Nokia 6225 Batteries >>

* Battery talk and standby times are estimates only and depend on network configuration, signal strength, features used, battery age and condition, charging practices, temperatures to which battery is exposed, whether use is in digital mode (or analog mode, if any), and many other factors. Please note that the amount of time a phone is used for calls will affect its standby time. Likewise, the amount of time that the phone is turned on and in standby mode will affect its talk time. For further information, please refer to the phone's user guide.

---

(1) To use the phone you must have service from a service provider. Many features and mobile services require Some networks have limitations that affect how you can use phone features. Your service provider also may have certain features not be activated in a phone. If so, they may not appear in the phone's menu. Contact your service feature support and availability.

(2) Some Mobile Internet WAP services have been pre-configured/specified by the mobile service provider.

(3) Obey all applicable local laws governing recording of conversations and/or calls.

(4) Requires Nokia 6225 PC suite, available for free download at http://www.nokia.com/us, and data cable. Data

separately.

(6) For more information and user instructions, go to www.nokiaaccessibility.com.

(8) Languages may vary by region.

(9) Like battery talk and standby times, digital music and/or radio listening battery usage times are estimates only on many factors, including without limitation battery age and condition, charging practices and temperatures to wh exposed. Please note that the amount of time a phone's battery is used for radio and digital music listening will af standby times. Likewise, the amount of time that a phone's battery is turned on in standby mode or used for talk v and digital music listening times. For further information, please refer to the phone's user guide.

(14) Only devices that offer compatible multimedia message or e-mail features can receive and display multimedi Content appearance may vary. Some images and ring tones can not be forwarded.

(17) The Nokia 6225 phone marketed by Sprint PCS may not have all of the features listed; for example, Java™ application downloads and games. Please contact Sprint for specific information about the features of Nokia mod sells: 1-800-818-0961. You may want to check Sprint's Web site, URL: http://www.sprint.com

(19) Please notice that many jurisdictions have laws and regulations about taking pictures in public or private are the processing and further use of such pictures. Nokia encourages its customers to obey all laws and to honor th of others.

CDMA2000® is a registered trademark of the Telecommunications Industry Association (TIA -USA)

(21)The availability and accuracy of GPS location services are dependent on wireless networks, satellite systems receiving the information. It may not function in all areas or at all times. You should never rely solely on any wirel essential communications like emergencies.

† Shared Memory
Some phone features such as calendar, images and ringing tones in gallery, Java™ games and applications, pho multimedia and text messages, to-do notes may share memory. Using such features may reduce the memory av features sharing memory. See your phone's user guide for details and additional information.

Java is a trademark of Sun Microsystems, Inc.

<< Nokia e-coupon is worth $5 off of your phone or phone accessory purchase of $50 or more at NokiaUSA.com. phones purchased with or without service at nokia.letstalk.com or letstalk.com. E-coupon expires June 30, 2005 combined with any other NokiaUSA.com e-coupons. E-Coupons are nontransferable and valid only for phone, ph Nokia Gear purchases made at the Nokia USA web site, URL: http://www.nokiausa.com/.

§ WARNING: We recommend using only Nokia original accessories or Nokia approved batteries, chargers and accessories (Nokia OK accessories) for use with Nokia phone models. The use of any other types may invalidate approval or warranty applying to the phone, and may be dangerous.

The use of mobile phones and their accessories may be prohibited or restricted in certain areas. Obey applicable regarding usage.

Copyright © 2005 Nokia. Nokia, Nokia Connecting People, Xpress-on, and all Nokia phone models are trademarks or registered trademar corporation. All rights reserved.