# EXHIBIT K

Sprint.com   Personal   Business

About Sprint | Media | Investors | Analysts & Consultants | Values | Sponsorships

### Sprint Announces Plans to Extend its Wireless Data Leadership with Launch of High-Speed Wireless Data Technology

*Faster data speeds, superior application and service performance top list of customer benefits*

**Media Contacts:**
**Mark Bonavia, 913-794-1088**
mark.bonavia@mail.sprint.com

**Scott Stoffel, 913-794-3603**
scott.e.stoffel@mail.sprint.com

**To view an Adobe PDF document depicting Sprint's wireless network migration path,** click here. **To view Sprint's activities at the SUPERCOMM 2004 conference,** click here.

**OVERLAND PARK, Kan. — 06/22/2004**

Sprint (NYSE: FON), the leader in wireless data, today unveiled plans to meet customers' demands for faster wireless data speeds and expand the possibilities of anywhere, anytime wireless access to information and entertainment by deploying EV-DO (Evolution Data Optimized) technology across its PCS network.

With average user speeds of 300-500 kilobits per second and peak rates of up to 2.4 Megabits per second for downloads, EV-DO will accelerate mobile-device data speeds up to 10 times faster than on today's network. In addition to improved speeds, customers will experience superior application and service performance on EV-DO-capable handsets and laptops equipped with EV-DO-enabled Sprint PCS Connection Cards™.

Business customers seeking integrated voice and data solutions will reap the benefits of more powerful applications across Sprint's integrated wireless and wireline networks – a distinctive Sprint advantage. The opportunity for higher-speed data connectivity improves enterprise communications, particularly for a company's mobile workers who require phone or laptop access to corporate applications such as email and intranets.

Sprint expects to design and deploy EV-DO with initial service available in select markets in the second half of 2004 and launch in the majority of top metropolitan markets in the United States in 2005.

Markets included in the initial launch, pricing plans and upcoming high-speed applications for consumers and businesses will be announced in the months to come.

"EV-DO will help Sprint widen its industry lead in wireless data by leveraging an impressive array of data capabilities the company already offers in the marketplace," said Len Lauer, Sprint president and chief operating officer.

"Over the past few years, Sprint has separated from the competition in delivering superior wireless data solutions with more than 6.2 million wireless data customers generating over $700 million in annualized wireless data sales as reported at the end of the first quarter this year," Lauer said. "We've led in data by being focused and differentiated. As evidence, just look at the industry-first devices we've launched including the integrated camera phone; the unique applications we've introduced in Sprint PCS® Video Mail and Picture Mail(SM) services; the simple, unlimited price plans we've established; our integrated approach that combines wireless data with landline services; and the considerable knowledge of Sprint business sales makers, retail representatives and third-party distributors, who have revolutionized the way that wireless data is sold nationwide."

Lauer added, "Customers are telling Sprint they want applications that take advantage of the higher wireless speeds, and we intend to deliver. Imagine downloading music, videos and games to your wireless handset or laptop in a fraction of the time it takes today. Or download your company's product inventory or a spreadsheet of a couple hundred kilobytes in a matter of seconds. EV-DO makes it possible."

Sprint's migration to EV-DO will be relatively simple, requiring no "forklift upgrades" to the company's nationwide wireless network. Because of Sprint's network design, Sprint can upgrade cell sites – simply adding a new channel card

and an additional RF carrier -- without the need to replace the existing infrastructure. The inherent high-level security of CDMA will continue with the advancement to EV-DO.

Existing Sprint PCS Connection Cards and handsets will continue to work at current speeds within EV-DO service areas. To take advantage of the higher speeds that EV-DO offers, customers will be able to purchase EV-DO-enabled handsets and Sprint PCS Connection Cards. This will allow customers using the dual-mode EV-DO device to gain higher speeds in EV-DO-capable areas and seamlessly transition onto Sprint's PCS network, based on 3G 1xRTT technology, when outside an EV-DO area.

"Sprint built its network from the ground up with advanced wireless services in mind," Lauer added. "Because of this foresight, Sprint's network was ready as the wireless data market emerged and customers demanded phones capable of much more than making a call. Sprint intends to remain the industry leader in wireless data by deploying a technology in EV-DO that is widely available today. We will continue to develop new applications and devices that will provide the best experience for our customers."

Consistent with prior guidance, Sprint plans to invest approximately $1 billion to complete its wireless data upgrades. This will include the deployment of EV-DO as well as the option for a subsequent, more advanced release of CDMA technology that is expected to be available from equipment vendors beginning in 2006. The capital investment is expected to be concentrated in 2005 which represents an acceleration from Sprint's earlier plan to balance spending evenly between 2005 and 2006.

Copyright© Sprint 2004. All rights reserved.

# EXHIBIT L

 United States      Need Gift Ideas?     Search

| Home | Phones | Accessories | Fun | Support | Operators | Business | Government | Investors | About Nokia |

Items: 0
Total: $0.

**NOKIA 3585i**

Main Page
» Phone Features
Zoom View
Accessories
Support and Software for Owners

## Nokia 3585i Phone Features

 

**Tools**

Compare Phones
View and compar side-by-side.

Shopping Assista
Find the right pho

**Nokia 3585i Su**

Warranty Informa
User Guides >>
Free Newsletter >
See How It Work:
Support and Soft Owners >>
FCC Certification
Eco Declaration >

 Print This P

**Service Providers**
- ALLTEL
- Midwest Wireless
- Sprint PCS (select locations)
- Western Wireless
- Others >>

**Phone Features**

**Voice**
- Voice dialing with storage for 25 name tags
- Voice commands for up to 5 menu items
- Memo recorder with 1 minute of recording time [3]

**Mobile Messaging**
- Mobile messaging [1]
- Predictive text entry
- Text message templates

**Connectivity**
- Internal wireless modem
- Universal headset jack with support for TTY/TDD (Telecommunication Device for the Deaf) devices [6]
- Hearing aid support with the LPS-4 Loopset
- Mobile Internet - Openwave 4.1 [1,2,12]

**Organization**
- Synchronize your phonebook and calendar between your phone and PC using Nokia PC Suite for Nokia 3585i phone.[4] (Requires a data cable, sold separately.) Software >>
- Phonebook with up to 500 contacts, and multiple numbers per contact [§]
- Calendar
- Reminders and notes
- Clock with alarm

**Personalization & Fun**
- Download up to 10 ring tones or select from 30 included ring tones [1,§]

4 games included: Kart Racing, Space Impact II, Bumper, Snake II
- Enhanced gaming with 4-way scroll and large, high resolution grey-scale display
- Java™ support for application downloads (requires a data cable, sold separately, and Nokia PC Suite for Nokia 3585i phone) [1,17]

Software >>
- Create graphics and ring tones with Nokia PC Suite for Nokia 3570/3585 (requires data cable, sold separately)
- Xpress-on™ covers, sold separately
- Personalize caller ID groups with graphic icons
- Enhanced musical ring tones and game tones with support for MIDI file format

**Specifications**
- Weight: 4.1 ounces
- 4.68 inches long x 1.96 inches wide x 0.92 inch thick
- Internal vibrating alert

**Service**
- 800/1900 MHz CDMA plus 800 MHz AMPS band/mode
- CDMA2000® 1X technology

**3585i Battery Life**
- Extended Li-Ion Battery 950 mAh
    -- Digital Talk Time up to 3.75 hours*
    -- Digital Standby Time up to 9 days*

- All Nokia 3585i Batteries >>

* Battery talk and standby times are estimates only and depend on network configuration, signal strength, features used, battery age and condition, charging practices, temperatures to which battery is exposed, whether use is in digital mode (or analog mode, if any), and many other factors. Please note that the amount of time a phone is used for calls will affect its standby time. Likewise, the amount of time that the phone is turned on and in standby mode will affect its talk time. For further information, please refer to the phone's user guide.

(1) To use the phone you must have service from a service provider. Many features and mobile services require Some networks have limitations that affect how you can use phone features. Your service provider also may have certain features not be activated in a phone. If so, they may not appear in the phone's menu. Contact your service feature support and availability.

(2) Some Mobile Internet WAP services have been pre-configured/specified by the mobile service provider.

(3) Obey all applicable local laws governing recording of conversations and/or calls.

(4) Requires Nokia 3585i PC suite, available for free download at http://www.nokia.com/us, and data cable. Data separately.

(6) For more information and user instructions, go to www.nokiaaccessibility.com.

(17) The Nokia 3585i phone marketed by Sprint PCS may not have all of the features listed; for example, Java™ application downloads and games. Please contact Sprint for specific information about the features of Nokia mod sells: 1-800-818-0961. You may want to check Sprint's Web site, URL: http://www.sprint.com

CDMA2000® is a registered trademark of the Telecommunications Industry Association (TIA -USA)

(21)The availability and accuracy of GPS location services are dependent on wireless networks, satellite systems receiving the information. It may not function in all areas or at all times. You should never rely solely on any wirele essential communications like emergencies.

§ Reserved Memory
Certain features of this phone have limited storage capacity, such as phone book, calendar, to-do list, ring tones applications, voice dialing and commands. The amount of detail stored for an entry for such features may affect t of entries that can be stored.

Java is a trademark of Sun Microsystems, Inc.

<< Nokia e-coupon is worth $5 off of your phone or phone accessory purchase of $50 or more at NokiaUSA.com. phones purchased with or without service at nokia.letstalk.com or letstalk.com. E-coupon expires June 30, 2005 combined with any other NokiaUSA.com e-coupons. E-Coupons are nontransferable and valid only for phone, ph Nokia Gear purchases made at the Nokia USA web site, URL: http://www.nokiausa.com/.

§ WARNING: We recommend using only Nokia original accessories or Nokia approved batteries, chargers and accessories (Nokia OK accessories) for use with Nokia phone models. The use of any other types may invalidate approval or warranty applying to the phone, and may be dangerous.

The use of mobile phones and their accessories may be prohibited or restricted in certain areas. Obey applicable regarding usage.

Home | Phones | Accessories | Fun | Support | Operators | Business | Investors | About Nokia
Contact Us | Sponsorships | Order Terms of Sale | Privacy Policy | Site Index | Site Terms

Copyright © 2005 Nokia. Nokia, Nokia Connecting People, Xpress-on, and all Nokia phone models are trademarks or registered trademar corporation. All rights reserved.

# EXHIBIT M


**NOKIA**
CONNECTING PEOPLE    United States          Need Gift Ideas?         Search

| Home | Phones | Accessories | Fun | Support | Operators | Business | Government | Investors | About Nokia |

Items: 0
Total: $0.

**NOKIA 6225**

Main Page
» Phone Features
Zoom View
Accessories
Support and Software for Owners

# Nokia 6225 Phone Features




**Tools**

Compare Phones
View and compar side-by-side.

Shopping Assista
Find the right pho

**Nokia 6225 Su**

Warranty Informa
User Guides >>
Free Newsletter >
See How It Work:
Support and Soft
Owners >>
FCC Certification
Eco Declaration >

 Print This P

**Service Providers**
- Cellular 2000 of St. Cloud
- MetroPCS
- Midwest Wireless
- Sprint PCS (select locations)
- Others >>

**Phone Features**

**Voice**
- Memo recorder with up to 3 minutes of recording time[3]
- Voice dialing with storage for up to 25 name tags[†]
- Voice commands for up to 10 menu items[†]
- Integrated speakerphone allows for convenient communication

**Multimedia Messaging Service**[1,14]
- Receive messages with image, text and audio [1,14]
- Edit and forward received messages with image, text and audio to compatible phones or an e-mail address [1,14]
- Create and send messages with image, text and audio [1,14]
- Received MMS images can be saved in the gallery menu [1,14]
- 10 text message templates
- Predictive text input

**Imaging**
- Take photos with the integrated VGA camera and send them to friends and family [1,14,19]
- Camera image capture at 640 x 480 resolution
- High resolution color display: 128 x 128 pixels
- Use photos as wallpaper to personalize your phone

**Connectivity**
- Mobile Internet browser – WAP (Internet content/services designed for mobile devices) [1,2,12]
- High-speed data transmission (up to 153 kbps) [1]
- Send and receive data via infrared
- Synchronizing your phone book and calendar is easy with built-in IR and

Nokia 6225 PC Suite software [4]

**Downloadable Java™ Applications**
- Java™ games included with phone - Water Rapids, Bounce, TriplePop, and Beach Rally
- Support for application downloads (requires computer with IR compatibility or data cable, sold separately) [4]

**Organization**
- Up to 500 contact phone book with multiple numbers and text entries per contact [†]
- Calendar with monthly view, reminders, and notes
- Synchronize your phone book and calendar with your PC [4]
- Clock with alarm, calculator and stopwatch

**Personalization & Fun**
- Xpress-on™ front and back color covers (sold separately)
- FM radio (headset required, stereo headset sold separately) [9]
- Personalize your phone with 8 different color schemes
- Download up to 10 ring tones or choose from 30 polyphonic (MIDI) ring tones included with phone[†]
- Use wallpaper templates or customize your own wallpaper using the built-in camera
- 8 different color schemes to personalize display elements such as headers, battery strength and network indicators
- Personalize caller ID with graphic icons

**Specifications**
- Weight: 3.46 ounces
- Dimensions: 4.21 inches long x 1.81 inches wide x 0.83 inch thick
- High-resolution color display: 128 x 128 pixels, up to 4096 colors
- CDMA2000®1X technology
- 4-Way scroll for easy navigation
- Universal headset jack for TTY/TDD devices[6]
- Internal antenna and vibrating alert
- Local language support (English, French, Spanish and Portuguese)[8]
- Global Positioning System (GPS) support for emergency location service[21]

**Service**
- 800/1900 MHz CDMA plus 800 MHz AMPS band/mode

**6225 Battery Life**
- Extended Li-Ion Battery 780 mAh
    -- Digital Talk Time up to 2.4 hours*
    -- Digital Standby Time up to 10 days*
- All Nokia 6225 Batteries >>

* Battery talk and standby times are estimates only and depend on network configuration, signal strength, features used, battery age and condition, charging practices, temperatures to which battery is exposed, whether use is in digital mode (or analog mode, if any), and many other factors. Please note that the amount of time a phone is used for calls will affect its standby time. Likewise, the amount of time that the phone is turned on and in standby mode will affect its talk time. For further information, please refer to the phone's user guide.

(1) To use the phone you must have service from a service provider. Many features and mobile services require Some networks have limitations that affect how you can use phone features. Your service provider also may have certain features not be activated in a phone. If so, they may not appear in the phone's menu. Contact your service feature support and availability.

(2) Some Mobile Internet WAP services have been pre-configured/specified by the mobile service provider.

(3) Obey all applicable local laws governing recording of conversations and/or calls.

(4) Requires Nokia 6225 PC suite, available for free download at http://www.nokia.com/us, and data cable. Data

separately.

(6) For more information and user instructions, go to www.nokiaaccessibility.com.

(8) Languages may vary by region.

(9) Like battery talk and standby times, digital music and/or radio listening battery usage times are estimates only on many factors, including without limitation battery age and condition, charging practices and temperatures to wl exposed. Please note that the amount of time a phone's battery is used for radio and digital music listening will af standby times. Likewise, the amount of time that a phone's battery is turned on in standby mode or used for talk v and digital music listening times. For further information, please refer to the phone's user guide.

(14) Only devices that offer compatible multimedia message or e-mail features can receive and display multimedi Content appearance may vary. Some images and ring tones can not be forwarded.

(17) The Nokia 6225 phone marketed by Sprint PCS may not have all of the features listed; for example, Java™ application downloads and games. Please contact Sprint for specific information about the features of Nokia mod sells: 1-800-818-0961. You may want to check Sprint's Web site, URL: http://www.sprint.com

(19) Please notice that many jurisdictions have laws and regulations about taking pictures in public or private are: the processing and further use of such pictures. Nokia encourages its customers to obey all laws and to honor the of others.

CDMA2000® is a registered trademark of the Telecommunications Industry Association (TIA -USA)

(21)The availability and accuracy of GPS location services are dependent on wireless networks, satellite systems receiving the information. It may not function in all areas or at all times. You should never rely solely on any wirel essential communications like emergencies.

† Shared Memory
Some phone features such as calendar, images and ringing tones in gallery, Java™ games and applications, phc multimedia and text messages, to-do notes may share memory. Using such features may reduce the memory av: features sharing memory. See your phone's user guide for details and additional information.

Java is a trademark of Sun Microsystems, Inc.

<< Nokia e-coupon is worth $5 off of your phone or phone accessory purchase of $50 or more at NokiaUSA.com. phones purchased with or without service at nokia.letstalk.com or letstalk.com. E-coupon expires June 30, 2005 ; combined with any other NokiaUSA.com e-coupons. E-Coupons are nontransferable and valid only for phone, ph Nokia Gear purchases made at the Nokia USA web site, URL: http://www.nokiausa.com/.

§ WARNING: We recommend using only Nokia original accessories or Nokia approved batteries, chargers and accessories (Nokia OK accessories) for use with Nokia phone models. The use of any other types may invalidate approval or warranty applying to the phone, and may be dangerous.

The use of mobile phones and their accessories may be prohibited or restricted in certain areas. Obey applicable regarding usage.

Home | Phones | Accessories | Fun | Support | Operators | Business | Investors | About Nokia
Contact Us | Sponsorships | Order Terms of Sale | Privacy Policy | Site Index | Site Terms

Copyright © 2005 Nokia. Nokia, Nokia Connecting People, Xpress-on, and all Nokia phone models are trademarks or registered trademar corporation. All rights reserved.