# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

May 16, 2005

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

> Re:  *Nokia Corporation and Nokia, Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation;* C.A. No. 05-16-JJF

Dear Judge Farnan:

Briefing has now been completed on defendants' motion to dismiss. Pursuant to D.Del. LR 7.1.4, plaintiffs request oral argument on that motion.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld

JBB/tmp

cc:    Peter T. Dalleo, Clerk (By Hand)
       Richard L. Horwitz, Esquire (By Hand)
       Keith E. Broyles, Esquire (By Fax)
       D. Dudley Oldham, Esquire (By Fax)

465365