IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, :
INC., :
 :
      Plaintiffs, :
 :
  v. : Civil Action No. 05-16-JJF
 :
INTERDIGITAL COMMUNICATIONS :
and INTERDIGITAL TECHNOLOGY :
CORPORATION, :
 :
      Defendants. :

## ORDER

At Wilmington, the 21 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss For Lack Of Jurisdiction Over The Subject Matter Pursuant To Federal Rules Of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3) (D.I. 10) is **GRANTED** as to Plaintiffs' declaratory judgment claims and **DENIED** as to Plaintiffs' claim under Section 43 of the Lanham Act.

                                                 /s/ Joseph J. Farnan, Jr.
                                                UNITED STATES DISTRICT JUDGE