IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and NOKIA INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-16-JJF |
| INTERDIGITAL COMMUNICATIONS and INTERDIGITAL TECHNOLOGY CORP., | : : : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the Court denied Defendants' Motion To Dismiss Plaintiffs' claim under Section 43 of Lanham Act (D.I. 26)

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than Friday, January 20, 2006, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

January 5, 2006
DATE

UNITED STATES DISTRICT JUDGE