IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION<br>and NOKIA INC.,<br><br>V.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. No. 05-16-JJF |

## STIPULATION

IT IS HEREBY STIPULATED, by and between defendants, InterDigital Communications Corporation and InterDigital Technology Corporation ("InterDigital"), and plaintiffs, Nokia Corporation and Nokia Inc. ("Nokia"), and subject to the approval of the Court, that the date by which InterDigital must file and serve an Answer to Nokia's Complaint shall be extended to January 20, 2006.


OF COUNSEL:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

MORRIS, NICHOLS, ARSHT & TUNNEL

 /s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs,*
*Nokia Corporation and Nokia, Inc.*

- 2 -

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| D. Dudley Oldham (#13799)<br>Linda L. Addison (#3430)<br>Richard S. Zembek (#20602)<br>FULBRIGHT & JAWORSKI L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151<br><br>Dan D. Davison (#05590900)<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel: (214) 855-8000 | */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants,*<br>*InterDigital Communications*<br>*Corporation and InterDigital*<br>*Technology Corporation* |

    IT IS SO ORDERED this _____ day of _____, 2006

 

_____
United States District Court Judge

713815