## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>C.A. No. 05-16-JJF<br><br>**DEMAND FOR JURY TRIAL** |

## STIPULATION

IT IS HEREBY STIPULATED, by and between defendants, InterDigital Communications Corporation and InterDigital Technology Corporation ("InterDigital"), and plaintiffs, Nokia Corporation and Nokia Inc. ("Nokia"), and subject to the approval of the Court, that the date by which InterDigital must file and serve an Answer to Nokia's Complaint shall be extended to January 27, 2006, and the date by which the parties must confer and submit a Proposed Rule 16 Scheduling Order shall be extended to February 3, 2006.

POTTER ANDERSON & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, Delaware 19801
Tel:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants,*
*InterDigital Communications Corporation and*
*InterDigital Technology Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs,*
*Nokia Corporation and Nokia, Inc.*

2

OF COUNSEL:

D. Dudley Oldham (#13799)
Linda L. Addison (#3430)
Richard S. Zembek (#20602)
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151

Dan D. Davison (#05590900)
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel:  (214) 855-8000

716205

OF COUNSEL:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

2