IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) C.A. No. 05-16-JJF |
| v. | ) ) |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) ) ) DEMAND FOR JURY TRIAL ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiffs Nokia Corporation and Nokia Inc. ("Nokia") and defendants InterDigital Communications Corporation and InterDigital Technology Corporation ("InterDigital"), subject to the approval of the Court, that the date by which the parties must confer and submit a Proposed Rule 16 Scheduling Order shall be extended to February 15, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs,*
*Nokia Corporation and Nokia, Inc.*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, Delaware 19801
Tel:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants,*
*InterDigital Communications Corporation and*
*InterDigital Technology Corporation*

IT IS SO ORDERED this _____ day of _____, 2006

718310

United States District Court Judge