# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 15, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Judge Farnan:

    Attached is the parties' proposed scheduling order, which indicates the matters on which they have not reached an agreement. As stated in the order, the parties request a brief hearing concerning the entry of a scheduling order.

                            Respectfully,

                            /s/ *Jack B. Blumenfeld*

                            Jack B. Blumenfeld (#1014)

JBB/ncf
Attachment

cc:    Peter T. Dalleo, Clerk (By Hand w/attachment)
        Richard L. Horwitz, Esquire (By Hand w/attachment)
        Keith E. Broyles, Esquire (By Fax w/attachment)
        D. Dudley Oldham, Esquire (By Fax w/attachment)