

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 17, 2006

### VIA ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:   Nokia Corporation and Nokia Inc. v.
              Interdigital Communications and Interdigital Technology Corporation
              C. A. No. 05-16 (JJF)

Dear Judge Farnan:

    We have reviewed Nokia's opposition to Interdigital's request that this case be designated as complex. Although we note that Nokia's filing was late pursuant to LR 16, we will reserve our comments in response to Nokia's position until the scheduling conference (or teleconference) jointly requested by the parties in the proposed scheduling order and Mr. Blumenfeld's transmittal letter. Needless to say, we disagree with many of the characterizations in Nokia's response, but we will save those comments until the conference with Your Honor.

                                                Respectfully,

                                                David E. Moore

720315
DEM/jam

    cc:   Jack B. Blumenfeld (via efiling and email)
           Peter Kontio (via email)
           Robert S. Harrell (via email)