IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and  :
NOKIA INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 05-16-JJF
:
INTERDIGITAL COMMUNICATIONS and :
INTERDIGITAL TECHNOLOGY CORP., :
:
    Defendants. :

### ORDER SETTING RULE 16(b) CONFERENCE

WHEREAS, the Court requested the parties submit a Proposed Rule 16 Scheduling Order by January 20, 2006 (D.I. 27);

WHEREAS, several extensions of time have been granted regarding the submission of the proposed scheduling order (D.I. 28, 30, 33, 34);

WHEREAS, parties are not able to reach agreement on a proposed scheduling order;

NOW THEREFORE, IT IS HEREBY ORDERED that a Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) will be held on **March 1, 2006 at 4:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.  Out-of-town counsel is not required to appear.

  February 23, 2006
      DATE                              UNITED STATES DISTRICT JUDGE