

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

March 27, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
　　for the District of Delaware
844 King Street
Wilmington, Delaware 19801

　　　Re:　Nokia Corporation and Nokia Inc. v. Interdigital Communications, et al.
　　　　　C. A. No. 05-16 (JJF)

Dear Judge Farnan:

　　　Enclosed for Your Honor's review is the proposed Scheduling Order to reflect dates and matters discussed with the Court during the March 1, 2006 Scheduling Conference. Counsel are available at the Court's convenience if Your Honor has any questions.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　*/s/ Richard L. Horwitz*

　　　　　　　　　　　　　　　　Richard L. Horwitz

725401
/msb
Enclosure

cc:　Jack B. Blumenfeld (via electronic filing and electronic mail)
　　　Patrick Flinn (via electronic mail)
　　　Dan Davison (via electronic mail)