# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JULIA HEANEY
302 351 9221
302 425 3004 FAX
jheaney@mnat.com

April 6, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

     Re:   *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Judge Farnan:

     On behalf of both parties, enclosed is the proposed Agreed Protective Order. The parties are in agreement as to all provisions except for paragraph 11. The parties' separate proposals for particular language in paragraph 11 are reflected in bold, bracketed language.

     Counsel are available to discuss this matter if the Court desires.

     Respectfully,

     */s/ Julia Heaney*

     Julia Heaney (#3052)

JH/ncf
Attachment

cc:   Peter T. Dalleo, Clerk (By Electronic Filing)
       David Moore, Esquire (By Electronic Filing)
       D. Dudley Oldham, Esquire (By Electronic Filing)
       Lance Lawson, Esquire (By Electronic Filing)