# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

April 10, 2006

**BY ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Dr. Dalleo:

    Enclosed for filing is a corrected version of the Agreed Protective Order that was filed on April 6 on behalf of both parties. The only change is in paragraph 11, where the text "patent proceeding" has been corrected to "patent office proceeding" in the final bracketed phrase containing Nokia's proposed language.

                                  Respectfully,

                                  */s/ Julia Heaney*

                                  Julia Heaney (#3052)

JH/cbn
Attachment

    cc:    Richard L. Horwitz, Esquire (By hand w/attachment)
              Lance Lawson, Esquire (By e-filing)
              D. Dudley Oldham, Esquire (By e-filing)