# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 24, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

        Re:    *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Judge Farnan:

        Attached is a revised Scheduling Order, which has been agreed to by the parties. The changes are to paragraph 5 (to coordinate the status report date with the status conference) and paragraph 7 (to replace the discovery dispute procedure with a reference to the appointment of a Special Master). If the revised Order is acceptable to the Court, the parties request that it be entered.

        Respectfully,

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (#1014)

JBB/bls
Attachment

cc:    Peter T. Dalleo, Clerk (By Hand w/attachment)
        Richard L. Horwitz, Esquire (By Hand w/attachment)
        Randall L. Allen, Esquire (By Fax w/attachment)
        Dan D. Davison, Esquire (By Fax w/attachment)