IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS and (2) PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS were caused to be served on May 1, 2006 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

D. Dudley Oldham
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX 77010

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Julia Heaney (#3052)*
                                _____
                                Jack B. Blumenfeld (#1014)
                                Julia Heaney (#3052)
                                1201 N. Market Street
                                Wilmington, DE 19801
                                (302) 658-9200
                                Attorneys for NOKIA CORPORATION and
                                NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Peter Kontio
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

May 1, 2006

## **CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on May 1, 2006 I caused to be served the foregoing upon the following in the manner indicated:

### **BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### **BY FEDERAL EXPRESS**

D. Dudley Oldham
Fulbright & Jaworski
1301 McKinney
Suite 5100
Houston, TX 77010


*/s/ Julia Heaney (#3052)*
Julia Heaney