## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-16-JJF |
| | : |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **24ᵗʰ** day of **May, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, November 7, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of negotiations and whether a spring mediation would be desired by the parties. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE