IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-16-JJF ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of InterDigital's Answers and Objections to Plaintiffs' First Set of Interrogatories; and InterDigital's Answers and Objections to Plaintiffs' First Set of Requests for Production were caused to be served on March 30, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| D. Dudley Oldham<br>Linda L. Addison<br>Richard S. Zembek<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel:  (713) 651-5151<br>Fax:  (713) 651-5246<br>doldham@fulbright.com<br>laddison@fulbright.com<br>rzembek@fulbright.com | By: */s/ David E. Moore*<br>   Richard L. Horwitz  (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, Delaware 19801<br>   Tel:  (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   dmoore@potteranderson.com |
| Dan D. Davison<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel:  (214) 855-8000<br>Fax:  (214) 855-8200<br>ddavison@fulbright.com | *Attorneys for Defendants,*<br>*INTERDIGITAL COMMUNICATIONS*<br>*CORPORATION and INTERDIGITAL*<br>*TECHNOLOGY CORPORATION* |

Dated:  March 30, 2006
734387 / 28840

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 30, 2006, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 30, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

713935