IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF DEPOSITIONS

Please take notice that on June 28, 2006, starting at 9:30 a.m. and continuing until completed, plaintiffs Nokia Corporation and Nokia, Inc., will take the deposition of InterDigital Communications Corporation ("IDC"). Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, IDC is requested and required to designate one or more individuals to testify to on its behalf, and to prepare such individual to testify knowledgeably and fully on, the subjects set forth in Attachment A.

Please take further notice that on June 29, 2006, starting at 9:30 a.m. and continuing until completed, plaintiffs Nokia Corporation and Nokia, Inc., will take the deposition of InterDigital Technology Corporation ("ITC"). Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, ITC is requested and required to designate one or more individuals to testify on its behalf, and to prepare such individual to testify knowledgeably and fully on the subjects set forth in Attachment A.

In the event ITC and IDC designate the same person or persons to testify on behalf of both, only a single deposition will be taken on the earlier of the two dates set forth above. The deposition will be recorded stenographically and by audio-video recording device.

The depositions will be held at the offices of Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Centre, 18th Floor 1201 North Market Street Wilmington, Delaware, or at such other location as may be agreed upon by counsel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
    Attorneys for NOKIA CORPORATION
    and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Peter Kontio
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

June 14, 2006

524776

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 14, 2006 I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on June 14, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

*/s/Jack B. Blumenfeld (#1014)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com