# ATTACHMENT A

1.      The facts stated in answer to Interrogatory No. 1 through and including Interrogatory No. 4 of InterDigital's Answers and Objections to Plaintiffs' First Set of Interrogatories.

2.      The reasons why the defendants believe that the patents listed on page 6 of their Answers to Plaintiffs' First Set of Interrogatories are essential or potentially essential to a 3G standard, and the specific standard or portions thereof (if any) to which the patent is essential or potentially essential.[1]

3.      The process by which InterDigital determined that any InterDigital patent is essential or potentially essential to a 3G standard.[2]

4.      The names, current location, and current employment of all persons involved in making intellectual property declarations on behalf of InterDigital to any standards body.[3]

---

[1]      "Essential or potentially essential to a 3G standard" in this attachment has the same meaning as defendants gave the phrase in their answer to the plaintiffs' Interrogatory No. 1.

[2]      "The process" in this attachment includes how each patent was selected, the reason each patent was selected, whether a particular portion of the standard was identified as being relevant to the patent (and if so what part of the standard), whether it was believed that any standard could not be practiced without infringing the patent (and if so, what part of the standard), whether it was believed the patent was either necessary the nature of any analysis of the patent or the standard, and the identities of the persons involved in the analysis.

[3]      In this attachment, "making intellectual property … declarations to any standards body" includes the process of deciding whether to identify any intellectual property, such any specific patent, to bodies that set, promulgate or publish telecommunications standards, such as ETSI (including patents declared on Annex 2 to the form attached exemplar attached as Attachment C); and "InterDigital" includes both defendants and any affiliate of either defendant.

5.    The process by which InterDigital decided to declare the patents shown on Attachment B to the European Telecommunications Standards Institute (ETSI).

6.    The process by InterDigital listed any patents a copy of Annex 2 to an "IPR INFORMATION STATEMENT AND LICENSING DECLARATION FORMS" (an exemplar of which is attached as Attachment C).

7.    The identity of any non-US patent owned by InterDigital that is essential or potentially essential to a 3G standard, and the standard or portion thereof to which it is essential or potentially essential.

**ATTACHMENT B**

1. U.S. Patent No. 5,081,643
2. U.S. Patent No. 5,093,840
3. U.S. Patent No. 5,161,168
4. U.S. Patent No. 5,166,951
5. U.S. Patent No. 5,179,571
6. U.S. Patent No. 5,179,572
7. U.S. Patent No. 5,224,120
8. U.S. Patent No. 5,228,056
9. U.S. Patent No. 5,260,967
10. U.S. Patent No. 5,263,045
11. U.S. Patent No. 5,274,665
12. U.S. Patent No. 5,299,226
13. U.S. Patent No. 5,345,467
14. U.S. Patent No. 5,351,269
15. U.S. Patent No. 5,363,403
16. U.S. Patent No. 5,365,544
17. U.S. Patent No. 5,367,533
18. U.S. Patent No. 5,410,568
19. U.S. Patent No. 5,420,896
20. U.S. Patent No. 5,469,468
21. U.S. Patent No. 5,506,864
22. U.S. Patent No. 5,535,238
23. U.S. Patent No. 5,553,062
24. U.S. Patent No. 5,563,907
25. U.S. Patent No. 5,574,747
26. U.S. Patent No. 5,588,020
27. U.S. Patent No. 5,631,921
28. U.S. Patent No. 5,663,956
29. U.S. Patent No. 5,673,286
30. U.S. Patent No. 5,703,874
31. U.S. Patent No. 5,719,852
32. U.S. Patent No. 5,748,687
33. U.S. Patent No. 5,796,776
34. U.S. Patent No. 5,799,010
35. U.S. Patent No. 5,835,527
36. U.S. Patent No. 5,841,768
37. U.S. Patent No. 5,912,919
38. U.S. Patent No. 5,920,590
39. U.S. Patent No. 5,940,382
40. U.S. Patent No. 5,943,331
41. U.S. Patent No. 5,974,039
42. U.S. Patent No. 5,991,329
43. U.S. Patent No. 5,991,332
44. U.S. Patent No. 5,995,538

45. U.S. Patent No. 6,005,898
46. U.S. Patent No. 6,011,789
47. U.S. Patent No. 6,014,373
48. U.S. Patent No. 6,049,535
49. U.S. Patent No. 6,075,792
50. U.S. Patent No. 6,115,406
51. U.S. Patent No. 6,141,332
52. U.S. Patent No. 6,157,619
53. U.S. Patent No. 6,175,586
54. U.S. Patent No. 6,181,949
55. U.S. Patent No. 6,212,174
56. U.S. Patent No. 6,215,778
57. U.S. Patent No. 6,226,316
58. U.S. Patent No. 6,229,843
59. U.S. Patent No. 6,252,866
60. U.S. Patent No. 6,256,339
61. U.S. Patent No. 6,259,688
62. U.S. Patent No. 6,272,168
63. U.S. Patent No. 6,278,726
64. U.S. Patent No. 6,330,272
65. U.S. Patent No. 6,373,830
66. U.S. Patent No. 6,373,877
67. U.S. Patent No. 6,381,264
68. U.S. Patent No. 6,389,002
69. U.S. Patent No. 6,396,824
70. U.S. Patent No. 6,404,828
71. U.S. Patent No. 6,456,608
72. U.S. Patent No. 6,463,074
73. U.S. Patent No. 6,490,462
74. U.S. Patent No. 6,493,563
75. U.S. Patent No. 6,507,745
76. U.S. Patent No. 6,519,474
77. U.S. Patent No. 6,560,300
78. U.S. Patent No. 6,571,105
79. U.S. Patent No. 6,574,265
80. U.S. Patent No. 6,574,271
81. U.S. Patent No. 6,577,668
82. U.S. Patent No. 6,577,669
83. U.S. Patent No. 6,577,672
84. U.S. Patent No. 6,577,673
85. U.S. Patent No. 6,577,876
86. U.S. Patent No. 6,584,139
87. U.S. Patent No. 6,587,499
88. U.S. Patent No. 6,587,697
89. U.S. Patent No. 6,590,927
90. U.S. Patent No. 6,597,723

91. U.S. Patent No. 6,597,724
92. U.S. Patent No. 6,600,773
93. U.S. Patent No. 6,603,797
94. U.S. Patent No. 6,603,798
95. U.S. Patent No. 6,606,343
96. U.S. Patent No. 6,606,345
97. U.S. Patent No. 6,606,503
98. U.S. Patent No. 6,608,838
99. U.S. Patent No. 6,611,548
100.    U.S. Patent No. 6,614,776
101.    U.S. Patent No. 6,615,054
102.    U.S. Patent No. 6,633,600
103.    U.S. Patent No. 6,633,602
104.    U.S. Patent No. 6,671,308
105.    U.S. Patent No. 6,674,788
106.    U.S. Patent No. 6,674,791
107.    U.S. Patent No. 6,690,711
108.    U.S. Patent No. 6,697,350
109.    U.S. Patent No. 6,707,805
110.    U.S. Patent No. RE 35,402
111.    U.S. Patent No. 6,717,927
112.    U.S. Patent No. 6,717,930
113.    U.S. Patent No. 6,721,301
114.    U.S. Patent No. 6,721,350
115.    U.S. Patent No. 6,738,368
116.    U.S. Patent No. 6,744,809
117.    U.S. Patent No. 6,745,045
118.    U.S. Patent No. 6,778,840
119.    U.S. Patent No. 6,782,040
120.    U.S. Patent No. 6,788,662
121.    U.S. Patent No. 6,795,417
122.    U.S. Patent No. 6,798,759
123.    U.S. Patent No. 6,801,516
124.    U.S. Patent No. 6,801,517
125.    U.S. Patent No. 6,804,315
126.    U.S. Patent No. 6,807,192
127.    U.S. Patent No. 6,810,029
128.    U.S. Patent No. 6,816,473
129.    U.S. Patent No. 6,823,194
130.    U.S. Patent No. 6,826,244
131.    U.S. Patent No. 6,831,905
132.    U.S. Patent No. 6,831,941
133.    U.S. Patent No. 6,832,095
134.    U.S. Patent No. 6,832,096
135.    U.S. Patent No. 6,839,567
136.    U.S. Patent No. 6,845,088

ATL01/12242312v1

137.    U.S. Patent No. 6,845,093
138.    U.S. Patent No. 6,845,104
139.    U.S. Patent No. 6,845,122
140.    U.S. Patent No. 6,850,514
141.    U.S. Patent No. 6,850,556
142.    U.S. Patent No. 6,865,217
143.    U.S. Patent No. 6,868,076
144.    U.S. Patent No. 6,868,078
145.    U.S. Patent No. 6,868,278
146.    U.S. Patent No. 6,873,643
147.    U.S. Patent No. 6,873,645
148.    U.S. Patent No. 6,874,113
149.    U.S. Patent No. 6,876,665
150.    U.S. Patent No. 6,879,841
151.    U.S. Patent No. 6,885,649
152.    U.S. Patent No. 6,885,652
153.    U.S. Patent No. 6,898,197
154.    U.S. Patent No. 6,904,294
155.    U.S. Patent No. 6,909,901
156.    U.S. Patent No. 6,915,473
157.    U.S. Patent No. 6,917,601
158.    U.S. Patent No. 6,925,071
159.    U.S. Patent No. 6,934,271
160.    U.S. Patent No. 6,940,817
161.    U.S. Patent No. 6,940,840
162.    U.S. Patent No. 6,947,402
163.    U.S. Patent No. 6,956,889
164.    U.S. Patent No. 6,961,398
165.    U.S. Patent No. 6,973,579
166.    U.S. Patent No. 6,980,538
167.    U.S. Patent No. 6,980,615
168.    U.S. Patent No. 6,983,008
169.    U.S. Patent No. 6,983,009
170.    U.S. Patent No. 6,985,457
171.    U.S. Patent No. 6,985,467
172.    U.S. Patent No. 6,993,001
173.    U.S. Patent No. 6,993,063
174.    U.S. Patent No. 6,996,082
175.    U.S. Patent No. 7,020,111
176.    U.S. Patent No. 7,020,114
177.    U.S. Patent No. 7,020,125
178.    U.S. Patent No. 7,020,151
179.    U.S. Patent No. 7,023,835
180.    U.S. Patent No. RE 38,627

- 4 -

**ATTACHMENT C**

 **EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE**

page 1 of 2

<u>ANNEX 1</u>

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION FORMS

**IPR Holder/Organisation**

    Legal Name: _____

**<u>Signatory</u>**

    Name: _____

    Position: _____

    Department: _____

    Address: _____

             _____

    Tel.: _____

    Fax: _____

    E-mail: _____

**<u>IPR information statement</u>**

    In accordance with the ETSI IPR Policy, Article 4.1, I hereby inform ETSI that,

        with reference to the technical proposal identified as _____

    and/or

        in relation to Work Item No. _____

    and/or

        with reference to ETSI Standard No. _____

    it is my belief that the IPRs listed in Annex 2 are, or are likely to become, Essential IPRs in relation to that Standard.

**<u>IPR licensing declaration</u>**

    The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in Annex 2 and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

    The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

    The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**<u>Place, Date:</u>**                                    **<u>Signature:</u>**

    _____                     _____

                                             (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to:
ETSI Director-General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 2 of 2

ANNEX 2

| ETSI Standard, Technical Specification or Work Item | | | Patent Proprietor | Patent/ Application No. | Patent Subject/ Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | Patent/Application No. | Country Applicable |
| e.g. UMTS | e.g. TS 125 215 | | | | | | | |
| | | | | | | | | |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16