IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>    Defendants. | C.A. No. 05-16-JJF |

## RE-NOTICE OF DEPOSITIONS

Please take notice that on August 24, 2006, starting at 9:30 a.m. and continuing until completed, plaintiffs Nokia Corporation and Nokia, Inc., will take the deposition of InterDigital Communications Corporation ("IDC"). Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, IDC is requested and required to designate one or more individuals to testify to on its behalf, and to prepare such individual to testify knowledgeably and fully on, the subjects set forth in Attachment A.

Please take further notice that on August 25, 2006, starting at 9:30 a.m. and continuing until completed, plaintiffs Nokia Corporation and Nokia, Inc., will take the deposition of InterDigital Technology Corporation ("ITC"). Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, ITC is requested and required to designate one or more individuals to testify on its behalf, and to prepare such individual to testify knowledgeably and fully on the subjects set forth in Attachment A.

In the event ITC and IDC designate the same person or persons to testify on behalf of both, only a single deposition will be taken on the earlier of the two dates set forth above. The deposition will be recorded stenographically and by audio-video recording device.

The depositions will be held at the offices of Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Centre, 18th Floor 1201 North Market Street Wilmington, Delaware, or at such other location as may be agreed upon by counsel.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Julie Heaney (#3052)*
                              Jack B. Blumenfeld (#1014)
                              Julia Heaney (#3052)
                              1201 N. Market Street
                              Wilmington, DE 19801
                              (302) 658-9200
                                  Attorneys for NOKIA CORPORATION
                                  and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Peter Kontio
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

August 14, 2006

524776

CERTIFICATE OF SERVICE

I, Julie Heaney, hereby certify that on August 14, 2006 I electronically filed the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Andersoon & Corroon LLP
>rhorwitz@potteranderson.com

I also certify that copies were caused to be served on August 14, 2006 upon the following in the manner indicated:

>BY HAND
>
>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801
>
>BY FEDERAL EXPRESS AND E-MAIL
>
>Dan D. Davison
>Fulbright & Jaworski LLP
>2200 Ross Avenue
>Suite 2800
>Dallas, TX 75201-2784

>*/s/ Julie Heaney (#3052)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jheaney@mnat.com