IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-16-JJF ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of InterDigital's Objections to Nokia's 30(b)(6) Notice of Deposition were caused to be served on August 21, 2006, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

OF COUNSEL:

D. Dudley Oldham
Linda L. Addison
Richard S. Zembek
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151

Dan D. Davison
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214) 855-8000

Dated: August 21, 2006
746893 / 28840

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
 Richard L. Horwitz (#2246)
 David E. Moore (#3983)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 Wilmington, Delaware 19801
 Tel: (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

*Attorneys for Defendants,*
*INTERDIGITAL COMMUNICATIONS*
*CORPORATION and INTERDIGITAL*
*TECHNOLOGY CORPORATION*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on August 21, 2006, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

      I hereby certify that on August 21, 2006, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

      By:   /s/ David E. Moore
           Richard L. Horwitz
           David E. Moore
           Hercules Plaza, 6th Floor
           1313 N. Market Street
           Wilmington, Delaware 19899-0951
           (302) 984-6000
           rhorwitz@potteranderson.com
           dmoore@potteranderson.com

713935