# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 25, 2006

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: Nokia v. InterDigital; C.A. No. 05-16 (JJF)

Dear Judge Farnan:

Pursuant to paragraph 5 of the Scheduling Order, the parties submit this Interim Status Report.

This case involves Nokia's claim that InterDigital has violated the Lanham Act by making false and misleading statements that its patents are essential to 3G standards, and InterDigital's defenses thereto.

Both sides have responded to interrogatories and document requests, and have produced documents. While production continues, between the parties, approximately 40,000 pages of documents have been produced. The parties have not yet begun to produce electronically stored documents although they anticipate doing so in the near future. Document production is continuing on both sides. Two depositions have been taken and the parties expect a number of additional depositions to be taken in the coming weeks and months.

A number of discovery issues have been submitted to Special Master Seitz for resolution. Some of those matters have been resolved by the parties or by the Special Master. There are currently three motions pending before the Special Master, including InterDigital's Motion to Compel, Nokia's "Motion for Declaration That Documents are Discoverable" and InterDigital's "Cross Motion to Stay Discovery Relating to Statements Made During Confidential Licensing Presentations Pending Resolution of Arbitration Proceedings."

The Honorable Joseph J. Farnan, Jr.
September 25, 2006
Page 2

Given the Special Master's active management of the various discovery issues, the parties do not currently believe that it is necessary for the Court to hold the October 5 status conference, and request that it be taken off calendar.

Respectfully,

/s/ *Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld

JBB/bls

cc:   Peter T. Dalleo, Clerk (By Hand)
      Richard L. Horwitz, Esquire (By Hand)
      Randall L. Allen, Esquire (By EMail)
      Dan D. Davison, Esquire (By EMail)
      Collins J. Seitz, Jr., Esquire (By Hand)

538344