IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-16-JJF |
| : | |
| INTERDIGITAL COMMUNICATIONS : | |
| CORPORATION and INTERDIGITAL : | |
| TECHNOLOGY CORPORATION, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **7th** day of **November, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, January 11, 2007 at 9:00 a.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of negotiations and whether a spring mediation would be desired by the parties. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE