IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br>Defendants. | ) <br> ) <br> ) <br> ) C. A. No. 05-16-JJF <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) |

**APPENDIX II TO DEFENDANTS' OPENING BRIEF IN SUPPORT OF ITS
MOTION TO COMPEL ARBITRATION AND STAY LITIGATION
<u>PENDING COMPLETION OF ARBITRATION</u>**

OF COUNSEL:

D. Dudley Oldham
Linda L. Addison
Richard S. Zembek
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151

Dan D. Davison
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214) 855-8000

Dated: November 17, 2006
Public Version Dated: November 27, 2006
763983 / 28840

Richard L. Horwitz  (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants,
Interdigital Communications Corporation and
Interdigital Technology Corporation*

# INDEX

E     ███████████████████████████████

F     ███████████████████████

G     ███████████████████████████████████

H     ███████████████████████████████████

I      Letter to Nokia Corporation from Jane S. Schultz dated August 18, 2006

J     ████████████

K    Appellants' Corrected Principal Brief dated July 28, 2006

L     Rules of Arbitration

M    *Qualcomm Inc. v. Nokia Corp.*,
      No. 2006-1317, 2006 U.S. App. LEXIS 25942 (Fed. Cir. Oct. 20, 2006)

N     *Oriental Republic of Uruguay v. Chem. Overseas Holdings, Inc.*,
      05 Civ. 6151 (WHP), 05 Civ. 6154 (WHP),
      2006 U.S. Dist. LEXIS 2261 (S.D.N.Y. Jan. 24, 2006)

O     *Flexi-Van Leasing, Inc. v. Through Transport Mut. Ins. Ass'n Ltd.*,
      108 F. App'x 35, 2004 U.S. App. LEXIS 15352 (3d Cir. 2004)

P     *Kitchen v. WSCO Petroleum Corp.*,
      CV-04-828-ST, 2006 U.S. Dist. LEXIS 3738 (D. Or. Jan. 13, 2006)

Q     *Medtronic AVE Inc. v. Cordis Corp.*,
      100 F. App'x 865, 2004 U.S. App. LEXIS 8533
      (3d Cir. Apr. 30, 2004)

R     *Pratta v. Am. Gen. Fin. Servs.*,
      C.A. No. 04-089-JJF, 2004 U.S. Dist. LEXIS 23044
      (D.Del. Nov. 5, 2004)

S     *Thornburg v. Pak 2000, Inc.*,
      C.A. No. 03-824-JJF, 2004 U.S. Dist. LEXIS 1544
      (D.Del. Feb. 2, 2004)

T  *United Commc'ns Hub, Inc. v. Qwest Commc'ns, Inc.*,
   No. 01-56742, 46 F. App'x 412, 2002 U.S. App. LEXIS 17746 (9th Cir. Aug. 23, 2002)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 27, 2006, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on November 27, 2006, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

713935