IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. 05-16-JJF |
| ) | |
| INTERDIGITAL COMMUNICATIONS ) | |
| CORPORATION and INTERDIGITAL ) | |
| TECHNOLOGY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiffs to serve and file their Answering Brief in Opposition to Defendants' Motion to Compel Arbitration and Stay Litigation Pending Completion of Arbitration (D.I. 75) is extended until December 12, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ Richard L. Horwitz (#2246)* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Julia Heaney (#3052) | David E. Moore (# 3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 658-9200 | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| Attorneys for Nokia Corporation and | (302) 984-6000 |
| Nokia Inc. | |
| | Attorneys for InterDigital Communications Corporation and InterDigital Technology Corporation |

IT IS SO ORDERED this _____ day of December, 2006.

_____
United States District Court Judge

547647