IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>    Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories to Plaintiffs and 2) Plaintiffs' Objections and Responses to Defendants' Second Set of Requests for Production to Plaintiffs were caused to be served on December 4, 2006 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND E-MAIL**

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Julia Heaney (#3052) |
|  | 1201 N. Market Street |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 658-9200 |
|  | Attorneys for NOKIA CORPORATION and NOKIA INC. |
| ALSTON & BIRD LLP |  |
| Peter Kontio |  |
| Randall L. Allen |  |
| Lance A. Lawson |  |
| William R. Hubbard |  |
| 1201 West Peachtree Street |  |
| Atlanta, GA 30309 |  |
| 404-881-7000 |  |

December 4, 2006

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 4, 2006 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on December 4, 2006 upon the following in the manner indicated:

> BY HAND AND E-MAIL
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801
>
> BY FEDERAL EXPRESS AND E-MAIL
>
> Dan D. Davison
> Fulbright & Jaworski LLP
> 2200 Ross Avenue
> Suite 2800
> Dallas, TX 75201-2784

*/s/ Julia Heaney*
Julia Heaney