IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-16-JJF ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

**ORDER ON DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE MOTION FOR SUMMARY JUDGMENT**

Having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's (collectively, "InterDigital") Motion for Leave of Court to File Motion for Summary Judgment and any response thereto, the Court has determined that good cause having been shown, the motion should be GRANTED.

It is therefore ORDERED that InterDigital's Motion for Leave to File Motion for Summary Judgment is hereby GRANTED and InterDigital's motion and opening brief in support shall be deemed filed and served as of the date of this Order.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge