# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC., | )<br>)<br>) | C. A. No. 05-16-JJF |
| Plaintiffs, | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| v. | )<br>) | |
| INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION, | )<br>)<br>)<br>) | **PUBLIC VERSION** |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

OF COUNSEL:

D. Dudley Oldham
Linda L. Addison
Richard S. Zembek
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151

Dan D. Davison
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214) 855-8000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants,*
*Interdigital Communications*
*Corporation and Interdigital Technology*
*Corporation*

Dated: December 1, 2006
Public Version Dated: December 6, 2006

Pursuant to Federal Rule of Civil Procedure 56, Defendants InterDigital Communications Corporation and InterDigital Technology Corporation (collectively, "InterDigital") file this Motion for Summary Judgment. In support thereof, InterDigital respectfully shows this Court as follows:

1. On January 12, 2005, Plaintiffs Nokia Corporation and Nokia, Inc. (collectively "Nokia") filed their Original Complaint in this case, seeking: (1) a declaratory judgment of noninfringement and invalidity as to certain patents held by InterDigital; and (2) relief under Section 43 of the Lanham Act (15 U.S.C. § 1125(a)). *See* Original Complaint for Declaratory Judgments of Patent Invalidity and Noninfringement and Violations of the Lanham Act Relating to 3G Mobile Phone Technology (D.I. 1). InterDigital filed a motion to dismiss the complaint. *See* Defendants' Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3) (D.I. 10).

2. On December 21, 2005, the Court granted InterDigital's motion to dismiss in part and dismissed all of Nokia's claims except for the claim under the Lanham Act. *See* Memorandum Opinion at 13 (D.I. 25).

3. InterDigital now files this motion for summary judgment on Nokia's claim under the Lanham Act. The grounds for InterDigital's motion for summary judgment are fully set forth in the Brief in Support of Defendants' Motion for Summary Judgment and supporting materials filed contemporaneously with this motion.

4. InterDigital further requests that this Court award InterDigital its reasonable attorney's fees and costs in this litigation and reserves the right to submit separate and additional briefing in support of its entitlement to such fees and costs.

## CONCLUSION

For the reasons stated above, Defendants InterDigital Communications Corporation and InterDigital Technology Corporation ("InterDigital") respectfully request that this Court: (1) grant InterDigital's Motion for Summary Judgment; and (2) enter a final judgment that Plaintiffs Nokia Corporation and Nokia, Inc. take nothing on their claim against InterDigital.

If this Court grants such relief in full or in part, InterDigital further requests that this Court – pursuant to 35 U.S.C. § 285, 15 U.S.C. § 1117(a), 28 U.S.C. § 1919, Federal Rule of Civil Procedure 54(d), District of Delaware Local Rule 54.1(a)(1), and any other applicable law – award InterDigital its reasonable attorney's fees and costs in this litigation. InterDigital expressly reserves the right to submit separate and additional briefing in support of its entitlement to such attorney's fees and costs.

InterDigital further requests all other relief to which it may be entitled.

Respectfully submitted,

OF COUNSEL:

D. Dudley Oldham
Linda L. Addison
Richard S. Zembek
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151

Dan D. Davison
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214) 855-8000

Dated: December 1, 2006
Public Version Dated: December 6, 2006
765961 / 28840

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants,*
*Interdigital Communications*
*Corporation and Interdigital Technology*
*Corporation*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and <br> NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C. A. No. 05-16-JJF <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion for Summary Judgment, Brief in Support of Defendants' Motion for Summary Judgment, any responses and replies thereto, any exhibits and appendices filed in connection with said pleadings, and any arguments of counsel, the Court has determined that Defendants' Motion for Summary Judgment should be and is hereby in all things GRANTED.

It is, therefore, ORDERED that Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion for Summary Judgment is hereby GRANTED.

It is further ORDERED that any and all of Plaintiffs Nokia Corporation and Nokia, Inc. take nothing on their claims against Defendants InterDigital Communications Corporation and InterDigital Technology Corporation.

It is further ORDERED that Plaintiffs Nokia Corporation and Nokia, Inc. shall pay Defendants InterDigital Communications Corporation and InterDigital Technology

2

Corporation all attorney's fees and costs that said defendants have reasonably incurred in the above-referenced case.

SO ORDERED this _____ day of _____, 2006.

                                                                _____
                                                                     United States District Judge