

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

December 7, 2006

**VIA ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

> Re: *Nokia Corp, et al. v. InterDigital Comms., et al.*
> **C. A. 05-16 (JJF)**

Dear Dr. Dalleo:

      A corrected copy of Exhibit E to Exhibit 2 of the Public Version (D.I. 90) filed yesterday in the above-referenced action has been served on counsel of record. The corrected exhibit was submitted to chambers today.

> Respectfully,
>
> */s/ David E. Moore*
>
> David E. Moore

DEM:nmt/766141
cc: Deborah Krett, Case Manager (via electronic mail)
     Counsel of Record (via electronic mail)