IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 05-16-JJF ) ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, subject to the approval of the Court, that the date by which defendants must file their Reply on their pending Motion to Compel Arbitration and Stay Litigation Pending Completion of Arbitration (D.I. 75) shall be extended to December 21, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
   Jack B. Blumenfeld (#1014)
   Julia Heaney (#3052)
   1201 N. Market Street
   Wilmington, Delaware 19801
   Tel: (302) 658-9200
   jblumenfeld@mnat.com
   jheaney@mnat.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P. O. Box 951
   Wilmington, Delaware 19801
   Tel:   (302) 984-6000
   Fax:   (302) 658-1192
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2006

767934

_____
United States District Court Judge