IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF |

**PLAINTIFFS' OBJECTIONS TO THE
DECEMBER 1, 2006 DECISION OF THE SPECIAL MASTER**

Pursuant to Federal Rule of Civil Procedure 53(g), Nokia Corporation and Nokia Inc. (collectively "Nokia") hereby files these Objections to the Decision of Special Master Seitz issued on December 1, 2006. As fully set forth in Nokia's Brief in Support, filed contemporaneously herewith, the Special Master erred, and his Decision should be vacated, because the Decision (i) enters a partial stay of discovery without a balancing of the equities that must be considered under the law of this Circuit; and (ii) declares as subject to arbitration Nokia's right to seek discovery and examine witnesses regarding documents produced in this case.

Accordingly, for the reasons set forth in Nokia's Brief in Support, the Special Master erred in staying discovery in this case, and his Decision should be vacated.

- 2 -

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney*
        _____
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        Wilmington, DE 19801
        (302) 658-9200
        *Attorneys for Plaintiffs*

OF COUNSEL:

ALSTON & BIRD LLP
Patrick Flinn
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

December 21, 2006
549763

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 21, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on December 21, 2006 upon the following in the manner indicated:

BY HAND AND E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

BY E-MAIL

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

*/s/ Julia Heaney*
Julia Heaney