IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-16-JJF |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, plaintiffs request oral argument on defendants' Motion to Compel Arbitration and Stay Litigation Pending Completion of Arbitration (D.I. 75) and on Plaintiff's Objections to the December 1, 2006 Decision of the Special Master (D.I. 98).

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld (#1014)*
                                        Jack B. Blumenfeld (No. 1014)
                                        Julia Heaney (No. 3052)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347

*Of Counsel:*                         (302) 658-9200
                                          *Attorneys for Plaintiffs*

ALSTON & BIRD LLP
Peter Kontio
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

December 26, 2006

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on December 26, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on December 26, 2006 upon the following in the manner indicated:

BY HAND AND E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

BY FEDERAL EXPRESS AND E-MAIL

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld