IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF |

## PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") hereby move for a four month extension of the discovery deadlines in this case. The grounds for Nokia's motion are set forth in Plaintiffs' Opening Brief In Support Of Their Motion For Extension Of Discovery Deadline, filed herewith.

Pursuant to D. Del. L. R. 16.5, I certify that a copy of this request for extension of discovery has been sent to Nokia.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney (#3052)

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 No. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for NOKIA CORPORATION
and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Patrick Flinn
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
(404)881-7000

Dated: December 28, 2006
550025

<u>D. DEL. LOCAL RULE 7.1.1 CERTIFICATION</u>

I hereby certify that counsel for defendants have informed counsel for plaintiffs that defendants will not consent to the proposed extension of discovery.

*/s/ Julia Heaney*
Julia Heaney

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on December 28, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP

I also certify that copies were caused to be served on December 28, 2006 upon the following in the manner indicated:

> BY HAND AND E-MAIL
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801
> rhorwitz@potteranderson.com
>
> BY E-MAIL
>
> Dan D. Davison
> Fulbright & Jaworski LLP
> 2200 Ross Avenue
> Suite 2800
> Dallas, TX 75201-2784
> ddavidson@fulbright.com

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)