IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>  Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF MOTION

TO:    Richard L. Horwitz                Dan D. Davison
        Potter Anderson & Corroon LLP   Fulbright & Jaworski LLP
        1313 N. Market Street             2200 Ross Avenue
        Wilmington, DE 19801          Suite 2800
                                                        Dallas, TX 75201-2784

                PLEASE TAKE NOTICE that the attached Motion For Extension

Of Discovery Deadline will be presented to the Court on Friday, February 2, 2007 at 10:00 a.m.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Julia Heaney (#3052)*

                Jack B. Blumenfeld (#1014)
OF COUNSEL:               Julia Heaney (#3052)
                1201 No. Market Street
ALSTON & BIRD LLP        Wilmington, DE 19801
Patrick Flinn                    (302) 658-9200
Lance Lawson               Attorneys for NOKIA CORPORATION
1201 West Peachtree Street   and NOKIA INC.
Atlanta, GA 30309
(404)881-7000

Dated: December 28, 2006