IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF |

### NOTICE OF MOTION

TO:  Richard L. Horwitz                    Dan D. Davison
     Potter Anderson & Corroon LLP         Fulbright & Jaworski LLP
     1313 N. Market Street                 2200 Ross Avenue
     Wilmington, DE 19801                  Suite 2800
                                           Dallas, TX 75201-2784

PLEASE TAKE NOTICE that the attached Plaintiffs' Motion For Leave To Amend Their Complaint will be presented to the Court on Friday, February 2, 2007 at 10:00 a.m.

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                          */s/ Jack B. Blumenfeld*

OF COUNSEL:

ALSTON & BIRD LLP
Patrick Flinn
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

                                                          Jack B. Blumenfeld (#1014)
                                                          Julia Heaney (#3052)
                                                          1201 No. Market Street
                                                          Wilmington, DE 19801
                                                          (302) 658-9200
                                                          Attorneys for NOKIA CORPORATION
                                                          and NOKIA INC.

December 30, 2006