IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>      Defendants. | C.A. No. 05-16-JJF |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

Whereas, Plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") have moved for leave to amend the Complaint, and the Court having considered the motion and all papers, argument and other matter submitted in support of and in opposition of the motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Leave to Amend Their Complaint is hereby GRANTED. Plaintiffs' First Amended Complaint shall be deemed filed as of the date of this Order.

2. Defendants shall file an answer to the amended complaint within 10 days of this order.

IT IS SO ORDERED.

Dated: _____    _____
                                                        United States District Court Judge