# ALL EXHIBITS CONFIDENTIAL

Case 1:05-cv-00016-JJF    Document 109    Filed 12/30/2006    Page 1 of 1