IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-16-JJF <br><br> **DEMAND FOR JURY TRIAL** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, subject to the approval of the Court, that the date by which defendants must file their response to the Motion for Extension of Time to Complete Discovery (D.I. 103) shall be extended to January 16, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Julia Heaney* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 N. Market Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 658-9200 <br> jblumenfeld@mnat.com <br> jheaney@mnat.com <br><br> *Attorneys for Plaintiffs* | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, Delaware 19801 <br> Tel: (302) 984-6000 <br> Fax: (302) 658-1192 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007

_____
United States District Court Judge

770003