IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF <br><br> **REDACTED** <br> **PUBLIC VERSION** |

### EXHIBIT E TO
### PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR
### MOTION FOR EXTENSION OF DISCOVERY DEADLINE

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 N. Market Street
    Wilmington, DE 19801
    (302) 658-9200

    Attorneys for NOKIA CORPORATION and
    NOKIA, INC.

OF COUNSEL:

ALSTON & BIRD LLP
Peter Kontio
Patrick Flinn
Randall Allen
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

Original Filing Date: January 9, 2007
Redacted Filing Date: January 9, 2007

# EXHIBIT E

# REDACTED IN ITS ENTIRETY

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on January 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on January 9, 2007 upon the following in the manner indicated:

> BY E-MAIL
>
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801
>
> Dan D. Davison
> Fulbright & Jaworski LLP
> 2200 Ross Avenue
> Suite 2800
> Dallas, TX 75201-2784

>                                   /s/   Julia Heaney
>                                   Julia Heaney