IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF <br><br> **REDACTED** <br> **PUBLIC VERSION** |

**EXHIBIT F TO**
**PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR**
**MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                        Jack B. Blumenfeld (#1014)
                        Julia Heaney (#3052)
                        1201 N. Market Street
                        Wilmington, DE 19801
                        (302) 658-9200

                        Attorneys for NOKIA CORPORATION and
                        NOKIA, INC.

OF COUNSEL:

ALSTON & BIRD LLP
Peter Kontio
Patrick Flinn
Randall Allen
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7000

Original Filing Date:  December 28, 2006
Redacted Filing Date:  January 9, 2007

# EXHIBIT F

# REDACTED IN ITS ENTIRETY

## **CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on January 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Andersoon & Corroon LLP
>rhorwitz@potteranderson.com

I also certify that copies were caused to be served on January 9, 2007 upon the following in the manner indicated:

>BY E-MAIL
>
>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801
>
>Dan D. Davison
>Fulbright & Jaworski LLP
>2200 Ross Avenue
>Suite 2800
>Dallas, TX 75201-2784

>/s/   Julia Heaney
>Julia Heaney