# EXHIBIT 1

# EXHIBIT 1

FILED SEPARATELY UNDER SEAL

# EXHIBIT 2

# EXHIBIT 2

FILED SEPARATELY UNDER SEAL