IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF |

**NOTICE OF MOTION**

TO:  Richard L. Horwitz                     Dan D. Davison
     Potter Anderson & Corroon LLP          Fulbright & Jaworski LLP
     1313 N. Market Street                  2200 Ross Avenue
     Wilmington, DE  19801                  Suite 2800
                                            Dallas, TX 75201-2784

PLEASE TAKE NOTICE that the attached Motion For Extension Of Discovery Deadline will be presented to the Court on Friday, February 2, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 No. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for NOKIA CORPORATION
and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Patrick Flinn
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
(404)881-7000

January 9, 2007

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on January 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP

I also certify that copies were caused to be served on January 9, 2007 upon the following in the manner indicated:

>BY HAND AND E-MAIL
>
>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801
>rhorwitz@potteranderson.com
>
>BY E-MAIL
>
>Dan D. Davison
>Fulbright & Jaworski LLP
>2200 Ross Avenue
>Suite 2800
>Dallas, TX 75201-2784
>ddavidson@fulbright.com

>*/s/ Julia Heaney*
>_____
>Julia Heaney (#3052)