IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA INC.,

Plaintiffs,

v.

INTERDIGITAL COMMUNICATIONS
CORPORATION and INTERDIGITAL
TECHNOLOGY CORPORATION,

Defendants.

C.A. No. 05-16-JJF

## PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") hereby move for a four month extension of the discovery deadlines in this case. The grounds for Nokia's motion are set forth in Plaintiffs' Opening Brief In Support Of Their Motion For Extension Of Discovery Deadline, filed herewith.

Pursuant to D. Del. L. R. 16.5, I certify that a copy of this request for extension of discovery has been sent to Nokia.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 No. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for NOKIA CORPORATION
and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Patrick Flinn
Lance Lawson
1201 West Peachtree Street
Atlanta, GA 30309
(404)881-7000

January 9, 2007
550025

D. DEL. LOCAL RULE 7.1.1 CERTIFICATION

I hereby certify that counsel for defendants have informed counsel for plaintiffs that defendants will not consent to the proposed extension of discovery.

/s/ Julia Heaney
Julia Heaney

<u>CERTIFICATE OF SERVICE</u>

       I, Julia Heaney, hereby certify that on January 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

       Richard L. Horwitz
       Potter Anderson & Corroon LLP

       I also certify that copies were caused to be served on January 9, 2007 upon the following in the manner indicated:

       <u>BY HAND AND E-MAIL</u>

       Richard L. Horwitz
       Potter Anderson & Corroon LLP
       1313 N. Market Street
       Wilmington, DE  19801
       rhorwitz@potteranderson.com

       <u>BY E-MAIL</u>

       Dan D. Davison
       Fulbright & Jaworski LLP
       2200 Ross Avenue
       Suite 2800
       Dallas, TX 75201-2784
       ddavidson@fulbright.com

       */s/ Julia Heaney*
       _____
       Julia Heaney (#3052)