

**Richard L. Horwitz**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

January 10, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
    for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    Nokia Corporation and Nokia Inc. v. InterDigital Communications, et al.
           C. A. No. 05-16 (JJF)

Dear Judge Farnan:

      I am writing on behalf of defendants InterDigital Communication Corporation and InterDigital Technology Corporation (collectively "InterDigital") to request the Court's guidance on a conflict between the case schedule (D.I. 42) and the Court's December 15, 2006 newly-adopted, non-case dispositive motion procedures for patent cases.  Specifically, under the Scheduling Order, the parties have until the January 15, 2007 deadline to file motions for leave to amend.  Under the Court's December 15, 2006 Order, a party that files a motion on or before this deadline is at risk of violating the timing provision of Your Honor's routine motion procedures (i.e., the motion to amend would be filed more than 30 days from the next available hearing date, March 2, 2007 after allowing for appropriate briefing by the parties).

      InterDigital requests the Court's assistance in resolving this conflict and respectfully submits the following as possible solutions to this problem:  (1) an order granting the parties relief from the 30-day rule for the limited purpose of filing motions to amend or otherwise complying with the deadlines set forth in the Scheduling Order or (2) an extension of the deadline to amend to a date within the 30-day window for the March 2, 2007 hearing date.

      As always, counsel are available at the Court's convenience if Your Honor has any questions.

                                        Respectfully,

                                        */s/ Richard L. Horwitz*

                                        Richard L. Horwitz

770990/msb
    cc:    Clerk of the Court (via hand deliver)
           Counsel of Record (via e-filing and electronic mail)