**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

January 16, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, Delaware 19801

   Re:   **Nokia Corporation and Nokia Inc. v. InterDigital Communications, et al.
        C. A. No. 05-16 (JJF)**

Dear Judge Farnan:

     I am writing on behalf of defendants InterDigital Communication Corporation and InterDigital Technology Corporation (collectively "InterDigital") to respectfully request that the Court entertain argument on InterDigital's Motion to Compel Arbitration and Stay Litigation Pending Completion of Arbitration (D.I. 75) and its Motion for Leave to File Motion for Summary Judgment (D.I. 86) on February 2, 2007 when the Court will hear argument on Plaintiffs' motions for leave to amend (D.I. 121) and an extension of time to complete discovery (D.I. 125). InterDigital's motions were filed prior to Your Honor's December 15, 2006 Order establishing new non-dispositive motion procedures; the motions are fully briefed; and resolution of the motions undoubtedly would affect the Court's determinations on Nokia's motions. For example, if the Court stays the litigation pending completion of arbitration, or, for that matter, grants the request to file a summary judgment motion, as suggested by InterDigital, Nokia's motions could be moot. To determine one side's motions without reference to the other side's prior filed, pending, and briefed motions now, respectfully, would serve only to create further issues for the Court later.

     Counsel are mindful of the difficulties in phasing-in new procedures, and respectfully submit that the relief requested herein would serve only to streamline this litigation and conserve the judicial resources of the Court. As always, counsel are available at the Court's convenience if Your Honor has any questions.

                                      Respectfully,

                                      */s/ Richard L. Horwitz*

                                      Richard L. Horwitz

772027/msb
  cc:   Clerk of the Court (via hand delivery)
          Counsel of Record (via e-filing and electronic mail)