IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)  C. A. No. 05-16-JJF<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:    Jack B. Blumenfeld, Esq.                  Peter Kontio, Esq.
         Julia Heaney, Esq.                       Patrick J. Flinn, Esq.
         MORRIS, NICHOLS, ARSHT & TUNNELL    ALSTON & BIRD L.L.P.
         1201 N. Market Street                 1201 West Peachtree Street
         Wilmington, Delaware 19801          Atlanta, Georgia 30309-3424

     PLEASE TAKE NOTICE that the attached Motion for Sanctions Based on

Nokia's Spoliation of Evidence will be presented to the Court on March 2, 2007, at

    10:00 a.m.

| | |
|---|---|
| OF COUNSEL:<br><br>D. Dudley Oldham<br>Linda L. Addison<br>Richard S. Zembek<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151<br><br>Dan D. Davison<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel: (214) 855-8000<br><br>Dated: February 1, 2007<br><br>775671 / 28840 | POTTER ANDERSON & CORROON LLP<br><br>By:  /s/ David E. Moore<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, Delaware 19801<br>       Tel: (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com<br><br>*Attorneys for Defendants,*<br>*INTERDIGITAL COMMUNICATIONS*<br>*CORPORATION and INTERDIGITAL*<br>*TECHNOLOGY CORPORATION* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 1, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on February 1, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

713935 / 28840