# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C. A. No. 05-16-JJF |
| v. | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' MOTION FOR SANCTIONS
BASED ON NOKIA'S SPOLIATION OF EVIDENCE**

Having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's (collectively, "InterDigital") Motion for Sanctions Based on Nokia's Spoliation of Evidence and any response thereto, the Court has determined that good cause having been shown, the motion should be GRANTED;

It is therefore ORDERED that InterDigital's Motion for Sanctions Based on Nokia's Spoliation of Evidence is hereby GRANTED, and Nokia shall be precluded from offering evidence relating to its licensing activities, and InterDigital shall be entitled to an adverse inference instruction related to Nokia's spoliation of evidence.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge