# EXHIBIT B

## D. DEL. LOCAL RULE 7.1.1 CERTIFICATION

I hereby certify that I have met and conferred with counsel for plaintiffs and they have not consented to the proposed motion for sanctions.

_____
I, Clay Rogers