## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-16-JJF |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | : |
| Defendants. | : |

## ORDER

At Wilmington this **1st** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for Thursday, February 15, 2007 at 9:00 a.m. Eastern Time with Magistrate Judge Thynge to discuss the status of negotiations and whether a spring mediation would be desired by the parties has been rescheduled to **Wednesday, February 21, 2007 at 10:00 a.m. Jack B. Blumenfeld, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE