IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA INC.,

Plaintiffs,

v.

INTERDIGITAL COMMUNICATIONS
CORPORATION and INTERDIGITAL
TECHNOLOGY CORPORATION,

Defendants.

C.A. No. 05-16-JJF

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

Whereas, Plaintiffs Nokia Corporation and Nokia Inc. (collectively "Nokia") have moved for leave to amend the Complaint, and the Court having considered the motion and all papers, argument and other matter submitted in support of and in opposition of the motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Leave to Amend Their Complaint is hereby GRANTED. Plaintiffs' First Amended Complaint shall be deemed filed as of the date of this Order.

2. Defendants shall file an answer to the amended complaint within 10 days of this order.

IT IS SO ORDERED.

Dated: February 6, 2007

_____
United States District Court Judge