# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-16-JJF <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's (collectively, "InterDigital") Motion for Leave To Amend and file Defendants' First Amended Answer and Original Counterclaim against Plaintiffs Nokia Corporation and Nokia, Inc. ("Nokia") and any response thereto, it is hereby ORDERED that the motion is GRANTED.  The amended pleading is deemed filed and served as of the date of this Order

SO ORDERED this _____ day of _____, 2007.


_____
United States District Judge