# EXHIBIT E

## D. DEL. LOCAL RULE 7.1.1 CERTIFICATE

Counsel for Plaintiff (Jack Blumenfeld) and counsel for Defendants (Dan Davison) conferred on January 31 and February 1, 2007 regarding the above motion. No agreement was reached, therefore, it is presented to the Court for ruling.

/s/ David E. Moore

David E. Moore (#3983)