IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
NOKIA CORPORATION and          :
NOKIA INC.,                    :
                              :
        Plaintiff,            :
                              :
    v.                        :        Civil Action No. 05-16-JJF
                              :
INTERDIGITAL COMMUNICATIONS and :
INTERDIGITAL TECHNOLOGY CORP., :
                              :
        Defendants.          :
```

**O R D E R**

WHEREAS, the Court orally granted Plaintiffs' Motion For Extension of Discovery Deadline (D.I. 125);

NOW THEREFORE, IT IS HEREBY ORDERED that deadline for completion of discovery is extended from December 29, 2006 to **April 29, 2007**. The parties shall confer and submit, by no later than Tuesday, February 20, 2007, a Joint Proposed Amended Rule 16 Scheduling Order.

February 15, 2006
————————————————
DATE

————————————————
UNITED STATES DISTRICT JUDGE