IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-16-JJF <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

### WITHDRAWAL OF INTERDIGITAL'S MOTION FOR LEAVE TO AMEND (D.I. 147)

WHEREAS, on February 1, 2007, defendants InterDigital Communications Corporation and InterDigital Technology Corporation's (collectively, "InterDigital") filed a Motion for Leave to Amend and to File Defendants' First Amended Answer and Original Counterclaim against plaintiffs Nokia Corporation and Nokia, Inc. ("Nokia") (D.I. 147), which was noticed for the Court's March 2, 2007 motion day (D.I. 146);

WHEREAS, on February 6, 2007, the Court issued an Order (D.I. 151) granting Nokia's previously-filed Motion to Amend its Complaint (D.I. 121);

WHEREAS, the parties have agreed that InterDigital does not need to seek leave of Court to assert a counterclaim in response to Nokia's Amended Complaint;

NOW THEREFORE, InterDigital respectfully withdraws its pending Motion for Leave to Amend (D.I. 147), and respectfully requests that the Motion be removed from the Court's March 2, 2007 motion day docket. InterDigital's Motion for Sanctions Based on Nokia's Spoliation of Evidence (D.I. 144) remains on the Court's March 2, 2007 motion day docket.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| D. Dudley Oldham<br>Linda L. Addison<br>Richard S. Zembek<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151 | By: /s/ David E. Moore<br>    Richard L. Horwitz  (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Dan D. Davison<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel: (214) 855-8000 | *Attorneys for Defendants,*<br>*InterDigital Communications Corporation and*<br>*InterDigital Technology Corporation* |
| Dated: February 15, 2007<br>778157 / 28840 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 15, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on February 15, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By:   /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

713935 / 28840