# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 20, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Judge Farnan:

    In accordance with the Court's February 15, 2007 Order, the parties are submitting herewith a proposed Amended Scheduling Order. If it meets with Your Honor's approval, we request that it be entered. Should you have any questions, counsel will be available.

    Respectfully,

    */s/ Jack B. Blumenfeld*

    Jack B. Blumenfeld (#1014)

JBB/lmc
Enclosure
746214v1

cc: Peter T. Dalleo, Clerk (By hand)
    Richard L. Horwitz, Esquire (By hand and email)
    Dan D. Davison, Esquire (By email)
    Randall L. Allen, Esquire (By email)