IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>INTERDIGITAL COMMUNICATIONS :<br>CORPORATION and INTERDIGITAL :<br>TECHNOLOGY CORPORATION, :<br>:<br>Defendants. : | Civil Action No. 05-16-JJF |

## ORDER

At Wilmington this **21st** day of **February, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 18, 2007 at 10:30 a.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of negotiations and whether a spring mediation would be desired by the parties. **Richard L. Horwitz, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE