IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) C. A. No. 05-16-JJF ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1), 12(B)(6), AND 12(H)(3)

This Court, having considered Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion to Dismiss First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3) and Brief in Support, any responses and replies thereto, any evidence, and any arguments of counsel, is of the opinion that the Defendants' Motion should be and hereby is in all things GRANTED.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that Defendants InterDigital Communications Corporation and InterDigital Technology Corporation's Motion to Dismiss First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(h)(3) is hereby GRANTED.

It is further ORDERED, ADJUDGED, AND DECREED that any and all claims asserted by Plaintiffs Nokia Corporation and Nokia Inc. in their First Amended

Complaint are hereby dismissed with prejudice and that Plaintiffs Nokia Corporation and Nokia Inc. shall hereby take-nothing on any and all of such claims.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs Nokia Corporation and Nokia Inc. shall hereby pay Defendants InterDigital Communications Corporation and InterDigital Technology Corporation any and all attorney's fees and costs that said defendants have reasonably incurred in the above-captioned case.

SIGNED ON _____, 2007.

_____
United States District Judge