IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and <br> NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS <br> CORPORATION and INTERDIGITAL <br> TECHNOLOGY CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-16-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### THIRD DISCOVERY ORDER

The Special Master, having heard argument on February 16, 2007 on InterDigital Communication Corporation's and InterDigital Technology Corporation's (collectively "InterDigital") motions to compel responses to interrogatories and production of documents, as well as Nokia Corporation's and Nokia, Inc.'s (collectively "Nokia") cross-motion for a protective order, it is ordered as follows:

1.  As stated at the hearing, InterDigital's motions to compel and Nokia's motion for protective order are deferred pending the parties' obligation to meet and confer to narrow or resolve the pending disputes. On or before March 2, 2007, the parties shall submit a joint letter to the Special Master setting forth in concise and non-argumentative form the disputes that remain to be resolved related to the pending motions.

2.  Texas Instruments Incorporated's ("TI") opposition to InterDigital's motion was resolved by agreement at the hearing. InterDigital has agreed to request documents from TI through the Fed.R.Civ.P. 45 subpoena process rather than through

document requests directed to Nokia. TI has reserved its right to assert whatever objections are appropriate when served with a subpoena.

      3.      The Special Master will propose status teleconferences every two weeks with the parties to monitor the progress of discovery.

_____
Special Master

Dated: February 16, 2007