IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-16-JJF |
| | ) |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that:

(1)    The time for plaintiffs' response to defendants' motion to dismiss (D.I. 161) is extended until March 21, 2007.

(2)    The time for plaintiffs to move, answer or otherwise respond to defendants' counterclaims (D.I. 160) is extended until March 27, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Julia Heaney (#3052) | David E. Moore (# 3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 658-9200 | P.O. Box 951 |
| *Attorneys for Nokia Corporation and Nokia Inc.* | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| | *Attorneys for InterDigital Communications Corporation and InterDigital Technology Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

753177