# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT F



☑ only search 3GPP site

## About 3GPP

Conferences | Structure | Legal Issues | 3GPP Working Procedures

The 3rd Generation Partnership Project (3GPP) is a collaboration agreement that was established in December 1998. The collaboration agreement brings together a number of telecommunications standards bodies which are known as "Organizational Partners". The current Organizational Partners are ARIB, CCSA, ETSI, ATIS, TTA, and TTC.

The establishment of 3GPP was formalized in December 1998 by the signing of the "The 3rd Generation Partnership Project Agreement".

The original scope of 3GPP was to produce globally applicable Technical Specifications and Technical Reports for a 3rd Generation Mobile System based on evolved GSM core networks and the radio access technologies that they support (i.e., Universal Terrestrial Radio Access (UTRA) both Frequency Division Duplex (FDD) and Time Division Duplex (TDD) modes). The scope was subsequently amended to include the maintenance and development of the Global System for Mobile communication (GSM) Technical Specifications and Technical Reports including evolved radio access technologies (e.g. General Packet Radio Service (GPRS) and Enhanced Data rates for GSM Evolution (EDGE)).

The discussions that led to the signing of the 3GPP Agreement were recorded in a series of slides called the "Partnership Project Description" that describes the basic principles and ideas on which the project is based. The Partnership Project Description has not been maintained since it's first creation but the principles of operation of the project still remain valid.

In order to obtain a consolidated view of market requirements a second category of partnership was created within the project called "Market Representation Partners".

"Observer" status is also possible within 3GPP for those telecommunication standards bodies which have the potential to become Organizational Partners but which, for various reasons, have not yet done so.

A permanent project support group called the "Mobile Competence Centre (MCC)" has been established to ensure the efficient day to day running of 3GPP. The MCC is based at the ETSI headquarters in Sophia Antipolis, France.

If you require any further information, this may be obtained from "3GPP Contact"

Last update:
2006-04-24: link to Structure page corrected, link to obsolete TB Officials page deleted; direct link to zip file of Working Procedures removed
2004-04-13

# EXHIBIT G



# 3GPP Legal Issues

Conferences | Structure | **Legal issues** | Call for IPRs | 3GPP Working Procedures | Use of 3GPP logo| Copyright authorizations

## Legal Status

The Partnership Project is not a legal entity but is a collaborative activity between the following recognized Standards Development Organizations:

- ARIB - (Japan)
- ATIS - (US)
- CCSA - (China)
- ETSI - (Europe)
- TTA - (Korea)
- TTC - (Japan)

The Partnership Project is entitled the "THIRD GENERATION PARTNERSHIP PROJECT" and may be known by the acronym "3GPP".

## Copyright Authorization

**Interested in using 3GPP specifications or other material in your company training**
**or for conference presentations, educational journal articles, etc?**
**If so please fill in this ONLINE FORM automatically submitted**
**or this Word document and return it to the address shown on the form**

For further information please contact the ETSI Legal Advisor or 3GPPContact.

## IPR declarations

The Project Coordination Group (PCG) is responsible for maintaining a register of IPR declarations relevant to 3GPP, received by the Organizational Partners.

Individual Members should declare, to their Organizational Partners, any IPRs which they believe to be essential, or potentially essential, to any work ongoing within 3GPP.

During each 3GPP meeting (TSG and WGs) a call for IPRs must be made by the Chairman. The phrase to be used by the Chairman and the text to be used in the meeting report may be found here : www.3gpp.org/legal/IPR.htm

For further information please contact the PCG Secretary , Adrian Scrase

## List of IPR declarations sorted by Organizational Partners:

| ARIB | CCSA | ETSI | ATIS | TTA | TTC |
|---|---|---|---|---|---|
| STD-T63 "IMT-2000 | - | ETSI IPR database | ATIS Patent Policy | - | 3GPP |

3GPP Legal Issues                                      Page 2 of 2

| DS-CDMA System | | | | | | |
|---|---|---|---|---|---|---|

Last update:

2006-03-09  Legal Advisor Link updated – World document updated
2005-05-12: Copyright online for link added
2005-05-11: ATIS link updated
2005-01-31: 3GPPContact added in addition to ETSI Legal Advisor for copyright matters.
2005-01-05

# EXHIBIT H

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT I

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

**EXHIBIT J**

**Search IPR Declarations**

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | • Country of Registration: UNITED STATES | Sorted by | Project (ascending) |
|---|---|---|---|
| | • Project: ALL | | |
| | • Countries applicable: UNITED STATES | | |
| | • Company: Nokia Corporation | | |
| | • Etsi deliverable or Work Item: 3GPP | | |

◄◄ ◄    47 IPR Declarations found, displaying 1 to 10   ► ►►   Go to page [  ]   View [10]

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 90/573105 | | 3GPP TS 44.160 ETSI TS 144 160 3GPP TS 44.060 ETSI TS 144 060 | | | GSM | 2003-01-08 | |

▶ **Patent title**
METHOD AND APPARATUS FOR MULTIPLEXING A PLURALITY OF DATA CONNECTIONS ONTO ONE TEMPORARY BLOCK FLOW

▶ **Country of registration**          **Countries applicables to App./Patent**
    UNITED STATES                              UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/844879 | | 3GPP TS 09.60 ETSI TS 101 347 ETSI EN 301 347 | | | GSM | 2003-01-08 | |

▶ **Patent title**
METHOD AND SYSTEM FOR RESTORING A SUBSCRIBER CONTEXT

▶ **Country of registration**
   UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ⒜ Project(s) | ▶ Declaration date | ⒴ | ⒜ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/476404 | 3GPP TS 45.001 ETSI TS 145 001 3GPP TS 45.010 ETSI TS 145 010 3GPP TS 45.002 ETSI TS 145 002 | | | GSM | 2003-01-08 | | |

▶ **Patent title**
WIRELESS TELECOMMUNICATIONS SYSTEM EMPLOYING DYNAMIC MULTISLOT CLASS

▶ **Country of registration**
   UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ⒜ Project(s) | ▶ Declaration date | ⒴ | ⒜ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/884678 | 3GPP TS 05.08 ETSI TS 100 911 | 8.7.1 8.7.1 | | GSM | 2003-01-08 | | |

▶ **Patent title**
METHOD AND APPARATUS FOR PERFORMING NEIGHBOR CELL SIGNAL STRENGTH MEASUREMENTS FOR DISCONTINUOUSLY TRANSMITTING BROADCAST CARRIERS

▶ **Country of registration**
   UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ⒜ Project(s) | ▶ Declaration date | ⒴ | ⒜ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 6456237 | 10/200930 | 3GPP TS 03.71 ETSI TS 101 724 | 7.9.0 7.9.0 | | GSM | 2003-01-08 | | |

▶ **Patent title**

TRACKING OF REAL TIME AND OBSERVED TIME DIFFERENCE VALUES IN TIME

▶ **Country of registration**    **Countries applicables to App./Patent**
  UNITED STATES    UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR **ETSI** Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/677114 | | 3GPP TS 03.71 | | 7.9.0 | GSM | 2003-01-08 | | |
| | | | ETSI TS 101 724 | | 7.9.0 | | | | |

▶ **Patent title**
TRACKING OF REAL TIME AND OBSERVED TIME DIFFERENCE VALUES IN TIME

▶ **Country of registration**    **Countries applicables to App./Patent**
  UNITED STATES    UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR **ETSI** Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/997200 | | 3GPP TS 23.002 | | | GSM | 2003-01-08 | | |
| | | | ETSI TS 123 002 | | | | | | |

▶ **Patent title**
TRANSMISSION AND INTERCONNECTION METHOD

▶ **Country of registration**    **Countries applicables to App./Patent**
  UNITED STATES    UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR **ETSI** Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/406209 | | 3GPP TS 44.018 | | 4.11.0 | GSM | 2003-01-08 | | |
| | | | ETSI TS 144 018 | | 4.11.0 | | | | |
| | | | 3GPP TS 48.008 | | 4.7.0 | | | | |
| | | | ETSI TS 148 008 | | 4.7.0 | | | | |

▶ **Patent title**
INTER-SYSTEM HANDOVER

▶ **Country of registration**    **Countries applicables to App./Patent**
  UNITED STATES    UNITED STATES

**Notes**

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▽ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/845823 | | 3GPP TS 45.001 | | 5.3.0 | GSM | 2003-01-08 | | |
| | | | ETSI TS 145 001 | | 5.3.0 | | | | |
| | | | 3GPP TS 45.003 | | 5.5.0 | | | | |
| | | | ETSI 145 003 | | 5.5.0 | | | | |
| | | | 3GPP TS 45.008 | | | | | | |
| | | | ETSI TS 145 008 | | | | | | |

▶ Patent title
INBAND SIGNALLING ON SACCH

▶ Country of registration
UNITED STATES

Countries applicables to App./Patent
UNITED STATES

Notes
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▽ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 5564074 | 471267 | 3GPP TS 25.331 | | | UMTS | 2002-12-19 | | |
| | | | 3GPP TS 25.224 | | | | | | |

▶ Patent title
POWER CONTROL CIRCUIT FOR A RADIO TELEPHONE

▶ Country of registration
UNITED STATES

Countries applicables to App./Patent
UNITED STATES

Notes
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

DOWNLOAD TO .csv     COPY TYPE

**Search IPR Declarations**

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | • Country of Registration: UNITED STATES | Sorted by | Project (ascending) |
| | • Project: ALL | | |
| | • Countries applicable: UNITED STATES | | |
| | • Company: Nokia Corporation | | |
| | • Etsi deliverable or Work Item: 3GPP | | |

◀◀ ◀  47 IPR Declarations found, displaying 11 to 20  ▶ ▶▶  Go to page [  ]  View [10 ]

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ ▲ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/954370 | 3GPP TS 29.061 | | | UMTS | 2002-12-19 | |

▶ **Patent title**
IP-M CONTEXT FOR GPRS

▶ **Country of registration**        **Countries applicables to App./Patent**
UNITED STATES        UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ ▲ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/759776 | 3GPP TS 25.224 3GPP TS 25.221 | | | UMTS | 2002-12-19 | |

▶ **Patent title**
COMBINED CELL MEASUREMENT REFERENCE AND PAGING INDICATOR INUTRA TDD

▶ **Country of registration**        **Countries applicables to App./Patent**
UNITED STATES        UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the

extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/406209 | | 3GPP TS 25.413 3GPP TS 25.331 | | | UMTS | 2002-12-19 | | |

▶ **Patent title**
INTER-SYSTEM HANDOVER

| ▶ **Country of registration** | **Countries applicables to App./Patent** |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | PCT/FI01/00450 | | 3GPP TS 25.433 3GPP TS 25.225 3GPP TS 25.331 | | | UMTS | 2002-12-19 | | |

▶ **Patent title**
METHOD FOR POWER PRE-EGUALIZATION IN TDD SYSTEM

| ▶ **Country of registration** | **Countries applicables to App./Patent** |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/830781 | | 3GPP TS 25.413 3GPP TS 25.331 | | | UMTS | 2002-12-19 | | |

▶ **Patent title**
INDICATING IU SIGNALING BEARER TO THE RELEASE TO THE MOBILE STATION (MS) WHEN MS IS ACTIVE TO MORE THAN ONE CN DOMAIN

| ▶ **Country of registration** | **Countries applicables to App./Patent** |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item | Section | Version | ▲ Project(s) | ▶ Declaration | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|

| Company | Patent No. | Application No. | Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | Declaration date |
|---|---|---|---|---|---|---|---|
| | | | OR ETSI Deliverable No. | | | | date |
| Nokia Corporation | | 09/970091 | 3GPP TS 26.192 | | | UMTS | 2002-12-19 |

▶ Patent title
COMFORT NOISE GENERATION SYSTEM UTILIZING STATIONARITY INFORMATION OF BACKGROUND NOISE

▶ Country of registration                    Countries applicables to App./Patent
   UNITED STATES                             UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | ▶ Declaration date |
|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 60/253170 | 3GPP TS 26.192 | | | UMTS | 2002-12-19 |

▶ Patent title
COMFORT NOISE GENERATION SYSTEM UTILIZING STATIONARITY INFORMATION OF BACKGROUND NOISE

▶ Country of registration                    Countries applicables to App./Patent
   UNITED STATES                             UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | ▶ Declaration date |
|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/920910 | 3GPP TS 23.140 | | | UMTS | 2002-12-19 |

▶ Patent title
INCORPORATING STREAMING WITH MMS

▶ Country of registration                    Countries applicables to App./Patent
   UNITED STATES                             UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | Project(s) | ▶ Declaration date |
|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/200930 | 3GPP TS 25.305 3GPP TS 22.071 GSM 03.71 | | | UMTS | 2002-12-19 |

▶ Patent title
TRACKING OF REAL TIME AND OBSERVED TIME DIFFERENCE VALUES IN TIME

▶ Country of registration                    Countries applicables to App./Patent
   UNITED STATES                             UNITED STATES

IPR in ETSI Deliverables                                    Page 4 of 4

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR **ETSI** Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date |
|---|---|---|---|---|---|---|---|
| Nokia Corporation | 6456237 | 09/677114 | 3GPP TS 25.305 3GPP TS 22.071 GSM 03.71 | | | UMTS | 2002-12-19 |

▶ **Patent title**
TRACKING OF REAL TIME AND OBSERVED TIME DIFFERENCE VALUES IN TIME

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL



**Search IPR Declarations**

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | |  | Sorted by | Project (ascending) |
|---|---|---|---|---|

- Country of Registration: UNITED STATES
- Project: ALL
- Countries applicable: UNITED STATES
- Company: Nokia Corporation
- Etsi deliverable or Work Item: 3GPP

◄◄ ◄  47 IPR Declarations found, displaying 21 to 30  ▶ ▶▶  Go to page [    ]  View [10]

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/971909 | | 3GPP TS 23.140 | | | UMTS | 2002-12-19 | |

**▶ Patent title**
MULTIMEDIA MESSAGING CENTER, CAPABILITIES USER PROFILE MANAGEMENT

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/859671 | | 3GPP TS 25.423 | | | UMTS | 2002-12-19 | |

**▶ Patent title**
CONGESTION CONTROL ON IUR

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▣ | ▣ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | PCT/EP99/00452 | | 3GPP TS 23.009 | | | UMTS | 2002-12-19 | | |

**▶ Patent title**
INTERWORKING BETWEEN RADIO ACCESS NETWORKS

**▶ Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▣ | ▣ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/783917 | | 3GPP TS 22.016 | | | UMTS | 2002-12-19 | | |

**▶ Patent title**
COMPATIBLE EXTENDED METHOD TO EXECUTE CHECK NUMBER CALCULATION OF IMEI

**▶ Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▣ | ▣ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/980377 | | 3GPP TS 25.221 3GPP TS 25.301 3GPP TS 25.302 3GPP TS 25.435 3GPP TS 25.212 | | | UMTS | 2002-12-19 | | |

**▶ Patent title**
HANDLING OF THE TRANSMISSION POWER IN WCDMA FORWARD ACCESS CHANNEL

**▶ Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▣ | ▣ |
|---|---|---|---|---|---|---|---|---|---|

| Nokia Corporation | 09/189590 | 3GPP TS 25.224 3GPP TS 25.221 | | UMTS | 2002-12-19 |

▶ Patent title
PACKET RADIO TELEPHONE SERVICES

▶ Country of registration
   UNITED STATES

Countries applicables to App./Patent
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/997200 | 3GPP TS 23.002 | | | UMTS | 2002-12-19 | | |

▶ Patent title
TRANSMISSION AND INTERCONNECTION METHOD

▶ Country of registration
   UNITED STATES

Countries applicables to App./Patent
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/668315 | 3GPP TS 22.146 3GPP TS 23.846 | | | UMTS | 2002-12-19 | | |

▶ Patent title
SERVICES ON DEMAND IN MOBILE COMMUNICATIONS SYSTEM

▶ Country of registration
   UNITED STATES

Countries applicables to App./Patent
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | | |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 60/331391, 10/157159 | 3GPP TS 25.212 ETSI TS 125 212 3GPP TS 25.213 ETSI TS 125 213 | | | UMTS | 2003-06-27 | | |

▶ Patent title
COMPACT REPRESENTATION OF MULTICODE SIGNALING IN WCDMA SYSTEMS

▶ **Country of registration**
UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ ▲ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | PCT/EP01/03653 | | 3GPP TS 25.413 ETSI TS 125 413 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
INDICATION OF ALLOWED TARGET PLMNS TO RADIO ACCESS NETWORK

▶ **Country of registration**
UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

DOWNLOAD TO CSV     COPY SURE

## Search IPR Declarations

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | • Country of Registration: UNITED STATES | Sorted by | Project (ascending) |
|---|---|---|---|
| | • Project: ALL | | |
| | • Countries applicable: UNITED STATES | | |
| | • Company: Nokia Corporation | | |
| | • Etsi deliverable or Work Item: 3GPP | | |

▶◀ ◀     47 IPR Declarations found, displaying 31 to 40     ▶ ▶▶     Go to page [    ]     View [10]

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/591679 | | 3GPP TS 23.003 ETSI TS 123 003 3GPP TS 25.413 ETSI TS 125 413 3GPP TS 23.060 ETSI TS 123 060 | | | UMTS | 2003-06-27 | |

▶ Patent title
LOCATION MANAGEMENT IN A MOBILE TELECOMMUNICATION SYSTEM

▶ Country of registration            Countries applicables to App./Patent
     UNITED STATES                   UNITED STATES

Notes
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/844879 | | 3GPP TS 29.060 | | | UMTS | 2003-06-27 | |

ETSI TS 129
060

▶ **Patent title**
IMPROVING RESTORATION PROCEDURE BETWEEN SGSN AND GGSN

▶ **Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/888884 | 3GPP TS 25.331 ETSI TS 125 331 3GPP TS 25.922 ETSI TS 125 922 3GPP TS 25.323 ETSI TS 125 323 3GPP TS 25.301 ETSI TS 125 301 | | | UMTS | 2003-06-27 | | |

▶ **Patent title**
CAPACITY ALLOCATION FOR RADIO BEARERS

▶ **Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/149639 | 3GPP TS 23.140 ETSI TS 123 140 3GPP TS 26.234 ETSI TS 126 234 | | | UMTS | 2003-06-27 | | |

▶ **Patent title**
IMPROVED AND ENHANCED MEANS OF SUPPORT FOR STREAMING IN MMS

▶ **Country of registration**          **Countries applicables to App./Patent**
UNITED STATES                          UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/935212 | | 3GPP 3GPP TS 25.214 3GPP ETSI TS 125 214: 3GPP TS 25.211 3GPP ETSI TS 125 211 3GPP 3GPP TR 25.858 3GPP ETSI TR 125 858 | | | UMTS | 2003-06-27 | | |

▶ **Patent title**
CONTROL ARRANGEMENT FOR PACKET ACCESS SYSTEM

▶ **Country of registration**            **Countries applicables to App./Patent**
    UNITED STATES                            UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/832051 | | 3GPP TS 25.322 ETSI TS 125 322 | | | UMTS | 2003-06-27 | | |

▶ **Patent title**
ADDITION OF THE ONE BIT RI FIELD INTO CURRENT RESET PDU ANDHANDLING OF THE HFN UPON THE RESET PROCEDURE

▶ **Country of registration**            **Countries applicables to App./Patent**
    UNITED STATES                            UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ▼ | ▲ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/447988 | | 3GPP TS 44.060 ETSI TS 144 060 3GPP TS 24.008 ETSI TS 124 008 | | | UMTS | 2003-06-27 | | |

▶ **Patent title**
METHOD AND ARRANGEMENT FOR TRANSFERRING INFORMATION IN A PACKET RADIO SERVICE

▶ **Country of registration**            **Countries applicables to App./Patent**
    UNITED STATES                            UNITED STATES

**Notes**

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/048303 | 3GPP TS 44.060 ETSI TS 144 060 | | | UMTS | 2003-06-27 | | |

**▶ Patent title**
MEKANISMI DOWNLINK TBF:N NOPEALLE PYSTYTYKSELLE MOBIILIN JAVERKON VÄLILLE GPRS:SSÄ

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 5862489 | 765265 | 3GPP TS 25.331 ETSI TS 125 331 | | | UMTS | 2003-06-27 | | |

**▶ Patent title**
POWER CONTROL METHOD AND ARRANGEMENT FOR HANDOVER IN A MOBILE COMMUNICATION SYSTEM

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/179789 | 3GPP TS 25.323 ETSI TS 125 323 | | | UMTS | 2003-06-27 | | |

**▶ Patent title**
SELECTION OF METHOD TO CARRY ROHC CID VALUES OVER WCDMA

| ▶ Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

DOWNLOAD TO CSV    COPY FREE

IPR in ETSI Deliverables

## Search IPR Declarations

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | | Sorted by | Project (ascending) |
|---|---|---|---|
| | • Country of Registration: UNITED STATES | | |
| | • Project: ALL | | |
| | • Countries applicable: UNITED STATES | | |
| | • Company: Nokia Corporation | | |
| | • Etsi deliverable or Work Item: 3GPP | | |

◄◄ ◄    47 IPR Declarations found, displaying 41 to 47    ► ►►    Go to page [ ]    View 10

| ► Company | ► Patent No. | ► Application No. | ► Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ► Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 09/765190 | | 3GPP TS 23.003 ETSI TS 123 003 3GPP TS 23.060 ETSI TS 123 060 | | | UMTS | 2003-06-27 | |

► Patent title
IPV6 ADDRESS ACQUISITION IN GPRS

| ► Country of registration | Countries applicables to App./Patent |
|---|---|
| UNITED STATES | UNITED STATES |

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ► Company | ► Patent No. | ► Application No. | ► Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ► Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 08/746,746 | | 3GPP TS 23.002 ETSI TS 123 002 3GPP TS 25.215 | | | UMTS | 2003-06-27 | |

ETSI TS 125 215
3GPP TS 23.009
ETSI TS 123 009

▶ **Patent title**
MULTIPLE RADIO STANDARD USE

▶ **Country of registration**
UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/381334 | 3GPP TS 29.002 ETSI TS 129 002 3GPP TS 23.008 ETSI TS 123 008 3GPP TS 23.016 ETSI TS 123 016 3GPP TS 23.002 ETSI TS 123 002 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
RADIO NETWORK ACCESS MECHANISM

▶ **Country of registration**
UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/344104 | 3GPP TS 29.207 ETSI TS 129 207 3GPP TS 23.207 ETSI TS 123 207 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
Method and System for bearer authorization in a wireless communication network

▶ **Country of registration**
UNITED STATES

**Countries applicables to App./Patent**
UNITED STATES

**Notes**

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ ☒ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 10/035339 | 3GPP TS 23.228 ETSI TS 123 228 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
PROVIDING MT SERVICES FOR UNREGISTERED SUBSCRIBERS IN R2000IM NETWORKS

▶ **Country of registration**            **Countries applicables to App./Patent**
UNITED STATES                            UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ ☒ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | 6243455 | 09/481230 | 3GPP TS 23.218 ETSI TS 123 218 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
REDUCING MESSAGE TRAFFIC IN INTELLIGENT NETWORK

▶ **Country of registration**            **Countries applicables to App./Patent**
UNITED STATES                            UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ▲ Project(s) | ▶ Declaration date | ☒ ☒ |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation | | 09/835821 | 3GPP TS 24.229 ETSI TS 124 229 | | | UMTS | 2003-06-27 | |

▶ **Patent title**
IPT CHARGING INTERWORKING WITH CAMEL AND SIP

▶ **Country of registration**            **Countries applicables to App./Patent**
UNITED STATES                            UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL



# EXHIBIT K

**Search IPR Declarations**

THE ETSI IPR DATABASE contains IPRs, particularly patents and patent applications, which have been notified to ETSI as being essential, or potentially essential, to ETSI standards. Unless otherwise specified, all IPRs contained herein have been notified to ETSI, with an undertaking from the owner to grant licenses according to the terms and conditions of Article 6.1 of the ETSI IPR POLICY (Annex 6 of the Rules of Procedure).

The present database provides data that is based on the information received. ETSI has not checked the validity of the information, nor the relevance of the identified patents/patent applications to the ETSI Standards and cannot confirm, or deny, that the patents/patent applications are, in fact, essential, or potentially essential. No investigation, or IPR searches, have been carried out by ETSI and therefore no guarantee can be given concerning the existence of other IPRs which are, or may become, essential.

Potential Licensees should use the information in this database at their discretion and should contact the patent holder, for example to establish the status of a disclosed patent family, prior to making a patent licensing decision.

Please note that when using the work item/projects field for your search you might obtain duplicate entries. This results from the fact that IPR declarations made to ETSI may be relevant to one and/or several projects/work item.

| Selected by | • Project: ALL | Sorted by | Project (ascending) |
|---|---|---|---|
| | • Company: Lucent Technologies Inc. | | |

2 IPR Declarations found    View 10

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ⬆ Project(s) | ▶ Declaration date | ⊠ ⊠ |
|---|---|---|---|---|---|---|---|---|
| Lucent Technologies Inc. | n/a | | ES 201 488 | | 1.1.1 | Cable Modem | 2000-10-13 | |

▶ Patent title
-

▶ **Country of registration**          Countries applicables to App./Patent
UNITED STATES

**Notes**
The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

| ▶ Company | ▶ Patent No. | ▶ Application No. | ▶ Work Item OR ETSI Deliverable No. | Section | Version | ⬆ Project(s) | ▶ Declaration date | ⊠ ⊠ |
|---|---|---|---|---|---|---|---|---|
| Lucent Technologies Inc. | n/a | | | | | UMTS | 1998-01-20 | |

▶ **Country of registration**          Countries applicables to App./Patent
Not available

**Notes**
Lucent Technologies Inc. has informed ETSI that it is likely to have IPRs essential to UMTS and that it is prepared to make a license relating to the ETSI UMTS Terrestrial Radio Access Interface standard available to any qualified applicant, upon reasonable, non-discriminatory terms and conditions. Representative: Mr. P. J. Crefeld (tel: +1 908 903 6262 / fax: +1 908 903 6319) for licensing matters.

DOWNLOAD TO CSV    COPY URL

IPR in ETSI Deliverables

# EXHIBIT L



# Nokia IPR Landscape

## Nokia Technology Media Briefing
October 3-4, 2006

**Ulla James**
Director, Nokia IPR

1   © 2005 Nokia    TecMedia_UJ.ppt / 2006-09-28 / UJ



## Agenda

- Patents and Standards
- Development of Nokia Patent portfolio
- IPR Landscape
- How does Nokia IPR Create value?



# Patents and Standards

© 2005 Nokia

TecMedia_UI.ppt / 2006-09-28 / UJ

3



# Patents



## Purpose of patent:

- incentive to invent – return on R&D investment
- grants monopoly for a period of time
- worthless if not used
- defensive value:
  secures freedom of action, reduces risk
- patent owner chooses if, who and on what
  terms to license

## Implementation patents (non-essentials)

- no licensing commitments = greater freedom
- implementation patent can therefore be commercially very valuable
- majority of patent portfolio
- underpin product differentiation

# Standards and patents tradeoff



**ETSI**

- responsible for ICT standardization
- 688 members from 55 countries
- Develops wide range of standards and technical documents as Europe's contribution to world-wide ICT standardization

## Why standards?

- interoperability
- publication of technical specification
- developed by standardisation organisations
  - Governmental/commercial bodies
  - De-facto industry standards (e.g. TCP/IP, BT)

## Essential patent

- Patent included in a standard
- Standard-compliant equipment *must* be designed according to the standard using the essential patents even if there were technical and commercial substitutes ("technically essential")
- Obligation to license to all

5    © 2005 Nokia    TecMedia_UJ.ppt / 2006-09-28 / UJ



# Standardisation organisations have agreed IPR rules

- **Patents:** promote technical development in standards

- **Basic Patent policy**

  - ETSI and other standards bodies require patent holders to disclose the patents claimed to be essential and to commit to license these patents on Fair, Reasonable and Non-discriminatory terms – so called "FRAND" terms.

- **ETSI IPR Rules:**



RIGHTS

- no obligation to conduct IPR searches (4.2)
- to refuse the inclusion of their IPRs in Standards (8.1 and 8.2)
- obtain licences on fair, reasonable and non-discriminatory terms and conditions (6.1)



OBLIGATIONS

- to inform ETSI about their own and other people's essential IPRs (4.1)
- to undertake to grant licences on fair, reasonable and non-discriminatory terms and conditions (6.1)



© 2005 Nokia    TechMedia_UI.ppt / 2006-09-28 / UJ

6



# Development of Nokia Patent Portfolio

© 2005 Nokia    TecMedia_UJ.ppt / 2006-09-28 / UJ

7

# Nokia IPR portfolio and R&D investments



**Patented inventions**  **Cumulative R&D investment since 1991 (MEUR)**

Legend:
- # of patent families
- Cumulative R&D

GSM (*
WCDMA (**
CDMA2000 (**



NOKIA
Connecting People

**Sources: *) ETSI essential patent declarations **) Goodman-Myers, 2005**

8    © 2005 Nokia    TechledIa_UJ.ppt / 2006-09-28 / UJ

# Use of Nokia Patents



| Nokia code | Feature |
|---|---|
| NC6047 | Caller name display |
| NC6048 | Caller specific ringing tune |

**Two patents used by most phone manufacturers in most of the phones**



**Nokia essential patent declarations in key standards**

Legend:
- OTHER
- IEEE802.16
- IEEE802.11
- OMA
- cdma
- WCDMA
- GSM

*Source: Nokia declarations*



9    © 2005 Nokia        TecMedia_UJ.ppt / 2006-09-28 / UJ



# IPR Landscape

© 2005 Nokia

TecMedia_UJ.ppt / 2006-09-28 / UJ

10



# IPR ecosystem going forward

© 2005 Nokia    TecMedia_UI.ppt / 2006-09-28 / UJ

# The highest volume consumer electronics industry with increased exposure to non-telecom IPR





... Television, Navigation, Gaming, Video, Messaging, Fitness ...

# Volumes continue to grow - driven by emerging markets

## Cellular Terminal Market Volumes-Bank of America, Feb 2006

Japan & Korea
2005: 56 m
2009: 62 m
+2% CAGR

Other APAC
2005: 76 m
2009: 152 m
+19% CAGR

China
2005: 109 m
2009: 179 m
+13% CAGR

India
2005: 38 m
2009: 119 m
+33% CAGR

East Europe
2005: 99 m
2009: 151 m
+11% CAGR

West Europe
2005: 157 m
2009: 180 m
+4% CAGR

Middle East & Africa
2005: 88 m
2009: 173 m
+18% CAGR

Latin America
2005: 92 m
2009: 150 m
+13% CAGR

North America
2005: 126 m
2009: 144 m
+3% CAGR

Europe

Middle East & Africa

China region

Latin America

North America

Asia Pacific

## Nokia Regional Volumes 2Q06

NOKIA
Connecting People

13    © 2005 Nokia    TecMedia_UI.ppt / 2006-09-28 / UJ



# How does Nokia IPR create value?

14    © 2005 Nokia    TecMedia_UI.ppt / 2006-09-28 / UJ

# How does Nokia IPR create value?



## IPR investment

| Freedom of action | Create a cost advantage | Influence in business environment | Product differentiation | Create licensing revenue |
|---|---|---|---|---|
| • Technology access<br>• Cross licensing<br>• Litigation avoidance | • Competitive royalty rates<br>• Prevent freeriders | • Preferred technologies<br>• Collaboration<br>• Partnering | • Unique features<br>• Look and feel<br>• Trademarks | • Licensing<br>• Sale of IPR |

NOKIA
Connecting People

# Creative combinations:
## Different focus for different technology phases



# Innovation thrives from healthy competition







© 2005 Nokia    NRC General Presentation / February 2006