**EXHIBIT N**



**QUALCOMM**
London Investor Day November 13, 2006

## Safe Harbor

Before we proceed with our presentation, we would like to point out that the following discussion will contain forward-looking statements from industry consultants, QUALCOMM, and others regarding industry trends, anticipated future results, potential market size, market shares, and other factors which inherently involve risks and uncertainties, including the rate of development, deployment and commercial acceptance of CDMA-based networks and technology and fluctuations in the demand for CDMA-based products, services or applications.

These and other risks and uncertainties relating to QUALCOMM's business are outlined in detail in our most recent 10-Q and 10-K forms filed with the Securities and Exchange Commission.

Please consult those documents for a more complete understanding of these risks and uncertainties.

This presentation includes a discussion of "non-GAAP financial measures" as that term is defined in Regulation G. The most directly comparable GAAP financial measures and information reconciling these non-GAAP financial measures to the company's financial results prepared in accordance with GAAP have been included at the end of this presentation.





London Investor Day November 13, 2006

## QUALCOMM's Intellectual Property Strength

- QUALCOMM innovations for CDMA voice and data represent fundamental IP in any CDMA/WCDMA system and have been repeatedly improved upon by QUALCOMM as the CDMA standards have evolved

- WCDMA/HSPA+ standards path mirrors the CDMA/EV-DO path and is built upon QUALCOMM's core patented wireless data technologies

- Advanced data capabilities and features for GPRS/EDGE, WCDMA/HSPA+ and CDMA/EV-DO technology paths enabled by using QUALCOMM inventions

- In parallel, QUALCOMM has developed extensive expertise and IP in other technologies, including GSM, OFDMA and MIMO



























QUALCOMM — London Investor Day November 13, 2006

The Value of QUALCOMM's Patent Portfolio Has Been Established By More than 135 Arms-Length Negotiated License Agreements

*(Examples of QUALCOMM licensees)*

NOKIA · Huawei Technologies · NEC · ZTE · UTStarcom · LG · QANTECH & CURITEL · SAMSUNG · SIEMENS · MOTOROLA · NOVATEL WIRELESS · SII Seiko Instruments Inc. · OPTION Wireless Technology · TOSHIBA · BenQ · MITSUBISHI ELECTRIC · SANYO · SIERRA WIRELESS · Hisense · VITELCOM

**Standard Royalty Rate** < 5% of the Wholesale Selling Price of a Complete CDMA/WCDMA Handset

Approximately 90% of third party royalties are derived from subscriber unit sales






QUALCOMM's Licensed Portfolio Has Grown Substantially While Average Royalty per Handset ($) Has Declined Significantly

London Investor Day November 13, 2006

Standard royalty rate has not increased since 1991

QUALCOMM
London Investor Day November 13, 2006

# Established Fair Value of QUALCOMM's Patent Portfolio



Value of QUALCOMM's Patent Portfolio

Three Primary Elements of Consideration

1. Up-Front License Fee
2. Ongoing Royalties at Standard Rate
3. Royalty-Free Cross-License for QUALCOMM's Chips/Software

QUALCOMM
London Investor Day November 13, 2006

# How QUALCOMM's CDMA Licenses Generally Work

Patents Issued or Applied

A Licensee receives a license under either all of QC's patents or those that are issued or applied for within an agreed upon Capture Period. In the latter case, patents outside of the Capture Period are unlicensed

Capture Period  -  Royalties are paid for the life of the patents licensed within the Capture Period

- Over the years, we have amended more than 25 of our Subscriber Unit License Agreements to extend the Capture Period without materially changing the royalty terms of those agreements

- Most of our licensees now have an unlimited forward Capture Period for our essential patents

QUALCOMM
London Investor Day November 13, 2006

# WCDMA Subscriber Unit License Extensions

60+ WCDMA Subscriber Unit License Agreements

- Only 4 licensees' WCDMA Subscriber Unit royalty obligations will expire during the next 10 years for the limited number of patents licensed under their Capture Period. These 4 licensees will require an extension. Nokia is one of the four

- Other than Nokia, the earliest to expire is in 2011

> The vast majority of our WCDMA Subscriber Unit licensees, including some of the largest handset manufacturers, are licensed for all present and future essential QUALCOMM patents

QUALCOMM
London Investor Day November 13, 2006

## Nokia License Negotiations

- Qualcomm has a license agreement with Nokia which in part expires on April 9, 2007
- Discussions continue between Qualcomm and Nokia, but our negotiating team is not optimistic that the parties will reach agreement prior to April 2007
- If the parties are not able to reach agreement by April of 2007, then under the terms of the current agreement the following will cease:
  - Nokia's right to sell CDMA and WCDMA handsets under most of QUALCOMM's patents (including many essential patents)
  - Nokia's contractual obligation to pay QUALCOMM royalties for certain products under the terms of the current agreement
  - QUALCOMM's rights to sell components under Nokia's patents

QUALCOMM
London Investor Day November 13, 2006

# Nokia Says Things Have Changed Since 1992

- 1992: Nokia enters into subscriber license

- 2001: Nokia signs new agreement covering all CDMA (including WCDMA):

  – Agrees to *"continue to pay royalties to QUALCOMM for subscriber equipment at the same rates established by the terms of the original cross-license agreement in 1992..."* [July 3, 2001 press release]

  – At Nokia's request, the agreement includes an option, expiring at the end of 2008, to extend the same royalty terms beyond April 2007

Our portfolio was worth these rates in 1992 and 2001...

QUALCOMM

London Investor Day November 13, 2006

# So what has changed since Nokia last agreed to our royalty rates?

- QUALCOMM's patent position has grown exponentially

- WCDMA is deployed in 133 networks / 55 countries, and rapidly growing[*]

- HSDPA launched in 65 networks / 39 countries[*]

- QUALCOMM has entered into more than 40 additional WCDMA license agreements at our standard rates (for a total of 70+ WCDMA licenses)

- Nokia's royalty payments to QUALCOMM have increased 9 fold on an annual basis, and continue to grow

- Nokia faces stiff competition from manufacturers enabled by QUALCOMM

- Nokia has tried but failed to establish a significant royalty bearing CDMA/WCDMA licensing program

[*] Source: GSA - 3G Stats, October 10, 2006