

London Investor Day November 13, 2006

# Patent Portfolio Quality

From Nokia's 3Q 2006 Earnings Conference Call:

*"In addition to our vast quantity of patents, we also believe that the quality of our patent portfolio is second to none and thus stands up well to those of Qualcomm and others."*

— Rick Simonson
Nokia, CFO



Really?

- How many companies have taken royalty bearing CDMA or WCDMA licenses from Nokia? Who are they? Any major players?

- QUALCOMM Patent Portfolio
  - Over 120 companies with royalty bearing CDMA2000 licenses (including Nokia)
  - Over 70 companies with royalty bearing WCDMA licenses (including Nokia)



# Nokia's Self-proclaimed WCDMA Patent Share in December 2005

Nokia Capital Market Days Presentation, Dec 2005



Nokia now attempts to value patent portfolio by simply counting alleged essential patents



Nokia's self-proclaimed WCDMA patent share is approximately 13%



# Nokia Doubled* its Self-proclaimed WCDMA Patent Share Based on Conclusions Drawn from the Goodman-Myers Report

QUALCOMM

London Investor Day November 13, 2006

Nokia IPR Landscape Presentation, Oct 2006

Nokia Capital Market Days Presentation, Dec 2005

*Note: Share increased from ~13% to ~25%; percentages from Goodman-Myers 2005 Report.

QUALCOMM

London Investor Day November 13, 2006

# Nokia's Frequently Quoted Goodman-Myers 2005 Report is not only Fundamentally Flawed but also Biased – Funded Entirely by Nokia

*"FRI hereby states that the published study authored by Drs. David Goodman and Robert Myers entitled '3G Cellular Standards and Patents' was sponsored by the Nokia Corporation headquartered in Espoo, Finland. No other entity funded the study in any way."*

— Emmett Murtha
President, Fairfield Resources, Inc.



# Litigation Exposure

QUALCOMM

London Investor Day November 13, 2006

## Example of Revenue Exposure Magnitude Comparison



If a WCDMA chip price is 10% that of the Handset

WCDMA Wireless Chip

WCDMA Mobile Handset

and

If Nokia WCDMA handsets sold are 2x QUALCOMM WCDMA chips sold

Nokia Devices

QCT MSMs

then

Nokia WCDMA revenue exposed is 20x QUALCOMM WCDMA revenue exposed

Nokia

QCT



QUALCOMM
London Investor Day November 13, 2006

# Possible Litigation Result Scenarios

**Given the differences in WCDMA revenue exposure, the amount of any royalties payable by QUALCOMM to Nokia would not materially impact the royalty rate paid by Nokia to QUALCOMM**

| | | | | | |
|---|---|---|---|---|---|
| Nokia Theoretical Rate Payable to QUALCOMM | 6% | 6% | 6% | 6% | 6% |
| QUALCOMM Theoretical Rate Payable to Nokia | 2.00% | 1.50% | 1.00% | 0.50% | |
| Net Rate Received by QUALCOMM | 5.90% | 5.93% | 5.95% | 5.98% | |

Even in the unlikely event that Nokia were to obtain as much as a 5% royalty on QUALCOMM's CDMA2000 chipset revenue, QUALCOMM would only need to obtain a 0.5% royalty on Nokia's GSM/GPRS/EDGE handset revenue to break-even*

*Based on QUALCOMM's estimates of relevant Nokia and QUALCOMM revenue over the next 4 years



QUALCOMM

London Investor Day November 13, 2006

# Who is Complaining to the European Commission that QUALCOMM is Dominant?

Nokia

#1 Handset Supplier in the World

Texas Instruments

#1 Wireless Chipset Supplier in the World

Ericsson

#1 Infrastructure Supplier in the World

Broadcom
NEC
Panasonic

QUALCOMM

London Investor Day November 13, 2006

# The Complaint: Message to the European Commission

**From October 28, 2005 Press Release by EC Complainants:**

*"The companies believe that Qualcomm's anti-competitive behaviour has harmful effects for the mobile telecommunications sector in Europe, as well as elsewhere, because carriers and consumers are facing higher prices and fewer choices."*

*PRESS RELEASE*
October 28, 2005

QUALCOMM

London Investor Day November 13, 2006

# Very Different Messages to Investors

**From Nokia's 3Q 2006 Earnings Conference Call:**

"And maybe I just add to that final comment, that in fact in the third quarter, the top four **margin** contributors for us were wideband CDMA products so in that way, the market is there, and will continue to be there."

- Olli-Pekka Kallasvuo
  Nokia President & CEO

**From Texas Instruments' 4Q 2005 Earnings Conference Call:**

"3G revenue was the **biggest factor** driving our year-on-year growth."

- Ron Slaymaker
  Texas Instruments, VP and Manager of IR

**From Ericsson's 2Q 2006 Earnings Conference Call:**

"… but the network as such is not more expensive to build in wideband CDMA technology than in GSM. How fast wideband CDMA will come I think is very much driven by where handset prices are, and they are **quickly coming down**."

- Carl-Henric Svanberg
  Telefonaktiebolaget Ericsson, President & CEO

QUALCOMM

London Investor Day November 13, 2006

# Update - Complaints to the European Commission

- QUALCOMM has submitted its response to the six complaints

- We expect the EC to continue its informal investigation for now

- This process can take years

- Complaints are factually inaccurate and without merit

## Status Elsewhere

- South Korea

- Japan

QUALCOMM

London Investor Day November 13, 2006

# Broadcom Update

- **U.S. District Court dismisses Broadcom's antitrust complaint**

- **ITC**

  - ALJ's interim decision finds QUALCOMM does not infringe 2 of 3 asserted Broadcom patents and recommends against downstream remedy

  - ALJ does *not* recommend a ban on importation of QUALCOMM's chips, alone or in customers' handsets

  - QUALCOMM contests interim infringement finding on other patent and is seeking commission review

  - Deadline for full commission decision is February 9, 2007

- **Other Patent Cases**

  - QUALCOMM's infringement action against Broadcom set for trial on January 9, 2007



QUALCOMM
London Investor Day, November 13, 2006

# Cumulative WCDMA Royalty Rate

**Myth:**

Cumulative royalties for WCDMA essential patents are between 25% to 30% of the handset price

**Reality:**

- Cumulative royalties for WCDMA essential patents are not significantly higher than 5% of the selling price of handsets sold in Europe

- Large manufacturers typically trade essential patents royalty free with other large manufacturers, and have difficulty charging royalties to small manufacturers

- QUALCOMM chipset customers significantly reduce payments to other manufacturers due to pass through rights they receive from the use of QC chips

QUALCOMM

London Investor Day November 13, 2006

# WiMax Royalties

**Myth:**

WiMax royalties will be zero, very low, or lower than 3G royalties

**Reality:**

- There will be WiMax royalties and there is tremendous uncertainty about what the actual rate will be.

- We see no reason that the WiMax royalty will be less than 3G, and it may be significantly higher than 3G

- WiMax Forum conducted a study finding 1,550 WiMax related patents held by over 330 companies

- QUALCOMM has over 960 OFDM/OFDMA-related patents and applications, including many of such patents that are applicable to WiMax

- Who will play a role similar to QUALCOMM in 3G to enable smaller, new entrants to compete in the WiMax market?



# WiMAX Intellectual Property Rights

- Dispersed distribution of ownership of US patents*
- No single company has a dominant IPR position

1550 patents are distributed among 330 companies



Of the 23 Companies that hold more than 10 Patents...
- 74% are WiMAX Forum members, representing
- 62% of the patents held in concentrations of 11 or more patents per company

* Based on an independent survey of relevant and potentially relevant patents/applications for United States

Source: Schwegman, Lundberg, Woessner & Kluth

London Investor Day November 13, 2006

# Summary

- **QUALCOMM's licensing terms represent a fair return on our fundamental pioneering innovations and continuous improvements**

- **QUALCOMM's broad licensing program promotes vibrant competition within the industry**

  – QUALCOMM has not increased its standard royalty rate while its patent portfolio has grown substantially

  – Licensing model reduces royalty stacking





