# EXHIBIT O

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

**EXHIBIT P**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY