Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

March 9, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

**Re: Nokia Corporation and Nokia Inc. v. InterDigital Communications, et al.**
**C. A. No. 05-16 (JJF)**

Dear Judge Farnan:

It has come to our attention that portions of the transcript from the March 2, 2007 hearing in this matter contain confidential information. The parties, therefore, respectfully request that the entire transcript be placed under seal and that the parties be permitted to submit a public version of the transcript within five (5) days.

As always, counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

782330 / 28840
cc: Clerk of the Court (via hand deliver)
Counsel of Record (via e-filing and electronic mail)