# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

March 14, 2007

**BY ELECTRONIC FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

> Re: *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Dr. Dalleo:

Pursuant to David Moore's March 9, 2007 letter to the Court, enclosed for filing is a redacted version of the transcript from the March 2, 2007 hearing before Judge Farnan. The parties have redacted from the transcript the portions of InterDigital counsel's argument that contained Nokia confidential information.

Respectfully,

*/s/ Julia Heaney*

Julia Heaney (#3052)

JH/dal
Enclosure

cc:  David E. Moore (by e-mail)
     Dan D. Davison (by e-mail)