IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>  Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiffs' Second Set of Interrogatories* and *Plaintiffs' Second Set of Requests for Production* were caused to be served on March 23, 2007 upon the following in the manner indicated:

### BY HAND AND E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY E-MAIL

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Julia Heaney*

                                              _____
                                              Jack B. Blumenfeld (#1014)
                                              Julia Heaney (#3052)
                                              1201 N. Market Street
                                              Wilmington, DE 19801
                                              (302) 658-9200
                                              Attorneys for NOKIA CORPORATION
                                              and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000


March 23, 2007
517082

CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on March 23, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Andersoon & Corroon LLP
>rhorwitz@potteranderson.com

I also certify that copies were caused to be served on March 23, 2007, upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**

Dan D. Davison
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

*/s/ Julia Heaney*
Julia Heaney (#3052)