**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 05-16-JJF |
| v. | ) | |
| | ) | |
| INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR AN EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between defendants InterDigital Communications

Corporation and InterDigital Technology Corporation ("InterDigital"), and plaintiffs Nokia

Corporation and Nokia Inc. ("Nokia"), subject to the approval of the Court, that the date by which

InterDigital must file and serve a Reply Brief on InterDigital's Motion to Dismiss the Amended

Complaint (D.I. 161) shall be extended to April 11, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       POTTER ANDERSON & CORROON LLP

By: /s/ Julia Heaney                              By: /s/ David E. Moore
    Jack B. Blumenfeld (#1014)                       Richard L. Horwitz (#2246)
    Julia Heaney (#3052)                             David E. Moore (#3983)
    1201 N. Market Street                            Hercules Plaza, 6th Floor
    Wilmington, Delaware 19801                       1313 N. Market Street
    Tel:  (302) 658-9200                             P. O. Box 951
    jblumenfeld@mnat.com                             Wilmington, Delaware 19801
    jheaney@mnat.com                                 Tel:  (302) 984-6000
                                                 Fax: (302) 658-1192
*Attorneys for Plaintiffs*                       rhorwitz@potteranderson.com
                                                 dmoore@potteranderson.com

                                                 *Attorneys for Defendants*

       IT IS SO ORDERED this _____ day of _____, 2007.

                                            _____
                                            United States District Court Judge

786157/28840