# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

April 2, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Nokia Corporation and Nokia Inc. v. Interdigital Communications Corporation and Interdigital Technology Corporation*, C.A. No. 05-16 (JJF)

Dear Judge Farnan:

    The parties have agreed upon a proposed Second Amended Scheduling Order that contains a paragraph on case dispositive motions that was omitted from the Amended Scheduling Order dated March 2, 2007 (D.I. 171). Accordingly, the parties are submitting herewith an Agreed Second Amended Scheduling Order. If it meets with the Court's approval, we request that it be entered. Counsel remain available should you have any questions.

    Respectfully,

    /s/ Julia Heaney

    Julia Heaney (#3052)

JH/lmc
Enclosure
782833

cc: Peter T. Dalleo, Clerk (By hand)
    Richard L. Horwitz, Esquire (By hand and email)
    Dan D. Davison, Esquire (By email)
    Randall L. Allen, Esquire (By email)