## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C. A. No. 05-16-JJF |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Mark D. Flanagan and Nathan L. Walker of Wilmer Cutler Pickering Hale and

Dorr LLP, 1117 California Avenue, Palo Alto, California 94304, to represent defendants

InterDigital Communications Corporation and InterDigital Technology Corporation in this

matter.

OF COUNSEL:                                        POTTER ANDERSON & CORROON LLP

D. Dudley Oldham
Linda L. Addison
Richard S. Zembek                          By:  _/s/ David E. Moore_____
Fulbright & Jaworski L.L.P.                      Richard L. Horwitz  (#2246)
1301 McKinney, Suite 5100                        David E. Moore (#3983)
Houston, Texas 77010-3095                        Hercules Plaza, 6th Floor
Tel:  (713) 651-5151                             1313 N. Market Street
                                                 Wilmington, Delaware 19801
Dan D. Davison                                   Tel:  (302) 984-6000
Fulbright & Jaworski L.L.P.                       rhorwitz@potteranderson.com
2200 Ross Avenue, Suite 2800                      dmoore@potteranderson.com
Dallas, Texas 75201-2784
Tel:  (214) 855-8000                             *Attorneys for Defendants,*
                                                 *InterDigital Communications Corporation and*
Dated:  April 6, 2007                            *InterDigital Technology Corporation*
787597 / 28840

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 6, 2007          Signed: /s/ Nathan L. Walker
                                      Nathan L. Walker
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      1117 California Avenue
                                      Palo Alto, California 94304
                                      Tel: (650) 858-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: _April 6, 2007_    Signed: _/s/ Mark D. Flanagan_
Mark D. Flanagan
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 6, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 6, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By:  /s/ David E. Moore
         Richard L. Horwitz
         David E. Moore
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, Delaware 19899-0951
         (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

713935 / 28840