IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF <br><br> **DEMAND FOR JURY TRIAL** |

## STIPULATION FOR AN EXTENSION OF TIME

WHEREAS, the law firm of Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini") and the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") recently entered appearances as counsel on behalf of defendants InterDigital Communications Corporation and InterDigital Technology Corporation (collectively, "InterDigital") (D.I. 184);

WHEREAS, Wilson Sonsini and Wilmer Hale's involvement in this litigation will be substantive and significant;

WHEREAS, Wilson Sonsini and Wilmer Hale will require time to familiarize themselves with this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between InterDigital and plaintiffs Nokia Corporation and Nokia Inc. ("Nokia"), subject to the approval of the Court, that the date by which InterDigital must file and serve a Reply Brief on InterDigital's Motion to Dismiss the Amended Complaint (D.I. 161) shall be extended to May 9, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Julia Heaney<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

787856 / 28840

2