IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-16-JJF <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Christopher P. Isaac of Finnegan Henderson Farabow Garrett & Dunner LLP, Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190; R. Bruce Bower and Roger D. Taylor of Finnegan Henderson Farabow Garrett & Dunner LLP, 3500 SunTrust Plaza, 303 Peachtree Street N.E., Atlanta, GA 30308; Houtan K. Esfahani, Rajev Gupta and Patrick J. Coyne of Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, Washington, DC 20001, to represent defendants InterDigital Communications Corporation and InterDigital Technology Corporation in this matter.

| | |
|---|---|
| OF COUNSEL: <br><br> D. Dudley Oldham <br> Linda L. Addison <br> Richard S. Zembek <br> Fulbright & Jaworski L.L.P. <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010-3095 <br> Tel: (713) 651-5151 <br><br> Dan D. Davison <br> Fulbright & Jaworski L.L.P. <br> 2200 Ross Avenue, Suite 2800 <br> Dallas, Texas 75201-2784 <br> Tel: (214) 855-8000 | POTTER ANDERSON & CORROON LLP <br><br><br> By: _/s/ David E. Moore_ <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants,* <br> *InterDigital Communications Corporation and* <br> *InterDigital Technology Corporation* |

Ron E. Shulman
Michael B. Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: 650-493-9300

Mark D. Flanagan
Nathan L. Walker
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
Tel: 650 858 6000

Dated: April 12, 2007

788942 / 28840

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2007      Signed: */s/ Christopher J. Isaac*
　　　　　　　　　　　　　　　　Christopher J. Isaac
　　　　　　　　　　　　　　　　Finnegan Henderson Farabow Garrett & Dunner LLP
　　　　　　　　　　　　　　　　Two Freedom Square
　　　　　　　　　　　　　　　　11955 Freedom Drive,
　　　　　　　　　　　　　　　　Reston, VA 20190
　　　　　　　　　　　　　　　　Tel: 571.203.2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, Maryland and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2007        Signed: */s/ Bruce Bower*
                                    R. Bruce Bower
                                    Finnegan Henderson Farabow Garrett &
                                    Dunner LLP
                                    3500 SunTrust Plaza
                                    303 Peachtree Street, N.E.
                                    Atlanta, GA 30308-3201
                                    Tel: 404-653-6400

4

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, Texas and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2007        Signed: /s/ Roger D. Taylor
                            Roger D. Taylor
                            Finnegan Henderson Farabow Garrett & Dunner LLP
                            3500 SunTrust Plaza
                            303 Peachtree Street, N.E.
                            Atlanta, GA 30308-3201
                            Tel: 404-653-6400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2007        Signed: */s/ Houtan K. Esfahani*
                                    Houtan K. Esfahani
                                    Finnegan Henderson Farabow Garrett &
                                    Dunner LLP
                                    901 New York Avenue
                                    Washington, DC 20001-4413
                                    Tel: 202-408-4000

6

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: *April 12, 2007*         Signed: */s/ Rajeev Gupta*
                                       Rajeev Gupta
                                       Finnegan Henderson Farabow Garrett &
                                       Dunner LLP
                                       901 New York Avenue
                                       Washington, DC 20001-4413
                                       Tel: 202-408-4000

7

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 12, 2007        Signed: /s/ Patrick J. Coyne
                            Patrick J. Coyne
                            Finnegan Henderson Farabow Garrett &
                            Dunner LLP
                            901 New York Avenue
                            Washington, DC 20001-4413
                            Tel: 202-408-4000

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 12, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 12, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By:  /s/ David E. Moore
　　　Richard L. Horwitz
　　　David E. Moore
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware 19899-0951
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

713935 / 28840