IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C. A. No. 05-16-JJF<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**FULBRIGHT & JAWORSKI L.L.P.'S NOTICE OF WITHDRAWAL
AS COUNSEL FOR INTERDIGITAL COMMUNICATIONS CORPORATION
AND INTERDIGITAL TECHNOLOGY CORPORATION**

Fulbright & Jaworski L.L.P. files this Notice of Withdrawal as Counsel for InterDigital Communications Corporation and InterDigital Technology Corporation (collectively "InterDigital") and for same shows the Court as follows:

Fulbright & Jaworski L.L.P. currently represents InterDigital in the above matter.

Pursuant to Local Rule 83.7, Fulbright & Jaworski L.L.P., Dudley Oldham, Linda Addison, Richard Zembek and Dan Davison hereby provide formal notice of their withdrawal as counsel of record for InterDigital and request that the Court approve same.

InterDigital has consented to Fulbright & Jaworski L.L.P.'s withdrawal as counsel of record.

InterDigital will continue to be represented in this suit by the following individuals and law firms who have previously appeared as counsel of record for InterDigital and who are members of the Bar of this Court or have previously been admitted or applied to be admitted pro hac vice:

Potter Anderson & Corroon LLP
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, Delaware 19801

Wilson Sonsini Goodrich & Rosati
Ron E. Shulman
Michael B. Levin
Gregory J. Wallace
650 Page Mill Road
Palo Alto, California 94304-1050

Wilmer Cutler Pickering Hale & Dorr LLP
Mark D. Flanagan
Nathan L. Walker
1117 California Avenue
Palo Alto, California 94304

Finnegan Henderson Farabow
 Garrett & Dunner LLP
Christopher D. Isaac
Two Freedom Square
11955 Freedom Drieb
Reston, Virginia 20190

Patrick J. Coyne
Rajeev Gupta
Houtan K. Esfahani
901 New York Avenue, NW
Washington, DC 20001-4413

R. Bruce Bower
Roger D. Taylor
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263

WHEREFORE, PREMISES CONSIDERED, pursuant to Local Rule 83.7 Fulbright & Jaworski L.L.P. respectfully notifies the Court of its withdrawal as counsel

of record for InterDigital Communications Corporation and InterDigital Technology Corporation and requests that the Court approve same.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| D. Dudley Oldham<br>Linda L. Addison<br>Richard S. Zembek<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Tel: (713) 651-5151 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dan D. Davison<br>Fulbright & Jaworski L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel: (214) 855-8000 | *Attorneys for Defendants,*<br>*InterDigital Communications Corporation*<br>*and InterDigital Technology Corporation* |

Ron E. Shulman
Michael B. Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: 650-493-9300

Mark D. Flanagan
Nathan L. Walker
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304
Tel: 650 858 6000

Christopher D. Isaac
Finnegan Henderson Farabow
 Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drieb
Reston, Virginia 20190
Tel: (571) 203-2700

-and-

Patrick J. Coyne
Rajeev Gupta
Houtan K. Esfahani
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000

R. Bruce Bower
Roger D. Taylor
Finnegan Henderson Farabow
 Garrett & Dunner LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
Tel: (404) 653-6400

Dated: April 13, 2007
789376 / 28840

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 13, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 13, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

713935 / 28840