IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-16-JJF ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## ORDER

The Court hereby approves Fulbright & Jaworski L.L.P., Dudley Oldham, Linda Addison, Richard Zembek and Dan Davison's withdrawal as counsel of record for InterDigital Communications Corporation and InterDigital Technology Corporation in the styled and numbered cause of action.

SO ORDERED AND APPROVED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE