IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, INC.,  :
                                                                                 :

                Plaintiffs,          :

v.                                          :      Civil Action No. 05-16-JJF

INTERDIGITAL COMMUNICATIONS    :
CORPORATION and INTERDIGITAL      :
TECHNOLOGY CORPORATION,          :

                Defendants.       :

## ORDER

At Wilmington this **18th** day of **April, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, May 14, 2007 at 3:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of negotiations and whether a spring mediation would be desired by the parties. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                   /s/ Mary Pat Thynge
                                                 UNITED STATES MAGISTRATE JUDGE