IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>　Plaintiffs,<br><br>　　　v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>　Defendants. | C.A. No. 05-16-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiffs' Third Set of Interrogatories* and *Plaintiffs' Third Set of Requests for Production* were caused to be served on April 18, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale and
　Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney (#3052)*
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        Wilmington, DE 19801
        (302) 658-9200
        Attorneys for NOKIA CORPORATION
        and NOKIA INC.

OF COUNSEL:

ALSTON & BIRD LLP
Randall L. Allen
Lance A. Lawson
William R. Hubbard
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000


April 18, 2007
517082

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on April 18, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Andersoon & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on April 18, 2007, upon the following in the manner indicated:

**BY HAND AND E-MAIL**

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

**BY E-MAIL**

> Ron E. Shulman
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304-1050

> Mark D. Flanagan
> Wilmer Cutler Pickering Hale and
>   Dorr LLP
> 1117 California Avenue
> Palo Alto, CA  94304

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)