IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C. A. No. 05-16-JJF<br>)<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of (1) InterDigital's Responses and Objections to Plaintiffs' Second Set of Requests for Production; and (2) InterDigital's Responses and Objections to Plaintiffs' Second Set of Interrogatories were caused to be served on May 7, 2007, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

                                       POTTER ANDERSON & CORROON LLP

                                       By: /s/ David E. Moore
OF COUNSEL:                                 Richard L. Horwitz (#2246)
                                          David E. Moore (#3983)
Mark D. Flanagan                        Hercules Plaza, 6th Floor
Nathan L. Walker                       1313 N. Market Street
WILMER CUTLER PICKERING      Wilmington, Delaware 19801
HALE & DORR, LLP                    Tel: (302) 984-6000
1117 California Avenue               rhorwitz@potteranderson.com
Palo Alto, California 94304          dmoore@potteranderson.com
Tel: (650) 858-6000

                                          OF COUNSEL:
Ron E. Shulman
Michael B. Levin                        Christopher D. Isaac
WILSON SONSINI GOODRICH & ROSATI  FINNEGAN HENDERSON FARABOW
Professional Corporation              GARRETT & DUNNER LLP
650 Page Mill Road                    Two Freedom Square
Palo Alto, CA 94304-1050            11955 Freedom Drieb
Tel: (650) 493-9300                   Reston, Virginia 20190
                                          Tel: (571) 203-2700

Patrick J. Coyne
Rajeev Gupta                            Roger D. Taylor
Houtan K. Esfahani                   R. Bruce Bower
FINNEGAN HENDERSON FARABOW      FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER LLP              GARRETT & DUNNER LLP
901 New York Avenue, NW           3500 SunTrust Plaza
Washington, DC 20001-4413         303 Peachtree Street, NE
Tel: (202) 408-4000                   Atlanta, GA 30308-3263
                                          Tel: (404) 653-6400
Dated: May 7, 2007
793889 / 28840                             *Attorneys for Defendants,*
                                          *Interdigital Communications*
                                          *Corporation and Interdigital Technology*
                                          *Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 7, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 7, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By:  /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

713935 / 28840