# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, INC., :
                                 :
                 Plaintiffs,    :
                                   :
          v.                            :    Civil Action No. 05-16-JJF
                                   :
INTERDIGITAL COMMUNICATIONS    :
CORPORATION and INTERDIGITAL    :
TECHNOLOGY CORPORATION,       :
                                   :
              Defendants.   :

## <u>ORDER</u>

At Wilmington this **15**<sup>th</sup> day of **May, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **August 2, 2007 at 11:00 a.m. Eastern Time** with Magistrate Judge Thynge to discuss if the parties are available to attend the mediation tentatively scheduled for August 30, 2007 at 10:00 a.m. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.   To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                       /s/ Mary Pat Thynge_____
                                       UNITED STATES MAGISTRATE JUDGE