IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C. A. No. 05-16-JJF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of (1) InterDigital's Responses and Objections to Plaintiffs' Third Set of Requests for Production; and (2) InterDigital's Responses and Objections to Plaintiffs' Third Set of Interrogatories were caused to be served on May 18, 2007, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Mark D. Flanagan<br>Nathan L. Walker<br>WILMER CUTLER PICKERING<br>HALE & DORR, LLP<br>1117 California Avenue<br>Palo Alto, California 94304<br>Tel: (650) 858-6000<br><br>Ron E. Shulman<br>Michael B. Levin<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br><br>Patrick J. Coyne<br>Houtan K. Esfahani<br>Rajeev Gupta<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Tel: (202) 408-4000<br><br><br>Dated: May 18, 2007<br>796502 / 28840 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>OF COUNSEL:<br><br>Christopher D. Isaac<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drieb<br>Reston, Virginia 20190<br>Tel: (571) 203-2700<br><br>Roger D. Taylor<br>R. Bruce Bower<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3263<br>Tel: (404) 653-6400<br><br>*Attorneys for Defendants,*<br>*Interdigital Communications*<br>*Corporation and Interdigital Technology*<br>*Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, David E. Moore, hereby certify that on May 18, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

    I hereby certify that on May 18, 2007, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Peter Kontio | A. William Urquhart |
| Patrick J. Flinn | Marshall M. Searcy |
| Gardner S. Culpepper | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Keith E. Broyles | 865 South Figueroa Street, 10th Floor |
| Randall L. Allen | Los Angeles, CA  90017 |
| Lance Lawson | billurquhart@quinnemanuel.com |
| Alston & Bird LLP | marshallsearcy@quinnemanuel.com |
| 1201 West Peachtree Street | |
| Atlanta, GA  30309-3424 | |
| pkontio@alston.com | |
| pflinn@alston.com | |
| gculpepper@alston.com | |
| keith.broyles@alston.com | |
| rallen@alston.com | |
| llawson@alston.com | |

                                                 By:  */s/ David E. Moore*
                                                     Richard L. Horwitz
                                                     David E. Moore
                                                     Hercules Plaza, 6th Floor
                                                     1313 N. Market Street
                                                     Wilmington, Delaware 19899-0951
                                                     (302) 984-6000
                                                     rhorwitz@potteranderson.com
713935 / 28840                                        dmoore@potteranderson.com