IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16-JJF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on May 23, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' THIRD SET OF INTERROGATORIES TO PLAINTIFFS (NOS. 22-30)

DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS (NOS. 57-73)

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Mark D. Flanagan<br>Nathan L. Walker<br>WILMER CUTLER PICKERING<br>HALE & DORR, LLP<br>1117 California Avenue<br>Palo Alto, California 94304<br>Tel: (650) 858-6000<br><br>Ron E. Shulman<br>Michael B. Levin<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br><br>Patrick J. Coyne<br>Houtan K. Esfahani<br>Rajeev Gupta<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Tel: (202) 408-4000<br><br><br>Dated: May 23, 2007<br>797409 / 28840 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>OF COUNSEL:<br><br>Christopher D. Isaac<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drieb<br>Reston, Virginia 20190<br>Tel: (571) 203-2700<br><br>Roger D. Taylor<br>R. Bruce Bower<br>FINNEGAN HENDERSON FARABOW<br>  GARRETT & DUNNER LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3263<br>Tel: (404) 653-6400<br><br>*Attorneys for Defendants,*<br>*Interdigital Communications*<br>*Corporation and Interdigital Technology*<br>*Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 23, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 23, 2007, I have Electronically Mailed the documents to the following:

| | |
|---|---|
| Peter Kontio<br>Patrick J. Flinn<br>Gardner S. Culpepper<br>Keith E. Broyles<br>Randall L. Allen<br>Lance Lawson<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>pkontio@alston.com<br>pflinn@alston.com<br>gculpepper@alston.com<br>keith.broyles@alston.com<br>rallen@alston.com<br>llawson@alston.com | A. William Urquhart<br>Marshall M. Searcy<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>billurquhart@quinnemanuel.com<br>marshallsearcy@quinnemanuel.com |

By:  /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

713935 / 28840