IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  C. A. No. 05-16-JJF<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**CORRECTED VERSION**
**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Lionel M. Lavenue of Finnegan Henderson Farabow Garrett & Dunner LLP, Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190; Steven L. Park of Finnegan Henderson Farabow Garrett & Dunner LLP, 3500 SunTrust Plaza, 303 Peachtree Street N.E., Atlanta, GA 30308; and Elizabeth A. Niemeyer and Qingyu Yin of Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Avenue, Washington, DC 20001, to represent defendants InterDigital Communications Corporation and InterDigital Technology Corporation in this matter.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
| | Richard L. Horwitz (#2246) |
| Mark D. Flanagan | David E. Moore (#3983) |
| Nathan L. Walker | Hercules Plaza, 6th Floor |
| WILMER CUTLER PICKERING | 1313 N. Market Street |
| HALE & DORR, LLP | Wilmington, Delaware 19801 |
| 1117 California Avenue | Tel: (302) 984-6000 |
| Palo Alto, California 94304 | rhorwitz@potteranderson.com |
| Tel: (650) 858-6000 | dmoore@potteranderson.com |
| Ron E. Shulman | OF COUNSEL: |
| Michael B. Levin | |
| WILSON SONSINI GOODRICH & ROSATI | Christopher D. Isaac |
| Professional Corporation | FINNEGAN HENDERSON FARABOW |
| 650 Page Mill Road | GARRETT & DUNNER LLP |
| Palo Alto, CA 94304-1050 | Two Freedom Square |
| Tel: (650) 493-9300 | 11955 Freedom Drieb |
| | Reston, Virginia 20190 |
| Patrick J. Coyne | Tel: (571) 203-2700 |
| Houtan K. Esfahani | |
| Rajeev Gupta | Roger D. Taylor |
| FINNEGAN HENDERSON FARABOW | R. Bruce Bower |
| GARRETT & DUNNER LLP | FINNEGAN HENDERSON FARABOW |
| 901 New York Avenue, NW | GARRETT & DUNNER LLP |
| Washington, DC 20001-4413 | 3500 SunTrust Plaza |
| Tel: (202) 408-4000 | 303 Peachtree Street, NE |
| | Atlanta, GA 30308-3263 |
| | Tel: (404) 653-6400 |
| Dated: June 11, 2007 | *Attorneys for Defendants,* |
| 800539 / 28840 | *Interdigital Communications* |
| | *Corporation and Interdigital Technology* |
| | *Corporation* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____         _____
                                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 8, 2007        Signed: /s/ Lionel M. Lavenue
                                  Lionel M. Lavenue
                                  Finnegan Henderson Farabow Garrett &
                                  Dunner LLP
                                  Two Freedom Square
                                  11955 Freedom Drive,
                                  Reston, VA 20190
                                  Tel: 571.203.2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 8, 2007            Signed: */s/ Steven L. Park*
                                      Steven L. Park
                                      Finnegan Henderson Farabow Garrett &
                                      Dunner LLP
                                      3500 SunTrust Plaza
                                      303 Peachtree Street, N.E.
                                      Atlanta, GA 30308-3201
                                      Tel: 404-653-6400

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 8, 2007              Signed: /s/ Elizabeth A. Niemeyer
                                        Elizabeth A. Niemeyer
                                        Finnegan Henderson Farabow Garrett & Dunner LLP
                                        901 New York Avenue
                                        Washington, DC 20001-4413
                                        Tel: 202-408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 8, 2007         Signed:   /s/ Qingyu Yin
                                     Qingyu Yin
                                     Finnegan Henderson Farabow Garrett & Dunner LLP
                                     901 New York Avenue
                                     Washington, DC 20001-4413
                                     Tel: 202-408-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 11, 2007, the attached document was hand delivered to the following person(s) and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on June 11, 2007, I have Electronically Mailed the documents to the following:

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

713935 / 28840