IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC.,<br><br>   Plaintiffs,<br><br>       v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>   Defendants. | C.A. No. 05-16 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the (i) *Plaintiffs' Objections and Responses to Defendants' Third Set of Interrogatories to Plaintiffs* and (ii) *Plaintiffs' Objections and Responses to Defendants' Third Set of Requests for Production to Plaintiffs* were caused to be served on June 29, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

                    Patrick J. Coyne
                    Finnegan, Henderson, Farabow,
                      Garrett & Dunner, LLP
                    901 New York Avenue, N.W.
                    Washington, DC  20001-4413

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Julia Heaney (#3052)
                    1201 N. Market Street
                    Wilmington, DE  19801
                    (302) 658-9200
                    jblumenfeld@mnat.com

*Of Counsel*:               *Attorneys For Plaintiffs*

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

June 29, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 29, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on June 29, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Patrick J. Coyne
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)