IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiffs' Response To InterDigital's Statement Pursuant To Second Discovery Order Regarding Nokia's Patents* was caused to be served on July 30, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Christopher P. Isaac
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | Jack B. Blumenfeld (#1014) |
|  | Julia Heaney (#3052) |
|  | 1201 N. Market Street |
|  | Wilmington, DE 19801 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | jheaney@mnat.com |
| *Of Counsel*: | *Attorneys For Plaintiffs* |
| Peter Kontio |  |
| Patrick Flinn |  |
| Randall Allen |  |
| Lance Lawson |  |
| Jeffrey J. Swart |  |
| ALSTON & BIRD LLP |  |
| 1201 West Peachtree Street |  |
| Atlanta, GA 30309 |  |
| (404) 881-7000 |  |

July 31, 2007

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on July 31, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on July 31, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Christopher P. Isaac
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

*/s/ Julia Heaney*
Julia Heaney (#3052)