IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Supplement To Plaintiffs' Statement Pursuant To Second Discovery Order* was caused to be served on August 10, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Patrick J. Coyne
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com

*Of Counsel*:

*Attorneys For Plaintiffs*

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

August 13, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on August 13, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>rhorwitz@potteranderson.com

I also certify that copies were caused to be served on August 13, 2007, upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
 and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Patrick J. Coyne
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)