IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, INC., :
:
        Plaintiffs, :
:
v. : Civil Action No. 05-16-JJF
:
INTERDIGITAL COMMUNICATIONS :
CORPORATION and INTERDIGITAL :
TECHNOLOGY CORPORATION, :
:
        Defendants. :

### ORDER

At Wilmington this **24th** day of **August, 2007**,

IT IS ORDERED that:

1.    The mediation conference scheduled for Thursday, August 30, 2007 at 10:00 a.m. is **cancelled**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                          /s/ Mary Pat Thynge
                                          UNITED STATES MAGISTRATE JUDGE