IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and NOKIA INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 05-16-JJF |
| | : | |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | : : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' OBJECTIONS TO THE
AUGUST 20, 2007 DECISION OF THE SPECIAL MASTER**

Pursuant to Federal Rule of Civil Procedure 53(g), Nokia Corporation and Nokia Inc. (collectively "Nokia") hereby file their Objections to the decision of Special Master Seitz issued on August 20, 2007, in which he refused to temporarily stay discovery proceedings regarding two InterDigital patents (out of the hundreds of patents subject to discovery in this dispute). A temporary stay of discovery regarding these two patents, which InterDigital has recently put at issue in other litigation, would cause no prejudice to InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"). Moreover, such a limited stay is necessary to avoid prejudice to Nokia and to conserve judicial resources.

Accordingly, for the reasons set forth in Nokia's Brief in Support, the Special Master erred in refusing to issue a temporary stay of discovery regarding two InterDigital patents that currently are at issue in other litigation. Nokia respectfully requests that the Special Master's decision on this issue be reversed and that, with respect to these two patents, the Court enter a temporary stay of discovery sufficient to prevent unnecessary prejudice to Nokia and to appropriately conserve judicial resources.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Plaintiffs

OF COUNSEL:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

August 24, 2007
1220346

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 24, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP

I also certify that copies were caused to be served on August 24, 2007 upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

Christopher P. Isaac
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com