IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION, and
NOKIA, INC.,

    Plaintiffs,
v.

INTERDIGITAL COMMUNICATIONS
CORPORATION and INTERDIGITAL
TECHNOLOGY CORPORATION,

    Defendants

: Civil Action No. 05-016-JJF

### O R D E R

WHEREAS, Special Master Collins J. Seitz, Jr ("Special Master Seitz") filed a Proposed First Amended Case Management Order on July 9, 2007 (D.I. 204);

WHEREAS, no objections were filed to the Proposed Order, except that Plaintiff reserved its rights to address with Special Master Seitz and/or the Court any issues that may arise concerning the implementation or construction of the Amended Order (D.I. 205);

NOW THEREFORE IT IS HEREBY ORDERED that the Special Master's Proposed First Amended Case Management Order (D.I. 204) is **ADOPTED**.

August 29, 2007
DATE

UNITED STATES DISTRICT JUDGE