

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

September 6, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

     **Re:**    **Nokia Corporation, et al. v. InterDigital Communications**
          **C.A. No. 05-16-JJF**

Dear Judge Farnan:

     On September 5, 2007, InterDigital filed its Opposition to Nokia's Objections to Special Master's August 20, 2007 Decision.  Now that the parties' respective submissions on the Special Master's decision have been filed, InterDigital respectfully requests the earliest possible consideration of Nokia's Objections, including, if Your Honor would find it helpful, oral argument.  Though Nokia's Objections were not specifically noticed for either of the Court's upcoming motion hearing dates, September 21, 2007 or October 5, 2007, InterDigital is prepared to appear before Your Honor on either of these dates, or before, to present argument on these matters, if oral argument would be helpful to the Court. Given the discovery at issue, InterDigital's preference is to do whatever the Court desires to have these objections resolved at the Court's earliest convenience.

     Counsel are available at the Court's convenience to answer any questions Your Honor may have.

                  Respectfully submitted,

                  */s/ Richard L. Horwitz*

                  Richard L. Horwitz

RLH/msb
817153 / 28840

cc:    Clerk of the Court (via hand delivery)
       Collins J. Seitz, Jr. (via electronic mail)
       Counsel of Record (via electronic mail)