IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and )
NOKIA, INC., )
 )
      Plaintiffs, )
 )   C.A. No. 05-16-JJF
v. )
 )
INTERDIGITAL COMMUNICATIONS )   **JURY TRIAL DEMANDED**
CORPORATION and INTERDIGITAL )
TECHNOLOGY CORPORATION, )
 )
      Defendants. )

## NOTICE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that copies of the following documents were caused to be served on September 28, 2007, upon the following attorneys of record at the following addresses as indicated:

    INTERDIGITAL'S FIRST SUPPLEMENTAL RESPONSES AND
    OBJECTIONS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com

A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

                                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Mark D. Flanagan
Nathan L. Walker
WILMER CUTLER PICKERING
HALE & DORR, LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000

Ron E. Shulman
Michael B. Levin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300

Patrick J. Coyne
Houtan K. Esfahani
Rajeev Gupta
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000

Dated: September 28, 2007
822097 / 28840

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

OF COUNSEL:

Christopher D. Isaac
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drieb
Reston, Virginia 20190
Tel: (571) 203-2700

Roger D. Taylor
R. Bruce Bower
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
Tel: (404) 653-6400

*Attorneys for Defendants,*
*Interdigital Communications Corporation and*
*Interdigital Technology Corporation*

2

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| Mark D. Flanagan | David E. Moore (#3983) |
| Nathan L. Walker | Hercules Plaza, 6th Floor |
| WILMER CUTLER PICKERING | 1313 N. Market Street |
| HALE & DORR, LLP | Wilmington, Delaware 19801 |
| 1117 California Avenue | Tel: (302) 984-6000 |
| Palo Alto, California 94304 | rhorwitz@potteranderson.com |
| Tel: (650) 858-6000 | dmoore@potteranderson.com |
|  |  |
| Ron E. Shulman | OF COUNSEL: |
| Michael B. Levin |  |
| WILSON SONSINI GOODRICH & ROSATI | Christopher D. Isaac |
| Professional Corporation | FINNEGAN HENDERSON FARABOW |
| 650 Page Mill Road |   GARRETT & DUNNER LLP |
| Palo Alto, CA 94304-1050 | Two Freedom Square |
| Tel: (650) 493-9300 | 11955 Freedom Drieb |
|  | Reston, Virginia 20190 |
| Patrick J. Coyne | Tel: (571) 203-2700 |
| Houtan K. Esfahani |  |
| Rajeev Gupta | Roger D. Taylor |
| FINNEGAN HENDERSON FARABOW | R. Bruce Bower |
|   GARRETT & DUNNER LLP | FINNEGAN HENDERSON FARABOW |
| 901 New York Avenue, NW |   GARRETT & DUNNER LLP |
| Washington, DC 20001-4413 | 3500 SunTrust Plaza |
| Tel: (202) 408-4000 | 303 Peachtree Street, NE |
|  | Atlanta, GA 30308-3263 |
|  | Tel: (404) 653-6400 |
| Dated: September 28, 2007 | *Attorneys for Defendants,* |
| 822090 / 28840 | *Interdigital Communications* |
|  | *Corporation and Interdigital Technology* |
|  | *Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 28, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 28, 2007, I have Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
jheaney@mnat.com


A. William Urquhart
Marshall M. Searcy
Quinn Emanuel Urquhart
    Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
billurquhart@quinnemanuel.com
marshallsearcy@quinnemanuel.com

Peter Kontio
Patrick J. Flinn
Gardner S. Culpepper
Keith E. Broyles
Randall L. Allen
Lance Lawson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
pkontio@alston.com
pflinn@alston.com
gculpepper@alston.com
keith.broyles@alston.com
rallen@alston.com
llawson@alston.com


By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

713935 / 28840