IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., | : |
| Plaintiffs, | : |
| v. | : C.A. No. 05-16 (JJF) |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | : |
| Defendants. | : |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Notice of Deposition of Faith M. Ozluturk* and the *Notice of Deposition of Gary R. Lomp* were caused to be served on October 4, 2007 upon the following in the manner indicated:

### BY OVERNIGHT DELIVERY AND E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Michael B. Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jheaney@mnat.com

*Attorneys For Plaintiffs*

OF COUNSEL:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

October 4, 2007
1254894

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on October 4, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on October 4, 2007, upon the following in the manner indicated:

### BY E-MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale
  and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

Patrick J. Coyne
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

/s/ Julia Heaney
Julia Heaney (#3052)