IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

### NOTICE OF MOTION

TO:   Richard L. Horwitz, Esquire         Ron E. Shulman
      POTTER ANDERSON & CORROON LLP       WILSON SONSINI GOODRICH & ROSATI
      1313 N. Market Street               650 Page Mill Road
      Wilmington, DE 19801                Palo Alto, CA 94304-1050

      Mark D. Flanagan                    Patrick J. Coyne
      WILMER CUTLER PICKERING HALE        FINNEGAN, HENDERSON, FARABOW,
        AND DORR LLP                        GARRETT & DUNNER, LLP
      1117 California Avenue              901 New York Avenue, NW
      Palo Alto, CA 94304                 Washington, DC 20001

PLEASE TAKE NOTICE that Plaintiffs' Motion For Mandatory Stay Pursuant To 28 U.S.C. § 1659(a) will be heard at 10:00 a.m. on November 9, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

October 5, 2007

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on October 5, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP

I also certify that copies were caused to be served on October 5, 2007 upon the following in the manner indicated::

### **BY HAND AND E-MAIL**

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

### **BY E-MAIL**

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale and
    Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

Christopher P. Isaac
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com