# EXHIBIT G (CONT.)

# ETSI TS 125 213 V3.9.0 (2003-12)

Technical Specification

## Universal Mobile Telecommunications System (UMTS); Spreading and modulation (FDD) (3GPP TS 25.213 version 3.9.0 Release 1999)



Exhibit 11     NITC-COMP00000105

| Reference |
| --- |
| RTS/TSGR-0125213v390 |

| Keywords |
| --- |
| UMTS |

**ETSI**

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00   Fax: +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

---

*Important notice*

Individual copies of the present document can be downloaded from:
http://www.etsi.org

The present document may be made available in more than one electronic version or in print. In any case of existing or perceived difference in contents between such versions, the reference version is the Portable Document Format (PDF). In case of dispute, the reference shall be the printing on ETSI printers of the PDF version kept on a specific network drive within ETSI Secretariat.

Users of the present document should be aware that the document may be subject to revision or change of status. Information on the current status of this and other ETSI documents is available at
http://portal.etsi.org/tb/status/status.asp

If you find errors in the present document, send your comment to:
editor@etsi.org

---

*Copyright Notification*

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 2003.
All rights reserved.

DECT™, PLUGTESTS™ and UMTS™ are Trade Marks of ETSI registered for the benefit of its Members.
TIPHON™ and the TIPHON logo are Trade Marks currently being registered by ETSI for the benefit of its Members.
3GPP™ is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners.

NITC-COMP00000106

3GPP TS 25.213 version 3.9.0 Release 1999          2          ETSI TS 125 213 V3.9.0 (2003-12)

# Intellectual Property Rights

IPRs essential or potentially essential to the present document may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for ETSI members and non-members, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (http://webapp.etsi.org/IPR/home.asp).

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

# Foreword

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities, UMTS identities or GSM identities. These should be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between GSM, UMTS, 3GPP and ETSI identities can be found under http://webapp.etsi.org/key/queryform.asp.

*ETSI*

NITC-COMP00000107

3GPP TS 25.213 version 3.9.0 Release 1999          3          ETSI TS 125 213 V3.9.0 (2003-12)

# Contents

Intellectual Property Rights ................................................................................................................2

Foreword ...............................................................................................................................................2

Foreword ...............................................................................................................................................5

1       Scope ...........................................................................................................................................6

2       References ....................................................................................................................................6

3       Symbols and abbreviations .........................................................................................................6
3.1        Symbols .................................................................................................................................6
3.2        Abbreviations ........................................................................................................................6

4       Uplink spreading and modulation ...............................................................................................7
4.1        Overview ...............................................................................................................................7
4.2        Spreading ...............................................................................................................................7
4.2.1         DPCCH/DPDCH ...............................................................................................................7
4.2.2         PRACH ...............................................................................................................................9
4.2.2.1            PRACH preamble part ................................................................................................9
4.2.2.2            PRACH message part .................................................................................................9
4.2.3         PCPCH ...............................................................................................................................9
4.2.3.1            PCPCH preamble part ................................................................................................9
4.2.3.2            PCPCH message part ..................................................................................................9
4.3        Code generation and allocation ...........................................................................................10
4.3.1         Channelization codes .......................................................................................................10
4.3.1.1            Code definition ........................................................................................................10
4.3.1.2            Code allocation for DPCCH/DPDCH ......................................................................11
4.3.1.3            Code allocation for PRACH message part ...............................................................11
4.3.1.4            Code allocation for PCPCH message part ................................................................11
4.3.1.5            Channelisation code for PCPCH  power control preamble ......................................12
4.3.2         Scrambling codes .............................................................................................................12
4.3.2.1            General ......................................................................................................................12
4.3.2.2            Long scrambling sequence ........................................................................................12
4.3.2.3            Short scrambling sequence ........................................................................................13
4.3.2.4            DPCCH/DPDCH scrambling code ...........................................................................14
4.3.2.5            PRACH message part scrambling code .....................................................................14
4.3.2.6            PCPCH message part scrambling code ......................................................................15
4.3.2.7            PCPCH power control preamble scrambling code ....................................................15
4.3.3         PRACH preamble codes ..................................................................................................15
4.3.3.1            Preamble code construction ......................................................................................15
4.3.3.2            Preamble scrambling code ........................................................................................15
4.3.3.3            Preamble signature ...................................................................................................16
4.3.4         PCPCH preamble codes ...................................................................................................16
4.3.4.1            Access preamble ......................................................................................................16
4.3.4.1.1               Access preamble code construction ...................................................................16
4.3.4.1.2               Access preamble scrambling code .....................................................................16
4.3.4.1.3               Access preamble signature ................................................................................17
4.3.4.2            CD preamble .............................................................................................................17
4.3.4.2.1               CD preamble code construction .........................................................................17
4.3.4.2.2               CD preamble scrambling code ...........................................................................17
4.3.4.2.3               CD preamble signature ......................................................................................17
4.4        Modulation ...........................................................................................................................18
4.4.1         Modulating chip rate .......................................................................................................18
4.4.2         Modulation .......................................................................................................................18

5       Downlink spreading and modulation .........................................................................................18
5.1        Spreading .............................................................................................................................18
5.2        Code generation and allocation ...........................................................................................19
5.2.1         Channelization codes .......................................................................................................19

NITC-COMP00000108

3GPP TS 25.213 version 3.9.0 Release 1999          4                    ETSI TS 125 213 V3.9.0 (2003-12)

| | | |
|---|---|---|
| 5.2.2 | Scrambling code | 20 |
| 5.2.3 | Synchronisation codes | 21 |
| 5.2.3.1 | Code generation | 21 |
| 5.2.3.2 | Code allocation of SSC | 22 |
| 5.3 | Modulation | 24 |
| 5.3.1 | Modulating chip rate | 24 |
| 5.3.2 | Modulation | 24 |

Annex A (informative):     Generalised Hierarchical Golay Sequences ........................ 25

A.1   Alternative generation .......................................................................... 25

Annex B (informative):     Change history .................................................... 26

History ............................................................................................................ 27

NITC-COMP00000109

3GPP TS 25.213 version 3.9.0 Release 1999          5          ETSI TS 125 213 V3.9.0 (2003-12)

# Foreword

This Technical Specification (TS) has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x    the first digit:

  1    presented to TSG for information;

  2    presented to TSG for approval;

  3    or greater indicates TSG approved document under change control.

y    the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z    the third digit is incremented when editorial only changes have been incorporated in the document.

NITC-COMP00000110

3GPP TS 25.213 version 3.9.0 Release 1999          6          ETSI TS 125 213 V3.9.0 (2003-12)

# 1 Scope

The present document describes spreading and modulation for UTRA Physical Layer FDD mode.

# 2 References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.

- For a specific reference, subsequent revisions do not apply.

- For a non-specific reference, the latest version applies. In the case of a reference to a 3GPP document (including a GSM document), a non-specific reference implicitly refers to the latest version of that document *in the same Release as the present document.*

  [1]     3G TS 25.201: "Physical layer - general description".

  [2]     3G TS 25.211: "Physical channels and mapping of transport channels onto physical channels (FDD)."

  [3]     3G TS 25.101: "UE Radio transmission and Reception (FDD)".

  [4]     3G TS 25.104: "UTRA (BS) FDD; Radio transmission and Reception".

# 3 Symbols and abbreviations

## 3.1 Symbols

For the purposes of the present document, the following symbols apply:

$C_{ch,SF,n}$:          $n$:th channelisation code with spreading factor SF

$C_{pre,n,s}$:          PRACH preamble code for $n$:th preamble scrambling code and signature $s$

$C_{c-acc,n,s}$:          PCPCH access preamble code for $n$:th preamble scrambling code and signature $s$

$C_{c-cd,n,s}$:          PCPCH CD preamble code for $n$:th preamble scrambling code and signature $s$

$C_{sig,s}$:          PRACH/PCPCH signature code for signature $s$

$S_{dpch,n}$:          $n$:th DPCCH/DPDCH uplink scrambling code

$S_{r-pre,n}$:          $n$:th PRACH preamble scrambling code

$S_{r-msg,n}$:          $n$:th PRACH message scrambling code

$S_{c-acc}$:          $n$:th PCPCH access preamble scrambling code

$S_{c-cd}$:          $n$:th PCPCH CD preamble scrambling code

$S_{c-msg,n}$:          $n$:th PCPCH message scrambling code

$S_{dl,n}$:          DL scrambling code

$C_{psc}$:          PSC code

$C_{ssc,n}$:          $n$:th SSC code

## 3.2 Abbreviations

For the purposes of the present document, the following abbreviations apply:

AICH          Acquisition Indicator Channel
AP          Access Preamble

NITC-COMP00000111

3GPP TS 25.213 version 3.9.0 Release 1999          7          ETSI TS 125 213 V3.9.0 (2003-12)

| | |
|---|---|
| BCH | Broadcast Control Channel |
| CCPCH | Common Control Physical Channel |
| CD | Collision Detection |
| CPCH | Common Packet Channel |
| CPICH | Common Pilot Channel |
| DCH | Dedicated Channel |
| DPCH | Dedicated Physical Channel |
| DPCCH | Dedicated Physical Control Channel |
| DPDCH | Dedicated Physical Data Channel |
| FDD | Frequency Division Duplex |
| Mcps | Mega Chip Per Second |
| OVSF | Orthogonal Variable Spreading Factor (codes) |
| PDSCH | Physical Dedicated Shared Channel |
| PICH | Page Indication Channel |
| PRACH | Physical Random Access Channel |
| PSC | Primary Synchronisation Code |
| RACH | Random Access Channel |
| SCH | Synchronisation Channel |
| SSC | Secondary Synchronisation Code |
| SF | Spreading Factor |
| UE | User Equipment |

# 4    Uplink spreading and modulation

## 4.1    Overview

Spreading is applied to the physical channels. It consists of two operations. The first is the channelization operation, which transforms every data symbol into a number of chips, thus increasing the bandwidth of the signal. The number of chips per data symbol is called the Spreading Factor (SF). The second operation is the scrambling operation, where a scrambling code is applied to the spread signal.

With the channelization, data symbols on so-called I- and Q-branches are independently multiplied with an OVSF code. With the scrambling operation, the resultant signals on the I- and Q-branches are further multiplied by complex-valued scrambling code, where I and Q denote real and imaginary parts, respectively.

## 4.2    Spreading

### 4.2.1    DPCCH/DPDCH

Figure 1 illustrates the principle of the uplink spreading of DPCCH and DPDCHs. The binary DPCCH and DPDCHs to be spread are represented by real-valued sequences, i.e. the binary value "0" is mapped to the real value +1, while the binary value "1" is mapped to the real value −1. The DPCCH is spread to the chip rate by the channelization code $c_c$, while the $m$th DPDCH called DPDCH$_n$ is spread to the chip rate by the channelization code $c_{d,n}$. One DPCCH and up to six parallel DPDCHs can be transmitted simultaneously, i.e. $1 \leq n \leq 6$.

NITC-COMP00000112



Figure 1: Spreading for uplink DPCCH and DPDCHs

After channelization, the real-valued spread signals are weighted by gain factors; $\beta_c$ for DPCCH and $\beta_d$ for all DPDCHs.

At every instant in time, at least one of the values $\beta_c$ and $\beta_d$ has the amplitude 1.0. The $\beta$-values are quantized into 4 bit words. The quantization steps are given in table 1.

Table 1: The quantization of the gain parameters

| Signalling values for $\beta_c$ and $\beta_d$ | Quantized amplitude ratios $\beta_c$ and $\beta_d$ |
|---|---|
| 15 | 1.0 |
| 14 | 14/15 |
| 13 | 13/15 |
| 12 | 12/15 |
| 11 | 11/15 |
| 10 | 10/15 |
| 9 | 9/15 |
| 8 | 8/15 |
| 7 | 7/15 |
| 6 | 6/15 |
| 5 | 5/15 |
| 4 | 4/15 |
| 3 | 3/15 |
| 2 | 2/15 |
| 1 | 1/15 |
| 0 | Switch off |

NITC-COMP00000113

After the weighting, the stream of real-valued chips on the I- and Q-branches are then summed and treated as a complex-valued stream of chips. This complex-valued signal is then scrambled by the complex-valued scrambling code $S_{dpch,n}$. The scrambling code is applied aligned with the radio frames, i.e. the first scrambling chip corresponds to the beginning of a radio frame.

## 4.2.2    PRACH

### 4.2.2.1    PRACH preamble part

The PRACH preamble part consists of a complex-valued code, described in section 4.3.3.

### 4.2.2.2    PRACH message part

Figure 2 illustrates the principle of the spreading and scrambling of the PRACH message part, consisting of data and control parts. The binary control and data parts to be spread are represented by real-valued sequences, i.e. the binary value "0" is mapped to the real value +1, while the binary value "1" is mapped to the real value −1. The control part is spread to the chip rate by the channelization code $c_c$, while the data part is spread to the chip rate by the channelization code $c_d$.



**Figure 2: Spreading of PRACH message part**

After channelization, the real-valued spread signals are weighted by gain factors, $\beta_c$ for the control part and $\beta_d$ for the data part. At every instant in time, at least one of the values $\beta_c$ and $\beta_d$ has the amplitude 1.0. The $\beta$-values are quantized into 4 bit words. The quantization steps are given in section 4.2.1.

After the weighting, the stream of real-valued chips on the I- and Q-branches are treated as a complex-valued stream of chips. This complex-valued signal is then scrambled by the complex-valued scrambling code $S_{r-msg,n}$. The 10 ms scrambling code is applied aligned with the 10 ms message part radio frames, i.e. the first scrambling chip corresponds to the beginning of a message part radio frame.

## 4.2.3    PCPCH

### 4.2.3.1    PCPCH preamble part

The PCPCH preamble part consists of a complex-valued code, described in section 4.3.4.

### 4.2.3.2    PCPCH message part

Figure 3 illustrates the principle of the spreading of the PCPCH message part, consisting of data and control parts. The binary control and data parts to be spread are represented by real-valued sequences, i.e. the binary value "0" is mapped to the real value +1, while the binary value "1" is mapped to the real value −1. The control part is spread to the chip rate by the channelization code $c_c$, while the data part is spread to the chip rate by the channelization code $c_d$.

NITC-COMP00000114



Figure 3: Spreading of PCPCH message part

After channelization, the real-valued spread signals are weighted by gain factors, $\beta_c$ for the control part and $\beta_d$ for the data part. At every instant in time, at least one of the values $\beta_c$ and $\beta_d$ has the amplitude 1.0. The $\beta$-values are quantized into 4 bit words. The quantization steps are given in section 4.2.1.

After the weighting, the stream of real-valued chips on the I- and Q-branches are treated as a complex-valued stream of chips. This complex-valued signal is then scrambled by the complex-valued scrambling code $S_{c\text{-}msg,n}$. The 10 ms scrambling code is applied aligned with the 10 ms message part radio frames, i.e. the first scrambling chip corresponds to the beginning of a message part radio frame.

## 4.3    Code generation and allocation

### 4.3.1    Channelization codes

#### 4.3.1.1    Code definition

The channelization codes of figure 1 are Orthogonal Variable Spreading Factor (OVSF) codes that preserve the orthogonality between a user's different physical channels. The OVSF codes can be defined using the code tree of figure 4.



Figure 4: Code-tree for generation of Orthogonal Variable Spreading Factor (OVSF) codes

In figure 4, the channelization codes are uniquely described as $C_{ch,SF,k}$, where SF is the spreading factor of the code and $k$ is the code number, $0 \leq k \leq$ SF-1.

NITC-COMP00000115

Each level in the code tree defines channelization codes of length SF, corresponding to a spreading factor of SF in figure 4.

The generation method for the channelization code is defined as:

$$C_{ch,1,0} = 1,$$

$$\begin{bmatrix} C_{ch,2,0} \\ C_{ch,2,1} \end{bmatrix} = \begin{bmatrix} C_{ch,1,0} & C_{ch,1,0} \\ C_{ch,1,0} & -C_{ch,1,0} \end{bmatrix} = \begin{bmatrix} 1 & 1 \\ 1 & -1 \end{bmatrix}$$

$$\begin{bmatrix} C_{ch,2^{(n+1)},0} \\ C_{ch,2^{(n+1)},1} \\ C_{ch,2^{(n+1)},2} \\ C_{ch,2^{(n+1)},3} \\ \vdots \\ C_{ch,2^{(n+1)},2^{(n+1)}-2} \\ C_{ch,2^{(n+1)},2^{(n+1)}-1} \end{bmatrix} = \begin{bmatrix} C_{ch,2^n,0} & C_{ch,2^n,0} \\ C_{ch,2^n,0} & -C_{ch,2^n,0} \\ C_{ch,2^n,1} & C_{ch,2^n,1} \\ C_{ch,2^n,1} & -C_{ch,2^n,1} \\ \vdots & \vdots \\ C_{ch,2^n,2^n-1} & C_{ch,2^n,2^n-1} \\ C_{ch,2^n,2^n-1} & -C_{ch,2^n,2^n-1} \end{bmatrix}$$

The leftmost value in each channelization code word corresponds to the chip transmitted first in time.

### 4.3.1.2        Code allocation for DPCCH/DPDCH

For the DPCCH and DPDCHs the following applies:

-   The DPCCH is always spread by code $c_c = C_{ch,256,0}$.

-   When only one DPDCH is to be transmitted, DPDCH$_1$ is spread by code $c_{d,1} = C_{ch,SF,k}$ where SF is the spreading factor of DPDCH$_1$ and k=SF / 4.

-   When more than one DPDCH is to be transmitted, all DPDCHs have spreading factors equal to 4. DPDCH$_n$ is spread by the the code $c_{d,n} = C_{ch,4,k}$, where $k = 1$ if $n \in \{1, 2\}$, $k = 3$ if $n \in \{3, 4\}$, and $k = 2$ if $n \in \{5, 6\}$.

If a power control preamble is used to initialise a DCH, the channelisation code for the DPCCH during the power control preamble shall be the same as that to be used afterwards.

### 4.3.1.3        Code allocation for PRACH message part

The preamble signature $s$, $0 \leq s \leq 15$, points to one of the 16 nodes in the code-tree that corresponds to channelization codes of length 16. The sub-tree below the specified node is used for spreading of the message part. The control part is spread with the channelization code $c_c$ (as shown in section 4.2.2.2) of spreading factor 256 in the lowest branch of the sub-tree, i.e. $c_c = C_{ch,256,m}$ where m = 16×s + 15. The data part uses any of the channelization codes from spreading factor 32 to 256 in the upper-most branch of the sub-tree. To be exact, the data part is spread by channelization code $c_d = C_{ch,SF,m}$ and SF is the spreading factor used for the data part and m = SF×s/16.

### 4.3.1.4        Code allocation for PCPCH message part

For the control part and data part the following applies:

-   The control part is always spread by code $c_c = C_{ch,256,0}$.

-   The data part is spread by code $c_d = C_{ch,SF,k}$ where SF is the spreading factor of the data part and k=SF/4.

The data part may use the code from spreading factor 4 to 256. A UE is allowed to increase SF during the message transmission on a frame by frame basis.

NITC-COMP00000116

### 4.3.1.5    Channelisation code for PCPCH power control preamble

The channelisation code for the PCPCH power control preamble is the same as that used for the control part of the message part, as described in section 4.3.1.4 above.

## 4.3.2    Scrambling codes

### 4.3.2.1    General

All uplink physical channels are subjected to scrambling with a complex-valued scrambling code. The DPCCH/DPDCH may be scrambled by either long or short scrambling codes, defined in section 4.3.2.4. The PRACH message part is scrambled with a long scrambling code, defined in section 4.3.2.5. Also the PCPCH message part is scrambled with a long scrambling code, defined in section 4.3.2.6.

There are $2^{24}$ long and $2^{24}$ short uplink scrambling codes. Uplink scrambling codes are assigned by higher layers.

The long scrambling code is built from constituent long sequences defined in section 4.3.2.2, while the constituent short sequences used to build the short scrambling code are defined in section 4.3.2.3.

### 4.3.2.2    Long scrambling sequence

The long scrambling sequences $c_{long,1,n}$ and $c_{long,2,n}$ are constructed from position wise modulo 2 sum of 38400 chip segments of two binary $m$-sequences generated by means of two generator polynomials of degree 25. Let $x$, and $y$ be the two $m$-sequences respectively. The $x$ sequence is constructed using the primitive (over GF(2)) polynomial $X^{25}+X^3+1$. The $y$ sequence is constructed using the polynomial $X^{25}+X^3+X^2+X+1$. The resulting sequences thus constitute segments of a set of Gold sequences.

The sequence $c_{long,2,n}$ is a 16777232 chip shifted version of the sequence $c_{long,1,n}$.

Let $n_{23} \ldots n_0$ be the 24 bit binary representation of the scrambling sequence number $n$ with $n_0$ being the least significant bit. The $x$ sequence depends on the chosen scrambling sequence number $n$ and is denoted $x_n$, in the sequel. Furthermore, let $x_n(i)$ and $y(i)$ denote the $i$:th symbol of the sequence $x_n$ and $y$, respectively.

The $m$-sequences $x_n$ and $y$ are constructed as:

Initial conditions:

- $x_n(0)=n_0$, $x_n(1)=n_1$, $\ldots =x_n(22)=n_{22}$, $x_n(23)=n_{23}$, $x_n(24)=1$.

- $y(0)=y(1)= \ldots =y(23)=y(24)=1$.

Recursive definition of subsequent symbols:

- $x_n(i+25) =x_n(i+3) + x_n(i)$ modulo 2, $i=0,\ldots, 2^{25}-27$.

- $y(i+25) = y(i+3)+y(i+2) +y(i+1) +y(i)$ modulo 2, $i=0,\ldots, 2^{25}-27$.

Define the binary Gold sequence $z_n$ by:

- $z_n(i) = x_n(i) + y(i)$ modulo 2, $i=0, 1, 2, \ldots, 2^{25}-2$.

The real valued Gold sequence $Z_n$ is defined by:

$$Z_n(i) = \begin{cases} +1 & if \ z_n(i) = 0 \\ -1 & if \ z_n(i) = 1 \end{cases} \quad for \ i = 0, 1, K \ , 2^{25}-2.$$

Now, the real-valued long scrambling sequences $c_{long,1,n}$ and $c_{long,2,n}$ are defined as follows:

$$c_{long,1,n}(i) = Z_n(i), \ i = 0, 1, 2, \ldots, 2^{25}-2 \text{ and}$$

$$c_{long,2,n}(i) = Z_n((i + 16777232) \text{ modulo } (2^{25}-1)), \ i = 0, 1, 2, \ldots, 2^{25}-2.$$

Finally, the complex-valued long scrambling sequence $C_{long, n}$, is defined as:

$$C_{long,n}(i) = c_{long,1,n}(i)\left(1 + j(-1)^i c_{long,2,n}\left(2\lfloor i/2 \rfloor\right)\right)$$

where $i = 0, 1, ..., 2^{25} - 2$ and $\lfloor \; \rfloor$ denotes rounding to nearest lower integer.



**Figure 5: Configuration of uplink scrambling sequence generator**

### 4.3.2.3    Short scrambling sequence

The short scrambling sequences $c_{short,1,n}(i)$ and $c_{short,2,n}(i)$ are defined from a sequence from the family of periodically extended S(2) codes.

Let $n_{23}n_{22}...n_0$ be the 24 bit binary representation of the code number $n$.

The $n$:th quaternary S(2) sequence $z_n(i)$, $0 \le n \le 16777215$, is obtained by modulo 4 addition of three sequences, a quaternary sequence $a(i)$ and two binary sequences $b(i)$ and $d(i)$, where the initial loading of the three sequences is determined from the code number $n$. The sequence $z_n(i)$ of length 255 is generated according to the following relation:

-    $z_n(i) = a(i) + 2b(i) + 2d(i)$ modulo 4, $i = 0, 1, ..., 254$;

where the quaternary sequence $a(i)$ is generated recursively by the polynomial $g_0(x)=x^8+x^7+3x^5+x^2+2x+1$ as:

-    $a(0) = 2n_0 + 1$ modulo 4;

-    $a(i) = 2n_i$ modulo 4, $i = 1, 2, ..., 7$;

-    $a(i) = 3a(i-3) + a(i-5) + 3a(i-6) + 2a(i-7) + 3a(i-8)$ modulo 4, $i = 8, 9, ..., 254$;

and the binary sequence $b(i)$ is generated recursively by the polynomial $g_1(x)=x^8+x^7+x^5+x+1$ as

$b(i) = n_{8+i}$ modulo 2, $i = 0, 1, ..., 7$,

$b(i) = b(i-1) + b(i-3) + b(i-7) + b(i-8)$ modulo 2, $i = 8, 9, ..., 254$,

and the binary sequence $d(i)$ is generated recursively by the polynomial $g_2(x)=x^8+x^7+x^5+x^4+1$ as:

$d(i) = n_{16+i}$ modulo 2, $i = 0, 1, ..., 7$;

$d(i) = d(i-1) + d(i-3) + d(i-4) + d(i-8)$ modulo 2, $i = 8, 9, ..., 254$.

The sequence $z_n(i)$ is extended to length 256 chips by setting $z_n(255) = z_n(0)$.

The mapping from $z_n(i)$ to the real-valued binary sequences $c_{short,1,n}(i)$ and $c_{short,2,n}(i)$, , $i = 0, 1, ..., 255$ is defined in Table 2.

NITC-COMP00000118

Table 2: Mapping from $z_n(i)$ to $c_{short,1,n}(i)$ and $c_{short,2,n}(i)$, $i = 0, 1, ..., 255$

| $z_n(i)$ | $c_{short,1,n}(i)$ | $c_{short,2,n}(i)$ |
|---|---|---|
| 0 | +1 | +1 |
| 1 | -1 | +1 |
| 2 | -1 | -1 |
| 3 | +1 | -1 |

Finally, the complex-valued short scrambling sequence $C_{short, n}$ is defined as:

$$C_{short,n}(i) = c_{short,1,n}(i \bmod 256)\left(1 + j(-1)^i c_{short,2,n}\left(2\lfloor(i \bmod 256)/2\rfloor\right)\right)$$

where $i = 0, 1, 2, ...$ and $\lfloor \ \rfloor$ denotes rounding to nearest lower integer.

An implementation of the short scrambling sequence generator for the 255 chip sequence to be extended by one chip is shown in Figure 6.



Figure 6: Uplink short scrambling sequence generator for 255 chip sequence

### 4.3.2.4    DPCCH/DPDCH scrambling code

The code used for scrambling of the uplink DPCCH/DPDCH may be of either long or short type. When the scrambling code is formed, different constituent codes are used for the long and short type as defined below.

The $n$:th uplink scrambling code for DPCCH/DPDCH, denoted $S_{dpch,n}$, is defined as:

$S_{dpch,n}(i) = C_{long,n}(i)$, $i = 0, 1, ..., 38399$, when using long scrambling codes;

where the lowest index corresponds to the chip transmitted first in time and $C_{long,n}$ is defined in section 4.3.2.2.

The $n$:th uplink scrambling code for DPCCH/DPDCH, denoted $S_{dpch,n}$, is defined as:

$S_{dpch,n}(i) = C_{short,n}(i)$, $i = 0, 1, ..., 38399$, when using short scrambling codes;

where the lowest index corresponds to the chip transmitted first in time and $C_{short,n}$ is defined in section 4.3.2.3.

### 4.3.2.5    PRACH message part scrambling code

The scrambling code used for the PRACH message part is 10 ms long, and there are 8192 different PRACH scrambling codes defined.

NITC-COMP00000119

The $m$:th PRACH message part scrambling code, denoted $S_{r\text{-}msg,n}$, where $n = 0, 1, ..., 8191$, is based on the long scrambling sequence and is defined as:

$$S_{r\text{-}msg,n}(i) = C_{long,n}(i + 4096), \quad i = 0, 1, ..., 38399$$

where the lowest index corresponds to the chip transmitted first in time and $C_{long,n}$ is defined in section 4.3.2.2.

The message part scrambling code has a one-to-one correspondence to the scrambling code used for the preamble part. For one PRACH, the same code number is used for both scrambling codes, i.e. if the PRACH preamble scrambling code used is $S_{r\text{-}pre,n}$ then the PRACH message part scrambling code is $S_{r\text{-}msg,n}$ where the number $m$ is the same for both codes.

### 4.3.2.6    PCPCH message part scrambling code

The set of scrambling codes used for the PCPCH message part are 10 ms long, cell-specific, and each scrambling code has a one-to-one correspondence to the signature sequence and the access preamble part. Both long or short scrambling codes can be used to scramble the CPCH message part. There are 64 uplink scrambling codes defined per cell and 32768 different PCPCH scrambling codes defined in the system.

The $n$:th PCPCH message part scrambling code, denoted $S_{c\text{-}msg,n}$, where $n = 8192, 8193, ..., 40959$ is based on the scrambling sequence and is defined as:

In the case when the long scrambling codes are used:

$$S_{c\text{-}msg,n}(i) = C_{long,n}(i), \quad i = 0, 1, ..., 38399$$

where the lowest index corresponds to the chip transmitted first in time and $C_{long,n}$ is defined in section 4.3.2.2.

In the case the short scrambling codes are used:

$$S_{c\text{-}msg,n}(i) = C_{short,n}(i), \quad i = 0, 1, ..., 38399$$

The 32768 PCPCH scrambling codes are divided into 512 groups with 64 codes in each group. There is a one-to-one correspondence between the group of PCPCH preamble scrambling codes in a cell and the primary scrambling code used in the downlink of the cell. The $k$:th PCPCH scrambling code within the cell with downlink primary scrambling code $m$, $k = 16, 17, ..., 79$ and $m = 0, 1, 2, ..., 511$, is $S_{c\text{-}msg,n}$ as defined above with $n = 64 \times m + k + 8176$.

### 4.3.2.7    PCPCH power control preamble scrambling code

The scrambling code for the PCPCH power control preamble is the same as for the PCPCH message part, as described in section 4.3.2.6 above. The phase of the scrambling code shall be such that the end of the code is aligned with the frame boundary at the end of the power control preamble.

## 4.3.3    PRACH preamble codes

### 4.3.3.1    Preamble code construction

The random access preamble code $C_{pre,n,s}$ is a complex valued sequence. It is built from a preamble scrambling code $S_{r\text{-}pre,n}$ and a preamble signature $C_{sig,s}$ as follows:

- $C_{pre,n,s}(k) = S_{r\text{-}pre,n}(k) \times C_{sig,s}(k) \times e^{j\left(\frac{\pi}{4} + \frac{\pi}{2}k\right)}$, $k = 0, 1, 2, 3, ..., 4095$;

where k=0 corresponds to the chip transmitted first in time and $S_{r\text{-}pre,n}$ and $C_{sig,s}$ are defined in 4.3.3.2 and 4.3.3.3 below respectively.

### 4.3.3.2    Preamble scrambling code

The scrambling code for the PRACH preamble part is constructed from the long scrambling sequences. There are 8192 PRACH preamble scrambling codes in total.

The $n$:th preamble scrambling code, $n = 0, 1, ..., 8191$, is defined as:

NITC-COMP00000120

3GPP TS 25.213 version 3.9.0 Release 1999          16          ETSI TS 125 213 V3.9.0 (2003-12)

$$S_{r-pre,n}(i) = c_{long,1,n}(i), \quad i = 0, 1, ..., 4095;$$

where the sequence $c_{long,1,n}$ is defined in section 4.3.2.2:

The 8192 PRACH preamble scrambling codes are divided into 512 groups with 16 codes in each group. There is a one-to-one correspondence between the group of PRACH preamble scrambling codes in a cell and the primary scrambling code used in the downlink of the cell. The $k$:th PRACH preamble scrambling code within the cell with downlink primary scrambling code $m$, $k = 0, 1, 2, ..., 15$ and $m = 0, 1, 2, ..., 511$, is $S_{r-pre,n}(i)$ as defined above with $n = 16 \times m + k$.

### 4.3.3.3    Preamble signature

The preamble signature corresponding to a signature s consists of 256 repetitions of a length 16 signature $P_s(n)$, $n=0...15$. This is defined as follows:

- $C_{sig,s}(i) = P_s(i \text{ modulo } 16)$, $i = 0, 1, ..., 4095$.

The signature $P_s(n)$ is from the set of 16 Hadamard codes of length 16. These are listed in table 3.

**Table 3: Preamble signatures**

| Preamble signature | Value of n | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| $P_0(n)$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| $P_1(n)$ | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 |
| $P_2(n)$ | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 |
| $P_3(n)$ | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 |
| $P_4(n)$ | 1 | 1 | 1 | 1 | -1 | -1 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 | -1 | -1 |
| $P_5(n)$ | 1 | -1 | 1 | -1 | -1 | 1 | -1 | 1 | 1 | -1 | 1 | -1 | -1 | 1 | -1 | 1 |
| $P_6(n)$ | 1 | 1 | -1 | -1 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 | -1 | -1 | 1 | 1 |
| $P_7(n)$ | 1 | -1 | -1 | 1 | -1 | 1 | 1 | -1 | 1 | -1 | -1 | 1 | -1 | 1 | 1 | -1 |
| $P_8(n)$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 |
| $P_9(n)$ | 1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 |
| $P_{10}(n)$ | 1 | 1 | -1 | -1 | 1 | 1 | -1 | -1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 |
| $P_{11}(n)$ | 1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 |
| $P_{12}(n)$ | 1 | 1 | 1 | 1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | 1 | 1 | 1 | 1 |
| $P_{13}(n)$ | 1 | -1 | 1 | -1 | -1 | 1 | -1 | 1 | -1 | 1 | -1 | 1 | 1 | -1 | 1 | -1 |
| $P_{14}(n)$ | 1 | 1 | -1 | -1 | -1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | 1 | 1 | -1 | -1 |
| $P_{15}(n)$ | 1 | -1 | -1 | 1 | -1 | 1 | 1 | -1 | -1 | 1 | 1 | -1 | 1 | -1 | -1 | 1 |

## 4.3.4    PCPCH preamble codes

### 4.3.4.1    Access preamble

#### 4.3.4.1.1    Access preamble code construction

Similar to PRACH access preamble codes, the PCPCH access preamble codes $C_{c-acc,n,s}$ are complex valued sequences. The PCPCH access preamble codes are built from the preamble scrambling codes $S_{c-acc,n}$ and a preamble signature $C_{sig,s}$ as follows:

- $C_{c-acc,n,s}(k) = S_{c-acc,n}(k) \times C_{sig,s}(k) \times e^{j(\frac{\pi}{4} + \frac{\pi}{2}k)}$, $k = 0, 1, 2, 3, ..., 4095;$

- where $S_{c-acc,n}$ and $C_{sig,s}$ are defined in section 4.3.4.1.2 and 4.3.4.1.3 below respectively.

#### 4.3.4.1.2    Access preamble scrambling code

The scrambling code for the PCPCH preamble part is constructed from the long scrambling sequences. There are 40960 PCPCH access preamble scrambling codes in total.

The $n$:th PCPCH access preamble scrambling code, where $n = 0, ..., 40959$ is defined as:

NITC-COMP00000121

- $S_{c\text{-acc},n}(i) = c_{long,1,n}(i)$, $i = 0, 1, ..., 4095$;

where the sequence $c_{long,1,n}$ is defined in section 4.3.2.2.

The 40960 PCPCH access preamble scrambling codes are divided into 512 groups with 80 codes in each group. There is a one-to-one correspondence between the group of PCPCH access preamble scrambling codes in a cell and the primary scrambling code used in the downlink of the cell. The $k$:th PCPCH scrambling code within the cell with downlink primary scrambling code $m$, for $k = 0,..., 79$ and $m = 0, 1, 2, ..., 511$, is $S_{c\text{-acc},n}$ as defined above with $n = 16 \times m + k$ for $k = 0,...,15$ and $n = 64 \times m + (k-16) + 8192$ for $k = 16,..., 79$.

The index $k = 0,...,15$ may only be used as a PCPCH access preamble part scrambling code if the same code is also used for a PRACH.

The index $k = 16,..., 79$ correspond to PCPCH access preamble scrambling codes which are not shared together with a PRACH. This leads to 32768 PCPCH specific preamble scrambling codes divided into 512 groups with 64 elements.

### 4.3.4.1.3        Access preamble signature

The access preamble part of the CPCH-access burst carries one of the sixteen different orthogonal complex signatures identical to the ones used by the preamble part of the random-access burst.

## 4.3.4.2        CD preamble

### 4.3.4.2.1        CD preamble code construction

Similar to PRACH access preamble codes, the PCPCH CD preamble codes $C_{c\text{-cd},n,s}$ are complex valued sequences. The PCPCH CD preamble codes are built from the preamble scrambling codes Sc-cd,n and a preamble signature $C_{sig,s}$ as follows:

- $C_{c\text{-cd},n,s}(k) = S_{c\text{-cd},n}(k) \times C_{sig,s}(k) \times e^{j(\frac{\pi}{4} + \frac{\pi}{2}k)}$, $k = 0, 1, 2, 3, ..., 4095$;

where $S_{c\text{-cd},n}$ and $C_{sig,s}$ are defined in sections 4.3.4.2.2 and 4.3.4.2.3 below respectively.

### 4.3.4.2.2        CD preamble scrambling code

There are 40960 PCPCH-CD preamble scrambling codes in total.

The $n$:th PCPCH CD access preamble scrambling code, where $n = 0 ,..., 40959$, is defined as:

- $S_{c\text{-cd},n}(i) = c_{long,1,n}(i)$, $i = 0, 1, ..., 4095$;

where the sequence $c_{long,1,n}$ is defined in section 4.3.2.2.

The 40960 PCPCH scrambling codes are divided into 512 groups with 80 codes in each group. There is a one-to-one correspondence between the group of PCPCH CD preamble scrambling codes in a cell and the primary scrambling code used in the downlink of the cell. The $k$:th PCPCH scrambling code within the cell with downlink primary scrambling code $m$, for $k = 0, 1, ..., 79$ and $m = 0, 1, 2, ..., 511$, is $S_{c\text{-cd},n}$ as defined above with $n = 16 \times m + k$ for $k = 0,...,15$ and $n = 64 \times m + (k-16) + 8192$ for $k = 16,..., 79$.

The index $k = 0,...,15$ may only be used as a PCPCH CD preamble part scrambling code if the same code is also used for a PRACH.

The index $k = 16,..., 79$ correspond to PCPCH CD preamble scrambling codes which are not shared together with a PRACH. This leads to 32768 PCPCH specific preamble scrambling codes divided into 512 groups with 64 elements.

### 4.3.4.2.3        CD preamble signature

The CD-preamble part of the CPCH-access burst carries one of sixteen different orthogonal complex signatures identical to the ones used by the preamble part of the random-access burst.

NITC-COMP00000122

## 4.4 Modulation

### 4.4.1 Modulating chip rate

The modulating chip rate is 3.84 Mcps.

### 4.4.2 Modulation

In the uplink, the complex-valued chip sequence generated by the spreading process is QPSK modulated as shown in Figure 7 below.



**Figure 7: Uplink modulation**

The pulse-shaping characteristics are described in [3].

# 5 Downlink spreading and modulation

## 5.1 Spreading

Figure 8 illustrates the spreading operation for all downlink physical channels except SCH, i.e. for P-CCPCH, S-CCPCH, CPICH, AICH, AP-AICH, CD/CA-ICH, PICH, CSICH, PDSCH, and downlink DPCH. The non-spread physical channels except SCH, AICH, AP-AICH and CD/CA-ICH consist of a sequence of 3-valued digits taking the values 0, 1, "DTX". Note that "DTX" is only applicable to those downlink physical channels that support DTX transmission. Before the spreading operation, these are mapped to real-valued symbols as follows: the binary value "0" is mapped to the real value +1, the binary value "1" is mapped to the real value –1 and "DTX" is mapped to the real value 0. For the indicator channels using signatures (AICH; AP-AICH and CD/CA-ICH), the real-valued symbols depend on the exact combination of the indicators to be transmitted, compare [2] sections 5.3.3.7, 5.3.3.8 and 5.3.3.9.

Each pair of two consecutive real-valued symbols is first serial-to-parallel converted and mapped to an I and Q branch. The mapping is such that even and odd numbered symbols are mapped to the I and Q branch respectively. For all channels except the indicator channels using signatures, symbol number zero is defined as the first symbol in each frame. For the indicator channels using signatures, symbol number zero is defined as the first symbol in each access slot. The I and Q branches are then both spread to the chip rate by the same real-valued channelization code $C_{ch,SF,m}$. The channelization code sequence shall be aligned in time with the symbol boundary. The sequences of real-valued chips on the I and Q branch are then treated as a single complex-valued sequence of chips. This sequence of chips is scrambled (complex chip-wise multiplication) by a complex-valued scrambling code $S_{dl,n}$. In case of P-CCPCH, the scrambling code is applied aligned with the P-CCPCH frame boundary, i.e. the first complex chip of the spread P-CCPCH frame is multiplied with chip number zero of the scrambling code. In case of other downlink channels, the scrambling code is applied aligned with the scrambling code applied to the P-CCPCH. In this case, the scrambling code is thus not necessarily applied aligned with the frame boundary of the physical channel to be scrambled.

NITC-COMP00000123



Figure 8: Spreading for all downlink physical channels except SCH

Figure 9 illustrates how different downlink channels are combined. Each complex-valued spread channel, corresponding to point S in Figure 8, is separately weighted by a weight factor $G_i$. The complex-valued P-SCH and S-SCH, as described in [2], section 5.3.3.5, are separately weighted by weight factors $G_p$ and $G_s$. All downlink physical channels are then combined using complex addition.



Figure 9: Combining of downlink physical channels

## 5.2    Code generation and allocation

### 5.2.1    Channelization codes

The channelization codes of figure 8 are the same codes as used in the uplink, namely Orthogonal Variable Spreading Factor (OVSF) codes that preserve the orthogonality between downlink channels of different rates and spreading factors. The OVSF codes are defined in figure 4 in section 4.3.1.

The channelization code for the Primary CPICH is fixed to $C_{ch,256,0}$ and the channelization code for the Primary CCPCH is fixed to $C_{ch,256,1}$. The channelization codes for all other physical channels are assigned by UTRAN.

With the spreading factor 512 a specific restriction is applied. When the code word $C_{ch,512,n}$ with n=0,2,4....510, is used in soft handover, then the code word $C_{ch,512,n+1}$ is not allocated in the cells where timing adjustment is to be used. Respectively if $C_{ch,512,n}$ with n=1,3,5....511 is used, then the code word $C_{ch,512,n-1}$ is not allocated in the cells where timing adjustment is to be used. This restriction shall not apply in cases where timing adjustments in soft handover are not used with spreading factor 512.

NITC-COMP00000124

When compressed mode is implemented by reducing the spreading factor by 2, the OVSF code used for compressed frames is:

- $C_{ch,SF/2,\lfloor n/2 \rfloor}$ if ordinary scrambling code is used.

- $C_{ch,SF/2,n \bmod SF/2}$ if alternative scrambling code is used (see section 5.2.2);

where $C_{ch,SF,n}$ is the channelization code used for non-compressed frames.

In case the OVSF code on the PDSCH varies from frame to frame, the OVSF codes shall be allocated in such a way that the OVSF code(s) below the smallest spreading factor will be from the branch of the code tree pointed by the code with smallest spreading factor used for the connection which is called PDSCH root channelisation code. This means that all the codes for this UE for the PDSCH connection can be generated according to the OVSF code generation principle from the PDSCH root channelisation code i.e. the code with smallest spreading factor used by the UE on PDSCH.

In case of mapping the DSCH to multiple parallel PDSCHs, the same rule applies, but all of the branches identified by the multiple codes, corresponding to the smallest spreading factor, may be used for higher spreading factor allocation i.e. the multiple codes with smallest spreading factor can be considered as PDSCH root channelisation codes.

## 5.2.2    Scrambling code

A total of $2^{18}-1 = 262,143$ scrambling codes, numbered $0...262,142$ can be generated. However not all the scrambling codes are used. The scrambling codes are divided into 512 sets each of a primary scrambling code and 15 secondary scrambling codes.

The primary scrambling codes consist of scrambling codes $n=16*i$ where $i=0....511$. The $i$:th set of secondary scrambling codes consists of scrambling codes $16*i+k$, where $k=1...15$.

There is a one-to-one mapping between each primary scrambling code and 15 secondary scrambling codes in a set such that $i$:th primary scrambling code corresponds to $i$:th set of secondary scrambling codes.

Hence, according to the above, scrambling codes $k = 0, 1, ..., 8191$ are used. Each of these codes are associated with a left alternative scrambling code and a right alternative scrambling code, that may be used for compressed frames. The left alternative scrambling code corresponding to scrambling code $k$ is scrambling code number $k + 8192$, while the right alternative scrambling code corresponding to scrambling code $k$ is scrambling code number $k + 16384$. The alternative scrambling codes can be used for compressed frames. In this case, the left alternative scrambling code is used if $n<SF/2$ and the right alternative scrambling code is used if $n \geq SF/2$, where $c_{ch,SF,n}$ is the channelization code used for non-compressed frames. The usage of alternative scrambling code for compressed frames is signalled by higher layers for each physical channel respectively.

The set of primary scrambling codes is further divided into 64 scrambling code groups, each consisting of 8 primary scrambling codes. The $j$:th scrambling code group consists of primary scrambling codes $16*8*j+16*k$, where $j=0..63$ and $k=0..7$.

Each cell is allocated one and only one primary scrambling code. The primary CCPCH, primary CPICH, PICH, AICH, AP-AICH, CD/CA-ICH, CSICH and S-CCPCH carrying PCH are always transmitted using the primary scrambling code. The other downlink physical channels can be transmitted with either the primary scrambling code or a secondary scrambling code from the set associated with the primary scrambling code of the cell.

The mixture of primary scrambling code and no more than one secondary scrambling code for one CCTrCH is allowable. In compressed mode during compressed frames, these can be changed to the associated left or right scrambling codes as described above, i.e. in these frames, the total number of different scrambling codes may exceed two.

In the case of the CCTrCH of type DSCH, all the PDSCH channelisation codes that a single UE may receive shall be under a single scrambling code (either the primary or a secondary scrambling code).

The scrambling code sequences are constructed by combining two real sequences into a complex sequence. Each of the two real sequences are constructed as the position wise modulo 2 sum of 38400 chip segments of two binary $m$-sequences generated by means of two generator polynomials of degree 18. The resulting sequences thus constitute segments of a set of Gold sequences. The scrambling codes are repeated for every 10 ms radio frame. Let $x$ and $y$ be the two sequences respectively. The $x$ sequence is constructed using the primitive (over GF(2)) polynomial $1+X^7+X^{18}$. The $y$ sequence is constructed using the polynomial $1+X^5+X^7+X^{10}+X^{18}$.

NITC-COMP00000125

The sequence depending on the chosen scrambling code number $n$ is denoted $z_n$, in the sequel. Furthermore, let $x(i), y(i)$ and $z_n(i)$ denote the $i$:th symbol of the sequence $x$, $y$, and $z_n$, respectively.

The $m$-sequences $x$ and $y$ are constructed as:

Initial conditions:

- x is constructed with $x(0)=1$, $x(1)=x(2)=\ldots=x(16)=x(17)=0$.

- $y(0)=y(1)=\ldots=y(16)=y(17)=1$.

Recursive definition of subsequent symbols:

- $x(i+18)=x(i+7)+x(i)$ modulo 2, $i=0,\ldots,2^{18}-20$.

- $y(i+18)=y(i+10)+y(i+7)+y(i+5)+y(i)$ modulo 2, $i=0,\ldots,2^{18}-20$.

The $n$:th Gold code sequence $z_n$, $n=0,1,2,\ldots,2^{18}-2$, is then defined as:

- $z_n(i)=x((i+n)$ modulo $(2^{18}-1))+y(i)$ modulo 2, $i=0,\ldots,2^{18}-2$.

These binary sequences are converted to real valued sequences $Z_n$ by the following transformation:

$$Z_n(i) = \begin{cases} +1 & if\ z_n(i)=0 \\ -1 & if\ z_n(i)=1 \end{cases} \quad for\ \ i=0,1,K,2^{18}-2.$$

Finally, the $n$:th complex scrambling code sequence $S_{dl,n}$ is defined as:

- $S_{dl,n}(i)=Z_n(i)+j\,Z_n((i+131072)$ modulo $(2^{18}-1))$, $i=0,1,\ldots,38399$.

Note that the pattern from phase 0 up to the phase of 38399 is repeated.



Figure 10: Configuration of downlink scrambling code generator

## 5.2.3    Synchronisation codes

### 5.2.3.1    Code generation

The primary synchronisation code (PSC), $C_{psc}$ is constructed as a so-called generalised hierarchical Golay sequence. The PSC is furthermore chosen to have good aperiodic auto correlation properties.

NITC-COMP00000126

Define:

- $a = <x_1, x_2, x_3, ..., x_{16}> = <1, 1, 1, 1, 1, 1, -1, -1, 1, -1, 1, -1, 1, -1, -1, 1>$

The PSC is generated by repeating the sequence $a$ modulated by a Golay complementary sequence, and creating a complex-valued sequence with identical real and imaginary components. The PSC $C_{psc}$ is defined as:

- $C_{psc} = (1 + j) \times <a, a, a, -a, -a, a, -a, -a, a, a, a, -a, a, -a, a, a>;$

where the leftmost chip in the sequence corresponds to the chip transmitted first in time.

The 16 secondary synchronization codes (SSCs), $\{C_{ssc,1}, ..., C_{ssc,16}\}$, are complex-valued with identical real and imaginary components, and are constructed from position wise multiplication of a Hadamard sequence and a sequence $z$, defined as:

- $z = <b, b, b, -b, b, b, -b, -b, b, -b, b, -b, -b, -b, -b, -b>,$ where

- $b = <x_1, x_2, x_3, x_4, x_5, x_6, x_7, x_8, -x_9, -x_{10}, -x_{11}, -x_{12}, -x_{13}, -x_{14}, -x_{15}, -x_{16}>$ and $x_1, x_2, ..., x_{15}, x_{16}$ are same as in the definition of the sequence $a$ above.

The Hadamard sequences are obtained as the rows in a matrix $H_8$ constructed recursively by:

$$H_0 = (1)$$
$$H_k = \begin{pmatrix} H_{k-1} & H_{k-1} \\ H_{k-1} & -H_{k-1} \end{pmatrix}, \quad k \geq 1$$

The rows are numbered from the top starting with row $0$ (the all ones sequence).

Denote the $m$:th Hadamard sequence as a row of $H_8$ numbered from the top, $n = 0, 1, 2, ..., 255$, in the sequel.

Furthermore, let $h_n(i)$ and $z(i)$ denote the $i$:th symbol of the sequence $h_n$ and $z$, respectively where $i = 0, 1, 2, ..., 255$ and $i = 0$ corresponds to the leftmost symbol.

The $k$:th SSC, $C_{ssc,k}$, $k = 1, 2, 3, ..., 16$ is then defined as:

- $C_{ssc,k} = (1 + j) \times <h_m(0) \times z(0), h_m(1) \times z(1), h_m(2) \times z(2), ..., h_m(255) \times z(255)>;$

where $m = 16 \times (k - 1)$ and the leftmost chip in the sequence corresponds to the chip transmitted first in time.

### 5.2.3.2    Code allocation of SSC

The 64 secondary SCH sequences are constructed such that their cyclic-shifts are unique, i.e., a non-zero cyclic shift less than 15 of any of the 64 sequences is not equivalent to some cyclic shift of any other of the 64 sequences. Also, a non-zero cyclic shift less than 15 of any of the sequences is not equivalent to itself with any other cyclic shift less than 15. Table 4 describes the sequences of SSCs used to encode the 64 different scrambling code groups. The entries in table 4 denote what SSC to use in the different slots for the different scrambling code groups, e.g. the entry "7" means that SSC $C_{ssc,7}$ shall be used for the corresponding scrambling code group and slot.

3GPP TS 25.213 version 3.9.0 Release 1999          23          ETSI TS 125 213 V3.9.0 (2003-12)

**Table 4: Allocation of SSCs for secondary SCH**

| Scrambling Code Group | slot number | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | #0 | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 |
| Group 0 | 1 | 1 | 2 | 8 | 9 | 10 | 15 | 8 | 10 | 16 | 2 | 7 | 15 | 7 | 16 |
| Group 1 | 1 | 1 | 5 | 16 | 7 | 3 | 14 | 16 | 3 | 10 | 5 | 12 | 14 | 12 | 10 |
| Group 2 | 1 | 2 | 1 | 15 | 5 | 5 | 12 | 16 | 6 | 11 | 2 | 16 | 11 | 15 | 12 |
| Group 3 | 1 | 2 | 3 | 1 | 8 | 6 | 5 | 2 | 5 | 8 | 4 | 4 | 6 | 3 | 7 |
| Group 4 | 1 | 2 | 16 | 6 | 6 | 11 | 15 | 5 | 12 | 1 | 15 | 12 | 16 | 11 | 2 |
| Group 5 | 1 | 3 | 4 | 7 | 4 | 1 | 5 | 5 | 3 | 6 | 2 | 8 | 7 | 6 | 8 |
| Group 6 | 1 | 4 | 11 | 3 | 4 | 10 | 9 | 2 | 11 | 2 | 10 | 12 | 12 | 9 | 3 |
| Group 7 | 1 | 5 | 6 | 6 | 14 | 9 | 10 | 2 | 13 | 9 | 2 | 5 | 14 | 1 | 13 |
| Group 8 | 1 | 6 | 10 | 10 | 4 | 11 | 7 | 13 | 16 | 11 | 13 | 6 | 4 | 1 | 16 |
| Group 9 | 1 | 6 | 13 | 2 | 14 | 2 | 6 | 5 | 5 | 13 | 10 | 9 | 1 | 14 | 10 |
| Group 10 | 1 | 7 | 8 | 5 | 7 | 2 | 4 | 3 | 8 | 3 | 2 | 6 | 6 | 4 | 5 |
| Group 11 | 1 | 7 | 10 | 9 | 16 | 7 | 9 | 15 | 1 | 8 | 16 | 8 | 15 | 2 | 2 |
| Group 12 | 1 | 8 | 12 | 9 | 9 | 4 | 13 | 16 | 5 | 1 | 13 | 5 | 12 | 4 | 8 |
| Group 13 | 1 | 8 | 14 | 10 | 14 | 1 | 15 | 15 | 8 | 5 | 11 | 4 | 10 | 5 | 4 |
| Group 14 | 1 | 9 | 2 | 15 | 15 | 16 | 10 | 7 | 8 | 1 | 10 | 8 | 2 | 16 | 9 |
| Group 15 | 1 | 9 | 15 | 6 | 16 | 2 | 13 | 14 | 10 | 11 | 7 | 4 | 5 | 12 | 3 |
| Group 16 | 1 | 10 | 9 | 11 | 15 | 7 | 6 | 4 | 16 | 5 | 2 | 12 | 13 | 3 | 14 |
| Group 17 | 1 | 11 | 14 | 4 | 13 | 2 | 9 | 10 | 12 | 16 | 8 | 5 | 3 | 15 | 6 |
| Group 18 | 1 | 12 | 12 | 13 | 14 | 7 | 2 | 8 | 14 | 2 | 1 | 13 | 11 | 8 | 11 |
| Group 19 | 1 | 12 | 15 | 5 | 4 | 14 | 3 | 16 | 7 | 8 | 6 | 2 | 10 | 11 | 13 |
| Group 20 | 1 | 15 | 4 | 3 | 7 | 6 | 10 | 13 | 12 | 5 | 14 | 16 | 8 | 2 | 11 |
| Group 21 | 1 | 16 | 3 | 12 | 11 | 9 | 13 | 5 | 8 | 2 | 14 | 7 | 4 | 10 | 15 |
| Group 22 | 2 | 2 | 5 | 10 | 16 | 11 | 3 | 10 | 11 | 8 | 5 | 13 | 3 | 13 | 8 |
| Group 23 | 2 | 2 | 12 | 3 | 15 | 5 | 8 | 3 | 5 | 14 | 12 | 9 | 8 | 9 | 14 |
| Group 24 | 2 | 3 | 6 | 16 | 12 | 16 | 3 | 13 | 13 | 6 | 7 | 9 | 2 | 12 | 7 |
| Group 25 | 2 | 3 | 8 | 2 | 9 | 15 | 14 | 3 | 14 | 9 | 5 | 5 | 15 | 8 | 12 |
| Group 26 | 2 | 4 | 7 | 9 | 5 | 4 | 9 | 11 | 2 | 14 | 5 | 14 | 11 | 16 | 16 |
| Group 27 | 2 | 4 | 13 | 12 | 12 | 7 | 15 | 10 | 5 | 2 | 15 | 5 | 13 | 7 | 4 |
| Group 28 | 2 | 5 | 9 | 9 | 3 | 12 | 8 | 14 | 15 | 12 | 14 | 5 | 3 | 2 | 15 |
| Group 29 | 2 | 5 | 11 | 7 | 2 | 11 | 9 | 4 | 16 | 7 | 16 | 9 | 14 | 14 | 4 |
| Group 30 | 2 | 6 | 2 | 13 | 3 | 3 | 12 | 9 | 7 | 16 | 6 | 9 | 16 | 13 | 12 |
| Group 31 | 2 | 6 | 9 | 7 | 7 | 16 | 13 | 3 | 12 | 2 | 13 | 12 | 9 | 16 | 6 |
| Group 32 | 2 | 7 | 12 | 15 | 2 | 12 | 4 | 10 | 13 | 15 | 13 | 4 | 5 | 5 | 10 |
| Group 33 | 2 | 7 | 14 | 16 | 5 | 9 | 2 | 9 | 16 | 11 | 11 | 8 | 7 | 4 | 14 |
| Group 34 | 2 | 8 | 5 | 12 | 5 | 2 | 14 | 14 | 8 | 15 | 3 | 9 | 12 | 15 | 9 |
| Group 35 | 2 | 9 | 13 | 4 | 2 | 13 | 8 | 11 | 6 | 4 | 6 | 8 | 15 | 15 | 11 |
| Group 36 | 2 | 10 | 3 | 2 | 13 | 16 | 8 | 10 | 8 | 13 | 11 | 11 | 16 | 3 | 5 |
| Group 37 | 2 | 11 | 15 | 3 | 11 | 6 | 14 | 10 | 15 | 10 | 6 | 7 | 7 | 14 | 3 |
| Group 38 | 2 | 16 | 4 | 5 | 16 | 14 | 7 | 11 | 4 | 11 | 14 | 9 | 9 | 7 | 5 |
| Group 39 | 3 | 3 | 4 | 6 | 11 | 12 | 13 | 6 | 12 | 14 | 4 | 5 | 13 | 5 | 14 |
| Group 40 | 3 | 3 | 6 | 5 | 16 | 9 | 15 | 5 | 9 | 10 | 6 | 4 | 15 | 4 | 10 |
| Group 41 | 3 | 4 | 5 | 14 | 4 | 6 | 12 | 13 | 5 | 13 | 6 | 11 | 11 | 12 | 14 |
| Group 42 | 3 | 4 | 9 | 16 | 10 | 4 | 16 | 15 | 3 | 5 | 10 | 5 | 15 | 6 | 6 |
| Group 43 | 3 | 4 | 16 | 10 | 5 | 10 | 4 | 9 | 16 | 15 | 6 | 3 | 5 | 1 | 4 |
| Group 44 | 3 | 5 | 12 | 11 | 14 | 5 | 11 | 13 | 3 | 6 | 14 | 6 | 13 | 4 | 4 |
| Group 45 | 3 | 6 | 4 | 10 | 6 | 5 | 9 | 15 | 4 | 15 | 5 | 16 | 6 | 16 | 9 |
| Group 46 | 3 | 7 | 8 | 8 | 16 | 11 | 12 | 4 | 15 | 11 | 4 | 7 | 16 | 3 | 15 |
| Group 47 | 3 | 7 | 16 | 11 | 4 | 15 | 3 | 15 | 11 | 12 | 12 | 4 | 7 | 8 | 16 |
| Group 48 | 3 | 8 | 7 | 15 | 4 | 8 | 15 | 12 | 3 | 16 | 4 | 16 | 12 | 11 | 11 |
| Group 49 | 3 | 8 | 15 | 4 | 16 | 4 | 8 | 7 | 7 | 15 | 12 | 11 | 3 | 16 | 12 |

NITC-COMP00000128

3GPP TS 25.213 version 3.9.0 Release 1999     24     ETSI TS 125 213 V3.9.0 (2003-12)

| Scrambling Code Group | slot number | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | #0 | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 |
| Group 50 | 3 | 10 | 10 | 15 | 16 | 5 | 4 | 6 | 16 | 4 | 3 | 15 | 9 | 5 | 9 |
| Group 51 | 3 | 13 | 11 | 5 | 4 | 12 | 4 | 11 | 6 | 6 | 5 | 3 | 14 | 13 | 12 |
| Group 52 | 3 | 14 | 7 | 9 | 14 | 10 | 13 | 8 | 7 | 9 | 10 | 4 | 4 | 13 | 9 |
| Group 53 | 5 | 5 | 8 | 14 | 16 | 13 | 8 | 14 | 13 | 7 | 8 | 15 | 6 | 15 | 7 |
| Group 54 | 5 | 6 | 11 | 7 | 10 | 8 | 5 | 8 | 7 | 12 | 12 | 10 | 6 | 9 | 11 |
| Group 55 | 5 | 6 | 13 | 8 | 13 | 5 | 7 | 7 | 6 | 16 | 14 | 15 | 8 | 16 | 15 |
| Group 56 | 5 | 7 | 9 | 10 | 7 | 11 | 6 | 12 | 9 | 12 | 11 | 8 | 8 | 6 | 10 |
| Group 57 | 5 | 9 | 6 | 8 | 10 | 9 | 8 | 12 | 5 | 11 | 10 | 11 | 12 | 7 | 7 |
| Group 58 | 5 | 10 | 10 | 12 | 8 | 11 | 9 | 7 | 8 | 9 | 5 | 12 | 6 | 7 | 6 |
| Group 59 | 5 | 10 | 12 | 6 | 5 | 12 | 8 | 9 | 7 | 6 | 7 | 8 | 11 | 11 | 9 |
| Group 60 | 5 | 13 | 15 | 15 | 14 | 8 | 6 | 7 | 16 | 8 | 7 | 13 | 14 | 5 | 16 |
| Group 61 | 9 | 10 | 13 | 10 | 11 | 15 | 15 | 9 | 16 | 12 | 14 | 13 | 16 | 14 | 11 |
| Group 62 | 9 | 11 | 12 | 15 | 12 | 9 | 13 | 13 | 11 | 14 | 10 | 16 | 15 | 14 | 16 |
| Group 63 | 9 | 12 | 10 | 15 | 13 | 14 | 9 | 14 | 15 | 11 | 11 | 13 | 12 | 16 | 10 |

## 5.3     Modulation

### 5.3.1     Modulating chip rate

The modulating chip rate is 3.84 Mcps.

### 5.3.2     Modulation

In the downlink, the complex-valued chip sequence generated by the spreading process is QPSK modulated as shown in Figure 11 below.



**Figure 11: Downlink modulation**

The pulse-shaping characteristics are described in [4].

NITC-COMP00000129

# Annex A (informative):
# Generalised Hierarchical Golay Sequences

## A.1    Alternative generation

The generalised hierarchical Golay sequences for the PSC described in 5.2.3.1 may be also viewed as generated (in real valued representation) by the following methods:

Method 1.

The sequence y is constructed from two constituent sequences $x_1$ and $x_2$ of length $n_1$ and $n_2$ respectively using the following formula:

- $y(i) = x_2(i \bmod n_2) * x_1(i \ div \ n_2), i = 0 \ldots (n_1 * n_2) - 1.$

The constituent sequences $x_1$ and $x_2$ are chosen to be the following length 16 (i.e. $n_1 = n_2 = 16$) sequences:

- $x_1$ is defined to be the length 16 ($N^{(1)} = 4$) Golay complementary sequence obtained by the delay matrix $D^{(1)} = [8, 4, 1, 2]$ and weight matrix $W^{(1)} = [1, -1, 1, 1]$.

- $x_2$ is a generalised hierarchical sequence using the following formula, selecting s=2 and using the two Golay complementary sequences $x_3$ and $x_4$ as constituent sequences. The length of the sequence $x_3$ and $x_4$ is called $n_3$ respectively $n_4$.

- $x_2(i) = x_4(i \bmod s + s*(i \ div \ sn_3)) * x_3(i \ div \ s) \bmod n_3), i = 0 \ldots (n_3 * n_4) - 1.$

- $x_3$ and $x_4$ are defined to be identical and the length 4 ($N^{(3)} = N^{(4)} = 2$) Golay complementary sequence obtained by the delay matrix $D^{(3)} = D^{(4)} = [1, 2]$ and weight matrix $W^{(3)} = W^{(4)} = [1, 1]$.

The Golay complementary sequences $x_1, x_3$ and $x_4$ are defined using the following recursive relation:

$a_0(k) = \delta(k)$ and $b_0(k) = \delta(k)$;

$a_n(k) = a_{n-1}(k) + W^{(j)}{}_n \cdot b_{n-1}(k - D^{(j)}{}_n)$;

$b_n(k) = a_{n-1}(k) - W^{(j)}{}_n \cdot b_{n-1}(k - D^{(j)}{}_n)$;

$k = 0, 1, 2, \ldots, 2^{**}N^{(j)} - 1$;

$n = 1, 2, \ldots, N^{(j)}$.

The wanted Golay complementary sequence $x_j$ is defined by $a_n$ assuming $n = N^{(j)}$. The Kronecker delta function is described by $\delta$, k,j and n are integers.

Method 2

The sequence y can be viewed as a pruned Golay complementary sequence and generated using the following parameters which apply to the generator equations for a and b above:

(a) Let j = 0, $N^{(0)} = 8$.

(b) $[D_1^0, D_2^0, D_3^0, D_4^0, D_5^0, D_6^0, D_7^0, D_8^0] = [128, 64, 16, 32, 8, 1, 4, 2]$.

(c) $[W_1^0, W_2^0, W_3^0, W_4^0, W_5^0, W_6^0, W_7^0, W_8^0] = [1, -1, 1, 1, 1, 1, 1, 1]$.

(d) For n = 4, 6, set $b_4(k) = a_4(k), b_6(k) = a_6(k)$.

NITC-COMP00000130.

# Annex B (informative):
# Change history

| Change history | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14/01/00 | RAN_05 | RP-99589 | — | — | Approved at TSG RAN #5 and placed under Change Control | — | 3,0,0 |
| 14/01/00 | RAN_06 | RP-99682 | 005 | — | Harmonization of notations for downlink scrambling codes | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 006 | — | Update of downlink spreading description | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99682 | 007 | 1 | Update of TS 25.213 uplink parts | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 008 | — | Updated modulation description | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 009 | — | Restriction for spreading factor 512 allocation in the UTRA FDD Downlink | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 011 | 1 | CPCH codes in power control preamble | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 012 | 2 | Support of short codes for CPCH | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99682 | 014 | 1 | Editorial Change | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 016 | — | Channelization Code Allocation for USTS | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 017 | 1 | Correction (Editorial Change) | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99683 | 019 | — | Correction to code allocation for compressed mode | 3.0.0 | 3.1.0 |
| 14/01/00 | — | — | — | — | Change history was added by the editor | 3.1.0 | 3.1.1 |
| 31/03/00 | RAN_07 | RP-000063 | 020 | 1 | Consistent numbering of scrambling code groups | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 021 | — | Downlink signal flow corrections | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 022 | — | Uplink signal flow corrections | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 023 | 1 | Number of RACH scrambling codes | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 024 | 1 | Editorial changes to 25.213 | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 025 | 3 | Number of PCPCH scrambling codes per cell | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 027 | — | A typo correction for 5.2.2 and clarification for 5.2.3.1 of TS 25.213V3.1.1 | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 028 | 2 | Channelization code allocation method for PCPCH message part | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 029 | — | Clarifications to DSCH scrambling and modulation in 25.213 | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000063 | 032 | — | Clean up of USTS related specifications | 3.1.1 | 3.2.0 |
| 26/06/00 | RAN_08 | RP-000267 | 033 | — | Clarifications to power control preamble sections | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000267 | 034 | 2 | Numbering of the PCPCH access preamble and collision detection preamble scrambling codes | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000267 | 035 | — | DPDCH/DPCCH gain factors | 3.2.0 | 3.3.0 |
| 16/12/00 | RAN_10 | RP-000539 | 037 | 1 | Proposed removal of the option of secondary scrambling code for some downlink common channels | 3.3.0 | 3.4.0 |
| 16/03/01 | RAN_11 | RP-010059 | 038 | — | Clarification of channelization codes when SF=512 | 3.4.0 | 3.5.0 |
| 16/03/01 | RAN_11 | RP-010059 | 039 | 1 | Clarification of the scrambling code of a power control preamble | 3.4.0 | 3.5.0 |
| 15/06/01 | RAN_12 | RP-010333 | 040 | 1 | Clarification of DL channelization code alignment | 3.5.0 | 3.6.0 |
| 15/06/01 | RAN_12 | RP-010333 | 042 | 1 | Clarification of PDSCH root channelisation code definition | 3.5.0 | 3.6.0 |
| 14/12/01 | RAN_14 | RP-010738 | 046 | — | Correction of section number reference | 3.6.0 | 3.7.0 |
| 07/06/02 | RAN_16 | RP-020309 | 051 | 1 | Downlink bit mapping | 3.7.0 | 3.8.0 |
| 06/01/04 | RAN_22 | RP-030727 | 068 | 1 | Restriction of DL secondary scrambling codes per CCTrCH | 3.8.0 | 3.9.0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NITC-COMP00000131

3GPP TS 25.213 version 3.9.0 Release 1999          27          ETSI TS 125 213 V3.9.0 (2003-12)

# History

| Document history | | |
|---|---|---|
| V3.1.1 | January 2000 | Publication |
| V3.2.0 | March 2000 | Publication |
| V3.3.0 | June 2000 | Publication |
| V3.4.0 | December 2000 | Publication |
| V3.5.0 | March 2001 | Publication |
| V3.6.0 | June 2001 | Publication |
| V3.7.0 | December 2001 | Publication |
| V3.8.0 | June 2002 | Publication |
| V3.9.0 | December 2003 | Publication |

NITC-COMP00000132

# ETSI TS 125 301 V3.11.0 (2002-09)

*Technical Specification*

## Universal Mobile Telecommunications System (UMTS); Radio Interface Protocol Architecture (3GPP TS 25.301 version 3.11.0 Release 1999)



Exhibit 12    NITC-COMP00000133

3GPP TS 25.301 version 3.11.0 Release 1999    1    ETSI TS 125 301 V3.11.0 (2002-09)

| Reference |
| --- |
| RTS/TSGR-0225301v3b0 |

| Keywords |
| --- |
| UMTS |

### ETSI

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00   Fax: +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

---

### Important notice

Individual copies of the present document can be downloaded from:
http://www.etsi.org

The present document may be made available in more than one electronic version or in print. In any case of existing or perceived difference in contents between such versions, the reference version is the Portable Document Format (PDF). In case of dispute, the reference shall be the printing on ETSI printers of the PDF version kept on a specific network drive within ETSI Secretariat.

Users of the present document should be aware that the document may be subject to revision or change of status. Information on the current status of this and other ETSI documents is available at
http://portal.etsi.org/tb/status/status.asp

If you find errors in the present document, send your comment to:
editor@etsi.fr

### Copyright Notification

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 2002.
All rights reserved.

DECT™, PLUGTESTS™ and UMTS™ are Trade Marks of ETSI registered for the benefit of its Members.
TIPHON™ and the TIPHON logo are Trade Marks currently being registered by ETSI for the benefit of its Members.
3GPP™ is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners.

NITC-COMP00000134

# Intellectual Property Rights

IPRs essential or potentially essential to the present document may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for ETSI members and non-members, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (http://webapp.etsi.org/IPR/home.asp).

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

# Foreword

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities, UMTS identities or GSM identities. These should be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between GSM, UMTS, 3GPP and ETSI identities can be found under www.etsi.org/key .

NITC-COMP00000135

# Contents

Intellectual Property Rights ................................................................................................................................2

Foreword ..............................................................................................................................................................2

Foreword ..............................................................................................................................................................5

1       Scope ...........................................................................................................................................................6

2       References ...................................................................................................................................................6

3       Definitions and abbreviations .....................................................................................................................6
3.1       Definitions ...............................................................................................................................................6
3.2       Abbreviations ..........................................................................................................................................7

4       Assumed UMTS Architecture .....................................................................................................................8

5       Radio interface protocol architecture ..........................................................................................................9
5.1       Overall protocol structure .......................................................................................................................9
5.1.1         Service access points and service primitives .....................................................................................10
5.2       Layer 1 Services and Functions ..............................................................................................................11
5.2.1         L1 Services .........................................................................................................................................11
5.2.1.1           Transport channels ........................................................................................................................12
5.2.2         L1 Functions ......................................................................................................................................12
5.3       Layer 2 Services and Functions ..............................................................................................................13
5.3.1         MAC Services and Functions .............................................................................................................13
5.3.1.1           MAC Services to upper layers ......................................................................................................13
5.3.1.1.1             Logical channels .......................................................................................................................13
5.3.1.1.2             Mapping between logical channels and transport channels .......................................................15
5.3.1.1.2.1               Mapping in Uplink .............................................................................................................15
5.3.1.1.2.2               Mapping in Downlink .........................................................................................................15
5.3.1.2           MAC functions ..............................................................................................................................16
5.3.2         RLC Services and Functions ...............................................................................................................17
5.3.2.1           Services provided to the upper layer ..............................................................................................17
5.3.2.2           RLC Functions ...............................................................................................................................18
5.3.3         PDCP Services and Function ...............................................................................................................19
5.3.3.1           PDCP Services provided to upper layers ........................................................................................19
5.3.3.2           PDCP Functions .............................................................................................................................19
5.3.4         Broadcast/Multicast Control - Services and functions ........................................................................19
5.3.4.1           BMC Services ................................................................................................................................19
5.3.4.2           BMC Functions ..............................................................................................................................19
5.3.5         Data flows through Layer 2 .................................................................................................................20
5.3.5.1           Data flow for BCCH mapped to BCH ............................................................................................22
5.3.5.2           Data flow for BCCH mapped to FACH ..........................................................................................22
5.3.5.3           Data flow for PCCH mapped to PCH .............................................................................................22
5.3.5.4           Data flow for CCCH mapped to FACH/RACH ..............................................................................22
5.3.5.5           Data flow for SHCCH mapped to USCH ........................................................................................22
5.3.5.6           Data flow for SHCCH mapped to FACH/RACH ............................................................................22
5.3.5.7           Data flow for DCCH mapped to FACH/RACH ..............................................................................23
5.3.5.8           Data flow for DCCH mapped to DSCH ..........................................................................................23
5.3.5.9           Data flow for DCCH mapped to USCH ..........................................................................................23
5.3.5.10           Data flow for DCCH mapped to CPCH ........................................................................................23
5.3.5.11           Data flow for DTCH (non-transparent RLC) mapped to FACH/RACH .......................................23
5.3.5.12           Data flow for DTCH (non-transparent RLC) mapped to DSCH ...................................................23
5.3.5.13           Data flow for DTCH (non-transparent RLC) mapped to USCH ...................................................23
5.3.5.14           Data flow for DTCH (transparent RLC) mapped to DCH ...........................................................23
5.3.5.15           Data flow for DTCH (non-transparent RLC) mapped to DCH .....................................................23
5.3.5.16           Data flow for DTCH (non-transparent RLC) mapped to CPCH ...................................................23
5.3.5.17           Data flow for DCCH mapped to DCH ..........................................................................................24
5.3.5.18           Data flow for CTCH mapped to FACH ........................................................................................24
5.3.6         Transport Channel and Logical Channel Numbering ...........................................................................24

NITC-COMP00000136

3GPP TS 25.301 version 3.11.0 Release 1999          4          ETSI TS 125 301 V3.11.0 (2002-09)

| | | |
|---|---|---|
| 5.4 | Layer 3 – Uu Stratum Services and Functions | 25 |
| 5.4.1 | Uu Stratum services | 25 |
| 5.4.1.1 | General Control | 25 |
| 5.4.1.2 | Notification | 25 |
| 5.4.1.3 | Dedicated Control | 25 |
| 5.4.2 | RRC functions | 26 |
| 5.5 | Interactions between RRC and lower layers in the C plane | 28 |
| 5.6 | Protocol termination | 28 |
| 5.6.1 | Protocol termination for DCH | 28 |
| 5.6.2 | Protocol termination for RACH/FACH | 29 |
| 5.6.3 | Void | 31 |
| 5.6.4 | Protocol termination for CPCH | 31 |
| 5.6.5 | Protocol termination for DSCH | 31 |
| 5.6.5.1 | DSCH definition | 31 |
| 5.6.5.2 | Resource allocation and UE identification on DSCH | 32 |
| 5.6.5.2.1 | Case A (UE requires a downlink TFCI on a DPCCH) | 32 |
| 5.6.5.2.2 | Case B (UE requires a downlink SHCCH) (TDD only) | 32 |
| 5.6.5.3 | Model of DSCH in UTRAN | 32 |
| 5.6.5.4 | Protocol termination | 33 |
| 5.6.6 | Protocol termination for transport channel of type USCH | 34 |
| 5.6.6.1 | USCH definition | 34 |
| 5.6.6.2 | Resource allocation and UE identification on USCH | 34 |
| 5.6.6.3 | Model of USCH in UTRAN | 34 |
| 5.6.6.4 | Protocol termination | 35 |
| 5.6.7 | Protocol termination for transport channel of type BCH | 36 |
| 5.6.8 | Protocol termination for transport channel of type PCH | 36 |
| 6 | User Identification and RRC Connection Mobility | 37 |
| 6.1 | UE identification on the radio interface | 37 |
| 6.2 | UE connection to UTRAN | 37 |
| 7 | UE modes | 38 |
| Annex A (informative): | Change history | 39 |
| History | | 40 |

NITC-COMP00000137

3GPP TS 25.301 version 3.11.0 Release 1999          5                ETSI TS 125 301 V3.11.0 (2002-09)

# Foreword

This Technical Specification (TS) has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x   the first digit:

1   presented to TSG for information;

2   presented to TSG for approval;

3   or greater indicates TSG approved document under change control.

y   the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z   the third digit is incremented when editorial only changes have been incorporated in the document.

NITC-COMP00000138

# 1          Scope

The present document shall provide an overview and overall description of the UE-UTRAN radio interface protocol architecture as agreed within the 3GPP TSG RAN working group 2. Details of the radio protocols will be specified in companion documents.

# 2          References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.

- For a specific reference, subsequent revisions do not apply.

- For a non-specific reference, the latest version applies. In the case of a reference to a 3GPP document (including a GSM document), a non-specific reference implicitly refers to the latest version of that document *in the same Release as the present document.*

| | |
|---|---|
| [1] | 3GPP TS 23.110: "UMTS Access Stratum; Services and Functions". |
| [2] | 3GPP TS 25.401: "RAN Overall Description". |
| [3] | 3GPP TR 21.905: "Vocabulary for 3GPP Specifications". |
| [4] | 3GPP TS 25.302: "Services provided by the Physical Layer". |
| [5] | 3GPP TS 25.303: "Interlayer Procedures in Connected Mode". |
| [6] | 3GPP TS 25.304: "UE Procedures in Idle Mode and Procedures for Cell Reselection in Connected Mode". |
| [7] | 3GPP TS 25.321: "MAC Protocol Specification". |
| [8] | 3GPP TS 25.322: "RLC Protocol Specification". |
| [9] | 3GPP TS 25.323: "PDCP Protocol Specification". |
| [10] | 3GPP TS 25.324: "BMC Protocol Specification". |
| [11] | 3GPP TS 25.331: "RRC Protocol Specification". |
| [12] | 3GPP TS 25.224: "Physical Layer Procedures (TDD)". |
| [13] | 3GPP TS 24.007: "Mobile radio interface signalling layer 3; General aspects". |
| [14] | 3GPP TS 33.105: "Cryptographic Algorithm Requirements". |
| [15] | 3GPP TS 33.102: "Security Architecture". |
| [16] | 3GPP TS 04.05: "Data Link (DL) layer; General aspects". |

# 3          Definitions and abbreviations

## 3.1          Definitions

For the purposes of the present document, the terms and definitions given in [3] apply.

NITC-COMP00000139

## 3.2    Abbreviations

For the purposes of the present document, the following abbreviations apply:

| | |
|---|---|
| ARQ | Automatic Repeat Request |
| AS | Access Stratum |
| ASC | Access Service Class |
| BCCH | Broadcast Control Channel |
| BCH | Broadcast Channel |
| BMC | Broadcast/Multicast Control |
| C- | Control- |
| CC | Call Control |
| CCCH | Common Control Channel |
| CCH | Control Channel |
| CCTrCH | Coded Composite Transport Channel |
| CN | Core Network |
| CPCH | Common Packet channel |
| CRC | Cyclic Redundancy Check |
| CTCH | Common Traffic Channel |
| DC | Dedicated Control (SAP) |
| DCA | Dynamic Channel Allocation |
| DCCH | Dedicated Control Channel |
| DCH | Dedicated Channel |
| DL | Downlink |
| DRNC | Drift Radio Network Controller |
| DSCH | Downlink Shared Channel |
| DTCH | Dedicated Traffic Channel |
| FACH | Forward Link Access Channel |
| FCS | Frame Check Sequence |
| FDD | Frequency Division Duplex |
| GC | General Control (SAP) |
| HO | Handover |
| ITU | International Telecommunication Union |
| kbps | kilobits per second |
| L1 | Layer 1 (physical layer) |
| L2 | Layer 2 (data link layer) |
| L3 | Layer 3 (network layer) |
| LAC | Link Access Control |
| LAI | Location Area Identity |
| MAC | Medium Access Control |
| MM | Mobility Management |
| NAS | Non-Access Stratum |
| Nt | Notification (SAP) |
| PCCH | Paging Control Channel |
| PCH | Paging Channel |
| PDCP | Packet Data Convergence Protocol |
| PDU | Protocol Data Unit |
| PHY | Physical layer |
| PhyCH | Physical Channels |
| RAB | Radio Access Bearer |
| RACH | Random Access Channel |
| RB | Radio Bearer |
| RLC | Radio Link Control |
| RNC | Radio Network Controller |
| RNS | Radio Network Subsystem |
| RNTI | Radio Network Temporary Identity |
| RRC | Radio Resource Control |
| SAP | Service Access Point |
| SDU | Service Data Unit |
| SHCCH | Shared Channel Control Channel |
| SRNC | Serving Radio Network Controller |

*ETSI*

NITC-COMP00000140

3GPP TS 25.301 version 3.11.0 Release 1999        8        ETSI TS 125 301 V3.11.0 (2002-09)

| SRNS | Serving Radio Network Subsystem |
|------|---------------------------------|
| TCH | Traffic Channel |
| TDD | Time Division Duplex |
| TFCI | Transport Format Combination Indicator |
| TFI | Transport Format Indicator |
| TMSI | Temporary Mobile Subscriber Identity |
| TPC | Transmit Power Control |
| U- | User- |
| UE | User Equipment |
| UL | Uplink |
| UMTS | Universal Mobile Telecommunications System |
| URA | UTRAN Registration Area |
| USCH | Uplink Shared Channel |
| UTRA | UMTS Terrestrial Radio Access |
| UTRAN | UMTS Terrestrial Radio Access Network |
| UuS | Uu (Radio Interface) Stratum |

# 4    Assumed UMTS Architecture

Figure 1 shows the assumed UMTS architecture as outlined in [1]. The figure shows the UMTS architecture in terms of its entities User Equipment (UE), UTRAN and Core Network. The respective reference points Uu (Radio Interface) and Iu (CN-UTRAN interface) are shown. The figure illustrates furthermore the high-level functional grouping into the Access Stratum and the Non-Access Stratum.

The Access Stratum offers services through the following Service Access Points (SAP) to the Non-Access Stratum:

-   General Control (GC) SAPs;

-   Notification (Nt) SAPs; and

-   Dedicated Control (DC) SAPs.

The SAPs are marked with circles in Figure 1.



**Figure 1: Assumed UMTS Architecture**

The model in Figure 1 distinguishes the end AS entities [1], which provide the services to higher layers, from the local entities, which provide services over respectively the Uu and the Iu reference points.

NITC-COMP00000141

The Uu Stratum (UuS) block includes the radio interface protocol stack described in subclause 5.1.

# 5    Radio interface protocol architecture

## 5.1    Overall protocol structure

The radio interface is layered into three protocol layers:

-    the physical layer (L1);

-    the data link layer (L2);

-    network layer (L3).

Layer 2 is split into following sublayers: Medium Access Control (MAC), Radio Link Control (RLC), Packet Data Convergence Protocol (PDCP) and Broadcast/Multicast Control (BMC).

Layer 3 and RLC are divided into Control (C-) and User (U-) planes. PDCP and BMC exist in the U-plane only.

In the C-plane, Layer 3 is partitioned into sublayers where the lowest sublayer, denoted as Radio Resource Control (RRC), interfaces with layer 2 and terminates in the UTRAN. The next sublayer provides 'Duplication avoidance' functionality as specified in [13]. It terminates in the CN but is part of the Access Stratum; it provides the Access Stratum Services to higher layers. The higher layer signalling such as Mobility Management (MM) and Call Control (CC) is assumed to belong to the non-access stratum, and therefore not in the scope of 3GPP TSG RAN. On the general level, the protocol architecture is similar to the current ITU-R protocol architecture, ITU-R M.1035.

Figure 2 shows the radio interface protocol architecture. Each block in Figure 2 represents an instance of the respective protocol. Service Access Points (SAP) for peer-to-peer communication are marked with circles at the interface between sublayers. The SAP between MAC and the physical layer provides the transport channels (cf. subclause 5.2.1.1): The SAPs between RLC and the MAC sublayer provide the logical channels (cf. subclause 5.3.1.1.1). The RLC layer provides three types of SAPs, one for each RLC operation mode (UM, AM, and TM, see [8]). PDCP and BMC are accessed by PDCP and BMC SAPs, respectively. The service provided by layer 2 is referred to as the radio bearer. The C-plane radio bearers, which are provided by RLC to RRC, are denoted as signalling radio bearers. In the C-plane, the interface between 'Duplication avoidance' and higher L3 sublayers (CC, MM) is defined by the General Control (GC), Notification (Nt) and Dedicated Control (DC) SAPs.

NOTE:    The SAPs shown in Figure 2 are examples. For details on the definition of SAPs refer to the respective radio interface protocol specification.

Also shown in the figure are connections between RRC and MAC as well as RRC and L1 providing local inter-layer control services. An equivalent control interface exists between RRC and the RLC sublayer, between RRC and the PDCP sublayer and between RRC and BMC sublayer. These interfaces allow the RRC to control the configuration of the lower layers. For this purpose separate Control SAPs are defined between RRC and each lower layer (PDCP, RLC, MAC, and L1).

The RLC sublayer provides ARQ functionality closely coupled with the radio transmission technique used. There is no difference between RLC instances in C and U planes.

The UTRAN can be requested by the CN to prevent all loss of data (i.e. independently of the handovers on the radio interface), as long as the Iu connection point is not modified. This is a basic requirement to be fulfilled by the UTRAN retransmission functionality as provided by the RLC sublayer.

However, in case of the Iu connection point is changed (e.g. SRNS relocation, streamlining), the prevention of the loss of data may not be guaranteed autonomously by the UTRAN but relies on 'Duplication avoidance' functions in the CN.

There are primarily two kinds of signalling messages transported over the radio interface - RRC generated signalling messages and NAS messages generated in the higher layers. On establishment of the signalling connection between the peer RRC entities three or four UM/AM signalling radio bearers may be set up. Two of these bearers are set up for transport of RRC generated signalling messages - one for transferring messages through an unacknowledged mode RLC entity (see subclause 5.3.2. for details on RLC modes) and the other for transferring messages through an acknowledged mode RLC entity. One signalling radio bearer is set up for transferring NAS messages set to "high priority" by the

higher layers. An optional signalling radio bearer may be set up for transferring NAS messages set to "low priority" by the higher layers. Subsequent to the establishment of the signalling connection zero to several TM signalling radio bearers may be set up for transferring RRC signalling messages using transparent mode RLC.



**Figure 2: Radio Interface protocol architecture (Service Access Points marked by circles)**

## 5.1.1    Service access points and service primitives

Each layer provides services at Service Access Points (SAPs). A service is defined by a set of service primitives (operations) that a layer provides to upper layer(s).

Control services, allowing the RRC layer to control lower layers locally (i.e. not requiring peer-to-peer communication) are provided at Control SAPs (C-SAP). Note that C-SAP primitives can bypass one or more sublayers, see Figure 2.

In the radio interface protocol specifications, the following naming conventions for primitives shall be applicable:

- Primitives provided by SAPs between adjacent layers shall be prefixed with the name of the service-providing layer, i.e. PHY, MAC, RLC, PDCP, BMC or UUS.

- Primitives provided by SAPs to an application shall be prefixed with the name of the service-providing layer, i.e. RRC.

- Primitives provided by Control SAPs, in addition to the name of the service-providing layer, shall be prefixed with a "C", i.e. CPHY, CMAC, CRLC, CPDCP or CBMC.

NITC-COMP00000143

This principle leads to the following notations, where <Type> corresponds to request, indication, response or confirm type of primitives:

Primitives between PHY and MAC:

    **PHY- <Generic name> - <Type>**

Primitives between PHY and RRC (over C-SAP):

    **CPHY- <Generic name> - <Type>**

Primitives between MAC and RLC:

    **MAC- <Generic name> - <Type>**

Primitives between MAC and RRC (over C-SAP):

    **CMAC- <Generic name> - <Type>**

Primitives between RLC and upper layers, between RLC and RRC for data transfer and between RLC and PDCP:

    **RLC- <Generic name> - <Type>**

Primitives between RLC and RRC for control of RLC (over C-SAP):

    **CRLC- <Generic name> - <Type>**

Primitives above Uu Stratum:

    **UUS- <Generic name> - <Type>**

Primitives between PDCP and non-access stratum:

    **PDCP- <Generic name> - <Type>**

Primitives between PDCP and RRC (over C-SAP):

    **CPDCP- <Generic name> - <Type>**

Primitives between BMC and upper layer:

    **BMC- <Generic name> - <Type>**

Primitives between BMC and RRC for control of BMC (over C-SAP):

    **CBMC- <Generic name> - <Type>**

In this model, some UUS primitives map directly to RLC primitives without intervening function.

## 5.2     Layer 1 Services and Functions

This subclause shall provide an overview on services and functions provided by the physical layer. A detailed description of Layer 1 general requirements can be found in [4].

### 5.2.1     L1 Services

The physical layer offers information transfer services to MAC and higher layers. The physical layer transport services are described by *how* and with what characteristics data are transferred over the radio interface. An adequate term for this is 'Transport Channel'.

    NOTE:    This should be clearly separated from the classification of *what* is transported, which relates to the concept of logical channels. Thus DCH is used to denote that the physical layer offers the same type of service for both control and traffic.

NITC-COMP00000144

### 5.2.1.1    Transport channels

A general classification of transport channels is into two groups:

- common transport channels (where there is a need for inband identification of the UEs when particular UEs are addressed); and

- dedicated transport channels (where the UEs are identified by the physical channel, i.e. code and frequency for FDD and code, time slot and frequency for TDD).

Common transport channel types are (a more detailed description can be found in [4]):

- **Random Access Channel (RACH)**

  A contention based uplink channel used for transmission of relatively small amounts of data, e.g. for initial access or non-real-time dedicated control or traffic data.

- **Common Packet Channel (CPCH)**

  A contention based channel used for transmission of bursty data traffic. This channel only exists in FDD mode and only in the uplink direction. The common packet channel is shared by the UEs in a cell and therefore, it is a common resource. The CPCH is fast power controlled.

- **Forward Access Channel (FACH)**

  Common downlink channel without closed-loop power control used for transmission of relatively small amount of data.

- **Downlink Shared Channel (DSCH)**

  A downlink channel shared by several UEs carrying dedicated control or traffic data.

- **Uplink Shared Channel (USCH)**

  An uplink channel shared by several UEs carrying dedicated control or traffic data, used in TDD mode only.

- **Broadcast Channel (BCH)**

  A downlink channel used for broadcast of system information into an entire cell.

- **Paging Channel (PCH)**

  A downlink channel used for broadcast of control information into an entire cell allowing efficient UE sleep mode procedures. Currently identified information types are paging and notification. Another use could be UTRAN notification of change of BCCH information.

Dedicated transport channel types are:

- **Dedicated Channel (DCH)**

  A channel dedicated to one UE used in uplink or downlink.

To each transport channel, there is an associated Transport Format (for transport channels with a fixed or slow changing rate) or an associated Transport Format Set (for transport channels with fast changing rate). A Transport Format is defined as a combination of encodings, interleaving, bit rate and mapping onto physical channels (see [4] for details). A Transport Format Set is a set of Transport Formats. E.g., a variable rate DCH has a Transport Format Set (one Transport Format for each rate), whereas a fixed rate DCH has a single Transport Format.

## 5.2.2    L1 Functions

The physical layer performs the following main functions:

- Macrodiversity distribution/combining and soft handover execution;

- Error detection on transport channels and indication to higher layers;

NJTC-COMP00000145

- FEC encoding/decoding and interleaving/deinterleaving of transport channels;

- Multiplexing of transport channels and demultiplexing of coded composite transport channels;

- Rate matching;

- Mapping of coded composite transport channels on physical channels;

- Power weighting and combining of physical channels;

- Modulation and spreading/demodulation and despreading of physical channels;

- Frequency and time (chip, bit, slot, frame) synchronisation;

- Measurements and indication to higher layers (e.g. FER, SIR, interference power, transmit power, etc.);

- Closed-loop power control;

- RF processing;

- Support of timing advance on uplink channels (TDD only);

- Support of Uplink Synchronisation as defined in [12] (TDD only).

## 5.3    Layer 2 Services and Functions

### 5.3.1    MAC Services and Functions

This subclause provides an overview on services and functions provided by the MAC sublayer. A detailed description of the MAC protocol is given in [7].

#### 5.3.1.1    MAC Services to upper layers

- Data transfer. This service provides unacknowledged transfer of MAC SDUs between peer MAC entities. This service does not provide any data segmentation. Therefore, segmentation/reassembly function should be achieved by upper layer.

- Reallocation of radio resources and MAC parameters. This service performs on request of RRC execution of radio resource reallocation and change of MAC parameters, i.e. reconfiguration of MAC functions such as change of identity of UE, change of transport format (combination) sets, change of transport channel type. In TDD mode, in addition, the MAC can handle resource allocation autonomously.

- Reporting of measurements. Local measurements such as traffic volume and quality indication are reported to RRC.

#### 5.3.1.1.1    Logical channels

The MAC layer provides data transfer services on logical channels. A set of logical channel types is defined for different kinds of data transfer services as offered by MAC. Each logical channel type is defined by what type of information is transferred.

A general classification of logical channels is into two groups:

- Control Channels (for the transfer of control plane information);

- Traffic Channels (for the transfer of user plane information).

The configuration of logical channel types is depicted in Figure 3.

NITC-COMP00000146



**Figure 3: Logical channel structure**

Control Channels

Control channels are used for transfer of control plane information only.

**Broadcast Control Channel (BCCH)**

A downlink channel for broadcasting system control information.

**Paging Control Channel (PCCH)**

A downlink channel that transfers paging information. This channel is used when the network does not know the location cell of the UE, or, the UE is in the cell connected state (utilising UE sleep mode procedures).

**Common Control Channel (CCCH)**

Bi-directional channel for transmitting control information between network and UEs. This channel is commonly used by the UEs having no RRC connection with the network and by the UEs using common transport channels when accessing a new cell after cell reselection.

**Dedicated Control Channel (DCCH)**

A point-to-point bi-directional channel that transmits dedicated control information between a UE and the network. This channel is established through RRC connection setup procedure.

**Shared Channel Control Channel (SHCCH)**

Bi-directional channel that transmits control information for uplink and downlink shared channels between network and UEs. This channel is for TDD only.

Traffic Channels

Traffic channels are used for the transfer of user plane information only.

**Dedicated Traffic Channel (DTCH)**

A Dedicated Traffic Channel (DTCH) is a point-to-point channel, dedicated to one UE, for the transfer of user information. A DTCH can exist in both uplink and downlink.

**Common Traffic Channel (CTCH)**

A point-to-multipoint unidirectional channel for transfer of dedicated user information for all or a group of specified UEs.

NITC-COMP00000147

### 5.3.1.1.2          Mapping between logical channels and transport channels

#### 5.3.1.1.2.1          Mapping in Uplink

In Uplink, the following connections between logical channels and transport channels exist:

- CCCH can be mapped to RACH;
- DCCH can be mapped to RACH;
- DCCH can be mapped to CPCH (in FDD mode only);
- DCCH can be mapped to DCH;
- DCCH can be mapped to USCH (in TDD mode only); ·
- DTCH can be mapped to RACH;
- DTCH can be mapped to CPCH (in FDD mode only);
- DTCH can be mapped to DCH;
- DTCH can be mapped to USCH (in TDD mode only);
- SHCCH can be mapped to RACH (in TDD mode only);
- SHCCH can be mapped to USCH (in TDD mode only).

#### 5.3.1.1.2.2          Mapping in Downlink

In Downlink, the following connections between logical channels and transport channels exist:

- BCCH can be mapped to BCH;
- BCCH can be mapped to FACH;
- PCCH can be mapped to PCH;
- CCCH can be mapped to FACH;
- DCCH can be mapped to FACH;
- DCCH can be mapped to DSCH;
- DCCH can be mapped to DCH;
- DTCH can be mapped to FACH;
- DTCH can be mapped to DSCH;
- DTCH can be mapped to DCH;
- CTCH can be mapped to FACH;
- SHCCH can be mapped to FACH (in TDD mode only).
- SHCCH can be mapped to DSCH (in TDD mode only),

The mappings as seen from the UE and UTRAN sides are shown in Figure 4 and Figure 5 respectively.

NITC-COMP00000148



Figure 4: Logical channels mapped onto transport channels, seen from the UE side



Figure 5: Logical channels mapped onto transport channels, seen from the UTRAN side

## 5.3.1.2    MAC functions

The functions of MAC include:

- **Mapping between logical channels and transport channels.** The MAC is responsible for mapping of logical channel(s) onto the appropriate transport channel(s).

- **Selection of appropriate Transport Format for each Transport Channel** depending on instantaneous source rate. Given the Transport Format Combination Set assigned by RRC, MAC selects the appropriate transport format within an assigned transport format set for each active transport channel depending on source rate. The control of transport formats ensures efficient use of transport channels.

- **Priority handling between data flows of one UE.** When selecting between the Transport Format Combinations in the given Transport Format Combination Set, priorities of the data flows to be mapped onto the corresponding Transport Channels can be taken into account. Priorities are e.g. given by attributes of Radio Bearer services and RLC buffer status. The priority handling is achieved by selecting a Transport Format Combination for which high priority data is mapped onto L1 with a "high bit rate" Transport Format, at the same time letting lower priority data be mapped with a "low bit rate" (could be zero bit rate) Transport Format. Transport format selection may also take into account transmit power indication from Layer 1.

- **Priority handling between UEs by means of dynamic scheduling.** In order to utilise the spectrum resources efficiently for bursty transfer, a dynamic scheduling function may be applied. MAC realises priority handling on

NITC-COMP00000149

common and shared transport channels. Note that for dedicated transport channels, the equivalent of the dynamic scheduling function is implicitly included as part of the reconfiguration function of the RRC sublayer.

NOTE:    In the TDD mode the data to be transported are represented in terms of sets of resource units.

- Identification of UEs on common transport channels. When a particular UE is addressed on a common downlink channel, or when a UE is using the RACH, there is a need for inband identification of the UE. Since the MAC layer handles the access to, and multiplexing onto, the transport channels, the identification functionality is naturally also placed in MAC.

- Multiplexing/demultiplexing of upper layer PDUs into/from transport blocks delivered to/from the physical layer on common transport channels. MAC should support service multiplexing for common transport channels, since the physical layer does not support multiplexing of these channels.

- Multiplexing/demultiplexing of upper layer PDUs into/from transport block sets delivered to/from the physical layer on dedicated transport channels. The MAC allows service multiplexing for dedicated transport channels. This function can be utilised when several upper layer services (e.g. RLC instances) can be mapped efficiently on the same transport channel. In this case the identification of multiplexing is contained in the MAC protocol control information.

- Traffic volume measurement. Measurement of traffic volume on logical channels and reporting to RRC. Based on the reported traffic volume information, RRC performs transport channel switching decisions.

- Transport Channel type switching. Execution of the switching between common and dedicated transport channels based on a switching decision derived by RRC.

- Ciphering. This function prevents unauthorised acquisition of data. Ciphering is performed in the MAC layer for transparent RLC mode. Details of the security architecture are specified in [15].

- Access Service Class selection for RACH and CPCH transmission. The RACH resources (i.e. access slots and preamble signatures for FDD, timeslot and channelisation code for TDD) and CPCH resources (i.e. access slots and preamble signatures for FDD only) may be divided between different Access Service Classes in order to provide different priorities of RACH and CPCH usage. In addition it is possible for more than one ASC or for all ASCs to be assigned to the same access slot/signature space. Each access service class will also have a set of back-off parameters associated with it, some or all of which may be broadcast by the network. The MAC function applies the appropriate back-off and indicates to the PHY layer the RACH and CPCH partition associated to a given MAC PDU transfer.

## 5.3.2        RLC Services and Functions

This subclause provides an overview on services and functions provided by the RLC sublayer. A detailed description of the RLC protocol is given in [8].

### 5.3.2.1        Services provided to the upper layer

- Transparent data transfer. This service transmits upper layer PDUs without adding any protocol information, possibly including segmentation/reassembly functionality.

- Unacknowledged data transfer. This service transmits upper layer PDUs without guaranteeing delivery to the peer entity. The unacknowledged data transfer mode has the following characteristics:

  - Detection of erroneous data: The RLC sublayer shall deliver only those SDUs to the receiving upper layer that are free of transmission errors by using the sequence-number check function.

  - Immediate delivery: The receiving RLC sublayer entity shall deliver a SDU to the upper layer receiving entity as soon as it arrives at the receiver.

- Acknowledged data transfer. This service transmits upper layer PDUs and guarantees delivery to the peer entity. In case RLC is unable to deliver the data correctly, the user of RLC at the transmitting side is notified. For this service, both in-sequence and out-of-sequence delivery are supported. In many cases a upper layer protocol can restore the order of its PDUs. As long as the out-of-sequence properties of the lower layer are known and controlled (i.e. the upper layer protocol will not immediately request retransmission of a missing PDU) allowing

NITC-COMP00000150

3GPP TS 25.301 version 3.11.0 Release 1999          18          ETSI TS 125 301 V3.11.0 (2002-09)

out-of-sequence delivery can save memory space in the receiving RLC. The acknowledged data transfer mode has the following characteristics:

- Error-free delivery: Error-free delivery is ensured by means of retransmission. The receiving RLC entity delivers only error-free SDUs to the upper layer.

- Unique delivery: The RLC sublayer shall deliver each SDU only once to the receiving upper layer using duplication detection function.

- In-sequence delivery: RLC sublayer shall provide support for in-order delivery of SDUs, i.e., RLC sublayer should deliver SDUs to the receiving upper layer entity in the same order as the transmitting upper layer entity submits them to the RLC sublayer.

- Out-of-sequence delivery: Alternatively to in-sequence delivery, it shall also be possible to allow that the receiving RLC entity delivers SDUs to upper layer in different order than submitted to RLC sublayer at the transmitting side.

- Maintenance of QoS as defined by upper layers. The retransmission protocol shall be configurable by layer 3 to provide different levels of QoS. This can be controlled.

- Notification of unrecoverable errors. RLC notifies the upper layer of errors that cannot be resolved by RLC itself by normal exception handling procedures, e.g. by adjusting the maximum number of retransmissions according to delay requirements.

For AM RLC, there is only one RLC entity per Radio Bearer. For UM and TM RLC, there is one or two (one for each direction) RLC entities per Radio Bearer.

## 5.3.2.2      RLC Functions

- Segmentation and reassembly. This function performs segmentation/reassembly of variable-length upper layer PDUs into/from smaller RLC PDUs. The RLC PDU size is adjustable to the actual set of transport formats.

- Concatenation. If the contents of an RLC SDU cannot be carried by one RLC PDU, the first segment of the next RLC SDU may be put into the RLC PDU in concatenation with the last segment of the previous RLC SDU.

- Padding. When concatenation is not applicable and the remaining data to be transmitted does not fill an entire RLC PDU of given size, the remainder of the data field shall be filled with padding bits.

- Transfer of user data. This function is used for conveyance of data between users of RLC services. RLC supports acknowledged, unacknowledged and transparent data transfer. QoS setting controls transfer of user data.

- Error correction. This function provides error correction by retransmission (e.g. Selective Repeat, Go Back N, or a Stop-and-Wait ARQ) in acknowledged data transfer mode.

- In-sequence delivery of upper layer PDUs. This function preserves the order of upper layer PDUs that were submitted for transfer by RLC using the acknowledged data transfer service. If this function is not used, out-of-sequence delivery is provided.

- Duplicate Detection. This function detects duplicated received RLC PDUs and ensures that the resultant upper layer PDU is delivered only once to the upper layer.

- Flow control. This function allows an RLC receiver to control the rate at which the peer RLC transmitting entity may send information.

- Sequence number check. This function is used in unacknowledged mode and guarantees the integrity of reassembled PDUs and provides a mechanism for the detection of corrupted RLC SDUs through checking sequence number in RLC PDUs when they are reassembled into a RLC SDU. A corrupted RLC SDU will be discarded.

- Protocol error detection and recovery. This function detects and recovers from errors in the operation of the RLC protocol.

- Ciphering. This function prevents unauthorised acquisition of data. Ciphering is performed in RLC layer for non-transparent RLC mode. Details of the security architecture are specified in [15].

NITC-COMP00000151

- SDU discard. This function allows an RLC transmitter to discharge RLC SDU from the buffer.

## 5.3.3     PDCP Services and Function

This subclause provides an overview on services and functions provided by the Packet Data Convergence Protocol (PDCP). A detailed description of the PDCP is given in [10].

### 5.3.3.1     PDCP Services provided to upper layers

- PDCP SDU delivery.

### 5.3.3.2     PDCP Functions

- **Header compression and decompression.** Header compression and decompression of IP data streams (e.g., TCP/IP and RTP/UDP/IP headers) at the transmitting and receiving entity, respectively. The header compression method is specific to the particular network layer, transport layer or upper layer protocol combinations e.g. TCP/IP and RTP/UDP/IP.

- **Transfer of user data.** Transmission of user data means that PDCP receives PDCP SDU from the NAS and forwards it to the RLC layer and vice versa.

- **Support for lossless SRNS relocation.** Maintenance of PDCP sequence numbers for radio bearers that are configured to support lossless SRNS relocation.

## 5.3.4     Broadcast/Multicast Control - Services and functions

This subclause provides an overview on services and functions provided by the BMC sublayer. A detailed description of the BMC protocol is given in [10].

### 5.3.4.1     BMC Services

The BMC-SAP provides a broadcast/multicast transmission service in the user plane on the radio interface for common user data in unacknowledged mode.

### 5.3.4.2     BMC Functions

- **Storage of Cell Broadcast Messages.**
  The BMC stores the Cell Broadcast messages received over the CBC-RNC interface for scheduled transmission.

- **Traffic volume monitoring and radio resource request for CBS.**
  At the UTRAN side, the BMC calculates the required transmission rate for Cell Broadcast Service based on the messages received over the CBC-RNC interface, and requests for appropriate CTCH/FACH resources from RRC.

- **Scheduling of BMC messages.**
  The BMC receives scheduling information together with each Cell Broadcast message over the CBC-RNC interface. Based on this scheduling information, at the UTRAN side, BMC generates schedule messages and schedules BMC message sequences accordingly. At the UE side, BMC evaluates the schedule messages and indicates scheduling parameters to RRC, which are used by RRC to configure the lower layers for CBS discontinuous reception.

- **Transmission of BMC messages to UE.**
  This function transmits the BMC messages (Scheduling and Cell Broadcast messages) according to schedule.

- **Delivery of Cell Broadcast messages to upper layer (NAS).**
  This functions delivers the received Cell Broadcast messages to upper layer (NAS) in the UE. Only non-corrupted Cell Broadcast messages are delivered.

NITC-COMP00000152

### 5.3.5    Data flows through Layer 2

Data flows through layer 2 are characterised by the applied data transfer modes on RLC (acknowledged, unacknowledged and transparent transmission) in combination with the data transfer type on MAC, i.e. whether or not a MAC header is required. The case where no MAC header is required is referred to as "transparent" MAC transmission. Acknowledged and unacknowledged RLC transmissions both require a RLC header. In unacknowledged transmission, only one type of unacknowledged data PDU is exchanged between peer RLC entities. In acknowledged transmission, both (acknowledged) data PDUs and control PDUs are exchanged between peer RLC entities.

The resulting different data flow cases are illustrated in Figures 6 - 9. On the level of detail presented here, differences between acknowledged and unacknowledged RLC transmission are not visible. Acknowledged and unacknowledged RLC transmission is shown as one case, referred to as non-transparent RLC.

NOTE:    The term "transparent transmission" is used here to characterise the case where a protocol, MAC or RLC, does not require any protocol control information (e.g. header). In transparent transmission mode, however, some protocol functions may still be applied. In this case an entity of the respective protocol must be present even when the protocol is transparent. For the RLC protocol the segmentation/reassembly function may be applied. This can be performed without segmentation header when a given higher layer PDU fits into a fixed number of RLC PDUs to be transferred in a given transmission time interval. In this case segmentation/reassembly follows predefined rules known to sending and receiving RLC entities. For instance in the user plane, the segmentation/reassembly function is needed for the case of real-time services using high and possibly variable bit rates. For such services higher layer PDUs shall be segmented into reasonably sized RLC PDUs of fixed length allowing efficient FCS error detection on the physical layer. The higher layer PDU can be reassembled by simply concatenating all RLC PDUs included in a transport block set as implied by the used transport format.

Figure 6 and Figure 7 illustrate the data flows for transparent RLC with transparent and non-transparent MAC transmission, respectively.

Figure 8 and Figure 9 illustrate the data flows for non-transparent RLC with transparent and non-transparent MAC transmission, respectively.

A number of MAC PDUs shown in the figures shall comprise a transport block set. Note, however, that in all cases a transport block set must not necessarily match with a RLC SDU. The span of a transport block set can be smaller or larger than an RLC SDU.

Each mapping between a logical channel and a transport channel as defined in Figure 4 and Figure 5 in combination with the respective RLC transmission mode implies a certain data flow that is specified on a general level in the following.



Figure 6: Data flow for transparent RLC and MAC

NITC-COMP00000153

3GPP TS 25.301 version 3.11.0 Release 1999            21                ETSI TS 125 301 V3.11.0 (2002-09)



Figure 7: Data flow for transparent RLC and non-transparent MAC



Figure 8: Data flow for non-transparent RLC and transparent MAC

NITC-COMP00000154



**Figure 9: Data flow for non-transparent RLC and MAC**

### 5.3.5.1       Data flow for BCCH mapped to BCH

All RRC PDUs transmitted on BCCH have a fixed length and fit into one RLC PDU (and, equivalently, MAC PDU, as defined by the transport format). No RLC header is needed, i.e. the transparent data transfer mode of RLC is applied.

No MAC header is needed since only one BCCH logical channel is mapped onto a BCH. Figure 6 is applicable.

### 5.3.5.2       Data flow for BCCH mapped to FACH

No RLC header is needed, i.e. the transparent data transfer mode of RLC is applied. A MAC header is required for identification of the logical channel carried by the FACH. The data flow shown in Figure 7 is applicable.

### 5.3.5.3       Data flow for PCCH mapped to PCH

No RLC or MAC header is needed, i.e. the data flow in Figure 6 is applicable.

### 5.3.5.4       Data flow for CCCH mapped to FACH/RACH

For CCCH, transparent transmission mode on RLC is employed on the uplink (when mapped to RACH). Unacknowledged transmission mode on RLC is employed on the downlink (when mapped to FACH). A MAC header is used for logical channel identification (CCCH, CTCH, SHCCH, DCCH, DTCH). If the transparent RLC transfer mode is applied, the data flow Figure 7 is applicable. If the unacknowledged RLC transfer mode is applied, the data flow Figure 9 is applicable.

### 5.3.5.5       Data flow for SHCCH mapped to USCH

For SHCCH mapped on USCH, transparent transmission mode on RLC is employed. A MAC header may be used for logical channel identification (SHCCH, DCCH, DTCH). When no MAC header is used, SHCCH must be the only channel mapped to USCH/DSCH. Depending on whether the MAC header is needed or not, either the data flow Figure 6 or Figure 7 is applicable.

### 5.3.5.6       Data flow for SHCCH mapped to FACH/RACH

For SHCCH, transparent transmission mode on RLC is employed on the uplink (when mapped to RACH). Unacknowledged transmission mode on RLC is employed on the downlink (when mapped to FACH). A MAC header may be used for logical channel identification (CCCH, CTCH, SHCCH, DCCH, DTCH). When no MAC header is used, SHCCH must be the only channel mapped to RACH/FACH. If the transparent RLC transfer mode is applied, depending on whether the MAC header is needed or not, either the data flow Figure 6 or Figure 7 is applicable. If the

NITC-COMP00000155

unacknowledged RLC transfer mode is applied, depending on whether the MAC header is needed or not, either the data flow Figure 8 or Figure 9 is applicable.

### 5.3.5.7      Data flow for DCCH mapped to FACH/RACH

For DCCH, both unacknowledged and acknowledged transmission mode on RLC is employed. A MAC header is mandatory for FACH/RACH carrying DCCH. The data flow shown in Figure 9 is applicable.

### 5.3.5.8      Data flow for DCCH mapped to DSCH

For DCCH, both unacknowledged and acknowledged transmission mode on RLC is employed. A MAC header is mandatory when DCCH is mapped to a DSCH for FDD mode, i.e. the data flow in Figure 9 is applicable. For TDD a MAC header is optional, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.9      Data flow for DCCH mapped to USCH

For DCCH, both unacknowledged and acknowledged transmission mode on RLC is employed. A MAC header is needed if DCCH and DTCH logical channels are multiplexed in MAC before mapping to a USCH, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.10      Data flow for DCCH mapped to CPCH

For DCCH mapped to CPCH, unacknowledged or acknowledged transmission modes on RLC are employed. The MAC header is needed for logical channel service multiplexing. Figure 9 is the applicable data flow to this case.

### 5.3.5.11      Data flow for DTCH (non-transparent RLC) mapped to FACH/RACH

Mapping to FACH/RACH implies a DTCH with acknowledged or unacknowledged transmission on RLC. A MAC header is mandatory for FACH/RACH when carrying DTCH. The data flow shown in Figure 9 is applicable.

### 5.3.5.12      Data flow for DTCH (non-transparent RLC) mapped to DSCH

Mapping to DSCH implies a DTCH with acknowledged or unacknowledged transmission on RLC. A MAC header is mandatory when DTCH is mapped to a DSCH in FDD mode, i.e. the data flow in Figure 9 is applicable. In TDD mode a MAC header is optional, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.13      Data flow for DTCH (non-transparent RLC) mapped to USCH

Mapping to USCH implies a DTCH with acknowledged or unacknowledged transmission on RLC. A MAC header is needed if DCCH and DTCH logical channels are multiplexed in MAC before mapping to a USCH, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.14      Data flow for DTCH (transparent RLC) mapped to DCH

Continuous DTCH data stream is segmented into transport blocks on RLC and mapped on a DCH transport channel on MAC. The transport block size is naturally implied by the data rate. Both RLC and MAC sublayers are transparent, i.e. no protocol control information is added, when no multiplexing of DTCH on MAC is applied. The data flow shown in Figure 6 is applicable. If multiplexing on MAC is performed, a MAC header is needed, and Figure 7 applies.

### 5.3.5.15      Data flow for DTCH (non-transparent RLC) mapped to DCH

In this case acknowledged or unacknowledged transmission on RLC is applied. A MAC header is needed only if multiple DTCH logical channels are multiplexed in MAC before mapping to a DCH, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.16      Data flow for DTCH (non-transparent RLC) mapped to CPCH.

This case requires both non-transparent RLC and MAC operations. The data flow shown in Figure 9 is applicable.

NITC-COMP00000156

3GPP TS 25.301 version 3.11.0 Release 1999          24          ETSI TS 125 301 V3.11.0 (2002-09)

### 5.3.5.17      Data flow for DCCH mapped to DCH

In this case non-transparent transmission mode on RLC is applied. A MAC header is needed only if DCCH and DTCH logical channels are multiplexed in MAC before mapping to a DCH, i.e. either the data flow in Figure 8 or Figure 9 is applicable.

### 5.3.5.18      Data flow for CTCH mapped to FACH

For CTCH, unacknowledged transmission mode on RLC is employed. A MAC header is used for logical channel identification (CCCH, CTCH, DCCH, DTCH). The data flow shown in Figure 9 is applicable.

## 5.3.6      Transport Channel and Logical Channel Numbering

The UE model for transport channel and logical channel numbering is defined by the following:

- For FACH transport channels:

  - A transport channel identity is associated with each FACH transport channel. Each identity is unique within the downlink FACHs mapped onto the same physical channel.

  - Transport channel identities can be allocated non sequentially.

  - Transport channel identity is not used to determine the radio bearer mapping. The transport channels that can be used are determined from the available physical channels.

  - Each downlink DCCH and DTCH has a unique logical channel identity.

- For RACH and CPCH transport channels:

  - A transport channel identity is associated with each RACH transport channel. Each identity is unique within the RACHs mapped onto the same PRACH.

  - A transport channel identity is associated with each CPCH transport channel. Each identity is unique within the CPCHs mapped onto the same CPCH set.

  - Transport channel identities can be allocated non sequentially.

  - Transport channel identity is not used to determine the radio bearer mapping. The transport channels that can be used are determined from the available physical channels.

  - Each uplink DCCH and DTCH has a unique logical channel identity.

- For downlink DCH and DSCH transport channels:

  - A transport channel identity is associated with each downlink DCH transport channel. Each identity is unique within the downlink DCHs configured in the UE;

  - Transport channel identities can be allocated non sequentially.

  - A transport channel identity is associated with each DSCH transport channel. Each identity is unique within the DSCHs configured in the UE;

  - A logical channel identity is associated with each logical channel that is multiplexed with other logical channels before being mapped to a transport channel. Each identity is unique within the logical channels mapped to the same transport channel.

  - A logical channel that is mapped to DCH and DSCH simultaneously has one logical channel identity.

- For uplink DCH and USCH transport channels:

  - A transport channel identity is associated with each uplink DCH transport channel. Each identity is unique within the uplink DCHs configured in the UE;

  - Transport channel identities can be allocated non sequentially.

NITC-COMP00000157

- A transport channel identity is associated with each USCH transport channel. Each identity is unique within the USCHs configured in the UE;

- A logical channel identity is associated with each logical channel that is multiplexed with other logical channels before being mapped to a transport channel. Each identity is unique within the logical channels mapped to the same transport channel.

## 5.4     Layer 3 - Uu Stratum Services and Functions

This subclause provides an overview on Layer 3 services and functions provided by the Uu Stratum as a whole. A detailed description of the RRC protocol is given in [11]. Examples of structured procedures involving RRC in Idle Mode and Connected Mode are described in [5] and [6], respectively.

### 5.4.1     Uu Stratum services

#### 5.4.1.1     General Control

The GC SAP provides an information broadcast service. This service broadcasts information to all UEs in a certain geographical area. The basic requirements from such service are:

- It should be possible to broadcast non-access stratum information in a certain geographical area.

- The information is transferred on an unacknowledged mode link. Unacknowledged mode means that the delivery of the broadcast information can not be guaranteed (typically no retransmission scheme is used). It seems reasonable to use an unacknowledged mode link since the information is broadcast to a lot of UEs and since broadcast information often is repeated periodically.

- It should be possible to do repeated transmissions of the broadcast information (how it is repeated is controlled by the non-access stratum).

- The point where the UE received the broadcast information should be included, when the access stratum delivers broadcast information to the non-access stratum.

#### 5.4.1.2     Notification

The Nt SAP provides paging and notification broadcast services. The paging service sends information to a specific UE(s). The information is broadcast in a certain geographical area but addressed to a specific UE(s). The basic requirements from such service are:

- It should be possible to broadcast paging information to a number of UEs in a certain geographical area.

- The information is transferred on an unacknowledged mode link. It is assumed that the protocol entities in non-access stratum handle any kind of retransmission of paging information.

The notification broadcast service broadcasts information to all UEs in a certain geographical. The basic requirements from this service are typically the same as for the information broadcast service of the GC SAP:

- It should be possible to broadcast notification information in a certain geographical area.

- The information is transferred on an unacknowledged mode link.

#### 5.4.1.3     Dedicated Control

The DC SAP provides services for establishment/release of a connection and transfer of messages using this connection. It should also be possible to transfer a message during the establishment phase. The basic requirements from the establishment/release services are:

- It should be possible to establish connections (both point and group connections).

- It should be possible to transfer an initial message during the connection establishment phase. This message transfer has the same requirements as the information transfer service.

NITC-COMP00000158

– It should be possible to release connections.

The information transfer service sends a message using the earlier established connection. According to [1] it is possible to specify the quality of service requirements for each message. A finite number of quality of service classes will be specified in [1], but currently no class has been specified. In order to get an idea of the basic requirements, the CC and MM protocols in GSM are used as a reference. A GSM based core network is chosen since it is one main option for UMTS. Considering the existing GSM specification of CC and MM the basic requirements from the information transfer service provided by the 'Duplication avoidance' function are (these are some of the services provided by the combination of a duplication layer, RR and the data link layer in GSM):

– In-sequence transfer of messages
Messages are delivered to the NAS on the receiver side exactly in the order they have been submitted by the NAS on the sending side, without loss or duplication, except possibly for the loss of last messages in case of connection abortion.

– Priority handling
If SMS messages should be transported through the control plane it should be possible to give higher priority to signalling messages.

The CC and MM protocols also expect other services, which can not be supported by the current primitives of the DC SAP, e.g. indication of radio link failure.

The information transfer service is provided by a combination of the services provided by the data link layer, RNC and the 'Duplication avoidance' function.

## 5.4.2    RRC functions

The Radio Resource Control (RRC) layer handles the control plane signalling of Layer 3 between the UEs and UTRAN. The RRC performs the following functions:

– . Broadcast of information provided by the non-access stratum (Core Network). The RRC layer performs system information broadcasting from the network to all UEs. The system information is normally repeated on a regular basis. The RRC layer performs the scheduling, segmentation and repetition. This function supports broadcast of higher layer (above RRC) information. This information may be cell specific or not. As an example RRC may broadcast Core Network location service area information related to some specific cells.

– Broadcast of information related to the access stratum. The RRC layer performs system information broadcasting from the network to all UEs. The system information is normally repeated on a regular basis. The RRC layer performs the scheduling, segmentation and repetition. This function supports broadcast of typically cell-specific information.

– Establishment, re-establishment, maintenance and release of an RRC connection between the UE and UTRAN. The establishment of an RRC connection is initiated by a request from higher layers at the UE side to establish the first Signalling Connection for the UE. The establishment of an RRC connection includes an optional cell re-selection, an admission control, and a layer 2 signalling link establishment. The release of an RRC connection can be initiated by a request from higher layers to release the last Signalling Connection for the UE or by the RRC layer itself in case of RRC connection failure. In case of connection loss, the UE requests re-establishment of the RRC connection. In case of RRC connection failure, RRC releases resources associated with the RRC connection.

– Establishment, reconfiguration and release of Radio Bearers. The RRC layer can, on request from higher . layers, perform the establishment, reconfiguration and release of Radio Bearers in the user plane. A number of Radio Bearers can be established to an UE at the same time. At establishment and reconfiguration, the RRC layer performs admission control and selects parameters describing the Radio Bearer processing in layer 2 and layer 1, based on information from higher layers.

– Assignment, reconfiguration and release of radio resources for the RRC connection. The RRC layer . handles the assignment of radio resources (e.g. codes, CPCH channels) needed for the RRC connection including needs from both the control and user plane. The RRC layer may reconfigure radio resources during an established RRC connection. This function includes coordination of the radio resource allocation between multiple radio bearers related to the same RRC connection. RRC controls the radio resources in the uplink and downlink such that UE and UTRAN can communicate using unbalanced radio resources (asymmetric uplink and

NITC-COMP00000159

downlink). RRC signals to the UE to indicate resource allocations for purposes of handover to GSM or other radio systems.

- RRC connection mobility functions. The RRC layer performs evaluation, decision and execution related to RRC connection mobility during an established RRC connection, such as handover, preparation of handover to GSM or other systems, cell re-selection and cell/paging area update procedures, based on e.g. measurements done by the UE.

- Paging/notification. The RRC layer can broadcast paging information from the network to selected UEs. Higher layers on the network side can request paging and notification. The RRC layer can also initiate paging during an established RRC connection.

- Routing of higher layer PDUs. This function performs at the UE side routing of higher layer PDUs to the correct higher layer entity, at the UTRAN side to the correct RANAP entity.

- Control of requested QoS. This function shall ensure that the QoS requested for the Radio Bearers can be met. This includes the allocation of a sufficient number of radio resources.

- UE measurement reporting and control of the reporting. The measurements performed by the UE are controlled by the RRC layer, in terms of what to measure, when to measure and how to report, including both UMTS air interface and other systems. The RRC layer also performs the reporting of the measurements from the UE to the network.

- Outer loop power control. The RRC layer controls setting of the target of the closed loop power control.

- Control of ciphering. The RRC layer provides procedures for setting of ciphering (on/off) between the UE and UTRAN. Details of the security architecture are specified in [15].

- Slow DCA. Allocation of preferred radio resources based on long-term decision criteria. It is applicable only in TDD mode.

- Arbitration of radio resources on uplink DCH. This function controls the allocation of radio resources on uplink DCH on a fast basis, using a broadcast channel to send control information to all involved users.

NOTE:    This function is implemented in the CRNC.

- Initial cell selection and re-selection in idle mode. Selection of the most suitable cell based on idle mode measurements and cell selection criteria.

- Integrity protection. This function adds a Message Authentication Code (MAC-I) to those RRC messages that are considered sensitive and/or contain sensitive information. The mechanism how the MAC-I is calculated is described in [14].

- Initial Configuration for CBS
  This function performs the initial configuration of the BMC sublayer.

- Allocation of radio resources for CBS
  This function allocates radio resources for CBS based on traffic volume requirements indicated by BMC. The radio resource allocation set by RRC (i.e. the schedule for mapping of CTCH onto FACH/S-CCPCH) is indicated to BMC to enable generation of schedule messages. The resource allocation for CBS shall be broadcast as system information.

- Configuration for CBS discontinuous reception
  This function configures the lower layers (L1, L2) of the UE when it shall listen to the resources allocated for CBS based on scheduling information received from BMC.

- Timing advance control. The RRC controls the operation of timing advance. It is applicable only in TDD mode.

NITC-COMP00000160

## 5.5    Interactions between RRC and lower layers in the C plane



**Figure 10: Interactions between RRC and lower layers**

The RRC protocol controls and signals the allocation of radio resources to the UE. RRC allows MAC to arbitrate between users and Radio Bearers within the radio resource allocation. The RRC uses the measurements done by the lower layers to determine which radio resources that are available. Therefore it is a need for a measurement report from the UE RRC to the UTRAN RRC. Figure 10 illustrates the principle. The local control and local measurements reporting is handled through the control SAPs between RRC and the lower layers.

## 5.6    Protocol termination

This subclause specifies in which node of the UTRAN the radio interface protocols are terminated, i.e. where within UTRAN the respective protocol services are accessible. Dashed lines indicate those protocols whose presence is dependent on the service provided to upper layers.

### 5.6.1    Protocol termination for DCH

Figure 11 and Figure 12 show the protocol termination for DCH for the control and user planes, respectively. The part of physical layer terminating in the Serving RNC is the topmost macro-diversity combining and splitting function for the FDD mode. If no macrodiversity applies, the physical layer is terminated in Node B.

NITC-COMP00000161



Figure 11: Protocol Termination for DCH, control plane



Figure 12: Protocol Termination for DCH, user plane

## 5.6.2    Protocol termination for RACH/FACH

Figure 13 and Figure 14 show the protocol termination for RACH/FACH for the control and user planes, respectively. Control plane termination refers to the case where RACH/FACH carry dedicated, common or shared control information (i.e. CCCH, DCCH or SHCCH, and in the downlink possibly also BCCH). User plane termination refers to the case where RACH/FACH carry dedicated user data (DTCH) or common user data (CTCH).

It is assumed that macrodiversity/soft handover is not applied for RACH/FACH. Therefore, the physical layer terminates in Node B. For RACH/FACH carrying DCCH, MAC is split between Controlling and Serving RNC. RLC, and in the C plane also RRC terminate in the Serving RNC. Since Iur can support common channel data streams, the users of that common channel can depend on different SRNCs. However, they depend on the same Controlling RNC. Therefore, for a given user, the Controlling RNC and the Serving RNC can be separate RNCs.

For FACH carrying BCCH, MAC, RLC and RRC are terminated in the CRNC.

For RACH/FACH carrying SHCCH, MAC, RLC and RRC are terminated in the Controlling RNC (TDD only).

For RACH/FACH carrying CCCH, MAC, RLC and RRC are terminated in the RNC.

NITC-COMP00000162

3GPP TS 25.301 version 3.11.0 Release 1999          30          ETSI TS 125 301 V3.11.0 (2002-09)



Figure 13: Protocol Termination for RACH/FACH, control plane



Figure 14: Protocol Termination for RACH/FACH, user plane

## 5.6.3    Void

## 5.6.4    Protocol termination for CPCH

The protocol termination for CPCH is identical to the termination for RACH. Figure 13 (for DCCH) presents the control plane protocol termination. Figure 14 presents the user plane protocol termination.

## 5.6.5    Protocol termination for DSCH

### 5.6.5.1    DSCH definition

The DSCH is a resource that exists in downlink only. It has only impact on the physical and transport channel levels, so there is no definition of shared channel in the logical channels provided by MAC.

The DSCH is a transport channel shared dynamically between several UEs. The DSCH is mapped to one or several physical channels such that a specified part of the downlink resources is employed. For the DSCH no macrodiversity is applied, i.e. a specific DSCH is transmitted in a single cell only.

The following two DSCH cases are supported in Release 99, in the following denoted as cases A and B:

- Case A: The DSCH is defined as an extension to DCH transmission. DSCH related resource allocation is signalled utilising the transport format indication field (TFI) that will be mapped to the TFCI of the associated DCH.

- Case B: The DSCH is defined as a shared downlink channel for which resource allocation is performed by RRC in Controlling RNC. The allocation messages, including UE identification, are transmitted on SHCCH, which is

NITC-COMP00000164

mapped on RACH/FACH. Several DSCH can be multiplexed on a CCTrCH in the physical layer, the transport formats of the DSCHs have to be selected from the transport format combination set of this CCTrCH. Each CCTrCH is mapped on one or more PDSCHs. If the transport format combination subset of a CCTrCH contains more than one transport format combination, a TFCI can be transmitted inside the PDSCH, or blind detection can be applied in the UE. This case is supported for TDD only.

NOTE:     Cases A and B of DSCH can be employed concurrently for TDD (at the same time on a single PDSCH).

Interleaving for the DSCH may be applied over a multiplicity of radio frames. Nevertheless, here the basic case is considered where the interleaving is rectangular for a given MAC PDU, and equal to one radio frame (10 ms). The framing is synchronised on the SCH.

In every radio frame, one or several PDSCHs can be used in the downlink. Therefore, the DSCH supports code multiplexing. MAC multiplexing of different UEs shall not be applied within a radio frame, i.e. within one radio frame a PDSCH is assigned to a single UE. However, MAC multiplexing is allowed on a frame by frame basis, i.e. one PDSCH may be allocated to different UEs at each frame.

Transport blocks on the DSCH may be of constant size, so that the Transport Block Set may be derived from the code allocated to each UE on the DSCH. For case B, the transport format combination set can change with each transmission time interval.

### 5.6.5.2     Resource allocation and UE identification on DSCH

The principles of capacity allocation and UE identification on the DSCH are described in more detail below.

#### 5.6.5.2.1     Case A (UE requires a downlink TFCI on a DPCCH)

The TFCI of the dedicated physical channel may carry the information that a given code of the DSCH must be listened to by the UE. Fast power control can be applied per code based on the dedicated physical control channel, DPCCH.

Alternatively, a UE may be requested on the DCH to listen to a DSCH for a given period of time, and to decode the data so that the address of the destination UE can be decoded. This does not require more TFCI values because signalling is done in layers 2 and 3.

#### 5.6.5.2.2     Case B (UE requires a downlink SHCCH) (TDD only)

The information which physical downlink shared channels to listen to and when, is sent by RRC on the SHCCH logical channel, which is mapped on RACH and USCH/FACH and DSCH. The transmitted Layer 3 messages contain information about the used PDSCHs and the timing of the allocation.

### 5.6.5.3     Model of DSCH in UTRAN

Figure 15 captures the working assumption on the Downlink Shared Channel (DSCH). The two RLCs point to logical channel (DTCH) specific RLC-entities of specific users while MAC refers to the provision of MAC sublayer functions for all users.

The MAC sublayer of a DSCH is split between the Controlling RNC and SRNC. For a given user, the RLC sublayer is terminated in its SRNC. Since Iur can support DSCH data streams, the users on that DSCH can depend on different SRNCs. For a given user, the Controlling RNC and the Serving RNC can be separate RNCs. The MAC in the network takes care of mapping downlink data either to a common channel (FACH, not shown in this figure), or to a DCH and/or the DSCH.

NITC-COMP00000165

Figure 15: Model of downlink shared channel (DSCH) in UTRAN

### 5.6.5.4    Protocol termination

The protocol termination points for DSCH in control and user planes are presented in Figure 16 and Figure 17, respectively.



Figure 16: Protocol termination points for DSCH, control plane

NITC-COMP00000166





Figure 17: Protocol termination points for DSCH, user plane

## 5.6.6    Protocol termination for transport channel of type USCH

### 5.6.6.1    USCH definition

The USCH is only supported for TDD. It is a resource that exists in uplink only. It has only impact on the physical and transport channel levels, so there is no definition of shared channel in the logical channels provided by MAC.

The USCH is a transport channel shared dynamically between several UEs. The USCH is mapped to one or several physical channels such that a specified part of the uplink resources is employed.

The USCH is defined as a shared uplink channel for which resource allocation is performed by RRC in Controlling RNC. The allocation requests and allocation messages, including UE identification, are transmitted on SHCCH, which is mapped on RACH and USCH/FACH and DSCH. Several USCHs can be multiplexed on a CCTrCH in the physical layer, the transport formats of the USCHs have to be selected from the transport format combination set of this CCTrCH. Each CCTrCH is mapped on one or more PUSCHs. If the transport format combination subset of a CCTrCH contains more than one transport format combination, a TFCI can be transmitted inside the PUSCH, or blind detection can be applied in the Node B.

Interleaving for the USCH may be applied over a multiplicity of radio frames.

In every radio frame, one or several PUSCHs can be used in the uplink. Therefore, the USCH supports physical channel multiplexing. MAC multiplexing of different UEs shall not be applied within a radio frame, i.e. within one radio frame a PUSCH is assigned to a single UE. However, MAC multiplexing is allowed on a frame by frame basis, i.e. one PUSCH may be allocated to different UEs at each frame.

The transport format combination set on the USCH can change with each transmission time interval.

### 5.6.6.2    Resource allocation and UE identification on USCH

The information which physical uplink shared channels to transmit on and when is sent by RRC on the SHCCH logical channel, which is mapped on RACH and USCH/FACH and DSCH. The transmitted Layer 3 messages contain information about the assigned PUSCHs and the timing of the allocation.

### 5.6.6.3    Model of USCH in UTRAN

Figure 18 captures the working assumption on the Uplink Shared Channel (USCH). The two RLCs point to logical channel (DTCH) specific RLC-entities of specific users while MAC refers to the provision of MAC sublayer functions for all users.

The MAC sublayer of a USCH is split between the Controlling RNC and SRNC. For a given user, the RLC sublayer is terminated in its SRNC. Since Iur can support USCH data streams, the users on that USCH can depend on different SRNCs. For a given user, the Controlling RNC and the Serving RNC can be separate RNCs. The MAC in the network takes care of mapping uplink data either from a common channel (RACH, not shown in this figure), DCH or the USCH.

NITC-COMP00000167

Allocations of uplink capacity are requested by the UEs and signalled to the UEs on the SHCCH (Shared channel control channel), which is mapped on RACH and USCH/FACH and DSCH.



Figure 18: Model of uplink shared channel (USCH) in UTRAN (TDD only)

### 5.6.6.4    Protocol termination

The protocol termination points for USCH in control and user planes are presented in Figure 19 and Figure 20, respectively. The USCH is for TDD only.



Figure 19: Protocol termination points for USCH, control plane (TDD only)

NITC-COMP00000168



Figure 20: Protocol termination points for USCH, user plane (TDD only)

## 5.6.7     Protocol termination for transport channel of type BCH

System information on BCH can include information that is available only in Node B, and need to be updated very frequently (each 20-100 ms), such as uplink interference in the cell. Also, for the system information originating from the RNC, it is assumed that the updating of system information is at least one magnitude less (minutes) than the repetition frequency on the BCH (in the order of 1s). The system information originating from the CRNC should be sent transparently to Node B, which then handles the repetition. Protocol termination for the BCH shall therefore be distributed between the Node B and the CRNC, resulting in less signalling on Iub and lower processor load. Note that the RLC sublayer is transparent for this transport channel type.



Figure 21: Protocol termination for BCH

## 5.6.8     Protocol termination for transport channel of type PCH

In order to enable co-ordinated scheduling between PCH and FACH/DSCH the corresponding MAC scheduling functions shall be allocated in the same node. MAC-c/sh is terminated in CRNC. A natural implication is that RLC and RRC also are terminated in CRNC.

Note that the RLC sublayer is transparent for this channel.

NITC-COMP00000169



**Figure 22: Protocol termination for PCH**

# 6    User Identification and RRC Connection Mobility

## 6.1    UE identification on the radio interface

A Radio Network Temporary Identity (RNTI) is used as an UE identifier on RACH/FACH, RACH+CPCH/FACH or, for FDD mode, also on DSCH by the MAC protocol, or on PCH by the RRC, when a RRC connection exists.

**Definition of UE identifiers**

Several types of RNTIs exist. One is used within the Serving RNC and it is denoted by Serving RNC RNTI (S-RNTI). A second type is used within a cell controlled by a CRNC, when applicable, and it is denoted by Cell RNTI (C-RNTI). A third type is used within a cell controlled by a CRNC when a DSCH is allocated and it is denoted by DSCH-RNTI.

S-RNTI is allocated for all UEs having a RRC connection. It is allocated by the Serving RNC and it is unique within the Serving RNC. S-RNTI is reallocated always when the Serving RNC for the RRC connection is changed and deallocated when the RRC connection is released.

In addition for each UE having an RRC connection, there is an identifier of its current serving RNC, which is denoted as SRNC identifier. The SRNC identifier together with S-RNTI is a unique identifier of the RRC connection within PLMN. The combination of SRNC identifier and S-RNTI is referred to as U-RNTI (UTRAN Radio Network Temporary Identity), which is used on the radio interface.

C-RNTI for a UE is allocated by a controlling RNC and it is unique within one cell controlled by the allocating CRNC. C-RNTI can be reallocated when a UE accesses a new cell with the cell update procedure.

DSCH-RNTI for a UE is allocated by controlling RNC when a DSCH channel is configured. DSCH-RNTI is unique within the cell carrying the DSCH.

**Usage of UE identifiers**

U-RNTI is allocated to an UE having a RRC connection. It identifies the UE within UTRAN and is used as a UE identifier in cell update, URA update, RRC connection reestablishment and (UTRAN originated) paging messages and associated responses on the radio interface. The SRNC identifier within the U-RNTI is used by the Controlling RNC to route the received uplink messages towards the Serving RNC.

C-RNTI is used as a UE identifier in all other DCCH/DTCH common channel messages on the radio interface.

DSCH-RNTI is used as a UE identifier for DTCH and DCCH in downlink when mapped onto DSCH transport channel.

NAS identifiers are used as the UE identifier in the initial access CCCH message on the radio interface.

## 6.2    UE connection to UTRAN

The different levels of UE connection to UTRAN are listed below:

NITC-COMP00000170

3GPP TS 25.301 version 3.11.0 Release 1999          38          ETSI TS 125 301 V3.11.0 (2002-09)

- No signalling connection exist
  The UE has no relation to UTRAN, only to CN. For data transfer, a signalling connection has to be established.

- Signalling connection exist
  There is a RRC connection between UE and UTRAN. The UE position can be known on different levels:

  - UTRAN Registration Area (URA) level
    The UE position is known on UTRAN registration area level. URA is a specified set of cell, which can be identified on the BCCH.

  - Cell level
    The UE position is known on cell level. Different channel types can be used for data transfer:

    - Common transport channels (RACH, FACH, CPCH, DSCH);

    - Dedicated transport channels (DCH).

# 7    UE modes

Two modes of operation are currently defined for the UE, idle mode and connected mode [5, 6].

After power on, the UE stays in idle mode until it transmits a request to establish an RRC connection. In idle mode the UE is identified by non-access stratum identities such as IMSI, TMSI and P-TMSI. In addition, the UTRAN has no own information about the individual idle mode UEs, and can only address e.g. all UEs in a cell or all UEs monitoring a specific paging occasion.

The connected mode is entered when the RRC connection is established. A RRC connection is established between the UE and a RNC called SRNC. The UE is assigned a radio network temporary identity (U-RNTI and possibly in addition C-RNTI or DSCH-RNTI) to be used as UE identity on common transport channels. RRC connection is within a UTRAN identified with the U-RNTI.

The UE leaves the connected mode and returns to idle mode when the RRC connection is released or at RRC connection failure.

Reception of SMS cell broadcast can be done in both idle and connected mode.

NITC-COMP00000171

# Annex A (informative):
# Change history

| Date | TSG # | TSG Doc | CR | Rev | Subject/Comment | Old | New |
|---|---|---|---|---|---|---|---|
| 04/1999 | RP-03 | RP-99259 | - | | Approved at TSG-RAN #3 and placed under Change Control | - | 3.0.0 |
| 06/1999 | RP-04 | RP-99331 | 001 | | Addition of Common Packet Channel (CPCH ) | 3.0.0 | 3.1.0 |
| | RP-04 | RP-99332 | 002 | | Proposed modification of MAC functions | 3.0.0 | 3.1.0 |
| | RP-04 | RP-99399 | 003 | 1 | Addition of ciphering model description | 3.0.0 | 3.1.0 |
| 10/1999 | RP-05 | RP-99460 | 004 | | Modification of C-RNTI definition | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 005 | | Addition of integrity protection function on RRC | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 006 | | Clarification on the usage of CCCH vs DCCH logical channels | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 007 | | Removal of Quick repeat function from RLC | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99575 | 008 | | Introduction of Packet Data Convergence Protocol (PDCP) in the protocol architecture | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 009 | | Deletion of Annex B (informative) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 010 | | Correction of Ciphering specification (editorial correction) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 011 | 2 | Broadcast/Multicast functions | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 012 | | Description of Timing Advance mechanism for TDD | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 013 | | MAC primitives addition and modification (harmonization of TDD with FDD) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 014 | | Impact of two cipher key solution on multiplexing at RLC and MAC level | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 015 | 1 | Support of Different Access Service Classes (clarification of present text) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 016 | 1 | Support of USCH/DSCH signalling (Introduction of SHCCH, see TS 25.321) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 017 | | DCCH mapped to DCH in RLC transparent mode | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99576 | 018 | 2 | Mapping of BCCH logical channel onto FACH transport channel | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 019 | 1 | MAC PDU format for PCCH | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 020 | | Editorial changes regarding shared channels for TDD | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 021 | | Support of Uplink Synchronization Feature in UL channels (TDD only) | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 022 | | RRC functions | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 023 | | Modification of termination point for BCH | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 024 | | Updated description of UE modes | 3.1.0 | 3.2.0 |
| | RP-05 | RP-99460 | 025 | | Enhanced protocol architecture | 3.1.0 | 3.2.0 |
| 12/1999 | RP-06 | RP-99621 | 026 | 1 | Support of shared channel operation in TDD | 3.2.0 | 3.3.0 |
| | RP-06 | RP-99620 | 027 | | Alignment to MAC-c/sh merge | 3.2.0 | 3.3.0 |
| | RP-06 | RP-99621 | 028 | | Radio Interface Functions for Cell Broadcast | 3.2.0 | 3.3.0 |
| | RP-06 | RP-99620 | 030 | 1 | Editorial issues | 3.2.0 | 3.3.0 |
| | RP-06 | RP-99621 | 031 | 1 | Definition of ciphering unit | 3.2.0 | 3.3.0 |
| 03/2000 | RP-07 | RP-000034 | 032 | | Correction of the CFN length | 3.3.0 | 3.4.0 |
| | RP-07 | RP-000034 | 034 | | Removal of SCH | 3.3.0 | 3.4.0 |
| 06/2000 | RP-08 | RP-000214 | 036 | 2 | Ciphering related corrections | 3.4.0 | 3.5.0 |
| | RP-08 | RP-000214 | 037 | | Clarification of ciphering parameters | 3.4.0 | 3.5.0 |
| | RP-08 | RP-000214 | 038 | 1 | Signalling radio bearers | 3.4.0 | 3.5.0 |
| | RP-08 | RP-000214 | 040 | | Replacement of duplicated information on ciphering description by references | 3.4.0 | 3.5.0 |
| 09/2000 | RP-09 | RP-000352 | 041 | | RLC modes for SHCCH | 3.5.0 | 3.6.0 |
| 03/2001 | RP-11 | RP-010019 | 043 | 1 | Correction for RACH/CPCH | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 044 | 2 | Correction to Signalling Radio Bearer | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 045 | 1 | Editorial update for Release'99 | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 046 | | Removal of FAUSCH | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 047 | 1 | Removal of ODMA channels | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 048 | 1 | UE Model Channel numbering | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 049 | | Renaming of Dynamic Transport Channel Type Switching | 3.6.0 | 3.7.0 |
| | RP-11 | RP-010019 | 050 | | Removal of payload unit concept | 3.6.0 | 3.7.0 |
| 06/2001 | RP-12 | RP-010302 | 053 | | Clarification in the services provided to upper layers by RLC | 3.7.0 | 3.8.0 |
| | RP-12 | RP-010302 | 055 | 1 | Cleanup of Layer 2 services and functions | 3.7.0 | 3.8.0 |
| 12/2001 | RP-14 | RP-010753 | 058 | | Clean up of RLC function | 3.8.0 | 3.9.0 |
| | RP-14 | RP-010753 | 060 | | Correction on transport channel numbering | 3.8.0 | 3.9.0 |
| | RP-14 | RP-010753 | 057 | | Removal of Tr mode DCCH from R99 only | 3.8.0 | 3.9.0 |
| 06/2002 | RP-16 | RP-020321 | 063 | | Introduction of DSCH-RNTI | 3.9.0 | 3.10.0 |
| 09/2002 | RP-17 | RP-020571 | 067 | 1 | Clarification on RLC connection | 3.10.0 | 3.11.0 |

NITC-COMP00000172

3GPP TS 25.301 version 3.11.0 Release 1999          40          ETSI TS 125 301 V3.11.0 (2002-09)

# History

| Document history | | |
|---|---|---|
| V3.3.0 | January 2000 | Publication |
| V3.4.0 | March 2000 | Publication |
| V3.5.0 | June 2000 | Publication |
| V3.6.0 | September 2000 | Publication |
| V3.7.0 | March 2001 | Publication |
| V3.8.0 | June 2001 | Publication |
| V3.9.0 | December 2001 | Publication |
| V3.10.0 | June 2002 | Publication |
| V3.11.0 | September 2002 | Publication |

NITC-COMP00000173