# EXHIBIT H

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

In the Matter of

CERTAIN 3G MOBILE HANDSETS
AND COMPONENTS THEREOF

Inv. No. 337-TA-613

## NOTICE OF INVESTIGATION

AGENCY:  U.S. International Trade Commission

ACTION:  Institution of investigation pursuant to 19 U.S.C. § 1337

SUMMARY:  Notice is hereby given that a complaint was filed with the U.S. International
Trade Commission on August 7, 2007, under section 337 of the Tariff Act of 1930, as amended,
19 U.S.C. § 1337, on behalf of InterDigital Communications Corporation of King of Prussia,
Pennsylvania and InterDigital Technology Corporation of Wilmington, Delaware.  A
supplemental letter was filed on August 27, 2007.  The complaint alleges violations of section
337 in the importation into the United States, the sale for importation, and the sale within the
United States after importation of certain 3G mobile handsets and components thereof by reason
of infringement of certain claims of U.S. Patent Nos. 7,117,004 and 7,190,966.  The complaint
further alleges that an industry in the United States exists as required by subsection (a)(2) of
section 337.

    The complainant requests that the Commission institute an investigation and, after the
investigation, issue a permanent exclusion order and permanent cease and desist orders.

ADDRESSES:  The complaint, as supplemented, except for any confidential information
contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15
p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W.,
Room 112, Washington, D.C. 20436, telephone 202-205-2000.  Hearing impaired individuals are
advised that information on this matter can be obtained by contacting the Commission's TDD
terminal on 202-205-1810.  Persons with mobility impairments who will need special assistance
in gaining access to the Commission should contact the Office of the Secretary at 202-205-2000.
General information concerning the Commission may also be obtained by accessing its internet
server at http://www.usitc.gov.  The public record for this investigation may be viewed on the
Commission's electronic docket (EDIS) at http://www.usitc.gov/secretary/edis.htm

FOR FURTHER INFORMATION CONTACT:  David Hollander, Esq., Office of Unfair Import
Investigations, U.S. International Trade Commission, telephone (202) 205-2746.

-2-

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.10 (2006).

SCOPE OF INVESTIGATION: Having considered amended complaint, the U.S. International Trade Commission, on September 5, 2007, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain 3G mobile handsets and components thereof by reason of infringement of one or more of claims 1, 2, 7-10, 14, 15, 21, 22, 24, 30-32, 34, 35, 46, 47, 49, 59, and 60 of U.S. Patent No. 7,117,004, and claims 1, 3, and 6-12 of U.S. Patent No. 7,190,966, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainants are –

InterDigital Communications Corporation
781 Third Avenue
King of Prussia, Pennsylvania 19406

InterDigital Technology Corporation
Hagley Building, Suite 105
3411 Silverside Road, Concord Plaza
Wilmington, Delaware 19810

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the amended complaint is to be served:

Nokia Corporation
Keilalahdentie 2-4
P.O. Box 226
FIN-00045 Espoo
Finland

Nokia Inc.
6000 Connection Drive
Irving, Texas 75039

-3-

 (c)  The Commission investigative attorney, party to this investigation, is David Hollander, Esq., Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Room 401-R, Washington, D.C. 20436; and

 (3)  For the investigation so instituted, the Honorable Paul J. Luckern is designated as the presiding administrative law judge.

 Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.13.  Pursuant to 19 C.F.R. §§ 201.16(d) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

 Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of a permanent exclusion order or cease and desist order or both directed against a respondent.

 By order of the Commission.

       _____

       Marilyn R. Abbott
       Secretary to the Commission

Issued: September 5, 2007

# EXHIBIT I

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Paul J. Luckern
Administrative Law Judge

In the Matter of

CERTAIN 3G MOBILE HANDSETS
AND COMPONENTS THEREOF

Investigation No. 337-TA-613

AMENDED COMPLAINT OF INTERDIGITAL COMMUNICATIONS, LLC AND
INTERDIGITAL TECHNOLOGY CORPORATION
UNDER SECTION 337 OF THE TARIFF ACT OF 1930, AS AMENDED

COMPLAINANTS

InterDigital Communications, LLC
781 Third Avenue
King of Prussia, Pennsylvania 19406-1409
(610) 878-7800

InterDigital Technology Corporation
Hagley Building, Suite 105
3411 Silverside Road, Concord Plaza
Wilmington, Delaware 19810-4812
(302) 477-2500

COUNSEL FOR COMPLAINANTS

Smith R. Brittingham IV
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Elizabeth A. Niemeyer
Rajeev Gupta
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

RESPONDENTS

Nokia Corporation
Keilalahdentie 2-4
P.O. Box 226
FIN-00045 Espoo
Finland
358 (0) 7180 08000

Nokia Inc.
6000 Connection Drive
Irving, Texas 75039
USA
(972) 894-5000

# TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................ 1

II.   COMPLAINANT ................................................................................ 2

III.   RESPONDENTS ................................................................................ 3

IV.   THE TECHNOLOGY AND PRODUCTS-AT-ISSUE ................................ 3

V.   THE ASSERTED PATENTS AND NON-TECHNICAL DESCRIPTION OF THE INVENTIONS ................................................................................ 5

   A.  U.S. Patent No. 7,117,004 ........................................................ 5

     1.  Identification of the Patent and Ownership by InterDigital ........ 5

     2.  Non-Technical Description of the Patent ................................ 6

     3.  Foreign Counterparts to the Patent ...................................... 7

     4.  Licenses ............................................................................ 7

   B.  U.S. Patent No. 7,190,966 ........................................................ 7

     1.  Identification of the Patent and Ownership by InterDigital ........ 7

     2.  Non-Technical Description of the Patent ................................ 8

     3.  Foreign Counterparts to the Patent ...................................... 9

     4.  Licenses ............................................................................ 9

   C.  U.S. Patent No. 6,973, 579 ...................................................... 10

     1.  Identification of the Patent and Ownership by InterDigital ...... 10

     2.  Non-Technical Description of the Patent .............................. 10

     3.  Foreign Counterparts to the Patent .................................... 12

     4.  Licenses .......................................................................... 12

VI.   UNLAWFUL AND UNFAIR ACTS OF RESPONDENTS— PATENT INFRINGEMENT ................................................................ 12

VII.   SPECIFIC INSTANCES OF UNFAIR IMPORTATION AND SALE ........ 14

VIII.   HARMONIZED TARIFF SCHEDULE ITEM NUMBERS ...................... 15

IX.   RELATED LITIGATION .................................................................. 15

X.   THE DOMESTIC INDUSTRY .......................................................... 18

A.  Investments in Research and Development, and Engineering..............................18

B.  Investments in Licensing ...............................................................19

XI.  RELIEF REQUESTED ....................................................................20

## TABLE OF EXHIBITS

| Exhibit | Document |
|---|---|
| 1 | United States Patent No. 7,117,004 |
| 2 | United States Patent No. 7,190,966 |
| 3 | Assignment Documents for the '004 and the '966 Patents |
| 4 | Table Identifying Foreign Counterparts of the '004 and the '966 Patents |
| 5 | CONFIDENTIAL  Identification of Licensees |
| 6 | Claim Charts:  Infringement of '004 Patent by Nokia Handsets |
| 7 | Claim Charts:  Infringement of '966 Patent by Nokia Handsets |
| 8 | CONFIDENTIAL  Test Report Supporting Infringement Claim Charts for Nokia Handsets |
| 9 | Nokia Website Document Supporting Infringement of Asserted Patents by Nokia Handsets |
| 10 | Standards-Related Documents, 3GPP TS 25.211, Supporting Infringement of Asserted Patents by Nokia Handsets |
| 11 | Standards-Related Documents, 3GPP TS 25.213, Supporting Infringement of Asserted Patents by Nokia Handsets |
| 12 | Standards-Related Documents, 3GPP TS 25.301, Supporting Infringement of Asserted Patents by Nokia Handsets |
| 13 | Documents and Photographs of Representative Accused Infringing Nokia Handset Demonstrating Specific Instance of Importation and Sale |
| 14 | CONFIDENTIAL  Identification of InterDigital's Domestic Industry |
| 15 | United States Patent No. 6,973,579 |
| 16 | Assignment Documents for the '579 Patent |
| 17 | Table Identifying Foreign Counterparts of the '579 Patent |
| 18 | Claim Charts:  Infringement of '579 Patent by Nokia Handsets |
| 19 | Standards-Related Documents, ETSI TS 125.212, Supporting Infringement of Asserted Patents by Nokia Handsets |
| 20 | Additional Documents and Photographs Demonstrating Specific Instance of Importation and Sale of Accused Infringing Nokia N95 Handset |
| 21 | Nokia Website Document Supporting Infringement of Asserted Patents by Nokia Handsets |

## TABLE OF APPENDICES

| Appendix | Document |
|---|---|
| A | Prosecution History of United States Patent No. 7,117,004 |
| B | Copies of References Cited in the Prosecution History of U.S. Patent No. 7,117,004 |
| C | Prosecution History of United States Patent No. 7,190,966[1] |
| D | Copies of Additional[2] References Cited in the Prosecution History of U.S. Patent No. 7,190,966 |
| E | CONFIDENTIAL Copies of Complainant InterDigital's License Agreements |
| F | Physical Sample of Nokia N75 Handset |
| G | Prosecution History of United States Patent No. 6,973,579 |
| H | Copies of References Cited in the Prosecution History of U.S. Patent No. 6,973,579 |
| I | Physical Sample of Nokia N95 Handset |

---

[1] Appendix C contains Patent Office records related to the last application in the line of applications leading to issuance of the '966 patent.  Since the '966 patent is a continuation of the '004 patent, the Patent Office records related to the earlier applications in the line are contained in Appendix A, which is the prosecution history for the '004 patent.

[2] Because the '966 patent is a continuation of the '004 patent, Appendix D only contains copies of each reference that is cited on the face of the '966 patent or mentioned in its prosecution history, but not in the prosecution history of the '004 patent.  The references cited in the prosecution history of the '004 patent are included in Appendix B.

# I.     INTRODUCTION

1.     This Amended Complaint is filed by InterDigital Communications, LLC and

InterDigital Technology Corporation (collectively referred to as "InterDigital") under Section

337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, based on the unlawful importation

into the United States, the sale for importation, and the sale within the United States after

importation by owners, importers, or consignees of certain 3G mobile handsets and components

thereof that infringe any of United States Letters Patent Nos. 7,117,004 ("the '004 patent"),

7,190,966 ("the '966 patent"), and 6,973,579 ("the '579 patent") (sometimes collectively referred

to as "the asserted patents").

2.     The respondents are:  Nokia Corporation and Nokia Inc. (sometimes collectively

referred to as "Nokia").

3.     Certified copies of the '004 and '966 patents were attached to the original

Complaint as Exhibits 1 and 2.  A certified copy of the '579 patent is attached to this Amended

Complaint as Exhibit 15.  InterDigital owns all right, title, and interest in each of the asserted

patents.  The '004 and the '966 patent share the same recorded assignment, a certified copy of

which was attached to the original Complaint as Exhibit 3.  A copy of the recorded assignment

for the '579 patent is attached to this Amended Complaint as Exhibit 16.

4.     An industry as required by 19 U.S.C. § 1337(a)(2) and (3) exists in the United

States relating to the technology protected by the asserted patents.

5.     InterDigital seeks, as relief, an exclusion order barring from entry into the United

States infringing 3G mobile handsets and components thereof imported by or on behalf of the

respondents.  InterDigital also seeks, as relief, cease-and-desist orders prohibiting the sale for

importation, importation, sale after importation, offer for sale, advertising, testing, the

solicitation of sales, and other commercial activity relating to infringing 3G mobile handsets and components thereof.

## II.    COMPLAINANT

6.    Complainant InterDigital Communications, LLC is a Pennsylvania limited liability company with its principal place of business at 781 Third Avenue, King of Prussia, Pennsylvania 19406-1409.[3]  InterDigital Technology Corporation is a Delaware corporation with its principal place of business at Hagley Building, Suite 105, 3411 Silverside Road, Concord Plaza, Wilmington, Delaware 19810-4812.  InterDigital Communications, LLC and InterDigital Technology Corporation are subsidiaries of InterDigital, Inc., a Pennsylvania corporation.

7.    Since 1993, InterDigital has been engaged in the research, development, engineering, and licensing of Code Division Multiple Access ("CDMA") technology in the United States.  That work later transitioned into research, development, engineering, and licensing of Wideband CDMA technology ("WCDMA").  WCDMA is one of the wireless technologies often referred to commercially as "3G."

8.    At its King of Prussia, Pennsylvania, and Melville, New York, facilities, among other activities, InterDigital researches, develops, engineers, and licenses technology for 3G mobile handsets.  InterDigital also files and prosecutes worldwide patent applications covering its innovative research and development of 3G mobile technology and communications protocols used in connection with that technology.

---

[3] InterDigital Communications, LLC was previously known as InterDigital Communications Corporation, but in connection with an internal corporate reorganization, effective July 3, 2007, InterDigital Communications Corporation (a Pennsylvania corporation) became InterDigital Communications, LLC (a Pennsylvania limited liability company).  When referring to historical events, the term "InterDigital" will include the activities of InterDigital Communications Corporation.

9.    InterDigital's research, development, and engineering business has developed proprietary technology that is used in most, if not all, 3G WCDMA handsets made throughout the world. InterDigital's technology has been licensed to significant handset manufacturers throughout the world, including, at times in the past, Nokia.

## III.    RESPONDENTS

10.    Respondent, Nokia Corporation, is a Finnish corporation, with its principal place of business at Keilalahdentie 2-4, P.O. Box 226, FIN-00045 Nokia Group, Finland. Upon information and belief, Nokia Corporation is involved in the design, development and manufacture of 3G mobile handsets through its Mobile Phones Business Group.

11.    Respondent, Nokia Inc., is a Delaware corporation, with its principal place of business at 6000 Connection Drive, Irving, Texas 75039. Upon information and belief, Nokia Inc. (d/b/a Nokia Mobile Phones) distributes Nokia-branded handsets in the United States.

## IV.    THE TECHNOLOGY AND PRODUCTS-AT-ISSUE

12.    The technology and products-at-issue concern mobile handsets for use in Third Generation or "3G" systems.

13.    The first generation of cellular systems deployed in the United States in the late 1990s was referred to as Advanced Mobile Phone Service, or "AMPS." A variety of entities proposed improvements in that system, leading to "Second Generation" or "2G" systems. Those 2G systems used either Time Division Multiple Access ("TDMA") or Code Division Multiple Access ("CDMA") technology. The drawbacks of these systems spurred further improvements, resulting in so-called "3G" systems that were first deployed in Asia and later in Europe and the United States.

14.    The components common to all 3G cellular systems include mobile devices and base stations. A mobile device can be either a portable cellular handset or a cellular PC card

3

used in laptops. Base stations, which include towers, act as the first point of access for the mobile device into the cellular system. To place a call, for example, a mobile device must first establish communication with a base station over a communication channel.

15.    In a 3G cellular CDMA system, many mobile devices share the same frequency channel in the system. This sharing of the frequency channel, while enhancing the efficiency of the system, leads to a gradual degradation of the system performance as the number of mobile devices in the system increases because signals transmitted by each mobile device in the system contribute to the overall interference in the system. It is, therefore, important to minimize the power level at which each mobile device transmits, thereby minimizing the overall interference in the system while at the same time providing an acceptable communication quality to users of mobile devices. Controlling the power transmitted from a mobile device is important, for example, when the device first attempts to establish communication with a base station, such as when a user attempts to place a call using the mobile device.

16.    In addition to minimizing the power transmitted by a mobile device as it tries to gain access to a cellular system, it is also important for the device to gain access as quickly as possible. Reducing the access time improves the performance of the system as perceived by users when, for example, they attempt to place calls.

17.    While cellular mobile devices have primarily been used in the past to place telephone calls, with the growth of the Internet and multimedia applications, support for high speed data applications, such as web browsing and audio and video streaming, in cellular systems has become increasingly important. To meet the rising demand for high speed data applications, some 3G WCDMA systems now support a technology known as High Speed

4

Downlink Packet Access ("HSDPA"). HSDPA uses a variety of encoding and other techniques to make high speed data applications feasible in 3G WCDMA systems.

18. InterDigital's continuing development efforts to improve CDMA cellular systems through development of WCDMA and HSDPA technologies have significantly contributed to the evolution of the 3G systems.

19. The specific products-at-issue in this Investigation are mobile handsets, as well as components thereof, that are capable of operating in 3G cellular systems. Some of the accused WCDMA products also implement HSDPA technology. The mobile handsets at issue operate as cellular mobile telephones, allowing users of the handsets to place and receive telephone calls as well as to run data applications, such as web browsing and audio and video streaming.

## V. THE ASSERTED PATENTS AND NON-TECHNICAL DESCRIPTION OF THE INVENTIONS

20. There are three asserted patents in this Investigation: U.S. Patent No. 7,117,004 ("the '004 patent"), U.S. Patent No. 7,190,966 ("the '966 patent"), and U.S. Patent No. 6,973,579 ("the '579 patent").

### A. U.S. Patent No. 7,117,004

#### 1. Identification of the Patent and Ownership by InterDigital

21. The '004 patent, titled "Method and Subscriber Unit for Performing an Access Procedure," issued on October 3, 2006, to inventors Gary Lomp and Fatih Ozluturk. The '004 patent is based on Patent Application Serial No. 10/866,851 filed on June 14, 2004, and claims priority to an application filed on June 27, 1996.

22. The '004 patent has 18 independent claims and 48 dependent claims. Claims 1, 2, 7-10, 14, 15, 21, 22, 24, 30-32, 34, 35, 46, 47, 49, 59, and 60 are being asserted in this Investigation.

23.  InterDigital Technology Corporation owns by assignment the entire right, title, and interest in and to the '004 patent. *See* Exhibit 3 attached to the original Complaint.

24.  A certified copy and three copies of the prosecution history of the '004 patent and four copies of each reference cited on the face of the '004 patent or mentioned in its prosecution history were attached to the original Complaint as Appendices A and B.

## 2.  Non-Technical Description of the Patent

25.  The '004 patent generally covers improvements to the way a mobile device gains access to a cellular CDMA system.  In a CDMA system, the signals transmitted by mobile devices contribute to the overall interference in the system.  To minimize interference, it is particularly important that mobile devices transmit at the minimum possible power level necessary to gain access to the system.  It is also important for mobile devices to gain access to the system as quickly as possible when, for example, users attempt to place calls.

26.  The improvements of the '004 patent achieve the above and other objectives.  When a mobile device attempts to gain access to a cellular CDMA system, the mobile device starts transmitting short probe signals at an initial low power and gradually increases its transmission power until a base station in the system detects one of the short probe signals transmitted by the mobile device.  In this fashion, the mobile device "ramps up" its transmission power until the base station hears the mobile device.  Transmitting short probe signals while ramping up the power of the signals during the initial attempt to access the system enables the mobile device to gain access to the system in an efficient and rapid manner with minimal contribution to interference in the system.

27.  In contrast to the power ramp up improvements of the '004 patent, prior known approaches employed a series of long signals, which included a message intended to be communicated along with a header.  By repeatedly transmitting the entire long message and

6

header, the initial power ramp up procedure introduced substantial unwanted interference into the system, and it took longer for mobile devices to gain access to the system. The additional interference caused poor system performance, including poor connections and failed call attempts. The prior approaches also resulted in longer delays for mobile devices to gain access to the system, further degrading system performance.

### 3. Foreign Counterparts to the Patent

28. The '004 patent and its related U.S. applications have a number of foreign counterparts. Those foreign patents and applications, as well as related U.S. applications and patents, are identified in Exhibit 4 attached to the original Complaint.

### 4. Licenses

29. Under Commission Rule 210.12(a)(9)(iii), a list of licensed entities was attached to the original Complaint as Confidential Exhibit 5. Under Commission Rule 210.12(c)(1), three copies of the licenses were submitted with the original Complaint as Confidential Appendix E. By a supplement to the original Complaint submitted on August 27, 2007, Confidential Exhibit 5 was revised, and Confidential Appendix E was supplemented with additional documents. A further revised version of Confidential Exhibit 5 that identifies an additional licensee is attached to this Amended Complaint and confidential Appendix E is being further supplemented with additional documents related to the additional license identified in Confidential Exhibit 5.

### B.  U.S. Patent No. 7,190,966

### 1.  Identification of the Patent and Ownership by InterDigital

30. The '966 patent, titled "Method and Apparatus for Performing an Access Procedure," issued on March 13, 2007, to inventors Gary Lomp and Fatih Ozluturk. The '966 patent is based on Patent Application Serial No. 11/169,490 filed on June 29, 2005, and claims priority to the same June 27, 1996 application, to which the asserted '004 patent also claims

priority. The '996 patent resulted from a continuation of the application that led to the asserted '004 patent.

31.  The '966 patent has 1 independent claim and 11 dependent claims. Claims 1, 3, and 6-12 are being asserted in this Investigation.

32.  InterDigital Technology Corporation owns by assignment the entire right, title, and interest in and to the '966 patent. *See* Exhibit 3 attached to the original Complaint.

33.  The original Complaint was accompanied by a certified copy and three copies of the portion of the prosecution history of the '966 patent that was not included in Appendix A (the prosecution of the '004 patent) and four copies of each reference that was cited on the face of the '966 patent or mentioned in its prosecution history but not already included in Appendix B. *See* Appendices C and D attached to the original Complaint.

### 2.   Non-Technical Description of the Patent

34.  The '966 patent generally covers improvements to the way a mobile device gains access to a cellular CDMA system. In a CDMA system, the signals transmitted by mobile devices contribute to the overall interference in the system. To minimize interference, it is particularly important that mobile devices transmit at the minimum possible power level necessary to gain access to the system. It is also important for mobile devices to gain access to the system as quickly as possible when, for example, users attempt to place calls.

35.  The improvements of the '966 patent achieve the above and other objectives. When a mobile device attempts to gain access to a cellular CDMA system, the mobile device starts transmitting short signals at an initial low power and gradually increases its transmission power until a base station in the system detects one of the short signals transmitted by the mobile device. After the base station hears the mobile device, the mobile device then transmits to the base station a message that is longer in duration than each of the successively transmitted short

signals, indicating to the base station that the mobile device wants to establish communication with the base station. In this fashion, the mobile device "ramps up" its transmission power until the base station hears the mobile device. Transmitting short signals while ramping up the power of the signals during the initial attempt to access the system enables the mobile device to gain access to the system in an efficient and rapid manner with minimal contribution to interference in the system.

36.    In contrast to the power ramp up improvements of the '966 patent, prior known approaches employed a series of long signals, which included a message intended to be communicated along with a header. By repeatedly transmitting the entire long message and header, the initial power ramp up procedure introduced substantial unwanted interference into the system, and it took longer for mobile devices to gain access to the system. The additional interference caused poor system performance, including poor connections and failed call attempts. The prior approaches also resulted in longer delays for mobile devices to gain access to the system, further degrading system performance.

### 3.    Foreign Counterparts to the Patent

37.    The '966 patent and its related U.S. applications have a number of foreign counterparts. Those foreign patents and applications, as well as related U.S. applications and patents, are the same as those identified in connection with the related '004 patent, and are identified in Exhibit 4 attached to the original Complaint.

### 4.    Licenses

38.    Pursuant to Commission Rule 210.12(a)(9)(iii), a list of licensed entities was attached to the original Complaint as Confidential Exhibit 5, and was revised by the supplement to the original Complaint on August 27, 2007. Pursuant to Commission Rule 210.12(c)(1), three copies of the licenses were submitted with the original Complaint as Confidential Appendix E,

which was supplemented on August 27, 2007, with three copies of additional documents identified in the August 27, 2007 supplement to the original Complaint. A further revised version of Confidential Exhibit 5 that identifies an additional licensee is attached to this Amended Complaint and confidential Appendix E is being further supplemented with additional documents related to the additional license identified in Confidential Exhibit 5.

## C.    U.S. Patent No. 6,973,579

### 1.    Identification of the Patent and Ownership by InterDigital

39.    The '579 patent, titled "Generation of User Equipment Identification Specific Scrambling Code for the High Speed Shared Control Channel," issued on December 6, 2005, to inventors Stephen G. Dick, Nader Bolourchi, and Sung-Hyuk Shin. The '579 patent is based on Patent Application Serial No. 10/187,640, filed on July 1, 2002, and claims priority to two provision applications filed on May 7 and May 13, 2002, respectively.

40.    The '579 patent has 5 independent claims and 5 dependent claims. Claims 1, 2, 3, and 4 are being asserted in this investigation.

41.    InterDigital Technology owns by assignment the entire right, title, and interest in and to the '579 patent. *See* Exhibit 16, which is submitted with this Amended Complaint.

42.    This Amended Complaint is accompanied by a certified copy and three copies of the prosecution history of the '579 patent and four copies of each reference cited on the face of the '579 patent or mentioned in its prosecution history. *See* Appendices G and H.

### 2.    Non-Technical Description of the Patent

43.    The '579 patent generally concerns an improved apparatus for a CDMA system with HSDPA capability. HSDPA capability makes possible high data rate communication, such as video streaming from the base station to the mobile device. The improvement of the '579 patent relates to a high speed control channel that is shared by multiple mobile devices in the

system. The system uses this shared high speed control channel to transmit important control information to mobile devices, each of which is identified by a unique user equipment ("UE") identifier in the system. The '579 patent covers the manner in which a mobile device generates a scrambling code using the UE identifier. The mobile device uses the scrambling code to identify, on the shared high speed control channel, control information directed to the mobile device.

44.    During the standardization process for HSDPA, changes were made in the length of the UE identifier. Specifically, the HSDPA standard changed the length of the UE identifier from 10 bits to 16 bits. As a result of this change, a need arose for a way to generate a scrambling code using the 16 bit UE identifier that would be consistent with other requirements of the standard.

45.    The applicable standards-setting organization solicited from participants, including InterDigital, Siemens, and others, proposed technical solutions that would enable scrambling of the high speed shared channel, carrying control information for multiple users, with the 16 bit UE identifier. InterDigital participated in the standardization process and proposed a solution to this technical problem.

46.    InterDigital's solution, which is disclosed in the '579 patent, involves the use of a half-rate convolutional encoder to generate a scrambling code for the high speed shared control channel from the UE identifier. This solution advantageously reduces false detection of control information over the high speed shared control channel by mobile devices other than the intended mobile device.

47.    After reviewing the various proposals and evaluating the technical merits of each, InterDigital's proposed solution was adopted by the standards-setting organization.

11

### 3.    Foreign Counterparts to the Patent

48.    The '579 patent and its related U.S. applications have a number of foreign counterparts. Those foreign patents and applications, as well as related U.S. applications and patents, are identified in Exhibit 17.

### 4.    Licenses

49.    Pursuant to Commission Rule 210.12(a)(9)(iii), a list of licensed entities is attached to this amended complaint as Supplemental Revised Confidential Exhibit 5. Pursuant to Commission Rule 210.12(c)(1), three copies of the licenses have been or are being submitted with this amended complaint as Confidential Appendix E.

## VI.    UNLAWFUL AND UNFAIR ACTS OF RESPONDENTS— PATENT INFRINGEMENT

50.    The accused products are cellular telephone handsets capable of operating within a 3G system. Certain accused products are also capable of using HSDPA technology.

51.    Generally, any of respondents' handsets capable of operating in a 3G WCDMA system are accused of infringing claims 1, 2, 7-10, 14, 15, 21, 22, 24, 30-32, 34, 35, 46, 47, 49, 59, and 60 of the '004 patent, and claims 1, 3, and 6-12 of the '966 patent.

52.    Additionally, any of respondents' handsets capable of operating pursuant to the HSDPA standard are further accused of infringing claims 1-4 of the '579 patent.

53.    In order to confirm that the accused products operate in the manner covered by the asserted patents, InterDigital has tested a selected accused product using analytical techniques that are generally accepted in the industry. The results of those analyses support the infringement allegations set forth in the claim charts accompanying the original Complaint.

54.    On information and belief, some of the accused products support HSDPA features set forth in relevant 3G standards, and operate in the manner covered by the '579 patent. A

claim chart accompanying this Amended Complaint sets forth the analysis of infringement by one of the accused products of the '579 patent, based on information and belief and the relevant 3G standards.

55.   On information and belief, the respondents collectively manufacture, import, and sell in the United States after importation 3G mobile handsets that infringe one or more of the asserted patents. On information and belief, certain Nokia handsets can operate in a 3G WCDMA system, and some can also use HSDPA techniques. For example, at least the Nokia N75 and N95 (also known as the N95-3 in the United States) handsets infringe one or more of the asserted patents. The identification of specific models is not intended to limit the scope of the Investigation, and any remedy should extend to all infringing models.

56.   A chart that applies representative claim 1 of the '004 patent to the accused Nokia N75 handset was attached to the original Complaint as Exhibit 6.

57.   A chart that applies representative claim 1 of the '966 patent to the accused Nokia N75 handset was attached to the original Complaint as Exhibit 7.

58.   A chart that applies representative claim 1 of the '579 patent to the accused Nokia N95 handset is attached to this Amended Complaint as Exhibit 18.

59.   To the extent any of the asserted claims require products sold by the respondents to be operated in a 3G WCDMA/HSDPA system in order to satisfy all claim elements, on information and belief, the accused products infringe both directly and indirectly.

60.   On information and belief, the respondents test or operate the accused products in the United States by using them in a 3G WCDMA/HSDPA system and performing the claimed methods, thereby directly infringing any claim requiring such operation.

61.    Respondents have had notice of the asserted patents since before the filing of the original Complaint or, at a minimum, had notice of the '004 and '966 patents upon the filing of the original Complaint and will receive notice of the '579 patent upon the filing of this amended complaint.

62.    The accused products listed above are specifically designed to be used in a 3G WCDMA system. Moreover, some products designed to be used in a 3G WCDMA system are also configured to comply with the HSDPA standards. When the accused products are operated in a WCDMA/HSDPA system, they have no substantial non-infringing use.

63.    Respondents induce infringement of the asserted claims by advertising their products as complying with the 3G WCDMA and HSDPA standards and being capable of operating according to those standards, by publishing manuals and promotional literature describing the operation of the accused devices in an infringing manner according to the 3G WCDMA and HSDPA standards, and by offering support and technical assistance to their customers that encourage use of the accused products in ways that infringe the asserted claims.

## VII.    SPECIFIC INSTANCES OF UNFAIR IMPORTATION AND SALE

64.    On or around May 4, 2007, representatives for InterDigital purchased several imported Nokia handsets in the United States. Exhibit 13 is a copy of a receipt for the purchase of a Nokia N75 handset, and a series of photographs of the handset and the box in which the handset was delivered. The label on the box bears a Nokia logo. The label on the inside of the handset states that the handset was made in Finland. A physical sample of the Nokia N75 handset (that was purchased as described above) was submitted with the original Complaint as Appendix F.

65.    On September 27, 2007, representatives for InterDigital purchased several imported Nokia N95 handsets in the United States. Exhibit 20 is a copy of a receipt for the purchase of a

14

Nokia N95 handset, and a series of photographs of the handset and the box in which the handset

was packaged. The label on the box bears a Nokia logo. The label on the inside of the handset

states that the handset was made in Finland. A physical sample of the Nokia N95 handset (that

was purchased as described above) is submitted with this Amended Complaint as Appendix I.

## VIII.  HARMONIZED TARIFF SCHEDULE ITEM NUMBERS

66.  On information and belief, the Harmonized Tariff Schedule of the United States

item numbers under which the infringing Nokia handsets or components thereof may be

imported into the United States may be at least HTSUS 8525 and subsections thereof (including

8525.20.05, 8525.20.30, and 8525.20.90), 8527.90.40, 8527.90.95, and 8529 and subsections

thereof.

## IX.   RELATED LITIGATION

67.  There has been no court or agency litigation, domestic or foreign, involving the

specific unfair acts asserted in this Complaint.

68.  Nokia filed a suit in 2005 against InterDigital Communications Corporation and

InterDigital Technology Corporation in the U.S. District Court for the District of Delaware

seeking a declaratory judgment that a number of InterDigital patents relating to cellular

telephone technology were invalid or not infringed. None of the asserted patents was the subject

of any declaratory judgment request, and that declaratory judgment claim was dismissed by the

Court. The complaint also claimed that certain of InterDigital's statements that certain of

InterDigital's patents are essential to the 3G standard violated the Lanham Act. *See Nokia Corp.*

*v. InterDigital Communications Corp.*, Civ. Action No. 05-16 (D. Del. 2005). Nokia later

identified specific InterDigital patents, including the '579 patent but not the '004 or '966 patents,

and alleges such patents are not essential to the 3G standard. Pursuant to a First Amended Case

Management Order issued on July 9, 2007, by the Special Master in that case and adopted by the

Court on August 29, 2007, Nokia's attempt to take discovery on validity, infringement, and enforceability was denied, but Nokia may seek to modify this limitation after claim construction. Moreover, on August 20, 2007, the Special Master ordered Nokia to provide its contentions concerning the essentiality of the '004 and '966 patents. Nokia objected to the August 20, 2007 order, but its objection was overruled by the Court. Nokia has not yet provided its contentions.

69.   In 2003, a dispute arose between InterDigital and Nokia concerning Nokia's royalty obligations under a Patent License Agreement. This matter was submitted to arbitration, and in mid-2005 the Arbitral Tribunal issued its award finding, among other things, that Nokia's obligation to pay certain royalties had been triggered. There was a subsequent action in the Southern District of New York confirming the Award and also a subsequent arbitration between the parties. In April 2006, the parties settled these disputes in a manner that provided Nokia with a 2G license for certain products and a release for certain 3G-related activities occurring before the effective date of the settlement. There is no ongoing 3G license between InterDigital and Nokia.

70.   On March 23, 2007, InterDigital filed a complaint with the International Trade Commission identifying as proposed respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC, and alleging infringement of the '004 patent, U.S. Patent No. 6,674,791 ("the '791 patent"), and the '579 patent. The complaint requested that the Commission institute an investigation and, after determining there had been a violation of 19 U.S.C. § 1337, issue a permanent exclusion order and a permanent cease-and-desist order. An investigation was instituted on April 20, 2007, as Investigation No. 337-TA-601. On June 4, 2007, InterDigital filed an amended complaint in that

16

investigation alleging infringement of the '966 patent. That investigation is currently in discovery.

71. On March 23, 2007, the same day InterDigital filed the complaint in Investigation No. 337-TA-601, InterDigital filed a complaint against the same Samsung entities in the U.S. District Court for the District of Delaware alleging infringement of the '004, '791, and '579 patents. *See InterDigital Communications Corp. v. Samsung Electronics Corp., Ltd.*, Civ. Action No. 07-165 (D. Del. 2007). On May 4, 2007, InterDigital filed an amended complaint in that action alleging infringement of the '966 patent. This action in the District of Delaware has been stayed until the ITC determination in Investigation No. 337-TA-601 becomes final.

72. On March 23, 2007, the same day InterDigital filed the complaints in Investigation No. 337-TA-601 and in the U.S. District Court for the District of Delaware, Samsung Telecommunications America LLP ("Samsung Telecom") and Samsung Electronics Co., Ltd. ("Samsung Electronics") filed a complaint against defendants InterDigital Communications Corporation, InterDigital Technology Corporation, and Tantivy Communications, Inc. in the U.S. District Court for the District of Delaware. The complaint seeks damages and injunctive relief for defendants' alleged refusal to comply with their contractual obligations to be prepared to license their patents on fair, reasonable, and nondiscriminatory ("FRAND") terms. The complaint also seeks declarations that (i) InterDigital's alleged refusal to provide FRAND licenses to Samsung Telecom or Samsung Electronics constitutes an unfair business practice; (ii) Samsung Telecom and Samsung Electronics have a right to InterDigital's patents by virtue of their relationship with Qualcomm Incorporated; (iii) the claims of various InterDigital's patents are unenforceable; (iv) the claims of various InterDigital's patents are invalid; and (v) the claims of various InterDigital's patents are not infringed by Samsung Telecom or Samsung Electronics.

17

*See Samsung Electronics Corp., Ltd. v. InterDigital Communications Corp.,* Civ. Action No. 07-167 (D. Del. 2007). None of the asserted patents was specifically identified in the complaint. This action has been stayed until September 14, 2007.

73.    On August 7, 2007, the same day InterDigital filed the complaint in this investigation, InterDigital filed a complaint against the same Nokia entities in the U.S. District Court for the District of Delaware alleging infringement of the '004 and '966 patents. *See InterDigital Communications, LLC v. Nokia Corp.,* Civ. Action No. 07-489 (D. Del. 2007). On September 28, 2007, the same day that motion for leave to file this amended complaint was filed, InterDigital filed an amended complaint in that action to allege infringement of the '579 patent. Nokia has not yet filed an answer to the complaint or amended complaint in that action.

## X.    THE DOMESTIC INDUSTRY

74.    InterDigital has established a domestic industry under at least 19 U.S.C. § 1337(a)(3)(C).

75.    A domestic industry exists with respect to InterDigital's activities in the United States that exploit the asserted patents by reason of InterDigital's substantial investment in domestic research, development, engineering, and licensing of the WCDMA and HSDPA technology protected by the patents, including past and present development of the technology itself, testing of that technology and components, and technical support services to licensees. InterDigital's research activities with respect to CDMA technology date back to 1993 and continue today.

### A.    Investments in Research and Development, and Engineering

76.    InterDigital operates facilities in King of Prussia, Pennsylvania, and Melville, New York, that are used for the research and development and engineering of technology used in the 3G mobile handsets at issue and covered by the asserted patents.

77. In 1993, InterDigital began working on research and development of a CDMA technology at its Melville, New York facility. That work later transitioned into research and development of WCDMA technology. That WCDMA technology is utilized by handsets and PC cards today, including in the accused products, and is covered by the '004 and '966 patents. In 1997, InterDigital also began working on CDMA research and development projects at its King of Prussia location. Between 1993 and 1999, InterDigital employed between 21 and 130 engineering and technical staff, associated support personnel, and management personnel in that research.

78. From approximately 2000 to the present, InterDigital has been working at its Melville and King of Prussia locations on research and development projects that eventually resulted in HSDPA technology. HSDPA technology is covered by the '579 patent and is used by the accused handsets. InterDigital's HSDPA research and development work is directed at products and methods that use both the WCDMA technology and the HSDPA technology, and continues to this day. As a result, those accused HSDPA products use the technology in the '579 patent, as well as technologies covered by the '004 and '966 patents. From approximately 2000 to the present, InterDigital has employed between 12 and 162 engineering and technical staff, associated support personnel, and management personnel in the HSDPA research.

79. The value of InterDigital's plant and equipment and the specific number of employees involved in these research and development activities are disclosed in more detail in Confidential Exhibit 14, a revised version of which is attached to this Amended Complaint.

**B.    Investments in Licensing**

80. InterDigital has invested in personnel and resources to monitor the market, identify potential manufacturers and users of its 3G wireless technology, establish contacts with those

19

potential manufacturers and users, provide pre-licensing technical services, negotiate licenses, conduct technology transfers, and monitor licensee compliance with the licensing program.

81. InterDigital's 3G wireless technology licensing efforts include the '004, '966, and '579 patents.

82. InterDigital's investments in intellectual property and technology licensing operations attributable to domestic industry activities exploiting the '004, '966, and '579 patents are set forth in more detail in the revised Confidential Exhibit 14 attached to this Amended Complaint.

## XI.    RELIEF REQUESTED

83. WHEREFORE, by reason of the foregoing, Complainant InterDigital respectfully requests that the United States International Trade Commission:

(a)    Institute an immediate Investigation pursuant to Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337(a)(1)(B)(i) and (b)(1) with respect to violations of Section 337 based upon the importation, sale for importation, and sale after importation into the United States of infringing 3G mobile handsets and components thereof that infringe one or more of the asserted claims of InterDigital's United States Letters Patent Nos. 7,117,004, 7,190,966, or 6,973,579;

(b)    Schedule and conduct a hearing on said unlawful acts and, following said hearing;

(c)    Issue a permanent exclusion order pursuant to 19 U.S.C. § 1337(d)(1) barring from entry into the United States all infringing 3G mobile handsets and components thereof imported by or on behalf of any of the respondents;

(d)    Issue a permanent cease-and-desist order, pursuant to 19 U.S.C. § 1337(f), directing each respondent to cease and desist from importing, marketing, advertising, demonstrating, warehousing inventory for distribution, offering for sale, selling, distributing,

licensing, or using 3G mobile handsets or components thereof that infringe one or more claims of the asserted patents; and

(e)    Grant such other and further relief as the Commission deems just and proper based on the facts determined by the Investigation and the authority of the Commission.


Respectfully Submitted,


Dated: DRAFT

_____

Smith R. Brittingham IV
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Elizabeth A. Niemeyer
Rajeev Gupta

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Counsel for Complainants
InterDigital Communications, LLC and
InterDigital Technology Corporation

## VERIFICATION OF AMENDED COMPLAINT

I, Bruce G. Bernstein, declare, in accordance with 19 C.F.R. §§ 210.4 and 210.12(a), under penalty of perjury, that the following statements are true:

1. I am the Chief Intellectual Property and Licensing Officer for Complainant InterDigital Communications, LLC, as well as for Complainant InterDigital Technology Corporation. I am duly authorized to sign this Amended Complaint on behalf of both Complainants.

2. I have read the foregoing Amended Complaint.

3. To the best of my knowledge, information, and belief, based on reasonable inquiry, the foregoing Amended Complaint is well-founded in fact and is warranted by existing law or by a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

4. The allegations and other factual contentions have evidentiary support or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

5. The foregoing Amended Complaint is not being filed for an improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

Executed on:  October ____, 2007.          _____
                                           Bruce G. Bernstein
                                           Chief Intellectual Property and Licensing Officer
                                           InterDigital Communications, LLC


Executed on:  October ____, 2007          _____
                                           Bruce G. Bernstein
                                           General Patent Counsel
                                           InterDigital Technology Corporation

EXHIBIT 18

# EXHIBIT 18
## INFRINGEMENT OF U.S. PATENT NO. 6,973,579 – NOKIA N95

| CLAIM 1 | INTERDIGITAL'S INFRINGEMENT PROOFS<br><br>**Web Page from Nokia's Website (Exhibit 21)**<br>**TS 125.212, Version 5.10.0, Release 5 (Exhibit 19)** |
|---|---|
| 1. An apparatus comprising: | Nokia advertises on its website that the Nokia N95-3 handset (also known as the N95 handset) uses 3G wireless technology, including High Speed Downlink Packet Access (HSDPA). *See, e.g.*, Exhibit 21. Industry standard for 3G wireless technology specifies requirements that devices providing HSDPA capability must meet. *See, e.g.*, Exhibit 19. |
| an input configured to accept a user identification comprising L bits; and | As required by industry standard for HSDPA capable devices, the N95 includes an input for processing a 16-bit (L bits) User Equipment (UE) identity. *See, e.g.*, Exhibit 19, § 4.6.7. |
| a 1/2 rate convolutional encoder for processing at least the bits of the user identification by a 1/2 rate convolutional code to produce a code used for scrambling a high speed shared control channel (HS-SCCH). | As required by industry standard for HSDPA capable devices, the N95 includes a ½ rate convolutional encoder for "encoding the UE identity bits using the rate ½ convolutional coding" to generate an intermediate code word. *See, e.g.*, Exhibit 19, § 4.6.7.<br><br>As further required by industry standard, the N95 uses the intermediate code word to generate a 40-bit UE specific scrambling sequence, which is used for scrambling a shared control channel (HS-SCCH) associated with a high speed downlink shared channel (HS-DSCH). *See, e.g.*, Exhibit 19, §§ 3.3 & 4.6.7. |

**EXHIBIT 19**

# ETSI TS 125 212 V5.10.0 (2005-06)

*Technical Specification*

**Universal Mobile Telecommunications System (UMTS);**
**Multiplexing and channel coding (FDD)**
**(3GPP TS 25.212 version 5.10.0 Release 5)**



3GPP TS 25.212 version 5.10.0 Release 5              1              ETSI TS 125 212 V5.10.0 (2005-06)

Reference
RTS/TSGR-0125212v5a0

Keywords
UMTS

**ETSI**

650 Route des Lucioles
F-06921 Sophia Antipolis Cedex - FRANCE

Tel.: +33 4 92 94 42 00   Fax +33 4 93 65 47 16

Siret N° 348 623 562 00017 - NAF 742 C
Association à but non lucratif enregistrée à la
Sous-Préfecture de Grasse (06) N° 7803/88

---

***Important notice***

---

Individual copies of the present document can be downloaded from:
http://www.etsi.org

The present document may be made available in more than one electronic version or in print. In any case of existing or
perceived difference in contents between such versions, the reference version is the Portable Document Format (PDF).
In case of dispute, the reference shall be the printing on ETSI printers of the PDF version kept on a specific network drive
within ETSI Secretariat.

Users of the present document should be aware that the document may be subject to revision or change of status.
Information on the current status of this and other ETSI documents is available at
http://portal.etsi.org/tb/status/status.asp

If you find errors in the present document, please send your comment to one of the following services:
http://portal.etsi.org/chaircor/ETSI_support.asp

***Copyright Notification***

---

No part may be reproduced except as authorized by written permission.
The copyright and the foregoing restriction extend to reproduction in all media.

© European Telecommunications Standards Institute 2005.
All rights reserved.

DECT[TM], PLUGTESTS[TM] and UMTS[TM] are Trade Marks of ETSI registered for the benefit of its Members.
TIPHON[TM] and the TIPHON logo are Trade Marks currently being registered by ETSI for the benefit of its Members.
3GPP[TM] is a Trade Mark of ETSI registered for the benefit of its Members and of the 3GPP Organizational Partners.

# Intellectual Property Rights

IPRs essential or potentially essential to the present document may have been declared to ETSI. The information pertaining to these essential IPRs, if any, is publicly available for ETSI members and non-members, and can be found in ETSI SR 000 314: *"Intellectual Property Rights (IPRs); Essential, or potentially Essential, IPRs notified to ETSI in respect of ETSI standards"*, which is available from the ETSI Secretariat. Latest updates are available on the ETSI Web server (http://webapp.etsi.org/IPR/home.asp):

Pursuant to the ETSI IPR Policy, no investigation, including IPR searches, has been carried out by ETSI. No guarantee can be given as to the existence of other IPRs not referenced in ETSI SR 000 314 (or the updates on the ETSI Web server) which are, or may be, or may become, essential to the present document.

# Foreword

This Technical Specification (TS) has been produced by ETSI 3rd Generation Partnership Project (3GPP).

The present document may refer to technical specifications or reports using their 3GPP identities, UMTS identities or GSM identities. These should be interpreted as being references to the corresponding ETSI deliverables.

The cross reference between GSM, UMTS, 3GPP and ETSI identities can be found under http://webapp.etsi.org/key/queryform.asp .

3GPP TS 25.212 version 5.10.0 Release 5            3            ETSI TS 125 212 V5.10.0 (2005-06)

# Contents

Intellectual Property Rights ..................................................................................................................................2

Foreword ...............................................................................................................................................................2

Foreword ...............................................................................................................................................................6

1      Scope ...........................................................................................................................................................7

2      References ....................................................................................................................................................7

3      Definitions, symbols and abbreviations .....................................................................................................7
3.1        Definitions ..............................................................................................................................................7
3.2        Symbols ..................................................................................................................................................8
3.3        Abbreviations .........................................................................................................................................8

4      Multiplexing, channel coding and interleaving ..........................................................................................9
4.1        General ...................................................................................................................................................9
4.2        General coding/multiplexing of TrCHs .................................................................................................9
4.2.1          CRC attachment ................................................................................................................................13
4.2.1.1            CRC Calculation ..........................................................................................................................13
4.2.1.2            Relation between input and output of the CRC attachment block ...............................................13
4.2.2          Transport block concatenation and code block segmentation ..........................................................14
4.2.2.1            Concatenation of transport blocks ................................................................................................14
4.2.2.2            Code block segmentation ..............................................................................................................14
4.2.3          Channel coding .................................................................................................................................15
4.2.3.1            Convolutional coding ...................................................................................................................15
4.2.3.2            Turbo coding .................................................................................................................................16
4.2.3.2.1              Turbo coder ..............................................................................................................................16
4.2.3.2.2              Trellis termination for Turbo coder .........................................................................................17
4.2.3.2.3              Turbo code internal interleaver ................................................................................................17
4.2.3.3            Concatenation of encoded blocks ..................................................................................................21
4.2.4          Radio frame size equalisation ..........................................................................................................21
4.2.5          1st interleaving .................................................................................................................................21
4.2.5.1            Void ...............................................................................................................................................21
4.2.5.2            1st interleaver operation .............................................................................................................21
4.2.5.3            Relation between input and output of 1st interleaving in uplink .............................................22
4.2.5.4            Relation between input and output of 1st interleaving in downlink .........................................23
4.2.6          Radio frame segmentation ...............................................................................................................23
4.2.6.1            Relation between input and output of the radio frame segmentation block in uplink ...................23
4.2.6.2            Relation between input and output of the radio frame segmentation block in downlink ..............23
4.2.7          Rate matching ...................................................................................................................................23
4.2.7.1            Determination of rate matching parameters in uplink ...................................................................25
4.2.7.1.1              Determination of SF and number of PhCHs needed .................................................................25
4.2.7.2            Determination of rate matching parameters in downlink ...............................................................28
4.2.7.2.1              Determination of rate matching parameters for fixed positions of TrCHs ...............................28
4.2.7.2.2              Determination of rate matching parameters for flexible positions of TrCHs ...........................30
4.2.7.3            Bit separation and collection in uplink .........................................................................................32
4.2.7.3.1              Bit separation ...........................................................................................................................34
4.2.7.3.2              Bit collection ............................................................................................................................34
4.2.7.4            Bit separation and collection in downlink .....................................................................................35
4.2.7.4.1              Bit separation ...........................................................................................................................36
4.2.7.4.2              Bit collection ............................................................................................................................36
4.2.7.5            Rate matching pattern determination .............................................................................................37
4.2.8          TrCH multiplexing ...........................................................................................................................38
4.2.9          Insertion of discontinuous transmission (DTX) indication bits .......................................................38
4.2.9.1            1st insertion of DTX indication bits .............................................................................................38
4.2.9.2            2nd insertion of DTX indication bits ............................................................................................39
4.2.10         Physical channel segmentation .........................................................................................................40
4.2.10.1           Relation between input and output of the physical segmentation block in uplink .......................40

| | | |
|---|---|---|
| 4.2.10.2 | Relation between input and output of the physical segmentation block in downlink | 40 |
| 4.2.11 | 2nd interleaving | 40 |
| 4.2.12 | Physical channel mapping | 41 |
| 4.2.12.1 | Uplink | 42 |
| 4.2.12.2 | Downlink | 42 |
| 4.2.13 | Restrictions on different types of CCTrCHs | 42 |
| 4.2.13.1 | Uplink Dedicated channel (DCH) | 42 |
| 4.2.13.2 | Random Access Channel (RACH) | 42 |
| 4.2.13.3 | Void | 43 |
| 4.2.13.4 | Downlink Dedicated Channel (DCH) | 43 |
| 4.2.13.5 | Void | 43 |
| 4.2.13.6 | Broadcast channel (BCH) | 43 |
| 4.2.13.7 | Forward access and paging channels (FACH and PCH) | 43 |
| 4.2.13.8 | High Speed Downlink Shared Channel (HS-DSCH) associated with a DCH | 43 |
| 4.2.14 | Multiplexing of different transport channels into one CCTrCH, and mapping of one CCTrCH onto physical channels | 43 |
| 4.2.14.1 | Allowed CCTrCH combinations for one UE | 44 |
| 4.2.14.1.1 | Allowed CCTrCH combinations on the uplink | 44 |
| 4.2.14.1.2 | Allowed CCTrCH combinations on the downlink | 44 |
| 4.3 | Transport format detection | 44 |
| 4.3.1 | Blind transport format detection | 45 |
| 4.3.1a | Single transport format detection | 45 |
| 4.3.2 | Transport format detection based on TFCI | 46 |
| 4.3.3 | Coding of Transport-Format-Combination Indicator (TFCI) | 46 |
| 4.3.4 | Void | 47 |
| 4.3.5 | Mapping of TFCI words | 48 |
| 4.3.5.1 | Mapping of TFCI word in normal mode | 48 |
| 4.3.5.2 | Mapping of TFCI word in compressed mode | 48 |
| 4.3.5.2.1 | Uplink compressed mode | 48 |
| 4.3.5.2.2 | Downlink compressed mode | 48 |
| 4.4 | Compressed mode | 49 |
| 4.4.1 | Frame structure in the uplink | 49 |
| 4.4.2 | Frame structure types in the downlink | 50 |
| 4.4.3 | Transmission time reduction method | 50 |
| 4.4.3.1 | Void | 50 |
| 4.4.3.2 | Compressed mode by reducing the spreading factor by 2 | 50 |
| 4.4.3.3 | Compressed mode by higher layer scheduling | 50 |
| 4.4.4 | Transmission gap position | 51 |
| 4.5 | Coding for HS-DSCH | 52 |
| 4.5.1 | CRC attachment for HS-DSCH | 54 |
| 4.5.1a | Bit scrambling for HS-DSCH | 54 |
| 4.5.2 | Code block segmentation for HS-DSCH | 54 |
| 4.5.3 | Channel coding for HS-DSCH | 54 |
| 4.5.4 | Hybrid ARQ for HS-DSCH | 54 |
| 4.5.4.1 | HARQ bit separation | 55 |
| 4.5.4.2 | HARQ First Rate Matching Stage | 55 |
| 4.5.4.3 | HARQ Second Rate Matching Stage | 55 |
| 4.5.4.4 | HARQ bit collection | 56 |
| 4.5.5 | Physical channel segmentation for HS-DSCH | 57 |
| 4.5.6 | Interleaving for HS-DSCH | 57 |
| 4.5.7 | Constellation re-arrangement for 16 QAM | 58 |
| 4.5.8 | Physical channel mapping for HS-DSCH | 58 |
| 4.6 | Coding for HS-SCCH | 58 |
| 4.6.1 | Overview | 59 |
| 4.6.2 | HS-SCCH information field mapping | 60 |
| 4.6.2.1 | Redundancy and constellation version coding | 60 |
| 4.6.2.2 | Modulation scheme mapping | 60 |
| 4.6.2.3 | Channelization code-set mapping | 60 |
| 4.6.2.4 | UE identity mapping | 60 |
| 4.6.2.5 | HARQ process identifier mapping | 61 |
| 4.6.2.6 | Transport block size index mapping | 61 |
| 4.6.3 | Multiplexing of HS-SCCH information | 61 |

4.6.4       CRC attachment for HS-SCCH .................................................................................................61
4.6.5       Channel coding for HS-SCCH ...............................................................................................61
4.6.6       Rate matching for HS-SCCH ..................................................................................................62
4.6.7       UE specific masking for HS-SCCH ........................................................................................62
4.6.8       Physical channel mapping for HS-SCCH ..............................................................................62
4.7       Coding for HS-DPCCH ...........................................................................................................62
4.7.1       Channel coding for HS-DPCCH .............................................................................................63
4.7.1.1         Channel coding for HS-DPCCH HARQ-ACK .....................................................................63
4.7.1.2         Channel coding for HS-DPCCH channel quality information ................................................63
4.7.2       Physical channel mapping for HS-DPCCH ............................................................................64

Annex A (informative):       Blind transport format detection ...............................................65

A.1   Blind transport format detection using fixed positions ..............................................................65
A.1.1     Blind transport format detection using received power ratio ...................................................65
A.1.2     Blind transport format detection using CRC ...........................................................................65

Annex B (informative):       Compressed mode idle lengths .................................................68

B.1   Idle lengths for DL, UL and DL+UL compressed mode .............................................................68

Annex C (informative):       Change history ........................................................................70

History .......................................................................................................................................73

# Foreword

This Technical Specification (TS) has been produced by the 3rd Generation Partnership Project (3GPP).

The contents of the present document are subject to continuing work within the TSG and may change following formal TSG approval. Should the TSG modify the contents of the present document, it will be re-released by the TSG with an identifying change of release date and an increase in version number as follows:

Version x.y.z

where:

x    the first digit:

1    presented to TSG for information;

2    presented to TSG for approval;

3    or greater indicates TSG approved document under change control.

y    the second digit is incremented for all changes of substance, i.e. technical enhancements, corrections, updates, etc.

z    the third digit is incremented when editorial only changes have been incorporated in the document.

# 1     Scope

The present document describes the characteristics of the Layer 1 multiplexing and channel coding in the FDD mode of UTRA.

# 2     References

The following documents contain provisions which, through reference in this text, constitute provisions of the present document.

- References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific.
- For a specific reference, subsequent revisions do not apply.
- For a non-specific reference, the latest version applies.

| [1] | 3GPP TS 25.201: "Physical layer - General Description". |
|---|---|
| [2] | 3GPP TS 25.211: "Physical channels and mapping of transport channels onto physical channels (FDD)". |
| [3] | 3GPP TS 25.213: "Spreading and modulation (FDD)". |
| [4] | 3GPP TS 25.214: "Physical layer procedures (FDD)". |
| [5] | 3GPP TS 25.215: "Physical layer – Measurements (FDD)". |
| [6] | 3GPP TS 25.221: "Physical channels and mapping of transport channels onto physical channels (TDD)". |
| [7] | 3GPP TS 25.222: "Multiplexing and channel coding (TDD)". |
| [8] | 3GPP TS 25.223: "Spreading and modulation (TDD)". |
| [9] | 3GPP TS 25.224: "Physical layer procedures (TDD)". |
| [10] | 3GPP TS 25.225: "Physical layer – Measurements (TDD)". |
| [11] | 3GPP TS 25.302: "Services Provided by the Physical Layer". |
| [12] | 3GPP TS 25.402: "Synchronisation in UTRAN, Stage 2". |
| [13] | 3GPP TS 25.331: "Radio Resource Control (RRC); Protocol Specification". |
| [14] | ITU-T Recommendation X.691 (12/97) "Information technology - ASN.1 encoding rules: Specification of Packed Encoding Rules (PER)" |

# 3     Definitions, symbols and abbreviations

## 3.1     Definitions

For the purposes of the present document, the following terms and definitions apply:

**TG:** Transmission Gap is consecutive empty slots that have been obtained with a transmission time reduction method. The transmission gap can be contained in one or two consecutive radio frames.

**TGL:** Transmission Gap Length is the number of consecutive empty slots that have been obtained with a transmission time reduction method. $0 \leq TGL \leq 14$. The CFNs of the radio frames containing the first empty slot of the transmission

gaps, the CFNs of the radio frames containing the last empty slot, the respective positions $N_{first}$ and $N_{last}$ within these frames of the first and last empty slots of the transmission gaps, and the transmission gap lengths can be calculated with the compressed mode parameters described in [5].

TrCH number: The transport channel number identifies a TrCH in the context of L1. The L3 transport channel identity (TrCH ID) maps onto the L1 transport channel number. The mapping between the transport channel number and the TrCH ID is as follows: TrCH 1 corresponds to the TrCH with the lowest TrCH ID, TrCH 2 corresponds to the TrCH with the next lowest TrCH ID and so on.

## 3.2      Symbols

For the purposes of the present document, the following symbols apply:

| | |
|---|---|
| $\lceil x \rceil$ | round towards $\infty$, i.e. integer such that $x \le \lceil x \rceil < x+1$ |
| $\lfloor x \rfloor$ | round towards $-\infty$, i.e. integer such that $x-1 < \lfloor x \rfloor \le x$ |
| $\lvert x \rvert$ | absolute value of $x$ |
| $\mathrm{sgn}(x)$ | signum function, i.e. $\mathrm{sgn}(x) = \begin{cases} 1; & x \ge 0 \\ -1; & x < 0 \end{cases}$ |
| $N_{first}$ | The first slot in the $TG$, located in the first compressed radio frame if the TG spans two frames. |
| $N_{last}$ | The last slot in the $TG$, located in the second compressed radio frame if the TG spans two frames. |
| $N_{tr}$ | Number of transmitted slots in a radio frame. |

Unless otherwise is explicitly stated when the symbol is used, the meaning of the following symbols is:

| | |
|---|---|
| $i$ | TrCH number |
| $j$ | TFC number |
| $k$ | Bit number |
| $l$ | TF number |
| $m$ | Transport block number |
| $n_i$ | Radio frame number of TrCH $i$. |
| $p$ | PhCH number |
| $r$ | Code block number |
| $I$ | Number of TrCHs in a CCTrCH. |
| $C_i$ | Number of code blocks in one TTI of TrCH $i$. |
| $F_i$ | Number of radio frames in one TTI of TrCH $i$. |
| $M_i$ | Number of transport blocks in one TTI of TrCH $i$. |
| $N_{data,j}$ | Number of data bits that are available for the CCTrCH in a radio frame with TFC $j$. |
| $N^{cm}_{data,j}$ | Number of data bits that are available for the CCTrCH in a compressed radio frame with TFC $j$. |
| $P$ | Number of PhCHs used for one CCTrCH. |
| $PL$ | Puncturing Limit for the uplink. Signalled from higher layers |
| $RM_i$ | Rate Matching attribute for TrCH $i$. Signalled from higher layers. |

Temporary variables, i.e. variables used in several (sub)clauses with different meaning.

$x, X$
$y, Y$
$z, Z$

## 3.3      Abbreviations

For the purposes of the present document, the following abbreviations apply:

| | |
|---|---|
| ARQ | Automatic Repeat Request |
| BCH | Broadcast Channel |
| BER | Bit Error Rate |
| BLER | Block Error Rate |
| BS | Base Station |
| CCPCH | Common Control Physical Channel |
| CCTrCH | Coded Composite Transport Channel |

| | |
|---|---|
| CFN | Connection Frame Number |
| CRC | Cyclic Redundancy Check |
| DCH | Dedicated Channel |
| DL | Downlink (Forward link) |
| DPCCH | Dedicated Physical Control Channel |
| DPCH | Dedicated Physical Channel |
| DPDCH | Dedicated Physical Data Channel |
| DS-CDMA | Direct-Sequence Code Division Multiple Access |
| DTX | Discontinuous Transmission |
| FACH | Forward Access Channel |
| FDD | Frequency Division Duplex |
| FER | Frame Error Rate |
| GF | Galois Field |
| HARQ | Hybrid Automatic Repeat reQuest |
| HS-DPCCH | Dedicated Physical Control Channel (uplink) for HS-DSCH |
| HS-DSCH | High Speed Downlink Shared Channel |
| HS-PDSCH | High Speed Physical Downlink Shared Channel |
| HS-SCCH | Shared Control Channel for HS-DSCH |
| MAC | Medium Access Control |
| Mcps | Mega Chip Per Second |
| MS | Mobile Station |
| OVSF | Orthogonal Variable Spreading Factor (codes) |
| PCCC | Parallel Concatenated Convolutional Code |
| PCH | Paging Channel |
| PhCH | Physical Channel |
| PRACH | Physical Random Access Channel |
| RACH | Random Access Channel |
| RSC | Recursive Systematic Convolutional Coder |
| RV | Redundancy Version |
| RX | Receive |
| SCH | Synchronisation Channel |
| SF | Spreading Factor |
| SFN | System Frame Number |
| SIR | Signal-to-Interference Ratio |
| SNR | Signal to Noise Ratio |
| TF | Transport Format |
| TFC | Transport Format Combination |
| TFCI | Transport Format Combination Indicator |
| TPC | Transmit Power Control |
| TrCH | Transport Channel |
| TTI | Transmission Time Interval |
| TX | Transmit |
| UL | Uplink (Reverse link) |

# 4    Multiplexing, channel coding and interleaving

## 4.1    General

Data stream from/to MAC and higher layers (Transport block / Transport block set) is encoded/decoded to offer transport services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channels mapping onto/splitting from physical channels.

## 4.2    General coding/multiplexing of TrCHs

This section only applies to the transport channels: DCH, RACH, BCH, FACH and PCH. Other transport channels which do not use the general method are described separately below.

Data arrives to the coding/multiplexing unit in form of transport block sets once every transmission time interval. The transmission time interval is transport-channel specific from the set {10 ms; 20 ms, 40 ms, 80 ms}, where 80 ms TTI for DCH shall not be used unless SF=512.

The following coding/multiplexing steps can be identified:

- add CRC to each transport block (see subclause 4.2.1);

- transport block concatenation and code block segmentation (see subclause 4.2.2);

- channel coding (see subclause 4.2.3);

- radio frame equalisation (see subclause 4.2.4);

- rate matching (see subclause 4.2.7);

- insertion of discontinuous transmission (DTX) indication bits (see subclause 4.2.9);

- interleaving (two steps, see subclauses 4.2.5 and 4.2.11);

- radio frame segmentation  (see subclause 4.2.6);

- multiplexing of transport channels (see subclause 4.2.8);

- physical channel segmentation (see subclause 4.2.10);

- mapping to physical channels (see subclause 4.2.12).

The coding/multiplexing steps for uplink and downlink are shown in figure 1 and figure 2 respectively.



**Figure 1: Transport channel multiplexing structure for uplink**



**Figure 2: Transport channel multiplexing structure for downlink**

The single output data stream from the TrCH multiplexing, including DTX indication bits in downlink, is denoted *Coded Composite Transport Channel (CCTrCH)*. A CCTrCH can be mapped to one or several physical channels.

## 4.2.1    CRC attachment

Error detection is provided on transport blocks through a Cyclic Redundancy Check (CRC). The size of the CRC is 24, 16, 12, 8 or 0 bits and it is signalled from higher layers what CRC size that should be used for each TrCH.

### 4.2.1.1    CRC Calculation

The entire transport block is used to calculate the CRC parity bits for each transport block. The parity bits are generated by one of the following cyclic generator polynomials:

-   $g_{CRC24}(D) = D^{24} + D^{23} + D^6 + D^5 + D + 1$;

-   $g_{CRC16}(D) = D^{16} + D^{12} + D^5 + 1$;

-   $g_{CRC12}(D) = D^{12} + D^{11} + D^3 + D^2 + D + 1$;

-   $g_{CRC8}(D) = D^8 + D^7 + D^4 + D^3 + D + 1$.

Denote the bits in a transport block delivered to layer 1 by $a_{im1}, a_{im2}, a_{im3}, \ldots, a_{imA_i}$, and the parity bits by $p_{im1}, p_{im2}, p_{im3}, \ldots, p_{imL_i}$. $A_i$ is the size of a transport block of TrCH $i$, $m$ is the transport block number, and $L_i$ is the number of parity bits. $L_i$ can take the values 24, 16, 12, 8, or 0 depending on what is signalled from higher layers.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$$a_{im1}D^{A_i+23} + a_{im2}D^{A_i+22} + \ldots + a_{imA_i}D^{24} + p_{im1}D^{23} + p_{im2}D^{22} + \ldots + p_{im23}D^1 + p_{im24}$$

yields a remainder equal to 0 when divided by $g_{CRC24}(D)$, polynomial:

$$a_{im1}D^{A_i+15} + a_{im2}D^{A_i+14} + \ldots + a_{imA_i}D^{16} + p_{im1}D^{15} + p_{im2}D^{14} + \ldots + p_{im15}D^1 + p_{im16}$$

yields a remainder equal to 0 when divided by $g_{CRC16}(D)$, polynomial:

$$a_{im1}D^{A_i+11} + a_{im2}D^{A_i+10} + \ldots + a_{imA_i}D^{12} + p_{im1}D^{11} + p_{im2}D^{10} + \ldots + p_{im11}D^1 + p_{im12}$$

yields a remainder equal to 0 when divided by $g_{CRC12}(D)$ and polynomial:

$$a_{im1}D^{A_i+7} + a_{im2}D^{A_i+6} + \ldots + a_{imA_i}D^8 + p_{im1}D^7 + p_{im2}D^6 + \ldots + p_{im7}D^1 + p_{im8}$$

yields a remainder equal to 0 when divided by $g_{CRC8}(D)$.

If no transport blocks are input to the CRC calculation ($M_i = 0$), no CRC attachment shall be done. If transport blocks are input to the CRC calculation ($M_i \neq 0$) and the size of a transport block is zero ($A_i = 0$), CRC shall be attached, i.e. all parity bits equal to zero.

### 4.2.1.2    Relation between input and output of the CRC attachment block

The bits after CRC attachment are denoted by $b_{im1}, b_{im2}, b_{im3}, \ldots, b_{imB_i}$, where $B_i = A_i + L_i$. The relation between $a_{imk}$ and $b_{imk}$ is:

$$b_{imk} = a_{imk} \qquad k = 1, 2, 3, \ldots, A_i$$

$$b_{imk} = p_{im(L_i+1-(k-A_i))} \quad k = A_i + 1, A_i + 2, A_i + 3, \ldots, A_i + L_i$$

## 4.2.2    Transport block concatenation and code block segmentation

All transport blocks in a TTI are serially concatenated. If the number of bits in a TTI is larger than $Z$, the maximum size of a code block in question, then code block segmentation is performed after the concatenation of the transport blocks. The maximum size of the code blocks depends on whether convolutional coding or turbo coding is used for the TrCH.

### 4.2.2.1    Concatenation of transport blocks

The bits input to the transport block concatenation are denoted by $b_{im1}, b_{im2}, b_{im3}, \ldots, b_{imB_i}$ where $i$ is the TrCH number, $m$ is the transport block number, and $B_i$ is the number of bits in each block (including CRC). The number of transport blocks on TrCH $i$ is denoted by $M_i$. The bits after concatenation are denoted by $x_{i1}, x_{i2}, x_{i3}, \ldots, x_{iX_i}$, where $i$ is the TrCH number and $X_i = M_i B_i$. They are defined by the following relations:

$$x_{ik} = b_{i1k} \quad k = 1, 2, \ldots, B_i$$

$$x_{ik} = b_{i,2,(k-B_i)} \quad k = B_i + 1, B_i + 2, \ldots, 2B_i$$

$$x_{ik} = b_{i,3,(k-2B_i)} \quad k = 2B_i + 1, 2B_i + 2, \ldots, 3B_i$$

$$\ldots$$

$$x_{ik} = b_{i,M_i,(k-(M_i-1)B_i)} \quad k = (M_i - 1)B_i + 1, (M_i - 1)B_i + 2, \ldots, M_i B_i$$

### 4.2.2.2    Code block segmentation

Segmentation of the bit sequence from transport block concatenation is performed if $X_i > Z$. The code blocks after segmentation are of the same size. The number of code blocks on TrCH $i$ is denoted by $C_i$. If the number of bits input to the segmentation, $X_i$, is not a multiple of $C_i$, filler bits are added to the beginning of the first block. If turbo coding is selected and $X_i < 40$, filler bits are added to the beginning of the code block. The filler bits are transmitted and they are always set to 0. The maximum code block sizes are:

-    convolutional coding: $Z = 504$;

-    turbo coding: $Z = 5114$.

The bits output from code block segmentation, for $C_i \neq 0$, are denoted by $o_{ir1}, o_{ir2}, o_{ir3}, \ldots, o_{irK_i}$, where $i$ is the TrCH number, $r$ is the code block number, and $K_i$ is the number of bits per code block.

Number of code blocks:

$$C_i = \lceil X_i / Z \rceil$$

Number of bits in each code block (applicable for $C_i \neq 0$ only):

if $X_i < 40$ and Turbo coding is used, then

$$K_i = 40$$

else

$$K_i = \lceil X_i / C_i \rceil$$

end if

Number of filler bits: $Y_i = C_i K_i - X_i$

for $k = 1$ to $Y_i$          – Insertion of filler bits

$$o_{i1k} = 0$$

end for

for $k = Y_i+1$ to $K_i$

$$O_{iik} = x_{i,(k-Y_i)}$$

end for

$r = 2$                    -- Segmentation

while $r \leq C_i$

    for $k = 1$ to $K_i$

    $$o_{irk} = x_{i,(k+(r-1)\cdot K_i-Y_i)\,i}$$

    end for

    $r = r+1$

end while

## 4.2.3     Channel coding

Code blocks are delivered to the channel coding block. They are denoted by $o_{ir1}, o_{ir2}, o_{ir3}, \ldots, o_{irK_i}$, where $i$ is the TrCH number, $r$ is the code block number, and $K_i$ is the number of bits in each code block. The number of code blocks on TrCH $i$ is denoted by $C_i$. After encoding the bits are denoted by $y_{ir1}, y_{ir2}, y_{ir3}, \ldots, y_{irY_i}$, where $Y_i$ is the number of encoded bits. The relation between $o_{irk}$ and $y_{irk}$ and between $K_i$ and $Y_i$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to TrCHs:

-   convolutional coding;

-   turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 1.

The values of $Y_i$ in connection with each coding scheme:

-   convolutional coding with rate 1/2: $Y_i = 2*K_i + 16$; rate 1/3: $Y_i = 3*K_i + 24$;

-   turbo coding with rate 1/3: $Y_i = 3*K_i + 12$.

**Table 1: Usage of channel coding scheme and coding rate**

| Type of TrCH | Coding scheme | Coding rate |
|---|---|---|
| BCH | Convolutional coding | 1/2 |
| PCH | | |
| RACH | | |
| DCH, FACH | | 1/3, 1/2 |
| | Turbo coding | 1/3 |

### 4.2.3.1     Convolutional coding

Convolutional codes with constraint length 9 and coding rates 1/3 and 1/2 are defined.

The configuration of the convolutional coder is presented in figure 3.

Output from the rate 1/3 convolutional coder shall be done in the order output0, output1, output2, output0, output1, output 2, output 0,…,output2. Output from the rate 1/2 convolutional coder shall be done in the order output 0, output 1, output 0, output 1, output 0, …, output 1.

8 tail bits with binary value 0 shall be added to the end of the code block before encoding.

The initial value of the shift register of the coder shall be "all 0" when starting to encode the input bits.



(a)  Rate 1/2 convolutional coder



(b)  Rate 1/3 convolutional coder

**Figure 3: Rate 1/2 and rate 1/3 convolutional coders**

### 4.2.3.2    Turbo coding

#### 4.2.3.2.1        Turbo coder

The scheme of Turbo coder is a Parallel Concatenated Convolutional Code (PCCC) with two 8-state constituent encoders and one Turbo code internal interleaver. The coding rate of Turbo coder is 1/3. The structure of Turbo coder is illustrated in figure 4.

The transfer function of the 8-state constituent code for PCCC is:

$$G(D) = \left[ 1, \frac{g_1(D)}{g_0(D)} \right],$$

where

$$g_0(D) = 1 + D^2 + D^3,$$

$$g_1(D) = 1 + D + D^3.$$

The initial value of the shift registers of the 8-state constituent encoders shall be all zeros when starting to encode the input bits.

Output from the Turbo coder is

$$x_1, z_1, z'_1, x_2, z_2, z'_2, \ldots, x_K, z_K, z'_K,$$

where $x_1, x_2, \ldots, x_K$ are the bits input to the Turbo coder i.e. both first 8-state constituent encoder and Turbo code internal interleaver, and $K$ is the number of bits, and $z_1, z_2, \ldots, z_K$ and $z'_1, z'_2, \ldots, z'_K$ are the bits output from first and second 8-state constituent encoders, respectively.

The bits output from Turbo code internal interleaver are denoted by $x'_1, x'_2, \ldots, x'_K$, and these bits are to be input to the second 8-state constituent encoder.



**Figure 4: Structure of rate 1/3 Turbo coder (dotted lines apply for trellis termination only)**

### 4.2.3.2.2    Trellis termination for Turbo coder

Trellis termination is performed by taking the tail bits from the shift register feedback after all information bits are encoded. Tail bits are padded after the encoding of information bits.

The first three tail bits shall be used to terminate the first constituent encoder (upper switch of figure 4 in lower position) while the second constituent encoder is disabled. The last three tail bits shall be used to terminate the second constituent encoder (lower switch of figure 4 in lower position) while the first constituent encoder is disabled.

The transmitted bits for trellis termination shall then be:

$$x_{K+1}, z_{K+1}, x_{K+2}, z_{K+2}, x_{K+3}, z_{K+3}, x'_{K+1}, z'_{K+1}, x'_{K+2}, z'_{K+2}, x'_{K+3}, z'_{K+3}.$$

### 4.2.3.2.3    Turbo code internal interleaver

The Turbo code internal interleaver consists of bits-input to a rectangular matrix with padding, intra-row and inter-row permutations of the rectangular matrix, and bits-output from the rectangular matrix with pruning. The bits input to the Turbo code internal interleaver are denoted by $x_1, x_2, x_3, \ldots, x_K$, where $K$ is the integer number of the bits and takes one value of $40 \leq K \leq 5114$. The relation between the bits input to the Turbo code internal interleaver and the bits input to the channel coding is defined by $x_k = o_{irk}$ and $K = K_i$.

The following subclause specific symbols are used in subclauses 4.2.3.2.3.1 to 4.2.3.2.3.3:

| | |
|---|---|
| $K$ | Number of bits input to Turbo code internal interleaver |
| $R$ | Number of rows of rectangular matrix |
| $C$ | Number of columns of rectangular matrix |
| $p$ | Prime number |
| $v$ | Primitive root |
| $\langle s(j)\rangle_{j\in\{0,1,\cdots,p-2\}}$ | Base sequence for intra-row permutation |
| $q_l$ | Minimum prime integers |
| $r_l$ | Permuted prime integers |

$\langle T(i)\rangle_{i\in\{0,1,\cdots,R-1\}}$     Inter-row permutation pattern

$\langle U_i(j)\rangle_{j\in\{0,1,\cdots,C-1\}}$     Intra-row permutation pattern of $i$-th row

$i$     Index of row number of rectangular matrix

$j$     Index of column number of rectangular matrix

$k$     Index of bit sequence

### 4.2.3.2.3.1          Bits-input to rectangular matrix with padding

The bit sequence $x_1, x_2, x_3, \ldots, x_K$ input to the Turbo code internal interleaver is written into the rectangular matrix as follows.

(1) Determine the number of rows of the rectangular matrix, $R$, such that:

$$R = \begin{cases} 5, & \text{if } (40 \leq K \leq 159) \\ 10, & \text{if } ((160 \leq K \leq 200) \text{ or } (481 \leq K \leq 530)) \\ 20, & \text{if } (K = \text{any other value}) \end{cases}.$$

The rows of rectangular matrix are numbered 0, 1, ..., $R - 1$ from top to bottom.

(2) Determine the prime number to be used in the intra-permutation, $p$, and the number of columns of rectangular matrix, $C$, such that:

if $(481 \leq K \leq 530)$ then

    $p = 53$ and $C = p$.

else

    Find minimum prime number $p$ from table 2 such that

      $K \leq R \times (p+1)$,

    and determine $C$ such that

$$C = \begin{cases} p-1 & \text{if} \quad K \leq R \times (p-1) \\ p & \text{if} \quad R \times (p-1) < K \leq R \times p \\ p+1 & \text{if} \quad R \times p < K \end{cases}.$$

end if

The columns of rectangular matrix are numbered 0, 1, ..., $C - 1$ from left to right.

**Table 2: List of prime number $p$ and associated primitive root $v$**

| $p$ | $v$ | $p$ | $v$ | $p$ | $v$ | $p$ | $v$ | $p$ | $v$ |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 3 | 47 | 5 | 101 | 2 | 157 | 5 | 223 | 3 |
| 11 | 2 | 53 | 2 | 103 | 5 | 163 | 2 | 227 | 2 |
| 13 | 2 | 59 | 2 | 107 | 2 | 167 | 5 | 229 | 6 |
| 17 | 3 | 61 | 2 | 109 | 6 | 173 | 2 | 233 | 3 |
| 19 | 2 | 67 | 2 | 113 | 3 | 179 | 2 | 239 | 7 |
| 23 | 5 | 71 | 7 | 127 | 3 | 181 | 2 | 241 | 7 |
| 29 | 2 | 73 | 5 | 131 | 2 | 191 | 19 | 251 | 6 |
| 31 | 3 | 79 | 3 | 137 | 3 | 193 | 5 | 257 | 3 |
| 37 | 2 | 83 | 2 | 139 | 2 | 197 | 2 | | |
| 41 | 6 | 89 | 3 | 149 | 2 | 199 | 3 | | |
| 43 | 3 | 97 | 5 | 151 | 6 | 211 | 2 | | |

(3) Write the input bit sequence $x_1, x_2, x_3, ..., x_K$ into the $R \times C$ rectangular matrix row by row starting with bit $y_1$ in column 0 of row 0:

$$\begin{bmatrix} y_1 & y_2 & y_3 & \cdots & y_C \\ y_{(C+1)} & y_{(C+2)} & y_{(C+3)} & \cdots & y_{2C} \\ \vdots & \vdots & \vdots & & \vdots \\ y_{((R-1)C+1)} & y_{((R-1)C+2)} & y_{((R-1)C+3)} & \cdots & y_{R\times C} \end{bmatrix}$$

where $y_k = x_k$ for $k = 1, 2, ..., K$ and if $R \times C > K$, the dummy bits are padded such that $y_k = 0$ or $1$ for $k = K+1, K+2, ..., R \times C$. These dummy bits are pruned away from the output of the rectangular matrix after intra-row and inter-row permutations.

4.2.3.2.3.2          Intra-row and inter-row permutations

After the bits-input to the $R \times C$ rectangular matrix, the intra-row and inter-row permutations for the $R \times C$ rectangular matrix are performed stepwise by using the following algorithm with steps (1) – (6):

(1) Select a primitive root $v$ from table 2 in section 4.2.3.2.3.1, which is indicated on the right side of the prime number $p$.

(2) Construct the base sequence $\langle s(j) \rangle_{j \in \{0,1,\cdots,p-2\}}$ for intra-row permutation as:

$s(j) = (v \times s(j-1)) \bmod p$, $j = 1, 2, ..., (p-2)$, and $s(0) = 1$.

(3) Assign $q_0 = 1$ to be the first prime integer in the sequence $\langle q_i \rangle_{i \in \{0,1,\cdots,R-1\}}$, and determine the prime integer $q_i$ in the sequence $\langle q_i \rangle_{i \in \{0,1,\cdots,R-1\}}$ to be a least prime integer such that g.c.d$(q_i, p-1) = 1$, $q_i > 6$, and $q_i > q_{(i-1)}$ for each $i = 1, 2, ..., R-1$. Here g.c.d. is greatest common divisor.

(4) Permute the sequence $\langle q_i \rangle_{i \in \{0,1,\cdots,R-1\}}$ to make the sequence $\langle r_i \rangle_{i \in \{0,1,\cdots,R-1\}}$ such that

$r_{T(i)} = q_i$, $i = 0, 1, ..., R-1$;

where $\langle T(i) \rangle_{i \in \{0,1,\cdots,R-1\}}$ is the inter-row permutation pattern defined as the one of the four kind of patterns, which are shown in table 3, depending on the number of input bits $K$.

**Table 3: Inter-row permutation patterns for Turbo code internal interleaver**

| Number of input bits $K$ | Number of rows $R$ | Inter-row permutation patterns $<T(0), T(1), ..., T(R - 1)>$ |
|---|---|---|
| $(40 \leq K \leq 159)$ | 5 | $<4, 3, 2, 1, 0>$ |
| $(160 \leq K \leq 200)$ or $(481 \leq K \leq 530)$ | 10 | $<9, 8, 7, 6, 5, 4, 3, 2, 1, 0>$ |
| $(2281 \leq K \leq 2480)$ or $(3161 \leq K \leq 3210)$ | 20 | $<19, 9, 14, 4, 0, 2, 5, 7, 12, 18, 16, 13, 17, 15, 3, 1, 6, 11, 8, 10>$ |
| $K =$ any other value | 20 | $<19, 9, 14, 4, 0, 2, 5, 7, 12, 18, 10, 8, 13, 17, 3, 1, 16, 6, 15, 11>$ |

(5) Perform the $i$-th ($i = 0, 1, ..., R - 1$) intra-row permutation as:

   if $(C = p)$ then

   $$U_i(j) = s\left((j \times r_i) \bmod (p-1)\right), \quad j = 0, 1, ..., (p - 2), \text{ and } U_i(p - 1) = 0,$$

   where $U_i(j)$ is the original bit position of $j$-th permuted bit of $i$-th row.

   end if

   if $(C = p + 1)$ then

   $$U_i(j) = s\left((j \times r_i) \bmod (p-1)\right), \quad j = 0, 1, ..., (p - 2). \ U_i(p - 1) = 0, \text{ and } U_i(p) = p,$$

   where $U_i(j)$ is the original bit position of $j$-th permuted bit of $i$-th row, and

      if $(K = R \times C)$ then

         Exchange $U_{R-1}(p)$ with $U_{R-1}(0)$.

      end if

   end if

   if $(C = p - 1)$ then

   $$U_i(j) = s\left((j \times r_i) \bmod (p-1)\right) - 1, \quad j = 0, 1, ..., (p - 2),$$

   where $U_i(j)$ is the original bit position of $j$-th permuted bit of $i$-th row.

   end if

(6) Perform the inter-row permutation for the rectangular matrix based on the pattern $\left\langle T(i) \right\rangle_{i \in [0,1,\cdots,R-1]}$,

   where $T(i)$ is the original row position of the $i$-th permuted row.

### 4.2.3.2.3.3    Bits-output from rectangular matrix with pruning

After intra-row and inter-row permutations, the bits of the permuted rectangular matrix are denoted by $y'_k$:

$$\begin{bmatrix} y'_1 & y'_{(R+1)} & y'_{(2R+1)} & \cdots & y'_{((C-1)R+1)} \\ y'_2 & y'_{(R+2)} & y'_{(2R+2)} & \cdots & y'_{((C-1)R+2)} \\ \vdots & \vdots & \vdots & \cdots & \vdots \\ y'_R & y'_{2R} & y'_{3R} & \cdots & y'_{C \times R} \end{bmatrix}$$

The output of the Turbo code internal interleaver is the bit sequence read out column by column from the intra-row and inter-row permuted $R \times C$ rectangular matrix starting with bit $y'_1$ in row 0 of column 0 and ending with bit $y'_{CR}$ in row $R - 1$ of column $C - 1$. The output is pruned by deleting dummy bits that were padded to the input of the rectangular matrix before intra-row and inter row permutations, i.e. bits $y'_k$ that corresponds to bits $y_k$ with $k > K$ are removed from the output. The bits output from Turbo code internal interleaver are denoted by $x'_1, x'_2, ..., x'_K$, where $x'_1$ corresponds to the bit $y'_k$ with smallest index $k$ after pruning, $x'_2$ to the bit $y'_k$ with second smallest index $k$ after pruning, and so on. The number of bits output from Turbo code internal interleaver is $K$ and the total number of pruned bits is:

$$R \times C - K.$$

### 4.2.3.3        Concatenation of encoded blocks

After the channel coding for each code block, if $C_i$ is greater than 1, the encoded blocks are serially concatenated so that the block with lowest index $r$ is output first from the channel coding block, otherwise the encoded block is output from channel coding block as it is. The bits output are denoted by $c_{i1}, c_{i2}, c_{i3}, ..., c_{iE_i}$, where $i$ is the TrCH number and $E_i = C_i Y_i$. The output bits are defined by the following relations:

$$c_{ik} = y_{i1k} \quad k = 1, 2, ..., Y_i$$

$$c_{ik} = y_{i,2,(k-Y_i)} \quad k = Y_i + 1, Y_i + 2, ..., 2Y_i$$

$$c_{ik} = y_{i,3,(k-2Y_i)} \quad k = 2Y_i + 1, 2Y_i + 2, ..., 3Y_i$$

$$...$$

$$c_{ik} = y_{i,C_i,(k-(C_i-1)Y_i)} \quad k = (C_i - 1)Y_i + 1, (C_i - 1)Y_i + 2, ..., C_iY_i$$

If no code blocks are input to the channel coding ($C_i = 0$), no bits shall be output from the channel coding, i.e. $E_i = 0$.

### 4.2.4        Radio frame size equalisation

Radio frame size equalisation is padding the input bit sequence in order to ensure that the output can be segmented in $F_i$ data segments of same size as described in subclause 4.2.7. Radio frame size equalisation is only performed in the UL.

The input bit sequence to the radio frame size equalisation is denoted by $c_{i1}, c_{i2}, c_{i3}, ..., c_{iE_i}$, where $i$ is TrCH number and $E_i$ the number of bits. The output bit sequence is denoted by $t_{i1}, t_{i2}, t_{i3}, ..., t_{iT_i}$, where $T_i$ is the number of bits. The output bit sequence is derived as follows:

- $t_{ik} = c_{ik}$ for $k = 1 ... E_i$; and

- $t_{ik} = \{0, 1\}$ for $k = E_i + 1 ... T_i$, if $E_i < T_i$;

where

- $T_i = F_i * N_i$; and

- $N_i = \lceil E_i / F_i \rceil$ is the number of bits per segment after size equalisation.

### 4.2.5        1st interleaving

### 4.2.5.1        Void

### 4.2.5.2        1st interleaver operation

The 1st interleaving is a block interleaver with inter-column permutations. The input bit sequence to the block interleaver is denoted by $x_{i,1}, x_{i,2}, x_{i,3}, ..., x_{i,X_i}$, where $i$ is TrCH number and $X_i$ the number of bits. Here $X_i$ is

guaranteed to be an integer multiple of the number of radio frames in the TTI. The output bit sequence from the block interleaver is derived as follows:

(1) Select the number of columns C1 from table 4 depending on the TTI. The columns are numbered 0, 1, ..., C1 - 1 from left to right.

(2) Determine the number of rows of the matrix, R1 defined as

$$R1 = X_i / C1.$$

The rows of the matrix are numbered 0, 1, ..., R1 - 1 from top to bottom.

(3) Write the input bit sequence into the R1 × C1 matrix row by row starting with bit $x_{i,1}$ in column 0 of row 0 and ending with bit $x_{i,(R1 \times C1)}$ in column C1 - 1 of row R1 - 1:

$$\begin{bmatrix} x_{i,1} & x_{i,2} & x_{i,3} & \cdots & x_{i,C1} \\ x_{i,(C1+1)} & x_{i,(C1+2)} & x_{i,(C1+3)} & \cdots & x_{i,(2\times C1)} \\ \vdots & \vdots & \vdots & \cdots & \vdots \\ x_{i,((R1-1)\times C1+1)} & x_{i,((R1-1)\times C1+2)} & x_{i,((R1-1)\times C1+3)} & \cdots & x_{i,(R1\times C1)} \end{bmatrix}$$

(4) Perform the inter-column permutation for the matrix based on the pattern $\langle P1_{C1}(j) \rangle_{j\in\{0,1,...,C1-1\}}$ shown in table 4, where $P1_{C1}(j)$ is the original column position of the j-th permuted column. After permutation of the columns, the bits are denoted by $y_{ik}$:

$$\begin{bmatrix} y_{i,1} & y_{i,(R1+1)} & y_{i,(2\times R1+1)} & \cdots & y_{i,((C1-1)\times R1+1)} \\ y_{i,2} & y_{i,(R1+2)} & y_{i,(2\times R1+2)} & \cdots & y_{i,((C1-1)\times R1+2)} \\ \vdots & \vdots & \vdots & \cdots & \vdots \\ y_{i,R1} & y_{i,(2\times R1)} & y_{i,(3\times R1)} & \cdots & y_{i,(C1\times R1)} \end{bmatrix}$$

(5) Read the output bit sequence $y_{i,1}, y_{i,2}, y_{i,3}, ..., y_{i,(C1\times R1)}$ of the block interleaver column by column from the inter-column permuted R1 × C1 matrix. Bit $y_{i,1}$ corresponds to row 0 of column 0 and bit $y_{i,(R1\times C1)}$ corresponds to row R1 - 1 of column C1 - 1.

**Table 4 Inter-column permutation patterns for 1st interleaving**

| TTI | Number of columns C1 | Inter-column permutation patterns <P1$_{C1}$(0), P1$_{C1}$(1), ..., P1$_{C1}$(C1-1)> |
|---|---|---|
| 10 ms | 1 | <0> |
| 20 ms | 2 | <0,1> |
| 40 ms | 4 | <0,2,1,3> |
| 80 ms | 8 | <0,4,2,6,1,5,3,7> |

## 4.2.5.3    Relation between input and output of 1st interleaving in uplink

The bits input to the 1st interleaving are denoted by $t_{i,1}, t_{i,2}, t_{i,3}, ..., t_{i,T_i}$, where $i$ is the TrCH number and $T_i$ the number of bits. Hence, $x_{i,k} = t_{i,k}$ and $X_i = T_i$.

The bits output from the 1st interleaving are denoted by $d_{i,1}, d_{i,2}, d_{i,3}, ..., d_{i,T_i}$, and $d_{i,k} = y_{i,k}$.

#### 4.2.5.4 Relation between input and output of 1st interleaving in downlink

If fixed positions of the TrCHs in a radio frame is used then the bits input to the 1st interleaving are denoted by $h_{i1}, h_{i2}, h_{i3}, \ldots, h_{iD_i}$, where $i$ is the TrCH number. Hence, $x_{ik} = h_{ik}$ and $X_i = D_i$.

If flexible positions of the TrCHs in a radio frame is used then the bits input to the 1st interleaving are denoted by $g_{i1}, g_{i2}, g_{i3}, \ldots, g_{iG_i}$, where $i$ is the TrCH number. Hence, $x_{ik} = g_{ik}$ and $X_i = G_i$.

The bits output from the 1st interleaving are denoted by $q_{i1}, q_{i2}, q_{i3}, \ldots, q_{iQ_i}$, where $i$ is the TrCH number and $Q_i$ is the number of bits. Hence, $q_{ik} = y_{ik}$, $Q_i = F_i H_i$ if fixed positions are used, and $Q_i = G_i$ if flexible positions are used.

### 4.2.6 Radio frame segmentation

When the transmission time interval is longer than 10 ms, the input bit sequence is segmented and mapped onto consecutive $F_i$ radio frames. Following rate matching in the DL and radio frame size equalisation in the UL the input bit sequence length is guaranteed to be an integer multiple of $F_i$.

The input bit sequence is denoted by $x_{i1}, x_{i2}, x_{i3}, \ldots, x_{iX_i}$ where $i$ is the TrCH number and $X_i$ is the number bits. The $F_i$ output bit sequences per TTI are denoted by $y_{i,n_i1}, y_{i,n_i2}, y_{i,n_i3}, \ldots, y_{i,n_iY_i}$ where $n_i$ is the radio frame number in current TTI and $Y_i$ is the number of bits per radio frame for TrCH $i$. The output sequences are defined as follows:

$$y_{i,n_i,k} = x_{i,[(n_i-1)Y_i]+k}, \; n_i = 1 \ldots F_i, \; k = 1 \ldots Y_i$$

where

$Y_i = (X_i / F_i)$ is the number of bits per segment.

The $n_i$-th segment is mapped to the $n_i$-th radio frame of the transmission time interval.

#### 4.2.6.1 Relation between input and output of the radio frame segmentation block in uplink

The input bit sequence to the radio frame segmentation is denoted by $d_{i1}, d_{i2}, d_{i3}, \ldots, d_{iT_i}$, where $i$ is the TrCH number and $T_i$ the number of bits. Hence, $x_{ik} = d_{ik}$ and $X_i = T_i$.

The output bit sequence corresponding to radio frame $n_i$ is denoted by $e_{i1}, e_{i2}, e_{i3}, \ldots, e_{iN_i}$, where $i$ is the TrCH number and $N_i$ is the number of bits. Hence, $e_{i,k} = y_{i,n_i,k}$ and $N_i = Y_i$.

#### 4.2.6.2 Relation between input and output of the radio frame segmentation block in downlink

The bits input to the radio frame segmentation are denoted by $q_{i1}, q_{i2}, q_{i3}, \ldots, q_{iQ_i}$, where $i$ is the TrCH number and $Q_i$ the number of bits. Hence, $x_{ik} = q_{ik}$ and $X_i = Q_i$.

The output bit sequence corresponding to radio frame $n_i$ is denoted by $f_{i1}, f_{i2}, f_{i3}, \ldots, f_{iV_i}$, where $i$ is the TrCH number and $V_i$ is the number of bits. Hence, $f_{i,k} = y_{i,n_i,k}$ and $V_i = Y_i$.

### 4.2.7 Rate matching

Rate matching means that bits on a transport channel are repeated or punctured. Higher layers assign a rate-matching attribute for each transport channel. This attribute is semi-static and can only be changed through higher layer signalling. The rate-matching attribute is used when the number of bits to be repeated or punctured is calculated.

The number of bits on a transport channel can vary between different transmission time intervals. In the downlink the transmission is interrupted if the number of bits is lower than maximum. When the number of bits between different transmission time intervals in uplink is changed, bits are repeated or punctured to ensure that the total bit rate after TrCH multiplexing is identical to the total channel bit rate of the allocated dedicated physical channels.

If no bits are input to the rate matching for all TrCHs within a CCTrCH, the rate matching shall output no bits for all TrCHs within the CCTrCH and no uplink DPDCH will be selected in the case of uplink rate matching.

Notation used in subclause 4.2.7 and subclauses:

$N_{i,j}$:     For uplink: Number of bits in a radio frame before rate matching on TrCH $i$ with transport format combination $j$.

          For downlink: An intermediate calculation variable (not an integer but a multiple of 1/8).

$N_{i,l}^{TTI}$ :     Number of bits in a transmission time interval before rate matching on TrCH $i$ with transport format $l$. Used in downlink only.

$\Delta N_{i,j}$ :     For uplink: If positive – number of bits that should be repeated in each radio frame on TrCH $i$ with transport format combination $j$.

          If negative – number of bits that should be punctured in each radio frame on TrCH $i$ with transport format combination $j$.

          For downlink : An intermediate calculation variable (not an integer but a multiple of 1/8).

$\Delta N_{i,l}^{TTI}$ :     If positive – number of bits to be repeated in each transmission time interval on TrCH $i$ with transport format $l$.

          If negative – number of bits to be punctured in each transmission time interval on TrCH $i$ with transport format $l$.

          Used in downlink only.

$N_{TGL}$:     Positive or null: number of bits in the radio frame corresponding to the gap for compressed mode for the CCTrCH.

$RM_i$:     Semi-static rate matching attribute for transport channel $i$. $RM_i$ is provided by higher layers or takes a value as indicated in section 4.2.13.

$PL$:     Puncturing limit for uplink. This value limits the amount of puncturing that can be applied in order to avoid multicode or to enable the use of a higher spreading factor. Signalled from higher layers. The allowed puncturing in % is actually equal to (1-PL)*100.

$N_{data,j}$:     Total number of bits that are available for the CCTrCH in a radio frame with transport format combination $j$.

$I$:     Number of TrCHs in the CCTrCH.

$Z_{i,j}$:     Intermediate calculation variable.

$F_i$:     Number of radio frames in the transmission time interval of TrCH $i$.

$n_i$:     Radio frame number in the transmission time interval of TrCH $i$ ($0 \le n_i < F_i$).

$q$:     Average puncturing or repetition distance (normalised to only show the remaining rate matching on top of an integer number of repetitions). Used in uplink only.

$P1_{F_i}(n_i)$:     The column permutation function of the 1st interleaver, $P1_F(x)$ is the original position of column with number x after permutation. P1 is defined on table 4 of section 4.2.5.2 (note that the $P1_F$ is self-inverse). Used for rate matching in uplink only.

$S[n]$:     The shift of the puncturing or repetition pattern for radio frame $n_i$ when $n = P1_{F_i}\left(n_i\right)$. Used in uplink only.

$TF_i(j)$:    Transport format of TrCH $i$ for the transport format combination $j$.

$TFS(i)$    The set of transport format indexes $l$ for TrCH $i$.

$TFCS$    The set of transport format combination indexes $j$.

$e_{int}$    Initial value of variable $e$ in the rate matching pattern determination algorithm of subclause 4.2.7.5.

$e_{plus}$    Increment of variable $e$ in the rate matching pattern determination algorithm of subclause 4.2.7.5.

$e_{minus}$    Decrement of variable $e$ in the rate matching pattern determination algorithm of subclause 4.2.7.5.

$b$:    Indicates systematic and parity bits

    $b=1$: Systematic bit. $x_k$ in subclause 4.2.3.2.1.

    $b=2$: 1st parity bit (from the upper Turbo constituent encoder). $z_k$ in subclause 4.2.3.2.1.

    $b=3$: 2nd parity bit (from the lower Turbo constituent encoder). $z'_k$ in subclause 4.2.3.2.1.

The * (star) notation is used to replace an index $x$ when the indexed variable $X_x$ does not depend on the index $x$. In the left wing of an assignment the meaning is that "$X_* = Y$" is equivalent to "for all $x$ do $X_x = Y$". In the right wing of an assignment, the meaning is that "$Y = X_*$" is equivalent to "take any $x$ and do $Y = X_x$".

The following relations, defined for all TFC $j$, are used when calculating the rate matching parameters:

$$Z_{0,j} = 0$$

$$Z_{i,j} = \left\lfloor \frac{\left( \sum_{m=1}^{i} RM_m \times N_{m,j} \right) \times N_{data,j}}{\sum_{m=1}^{I} RM_m \times N_{m,j}} \right\rfloor \quad \text{for all } i = 1 \ldots I \qquad (1)$$

$$\Delta N_{i,j} = Z_{i,j} - Z_{i-1,j} - N_{i,j} \quad \text{for all } i = 1 \ldots I$$

### 4.2.7.1    Determination of rate matching parameters in uplink

### 4.2.7.1.1    Determination of SF and number of PhCHs needed

In uplink, puncturing can be applied to match the CCTrCH bit rate to the PhCH bit rate. The bit rate of the PhCH(s) is limited by the UE capability and restrictions imposed by UTRAN, through limitations on the PhCH spreading factor. The maximum amount of puncturing that can be applied is 1-PL, PL is signalled from higher layers. The number of available bits in the radio frames of one PhCH for all possible spreading factors is given in [2]. Denote these values by $N_{256}$, $N_{128}$, $N_{64}$, $N_{32}$, $N_{16}$, $N_8$, and $N_4$, where the index refers to the spreading factor. The possible number of bits available to the CCTrCH on all PhCHs, $N_{data}$, then are { $N_{256}$, $N_{128}$, $N_{64}$, $N_{32}$, $N_{16}$, $N_8$, $N_4$, $2 \times N_4$, $3 \times N_4$, $4 \times N_4$, $5 \times N_4$, $6 \times N_4$ }.

For a RACH CCTrCH SET0 represents the set of $N_{data}$ values allowed by the UTRAN, as set by the minimum SF provided by higher layers. SET0 may be a sub-set of { $N_{256}$, $N_{128}$, $N_{64}$, $N_{32}$ }. SET0 does not take into account the UE"s capability.

For other CCTrCHs, SET0 denotes the set of $N_{data}$ values allowed by the UTRAN and supported by the UE, as part of the UE"s capability. SET0 can be a subset of { $N_{256}$, $N_{128}$, $N_{64}$, $N_{32}$, $N_{16}$, $N_8$, $N_4$, $2 \times N_4$, $3 \times N_4$, $4 \times N_4$, $5 \times N_4$, $6 \times N_4$ }. $N_{data, j}$ for the transport format combination $j$ is determined by executing the following algorithm:

$$\text{SET1} = \{ N_{data} \text{ in SET0 such that } \left( \min_{1 \le y \le I} \{ RM_y \} \right) \times N_{data} - \sum_{x=1}^{I} RM_x \times N_{x,j} \text{ is non negative } \}$$

If SET1 is not empty and the smallest element of SET1 requires just one PhCH then

    $N_{data,j} = \min \text{SET1}$

else

$$\text{SET2} = \{ \, N_{data} \text{ in SET0 such that } \left( \min_{1 \le y \le I} \{ RM_y \} \right) \times N_{data} - PL \times \sum_{x=1}^{I} RM_x \times N_{x,j} \text{ is non negative} \, \}$$

Sort SET2 in ascending order

$N_{data} = \min \text{SET2}$

While $N_{data}$ is not the max of SET2 and the follower of $N_{data}$ requires no additional PhCH do

$\qquad N_{data} = $ follower of $N_{data}$ in SET2

End while

$N_{data,j} = N_{data}$

End if

For a RACH CCTrCH, if $N_{data,j}$ is not part of the UE"s capability then the TFC $j$ cannot be used.

### 4.2.7.1.2            Determination of parameters needed for calculating the rate matching pattern

The number of bits to be repeated or punctured, $\Delta N_{i,j}$, within one radio frame for each TrCH $i$ is calculated with equation 1 for all possible transport format combinations $j$ and selected every radio frame. $N_{data,j}$ is given from subclause 4.2.7.1.1.

In a compressed radio frame, $N_{data,j}$ is replaced by $N_{data,j}^{cm}$ in Equation 1. $N_{data,j}^{cm}$ is given as follows:

In a radio frame compressed by higher layer scheduling, $N_{data,j}^{cm}$ is obtained by executing the algorithm in subclause 4.2.7.1.1 but with the number of bits in one radio frame of one PhCH reduced to $\dfrac{N_{tr}}{15}$ of the value in normal mode.

$N_{tr}$ is the number of transmitted slots in a compressed radio frame and is defined by the following relation:

$$N_{tr} = \begin{cases} 15 - TGL, & \text{if } N_{first} + TGL \le 15 \\ N_{first}, & \text{in first frame if } N_{first} + TGL > 15 \\ 30 - TGL - N_{first}, & \text{in second frame if } N_{first} + TGL > 15 \end{cases}$$

$N_{first}$ and $TGL$ are defined in subclause 4.4.

In a radio frame compressed by spreading factor reduction, $N_{data,j}^{cm} = 2 \times (N_{data,j} - N_{TGL})$, where

$$N_{TGL} = \frac{15 - N_{tr}}{15} \times N_{data,j}$$

If $\Delta N_{i,j} = 0$ then the output data of the rate matching is the same as the input data and the rate matching algorithm of subclause 4.2.7.5 does not need to be executed.

If $\Delta N_{i,j} \ne 0$ the parameters listed in subclauses 4.2.7.1.2.1 and 4.2.7.1.2.2 shall be used for determining $e_{ini}$, $e_{plus}$, and $e_{minus}$ (regardless if the radio frame is compressed or not).

### 4.2.7.1.2.1            Convolutionally encoded TrCHs

$R = \Delta N_{i,j} \bmod N_{i,j}$ — note: in this context $\Delta N_{i,j} \bmod N_{i,j}$ is in the range of 0 to $N_{ij}$-1 i.e. -1 mod 10 = 9.

if $R \ne 0$ and $2 \times R \le N_{ij}$

then $q = \lceil N_{i,j} / R \rceil$

else

$q = \lceil N_{i,j} / (R - N_{i,j}) \rceil$

endif

— note: q is a signed quantity.

if q is even

then $q' = q + \gcd(|q|, F_i)/F_i$ — where $\gcd(|q|, F_i)$ means greatest common divisor of $|q|$ and $F_i$

— note that q' is not an integer, but a multiple of 1/8

else

$q' = q$

endif

for $x = 0$ to $F_i - 1$

$S[\lfloor \lfloor x \times q' \rfloor \rfloor \bmod F_i] = (\lfloor \lfloor x \times q' \rfloor \rfloor \operatorname{div} F_i)$

end for

$\Delta N_i = \Delta N_{i,j}$

$a = 2$

For each radio frame, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5, where :

$X_i = N_{i,j}$, and

$e_{ini} = (a \times S[P1_{F_i}(n_i)] \times |\Delta N_i| + 1) \bmod (a \cdot N_{i,j})$.

$e_{plus} = a \times N_{i,j}$

$e_{minus} = a \times |\Delta N_i|$

puncturing for $\Delta N < 0$, repetition otherwise.

#### 4.2.7.1.2.2          Turbo encoded TrCHs

If repetition is to be performed on turbo encoded TrCHs, i.e. $\Delta N_{i,j} > 0$, the parameters in subclause 4.2.7.1.2.1 are used.

If puncturing is to be performed, the parameters below shall be used. Index b is used to indicate systematic ($b=1$), 1st parity ($b=2$), and 2nd parity bit ($b=3$).

$a = 2$ when $b=2$

$a = 1$ when $b=3$

$$\Delta N_i = \begin{cases} \left\lceil \Delta N_{i,j}/2 \right\rceil, & b = 2 \\ \left\lfloor \Delta N_{i,j}/2 \right\rfloor, & b = 3 \end{cases}$$

If $\Delta N_i$ is calculated as 0 for $b=2$ or $b=3$, then the following procedure and the rate matching algorithm of subclause 4.2.7.5 don't need to be performed for the corresponding parity bit stream.

$X_i = \lfloor N_{i,j}/3 \rfloor$,

$q = \lfloor X_i /|\Delta N_i| \rfloor$

if($q \leq 2$)

for $r=0$ to $F_l$-1

    $S[(3 \times r + b - 1) \bmod F_l] = r \bmod 2$;

end for

else

    if $q$ is even

    then  $q' = q - gcd(q, F_l) / F_l$  -- where $gcd(q, F_l)$ means greatest common divisor of q and $F_l$
        -- note that $q'$ is not an integer, but a multiple of 1/8

    else    $q' = q$

    endif

    for $x=0$ to $F_l$ -1

        $r = \lceil x \times q' \rceil \bmod F_l$;

        $S[(3 \times r + b - 1) \bmod F_l] = \lceil x \times q' \rceil \, div \, F_l$;

    endfor

endif

For each radio frame, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5, where:

$X_i$ is as above:

$$e_{ini} = (a \times S[P1_{F_i}(n_i)] \times |\Delta N_i| + X_i) \bmod (a \times X_i), \text{ if } e_{ini} = 0 \text{ then } e_{ini} = a \times X_i$$

$$e_{plus} = a \times X_i$$

$$e_{minus} = a \times |\Delta N_i|$$

## 4.2.7.2    Determination of rate matching parameters in downlink

For downlink channels, $N_{data,j}$ does not depend on the transport format combination j. $N_{data,*}$ is given by the channelization code(s) assigned by higher layers.

Denote the number of physical channels used for the CCTrCH by P. $N_{data,*}$ is the number of bits available to the CCTrCH in one radio frame and defined as $N_{data,*} = P \times 15 \times (N_{data1} + N_{data2})$, where $N_{data1}$ and $N_{data2}$ are defined in [2]. Note that contrary to the uplink, the same rate matching patterns are used in TTIs containing no compressed radio frames and in TTIs containing radio frames compressed by spreading factor reduction or higher layer scheduling.

### 4.2.7.2.1    Determination of rate matching parameters for fixed positions of TrCHs

#### 4.2.7.2.1.1    Calculation of $\Delta N_{i,max}$ for normal mode and compressed mode by spreading factor reduction

First an intermediate calculation variable $N_{i,*}$ is calculated for all transport channels $i$ by the following formula:

$$N_{i,*} = \frac{1}{F_i} \times \left( \max_{l \in TFS(i)} N_{i,l}^{TTI} \right)$$

In order to compute the $\Delta N_{i,l}^{TTI}$ parameters for all TrCH $i$ and all TF $l$, we first compute an intermediate parameter $\Delta N_{i,max}$ by the following formula, where $\Delta N_{i,*}$ is derived from $N_{i,*}$ by the formula given at subclause 4.2.7:

$$\Delta N_{i,max} = F_i \times \Delta N_{i,*}$$

If $\Delta N_{i,max} = 0$ then, for TrCH $i$, the output data of the rate matching is the same as the input data and the rate matching algorithm of subclause 4.2.7.5 does not need to be executed. In this case we have :

$$\forall l \in TFS(i)\ \Delta N_{i,l}^{TTI} = 0$$

If $\Delta N_{i,max} \neq 0$ the parameters listed in subclauses 4.2.7.2.1.3 and 4.2.7.2.1.4 shall be used for determining $e_{ini}$, $e_{plus}$, and $e_{minus}$, and $\Delta N_{i,l}^{TTI}$ .

### 4.2.7.2.1.2                Void

### 4.2.7.2.1.3                Determination of rate matching parameters for convolutionally encoded TrCHs

$$\Delta N_i = \Delta N_{i,max}$$

$$a = 2$$

$$N_{max} = \max_{l \in TFS(i)} N_{il}^{TTI}$$

For each transmission time interval of TrCH $i$ with TF $l$, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5. The following parameters are used as input:

$$X_i = N_{il}^{TTI}$$

$$e_{ini} = 1$$

$$e_{plus} = a \times N_{max}$$

$$e_{minus} = a \times |\Delta N_i|$$

Puncturing if $\Delta N_i < 0$, repetition otherwise. The values of $\Delta N_{i,l}^{TTI}$ may be computed by counting repetitions or puncturing when the algorithm of subclause 4.2.7.5 is run. The resulting values of $\Delta N_{i,l}^{TTI}$ can be represented with following expression.

$$\Delta N_{i,l}^{TTI} = \left\lceil \frac{|\Delta N_i| \times X_i}{N_{max}} \right\rceil \times sgn(\Delta N_i)$$

### 4.2.7.2.1.4                Determination of rate matching parameters for Turbo encoded TrCHs

If repetition is to be performed on turbo encoded TrCHs, i.e. $\Delta N_{i,max} > 0$, the parameters in subclause 4.2.7.2.1.3 are used.

If puncturing is to be performed, the parameters below shall be used. Index $b$ is used to indicate systematic ($b$=1), 1st parity ($b$=2), and 2nd parity bit ($b$=3).

$a = 2$ when $b = 2$

$a = 1$ when $b = 3$

The bits indicated by $b$=1 shall not be punctured.

$$\Delta N_i^b = \begin{cases} \left\lfloor \Delta N_{i,max}/2 \right\rfloor, & \text{for } b = 2 \\ \left\lceil \Delta N_{i,max}/2 \right\rceil, & \text{for } b = 3 \end{cases}$$

$$N_{max} = \max_{l \in TFS(i)} (N_{il}^{TTI} / 3)$$

For each transmission time interval of TrCH $i$ with TF $l$, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5. The following parameters are used as input:

$$X_i = N_{il}^{TTI} / 3$$

$$e_{ini} = N_{max}$$

$$e_{plus} = a \times N_{max}$$

$$e_{minus} = a \times \left| \Delta N_i^b \right|$$

The values of $\Delta N_{i,l}^{TTI}$ may be computed by counting puncturing when the algorithm of subclause 4.2.7.5 is run. The resulting values of $\Delta N_{i,l}^{TTI}$ can be represented with following expression.

$$\Delta N_{i,l}^{TTI} = -\left\lfloor \frac{\left| \Delta N_i^2 \right| \times X_l}{N_{max}} + 0.5 \right\rfloor - \left\lfloor \frac{\left| \Delta N_i^3 \right| \times X_l}{N_{max}} \right\rfloor$$

In the above equation, the first term of the right hand side represents the amount of puncturing for $b=2$ and the second term represents the amount of puncturing for $b=3$.

### 4.2.7.2.2          Determination of rate matching parameters for flexible positions of TrCHs

#### 4.2.7.2.2.1              Calculations for normal mode, compressed mode by higher layer scheduling, and compressed mode by spreading factor reduction

First an intermediate calculation variable $N_{ij}$ is calculated for all transport channels $i$ and all transport format combinations $j$ by the following formula:

$$N_{i,j} = \frac{1}{F_i} \times N_{i,TF_i(j)}^{TTI}$$

Then rate matching ratios $RF_i$ are calculated for each the transport channel $i$ in order to minimise the number of DTX bits when the bit rate of the CCTrCH is maximum. The $RF_i$ ratios are defined by the following formula:

$$RF_i = \frac{N_{data,*}}{\max\limits_{j \in TFCS} \sum\limits_{l=1}^{i=I} (RM_i \times N_{i,j})} \times RM_i$$

The computation of $\Delta N_{i,l}^{TTI}$ parameters is then performed in two phases. In a first phase, tentative temporary values of $\Delta N_{i,l}^{TTI}$ are computed, and in the second phase they are checked and corrected. The first phase, by use of the $RF_i$ ratios, ensures that the number of DTX indication bits inserted is minimum when the CCTrCH bit rate is maximum, but it does not ensure that the maximum CCTrCH bit rate is not greater than $N_{data,*}$ per 10ms. The latter condition is ensured through the checking and possible corrections carried out in the second phase.

At the end of the second phase, the latest value of $\Delta N_{i,l}^{TTI}$ is the definitive value.

The first phase defines the tentative temporary $\Delta N_{i,l}^{TTI}$ for all transport channel $i$ and any of its transport format $l$ by use of the following formula:

$$\Delta N_{i,l}^{m} = F_i \times \left\lceil \frac{RF_i \times N_{i,l}^{m}}{F_i} \right\rceil - N_{i,l}^{m} = F_i \times \left\lceil \frac{N_{data,*} \times RM_i \times N_{i,l}^{m}}{F_i \times \max_{j \in TFCS} \sum_{i=1}^{I} \left( RM_i \times N_{i,j} \right)} \right\rceil - N_{i,l}^{m}$$

The second phase is defined by the following algorithm:

for all $j$ in $TFCS$ in ascending order of TFCI do          — for all TFC

$$D = \sum_{i=1}^{i=I} \frac{N_{i,TF_i(j)}^{TTI} + \Delta N_{i,TF_i(j)}^{TTI}}{F_i}$$          — CCTrCH bit rate (bits per 10ms) for TFC $j$

if $D > N_{data,*}$ then

    for $i = 1$ to $I$ do              — for all TrCH

$$\Delta N = F_i \times \Delta N_{i,j}$$          — $\Delta N_{i,j}$ is derived from $N_{i,j}$ by the formula given at subclause 4.2.7.

    if $\Delta N_{i,TF_i(j)}^{TTI} > \Delta N$ then

$$\Delta N_{i,TF_i(j)}^{TTI} = \Delta N$$

    end-if

    end-for

end-if

end-for

If $\Delta N_{i,l}^{TTI} = 0$ then, for TrCH $i$ at TF $l$, the output data of the rate matching is the same as the input data and the rate matching algorithm of subclause 4.2.7.5 does not need to be executed.

If $\Delta N_{i,l}^{TTI} \neq 0$ the parameters listed in subclauses 4.2.7.2.2.2 and 4.2.7.2.2.3 shall be used for determining $e_{ini}$, $e_{plus}$, and $e_{minus}$.

4.2.7.2.2.2              Determination of rate matching parameters for convolutionally encoded TrCHs

$$\Delta N_i = \Delta N_{il}^{TTI}$$

$$a = 2$$

For each transmission time interval of TrCH $i$ with TF $l$, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5. The following parameters are used as input:

$$X_i = N_{il}^{TTI}$$

$$e_{ini} = 1$$

$$e_{plus} = a \times N_{il}^{TTI}$$

$$e_{minus} = a \times \left| \Delta N_i \right|$$

puncturing for $\Delta N_i < 0$, repetition otherwise.

4.2.7.2.2.3          Determination of rate matching parameters for Turbo encoded TrCHs

If repetition is to be performed on turbo encoded TrCHs, i.e. $\Delta N_{il}^{TTI} > 0$, the parameters in subclause 4.2.7.2.2.2 are used.

If puncturing is to be performed, the parameters below shall be used. Index $b$ is used to indicate systematic ($b=1$), 1st parity ($b=2$), and 2nd parity bit ($b=3$).

$a=2$ when $b=2$

$a=1$ when $b=3$

The bits indicated by $b=1$ shall not be punctured.

$$\Delta N_I = \begin{cases} \left\lfloor \Delta N_{il}^{TTI}/2 \right\rfloor, & b=2 \\ \left\lfloor \Delta N_{il}^{TTI}/2 \right\rfloor, & b=3 \end{cases}$$

For each transmission time interval of TrCH $i$ with TF $l$, the rate-matching pattern is calculated with the algorithm in subclause 4.2.7.5. The following parameters are used as input:

$$X_i = N_{il}^{TTI}/3,$$

$$e_{ini} = X_i,$$

$$e_{plus} = a \times X_i$$

$$e_{minus} = a \times \left| \Delta N_i \right|$$

4.2.7.3          Bit separation and collection in uplink

The systematic bits of turbo encoded TrCHs shall not be punctured, the other bits may be punctured. The systematic bits, first parity bits, and second parity bits in the bit sequence input to the rate matching block are therefore separated into three sequences.

The first sequence contains:

- All of the systematic bits that are from turbo encoded TrCHs.

- From 0 to 2 first and/or second parity bits that are from turbo encoded TrCHs. These bits come into the first sequence when the total number of bits in a block after radio frame segmentation is not a multiple of three.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

The second sequence contains:

- All of the first parity bits that are from turbo encoded TrCHs, except those that go into the first sequence when the total number of bits is not a multiple of three.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

The third sequence contains:

- All of the second parity bits that are from turbo encoded TrCHs, except those that go into the first sequence when the total number of bits is not a multiple of three.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

The second and third sequences shall be of equal length, whereas the first sequence can contain from 0 to 2 more bits. Puncturing is applied only to the second and third sequences. The bit separation function is transparent for convolutionally encoded TrCHs and for turbo encoded TrCHs with repetition. The bit separation and bit collection are illustrated in figures 5 and 6.

3GPP TS 25.212 version 5.10.0 Release 5                 33                 ETSI TS 125 212 V5.10.0 (2005-06)



Figure 5: Puncturing of turbo encoded TrCHs in uplink



Figure 6: Rate matching for convolutionally encoded TrCHs
and for turbo encoded TrCHs with repetition in uplink

The bit separation is dependent on the 1st interleaving and offsets are used to define the separation for different TTIs. $b$ indicates the three sequences defined in this section, with $b=1$ indicating the first sequence, $b=2$ the second one, and $b=3$ the third one. The offsets $\alpha_b$ for these sequences are listed in table 5.

Table 5: TTI dependent offset needed for bit separation

| TTI (ms) | $\alpha_1$ | $\alpha_2$ | $\alpha_3$ |
|---|---|---|---|
| 10, 40 | 0 | 1 | 2 |
| 20, 80 | 0 | 2 | 1 |

The bit separation is different for different radio frames in the TTI. A second offset is therefore needed. The radio frame number for TrCH $i$ is denoted by $n_i$ and the offset by $\beta_{n_i}$.

**Table 6: Radio frame dependent offset needed for bit separation**

| TTI (ms) | $\beta_0$ | $\beta_1$ | $\beta_2$ | $\beta_3$ | $\beta_4$ | $\beta_5$ | $\beta_6$ | $\beta_7$ |
|----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 10 | 0 | NA | NA | NA | NA | NA | NA | NA |
| 20 | 0 | 1 | NA | NA | NA | NA | NA | NA |
| 40 | 0 | 1 | 2 | 0 | NA | NA | NA | NA |
| 80 | 0 | 1 | 2 | 0 | 1 | 2 | 0 | 1 |

### 4.2.7.3.1        Bit separation

The bits input to the rate matching are denoted by $e_{i1}, e_{i2}, e_{i3}, \ldots, e_{iN_i}$, where $i$ is the TrCH number and $N_i$ is the number of bits input to the rate matching block. Note that the transport format combination number $j$ for simplicity has been left out in the bit numbering, i.e. $N_i = N_{ij}$. The bits after separation are denoted by $x_{bi1}, x_{bi2}, x_{bi3}, \ldots, x_{biX_i}$. For turbo encoded TrCHs with puncturing, $b$ indicates the three sequences defined in section 4.2.7.3, with $b=1$ indicating the first sequence, and so forth. For all other cases $b$ is defined to be 1. $X_i$ is the number of bits in each separated bit sequence. The relation between $e_{ik}$ and $x_{bik}$ is given below.

For turbo encoded TrCHs with puncturing:

$$x_{1,i,k} = e_{i,3(k-1)+1+(\alpha_1 + \beta_{ni}) \bmod 3} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = \lfloor N_i/3 \rfloor$$

$$x_{1,i,\lfloor N_i/3 \rfloor + k} = e_{i,3\lfloor N_i/3 \rfloor + k} \qquad k = 1, \ldots, N_i \bmod 3 \qquad \text{Note: When } (N_i \bmod 3) = 0 \text{ this row is not needed.}$$

$$x_{2,i,k} = e_{i,3(k-1)+1+(\alpha_2 + \beta_{ni}) \bmod 3} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = \lfloor N_i/3 \rfloor$$

$$x_{3,i,k} = e_{i,3(k-1)+1+(\alpha_3 + \beta_{ni}) \bmod 3} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = \lfloor N_i/3 \rfloor$$

For convolutionally encoded TrCHs and turbo encoded TrCHs with repetition:

$$x_{1,i,k} = e_{i,k} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = N_i$$

### 4.2.7.3.2        Bit collection

The bits $x_{bik}$ are input to the rate matching algorithm described in subclause 4.2.7.5. The bits output from the rate matching algorithm are denoted $y_{bi1}, y_{bi2}, y_{bi3}, \ldots, y_{biY_i}$.

Bit collection is the inverse function of the separation. The bits after collection are denoted by $z_{bi1}, z_{bi2}, z_{bi3}, \ldots, z_{biY_i}$. After bit collection, the bits indicated as punctured are removed and the bits are then denoted by $f_{i1}, f_{i2}, f_{i3}, \ldots, f_{iV_i}$, where $i$ is the TrCH number and $V_i = N_{ij} + \Delta N_{ij}$. The relations between $y_{bik}$, $z_{bik}$ and $f_{ik}$ are given below.

For turbo encoded TrCHs with puncturing ($Y_i = X_i$):

$$z_{i,3(k-1)+1+(\alpha_1 + \beta_{ni}) \bmod 3} = y_{1,i,k} \qquad k = 1, 2, 3, \ldots, Y_i$$

$$z_{i,3\lfloor N_i/3 \rfloor + k} = y_{1,i,\lfloor N_i/3 \rfloor + k} \qquad k = 1, \ldots, N_i \bmod 3 \qquad \text{Note: When } (N_i \bmod 3) = 0 \text{ this row is not needed.}$$

$$z_{i,3(k-1)+1+(\alpha_2 + \beta_{ni}) \bmod 3} = y_{2,i,k} \qquad k = 1, 2, 3, \ldots, Y_i$$

$$z_{i,3(k-1)+1+(\alpha_3 + \beta_{ni}) \bmod 3} = y_{3,i,k} \qquad k = 1, 2, 3, \ldots, Y_i$$

After the bit collection, bits $z_{i,k}$ with value $\delta$, where $\delta \notin \{0, 1\}$, are removed from the bit sequence. Bit $f_{i,1}$ corresponds to the bit $z_{i,k}$ with smallest index $k$ after puncturing, bit $f_{i,2}$ corresponds to the bit $z_{i,k}$ with second smallest index $k$ after puncturing, and so on.

For convolutionally encoded TrCHs and turbo encoded TrCHs with repetition:

$$z_{i,k} = y_{1,i,k} \qquad k = 1, 2, 3, ..., Y_i$$

When repetition is used, $f_{i,k} = z_{i,k}$ and $Y_i = V_i$.

When puncturing is used, $Y_i = X_i$ and bits $z_{i,k}$ with value $\delta$, where $\delta \notin \{0, 1\}$, are removed from the bit sequence. Bit $f_{i,1}$ corresponds to the bit $z_{i,k}$ with smallest index $k$ after puncturing, bit $f_{i,2}$ corresponds to the bit $z_{i,k}$ with second smallest index $k$ after puncturing, and so on.

### 4.2.7.4    Bit separation and collection in downlink

The systematic bits of turbo encoded TrCHs shall not be punctured, the other bits may be punctured.

The systematic bits, first parity bits and second parity bits in the bit sequence input to the rate matching block are therefore separated into three sequences of equal lengths.

The first sequence contains :

- All of the systematic bits that are from turbo encoded TrCHs.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

The second sequence contains:

- All of the first parity bits that are from turbo encoded TrCHs.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

The third sequence contains:

- All of the second parity bits that are from turbo encoded TrCHs.

- Some of the systematic, first parity and second parity bits that are for trellis termination.

Puncturing is applied only to the second and third sequences.

The bit separation function is transparent for convolutionally encoded TrCHs and for turbo encoded TrCHs with repetition. The bit separation and bit collection are illustrated in figures 7 and 8.



**Figure 7: Puncturing of turbo encoded TrCHs in downlink**



**Figure 8: Rate matching for convolutionally encoded TrCHs
and for turbo encoded TrCHs with repetition in downlink**

#### 4.2.7.4.1        Bit separation

The bits input to the rate matching are denoted by $c_{i1}, c_{i2}, c_{i3}, \ldots, c_{iE_i}$, where $i$ is the TrCH number and $E_i$ is the number of bits input to the rate matching block. Note that $E_i$ is a multiple of 3 for turbo encoded TrCHs and that the transport format $l$ for simplicity has been left out in the bit numbering, i.e. $E_i = N_{il}^{TTI}$. The bits after separation are denoted by $x_{bi1}, x_{bi2}, x_{bi3}, \ldots, x_{biX_i}$. For turbo encoded TrCHs with puncturing, $b$ indicates the three sequences defined in section 4.2.7.4, with b=1 indicating the first sequence, and so forth. For all other cases $b$ is defined to be 1. $X_i$ is the number of bits in each separated bit sequence. The relation between $c_{ik}$ and $x_{bik}$ is given below.

For turbo encoded TrCHs with puncturing:

$$x_{1,i,k} = c_{i,3(k-1)+1} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = E_i/3$$

$$x_{2,i,k} = c_{i,3(k-1)+2} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = E_i/3$$

$$x_{3,i,k} = c_{i,3(k-1)+3} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = E_i/3$$

For convolutionally encoded TrCHs and turbo encoded TrCHs with repetition:

$$x_{1,i,k} = c_{i,k} \qquad k = 1, 2, 3, \ldots, X_i \qquad X_i = E_i$$

#### 4.2.7.4.2        Bit collection

The bits $x_{bik}$ are input to the rate matching algorithm described in subclause 4.2.7.5. The bits output from the rate matching algorithm are denoted $y_{bi1}, y_{bi2}, y_{bi3}, \ldots, y_{biY_i}$.

Bit collection is the inverse function of the separation. The bits after collection are denoted by $z_{bi1}, z_{bi2}, z_{bi3}, \ldots, z_{biY_i}$. After bit collection, the bits indicated as punctured are removed and the bits are then denoted by $g_{i1}, g_{i2}, g_{i3}, \ldots, g_{iG_i}$, where $i$ is the TrCH number and $G_i = N_{il}^{TTI} + \Delta N_{il}^{TTI}$. The relations between $y_{bik}$, $z_{bik}$, and $g_{ik}$ are given below.

For turbo encoded TrCHs with puncturing ($Y_i = X_i$):

$$z_{i,3(k-1)+1} = y_{1,i,k} \qquad k = 1, 2, 3, \ldots, Y_i$$

$$z_{i,3(k-1)+2} = y_{2,i,k} \qquad k = 1, 2, 3, ..., Y_i$$

$$z_{i,3(k-1)+3} = y_{3,i,k} \qquad k = 1, 2, 3, ..., Y_i$$

After the bit collection, bits $z_{i,k}$ with value $\delta$, where $\delta \notin \{0, 1\}$, are removed from the bit sequence. Bit $g_{i,1}$ corresponds to the bit $z_{i,k}$ with smallest index $k$ after puncturing, bit $g_{i,2}$ corresponds to the bit $z_{i,k}$ with second smallest index $k$ after puncturing, and so on.

For convolutionally encoded TrCHs and turbo encoded TrCHs with repetition:

$$z_{i,k} = y_{1,i,k} \qquad k = 1, 2, 3, ..., Y_i$$

When repetition is used, $g_{i,k}=z_{i,k}$ and $Y_i=G_i$.

When puncturing is used, $Y_i=X_i$ and bits $z_{i,k}$ with value $\delta$, where $\delta \notin \{0, 1\}$, are removed from the bit sequence. Bit $g_{i,1}$ corresponds to the bit $z_{i,k}$ with smallest index $k$ after puncturing, bit $g_{i,2}$ corresponds to the bit $z_{i,k}$ with second smallest index $k$ after puncturing, and so on.

### 4.2.7.5    Rate matching pattern determination

Denote the bits before rate matching by:

$x_{i1}, x_{i2}, x_{i3}, ..., x_{iX_i}$, where $i$ is the TrCH number and the sequence is defined in 4.2.7.3 for uplink or in 4.2.7.4 for downlink. Parameters $X_i$, $e_{ini}$, $e_{plus}$, and $e_{minus}$ are given in 4.2.7.1 for uplink or in 4.2.7.2 for downlink.

The rate matching rule is as follows:

    if puncturing is to be performed

        e = e_ini       -- initial error between current and desired puncturing ratio

        m = 1           -- index of current bit

        do while m <= X_i

            c = e – e_minus     -- update error

            if e <= 0 then      -- check if bit number m should be punctured

                set bit x_{i,m} to $\delta$ where $\delta \notin \{0, 1\}$

                e = e + e_plus  -- update error

            end if

            m = m + 1           -- next bit

        end do

    else

        e = e_ini       -- initial error between current and desired puncturing ratio

        m = 1           -- index of current bit

        do while m <= X_i

            e = e – e_minus     -- update error

            do while e <= 0     -- check if bit number m should be repeated

                repeat bit x_{i,m}

                e = e + e_plus  -- update error

```
        end do

    m = m + 1          — next bit

  end do

end if
```

A repeated bit is placed directly after the original one.

## 4.2.8    TrCH multiplexing

Every 10 ms, one radio frame from each TrCH is delivered to the TrCH multiplexing. These radio frames are serially multiplexed into a coded composite transport channel (CCTrCH).

The bits input to the TrCH multiplexing are denoted by $f_{i1}, f_{i2}, f_{i3}, \ldots, f_{iV_i}$, where $i$ is the TrCH number and $V_i$ is the number of bits in the radio frame of TrCH $i$. The number of TrCHs is denoted by $I$. The bits output from TrCH multiplexing are denoted by $s_1, s_2, s_3, \ldots, s_S$, where $S$ is the number of bits, i.e. $S = \sum_i V_i$. The TrCH multiplexing is defined by the following relations:

$$s_k = f_{1k} \quad k = 1, 2, \ldots, V_1$$

$$s_k = f_{2,(k-V_1)} \quad k = V_1+1, V_1+2, \ldots, V_1+V_2$$

$$s_k = f_{3,(k-(V_1+V_2))} \quad k = (V_1+V_2)+1, (V_1+V_2)+2, \ldots, (V_1+V_2)+V_3$$

...

$$s_k = f_{I,(k-(V_1+V_2+\ldots+V_{I-1}))} \quad k = (V_1+V_2+\ldots+V_{I-1})+1, (V_1+V_2+\ldots+V_{I-1})+2, \ldots, (V_1+V_2+\ldots+V_{I-1})+V_I$$

## 4.2.9    Insertion of discontinuous transmission (DTX) indication bits

In the downlink, DTX is used to fill up the radio frame with bits. The insertion point of DTX indication bits depends on whether fixed or flexible positions of the TrCHs in the radio frame are used. It is up to the UTRAN to decide for each CCTrCH whether fixed or flexible positions are used during the connection. DTX indication bits only indicate when the transmission should be turned off, they are not transmitted.

### 4.2.9.1    1st insertion of DTX indication bits

This step of inserting DTX indication bits is used only if the positions of the TrCHs in the radio frame are fixed. With fixed position scheme a fixed number of bits is reserved for each TrCH in the radio frame.

The bits from rate matching are denoted by $g_{i1}, g_{i2}, g_{i3}, \ldots, g_{iG_i}$, where $G_i$ is the number of bits in one TTI of TrCH $i$. Denote the number of bits in one radio frame of TrCH $i$ by $H_i$. Denote $D_i$ the number of bits output of the first DTX insertion block.

In TTIs containing no compressed frames or frames compressed by spreading factor reduction, $H_i$ is constant and corresponds to the maximum number of bits from TrCH $i$ in one radio frame for any transport format of TrCH $i$ and $D_i = F_i \times H_i$.

The bits output from the DTX insertion are denoted by $h_{i1}, h_{i2}, h_{i3}, \ldots, h_{iD_i}$. Note that these bits are three valued. They are defined by the following relations:

$$h_{ik} = g_{ik} \quad k = 1, 2, 3, \ldots, G_i$$

$$h_{ik} = \delta \quad k = G_i+1, G_i+2, G_i+3, \ldots, D_i$$

where DTX indication bits are denoted by $\delta$. Here $g_{ik} \in \{0, 1\}$ and $\delta \notin \{0, 1\}$.

### 4.2.9.2    2nd insertion of DTX indication bits

The DTX indication bits inserted in this step shall be placed at the end of the radio frame. Note that the DTX will be distributed over all slots after 2nd interleaving.

The bits input to the DTX insertion block are denoted by $s_1, s_2, s_3, \ldots, s_S$, where $S$ is the number of bits from TrCH multiplexing. The number of PhCHs is denoted by $P$ and the number of bits in one radio frame, including DTX indication bits, for each PhCH by $R$.

In non-compressed frames, $R = \dfrac{N_{data,*}}{P} = 15 \times (N_{data1} + N_{data2})$, where $N_{data1}$ and $N_{data2}$ are defined in [2].

For compressed frames, $N'_{data,*}$ is defined as $N'_{data,*} = P \times 15 \times (N'_{data1} + N'_{data2})$. $N'_{data1}$ and $N'_{data2}$ are the number of bits in the data fields of the slot format used for the current compressed frame, i.e. slot format A or B as defined in [2] corresponding to the spreading factor and the number of transmitted slots in use.

In frames compressed by higher layer scheduling, additional DTX with respect to normal mode shall be inserted if the transmission time reduction does not exactly create a transmission gap of the desired *TGL*.

The number of bits available to the CCTrCH in one radio frame compressed by spreading factor reduction or by higher layer scheduling is denoted by $N^{cm}_{data,*}$ and $R = \dfrac{N^{cm}_{data,*}}{P}$.

For frames compressed by spreading factor reduction $N^{cm}_{data,*} = \dfrac{N'_{data,*}}{2}$.

For frames compressed by higher layer scheduling the exact value of $N^{cm}_{data,*}$ is dependent on the *TGL* which is signalled from higher layers. It can be calculated as $N^{cm}_{data,*} = N'_{data,*} - N_{TGL}$.

$N_{TGL}$ is the number of bits that are located within the transmission gap and defined as:

$$
N_{TGL} = \begin{cases}
\dfrac{TGL}{15} \times N'_{data,*}, & \text{if } N_{first} + TGL \leq 15 \\[2mm]
\dfrac{15 - N_{first}}{15} \times N'_{data,*}, & \text{in first frame if } N_{first} + TGL > 15 \\[2mm]
\dfrac{TGL - (15 - N_{first})}{15} \times N'_{data,*}, & \text{in second frame if } N_{first} + TGL > 15
\end{cases}
$$

$N_{first}$ and *TGL* are defined in subclause 4.4.

The bits output from the DTX insertion block are denoted by $w_1, w_2, w_3, \ldots, w_{(PR)}$. Note that these bits are three valued. They are defined by the following relations:

$$w_k = s_k \quad k = 1, 2, 3, \ldots, S$$

$$w_k = \delta \quad k = S+1, S+2, S+3, \ldots, P \cdot R$$

where DTX indication bits are denoted by $\delta$. Here $s_k \in \{0,1,p\}$ and $\delta \notin \{0,1\}$.

## 4.2.10   Physical channel segmentation

When more than one PhCH is used, physical channel segmentation divides the bits among the different PhCHs. The bits input to the physical channel segmentation are denoted by $x_1, x_2, x_3, ..., x_X$, where $X$ is the number of bits input to the physical channel segmentation block. The number of PhCHs is denoted by $P$.

The bits after physical channel segmentation are denoted $u_{p,1}, u_{p,2}, u_{p,3}, ..., u_{p,U}$, where $p$ is PhCH number and $U$ is the number of bits in one radio frame for each PhCH, i.e. $U = \dfrac{X}{P}$. The relation between $x_k$ and $u_{p,k}$ is given below.

For all modes, some bits of the input flow are mapped to each code until the number of bits on the code is $U$. All bits of the input flow are taken to be mapped to the codes. Bits on first PhCH after physical channel segmentation:

$$u_{1,k} = x_k \quad k = 1, 2, ..., U$$

Bits on second PhCH after physical channel segmentation:

$$u_{2,k} = x_{k+U} \quad k = 1, 2, ..., U$$

...

Bits on the $P^{th}$ PhCH after physical channel segmentation:

$$u_{p,k} = x_{k+(P-1) \times U} \quad k = 1, 2, ..., U$$

### 4.2.10.1   Relation between input and output of the physical segmentation block in uplink

The bits input to the physical segmentation are denoted by $s_1, s_2, s_3, ..., s_S$. Hence, $x_k = s_k$ and $Y = S$.

### 4.2.10.2   Relation between input and output of the physical segmentation block in downlink

The bits input to the physical segmentation are denoted by $w_1, w_2, w_3, ..., w_{(PU)}$. Hence, $x_k = w_k$ and $Y = PU$.

## 4.2.11   2nd interleaving

The 2nd interleaving is a block interleaver and consists of bits input to a matrix with padding, the inter-column permutation for the matrix and bits output from the matrix with pruning. The bits input to the block interleaver are denoted by $u_{p,1}, u_{p,2}, u_{p,3}, ..., u_{p,U}$, where $p$ is PhCH number and $U$ is the number of bits in one radio frame for one PhCH. The output bit sequence from the block interleaver is derived as follows:

(1) Assign C2 = 30 to be the number of columns of the matrix. The columns of the matrix are numbered 0, 1, 2, ..., C2 - 1 from left to right.

(2) Determine the number of rows of the matrix, R2, by finding minimum integer R2 such that:

$$U \leq R2 \times C2.$$

The rows of rectangular matrix are numbered 0, 1, 2, ..., R2 - 1 from top to bottom.

(3) Write the input bit sequence $u_{p,1}, u_{p,2}, u_{p,3}, ..., u_{p,U}$ into the R2 × C2 matrix row by row starting with bit $y_{p,1}$ in column 0 of row 0:

$$\begin{bmatrix} y_{p,1} & y_{p,2} & y_{p,3} & \cdots & y_{p,C2} \\ y_{p,(C2+1)} & y_{p,(C2+2)} & y_{p,(C2+3)} & \cdots & y_{p,(2\times C2)} \\ \vdots & \vdots & \vdots & \cdots & \vdots \\ y_{p,((R2-1)\times C2+1)} & y_{p,((R2-1)\times C2+2)} & y_{p,((R2-1)\times C2+3)} & \cdots & y_{p,(R2\times C2)} \end{bmatrix}$$

where $y_{p,k} = u_k$ for $k = 1, 2, ..., U$ and if $R2 \times C2 > U$, the dummy bits are padded such that $y_{p,k} = 0$ or 1 for $k = U+1, U+2, ..., R2 \times C2$. These dummy bits are pruned away from the output of the matrix after the inter-column permutation.

(4) Perform the inter-column permutation for the matrix based on the pattern $\langle P2(j) \rangle_{j \in \{0,1,...,C2-1\}}$ that is shown in table 7, where $P2(j)$ is the original column position of the $j$-th permuted column. After permutation of the columns, the bits are denoted by $y'_{p,k}$.

$$\begin{bmatrix} y'_{p,1} & y'_{p,(R2+1)} & y'_{p,(2\times R2+1)} & \cdots & y'_{p,((C2-1)\times R2+1)} \\ y'_{p,2} & y'_{p,(R2+2)} & y'_{p,(2\times R2+2)} & \cdots & y'_{p,((C2-1)\times R2+2)} \\ \vdots & \vdots & \vdots & \cdots & \vdots \\ y'_{p,R2} & y'_{p,(2\times R2)} & y'_{p,(3\times R2)} & \cdots & y'_{p,(C2\times R2)} \end{bmatrix}$$

(5) The output of the block interleaver is the bit sequence read out column by column from the inter-column permuted $R2 \times C2$ matrix. The output is pruned by deleting dummy bits that were padded to the input of the matrix before the inter-column permutation, i.e. bits $y'_{p,k}$ that corresponds to bits $y_{p,k}$ with $k > U$ are removed from the output. The bits after 2nd interleaving are denoted by $v_{p,1}, v_{p,2}, ..., v_{p,U}$, where $v_{p,1}$ corresponds to the bit $y'_{p,k}$ with smallest index $k$ after pruning, $v_{p,2}$ to the bit $y'_{p,k}$ with second smallest index $k$ after pruning, and so on.

**Table 7 Inter-column permutation pattern for 2nd interleaving**

| Number of columns C2 | Inter-column permutation pattern<br>< P2(0), P2(1), ..., P2(C2-1) > |
|---|---|
| 30 | <0, 20, 10, 5, 15, 25, 3, 13, 23, 8, 18, 28, 1, 11, 21,<br>6, 16, 26, 4, 14, 24, 19, 9, 29, 12, 2, 7, 22, 27, 17> |

## 4.2.12    Physical channel mapping

The PhCH for both uplink and downlink is defined in [2]. The bits input to the physical channel mapping are denoted by $v_{p,1}, v_{p,2}, ..., v_{p,U}$, where $p$ is the PhCH number and $U$ is the number of bits in one radio frame for one PhCH. The bits $v_{p,k}$ are mapped to the PhCHs so that the bits for each PhCH are transmitted over the air in ascending order with respect to $k$.

In compressed mode, no bits are mapped to certain slots of the PhCH(s). If $N_{first} + TGL \leq 15$, no bits are mapped to slots $N_{first}$ to $N_{last}$. If $N_{first} + TGL > 15$, i.e. the transmission gap spans two consecutive radio frames, the mapping is as follows:

-   In the first radio frame, no bits are mapped to slots $N_{first}, N_{first}+1, N_{first}+2, ..., 14$.

-   In the second radio frame, no bits are mapped to the slots 0, 1, 2, ..., $N_{last}$.

$TGL$, $N_{first}$, and $N_{last}$ are defined in subclause 4.4.

### 4.2.12.1    Uplink

In uplink, the PhCHs used during a radio frame are either completely filled with bits that are transmitted over the air or not used at all. The only exception is when the UE is in compressed mode. The transmission can then be turned off during consecutive slots of the radio frame.

### 4.2.12.2    Downlink

In downlink, the PhCHs do not need to be completely filled with bits that are transmitted over the air. Values $v_{p,k} \notin \{0, 1\}$ correspond to DTX indicators, which are mapped to the DPCCH/DPDCH fields but are not transmitted over the air.

During compressed mode by reducing the spreading factor by 2, the data bits are always mapped into 7.5 slots within a compressed frame. No bits are mapped to the DPDCH field as follows:

If $N_{first} + TGL \leq 15$, i.e. the transmission gap spans one radio frame,

    if $N_{first} + 7 \leq 14$

        no bits are mapped to slots $N_{first}, N_{first} + 1, N_{first} + 2, ..., N_{first} + 6$

        no bits are mapped to the first $(N_{Data1} + N_{Data2})/2$ bit positions of slot $N_{first} + 7$

    else

        no bits are mapped to slots $N_{first}, N_{first} + 1, N_{first} + 2, ..., 14$

        no bits are mapped to slots $N_{first} - 1, N_{first} - 2, N_{first} - 3, ..., 8$

        no bits are mapped to the last $(N_{Data1} + N_{Data2})/2$ bit positions of slot 7

    end if

If $N_{first} + TGL > 15$, i.e. the transmission gap spans two consecutive radio frames,

    In the first radio frame, no bits are mapped to last $(N_{Data1} + N_{Data2})/2$ bit positions in slot 7 as well as to slots 8, 9, 10, ..., 14.

    In the second radio frame, no bits are mapped to slots 0, 1, 2, ..., 6 as well as to first $(N_{Data1} + N_{Data2})/2$ bit positions in slot 7.

$N_{Data1}$ and $N_{Data2}$ are defined in [2].

## 4.2.13    Restrictions on different types of CCTrCHs

Restrictions on the different types of CCTrCHs are described in general terms in TS 25.302[11]. In this subclause those restrictions are given with layer 1 notation.

### 4.2.13.1    Uplink Dedicated channel (DCH)

The maximum value of the number of TrCHs $I$ in a CCTrCH, the maximum value of the number of transport blocks $M_l$ on each transport channel, and the maximum value of the number of DPDCHs $P$ are given from the UE capability class.

### 4.2.13.2    Random Access Channel (RACH)

- There can only be one TrCH in each RACH CCTrCH, i.e. $I=1$, $s_k = f_{1k}$ and $S = V_1$.

- The maximum value of the number of transport blocks $M_1$ on the transport channel is given from the UE capability class.

- The transmission time interval is either 10 ms or 20 ms.

- Only one PRACH is used, i.e. $P=1$, $u_{1k} = s_k$, and $U = S$.

- The Static rate matching parameter $RM_1$ is not provided by higher layer signalling on the System information as the other transport channel parameters. Any value may be used as there is one transport channel in the CCTrCH, hence one transport channel per Transport Format Combination and no need to do any balancing between multiple transport channels.

### 4.2.13.3     Void

### 4.2.13.4     Downlink Dedicated Channel (DCH)

The maximum value of the number of TrCHs $I$ in a CCTrCH, the maximum value of the number of transport blocks $M_i$ on each transport channel, and the maximum value of the number of DPDCHs $P$ are given from the UE capability class.

### 4.2.13.5     Void

### 4.2.13.6     Broadcast channel (BCH)

- There can only be one TrCH in the BCH CCTrCH, i.e. $I=1$, $s_k = f_{1k}$, and $S = V_1$.

- There can only be one transport block in each transmission time interval, i.e. $M_1 = 1$.

- All transport format attributes have predefined values which are provided in [11] apart from the rate matching $RM_1$.

- The Static rate matching parameter $RM_1$ is not provided by higher layer signalling neither fixed. Any value may be used as there is one transport channel in the CCTrCH, hence one transport channel per Transport Format Combination and no need to do any balancing between multiple transport channels.

- Only one primary CCPCH is used, i.e. $P=1$.

### 4.2.13.7     Forward access and paging channels (FACH and PCH)

- The maximum value of the number of TrCHs $I$ in a CCTrCH and the maximum value of the number of transport blocks $M_i$ on each transport channel are given from the UE capability class.

- The transmission time interval for TrCHs of PCH type is always 10 ms.

- Only one secondary CCPCH is used per CCTrCH, i.e. $P=1$.

### 4.2.13.8     High Speed Downlink Shared Channel (HS-DSCH) associated with a DCH

- There can be only one TrCH in the HS-DSCH CCTrCH, i.e. $I = 1$,

- There can only be one transport block in each transmission time interval, i.e. $M_1 = 1$.

- The transmission time interval for TrCHs of HS-DSCH type is always 2 ms.

- The maximum value of the number of HS-PDSCHs $P$ are given from the UE capability class.

## 4.2.14     Multiplexing of different transport channels into one CCTrCH, and mapping of one CCTrCH onto physical channels

The following rules shall apply to the different transport channels which are part of the same CCTrCH:

1) Transport channels multiplexed into one CCTrCH shall have co-ordinated timings. When the TFCS of a CCTrCH is changed because one or more transport channels are added to the CCTrCH or reconfigured within the CCTrCH, or removed from the CCTrCH, the change may only be made at the start of a radio frame with CFN fulfilling the relation

CFN mod $F_{max} = 0$,

where $F_{max}$ denotes the maximum number of radio frames within the transmission time intervals of all transport channels which are multiplexed into the same CCTrCH, including any transport channels $i$ which are added, reconfigured or have been removed, and CFN denotes the connection frame number of the first radio frame of the changed CCTrCH.

After addition or reconfiguration of a transport channel $i$ within a CCTrCH, the TTI of transport channel $i$ may only start in radio frames with CFN fulfilling the relation:

CFN mod $F_i = 0$.

2) Only transport channels with the same active set can be mapped onto the same CCTrCH.

3) Different CCTrCHs cannot be mapped onto the same PhCH.

4) One CCTrCH shall be mapped onto one or several PhCHs. These physical channels shall all have the same SF.

5) Dedicated Transport channels and common transport channels cannot be multiplexed into the same CCTrCH.

6) For the common transport channels, only the FACH and PCH may belong to the same CCTrCH.

There are hence two types of CCTrCH:

1) CCTrCH of dedicated type, corresponding to the result of coding and multiplexing of one or several DCHs.

2) CCTrCH of common type, corresponding to the result of the coding and multiplexing of a common channel, RACH in the uplink, HS-DSCH, BCH, or FACH/PCH for the downlink.

### 4.2.14.1    Allowed CCTrCH combinations for one UE

#### 4.2.14.1.1    Allowed CCTrCH combinations on the uplink

A maximum of one CCTrCH is allowed for one UE on the uplink. It can be either:

1) one CCTrCH of dedicated type;

2) one CCTrCH of common type.

#### 4.2.14.1.2    Allowed CCTrCH combinations on the downlink

The following CCTrCH combinations for one UE are allowed:

- x CCTrCH of dedicated type + y CCTrCH of common type. The allowed combination of CCTrCHs of dedicated and common type are given from UE radio access capabilities. There can be a maximum of one CCTrCH of common type for HS-DSCH and a maximum of one CCTrCH of common type for FACH. With one CCTrCH of common type for HS-DSCH, there shall be only one one CCTrCH of dedicated type.

NOTE 1:  There is only one DPCCH in the uplink, hence one TPC bits flow on the uplink to control possibly the different DPDCHs on the downlink, part of the same or several CCTrCHs.

NOTE 2:  There is only one DPCCH in the downlink, even with multiple CCTrCHs. With multiple CCTrCHs, the DPCCH is transmitted on one of the physical channels of that CCTrCH which has the smallest SF among the multiple CCTrCHs. Thus there is only one TPC command flow and only one TFCI word in downlink even with multiple CCTrCHs.

NOTE 3:  in the current release, only 1 CCTrCH of dedicated type is supported.

## 4.3    Transport format detection

If the transport format set of a TrCH $i$ contains more than one transport format, the transport format can be detected according to one of the following methods:

- TFCI based detection: This method is applicable when the transport format combination is signalled using the TFCI field;

- explicit blind detection: This method typically consists of detecting the TF of TrCH $i$ by use of channel decoding and CRC check;

- guided detection: This method is applicable when there is at least one other TrCH $i'$, hereafter called guiding TrCH, such that:

  - the guiding TrCH has the same TTI duration as the TrCH under consideration, i.e. $F_{i'} = F_i$;

  - different TFs of the TrCH under consideration correspond to different TFs of the guiding TrCH;

  - explicit blind detection is used on the guiding TrCH.

If the transport format set for a TrCH $i$ does not contain more than one transport format with more than zero transport blocks, no explicit blind transport format detection needs to be performed for this TrCH. The UE can use guided detection for this TrCH or single transport format detection, where the UE always assumes the transport format corresponding to more than zero transport blocks for decoding.

For uplink, blind transport format detection is a network controlled option. For downlink, the UE shall be capable of performing blind transport format detection, if certain restrictions on the configured transport channels are fulfilled.

## 4.3.1    Blind transport format detection

When no TFCI is available then explicit blind detection or guided detection shall be performed on all TrCHs within the CCTrCH that have more than one transport format and that do not use single transport format detection. The UE shall only be required to support blind transport format detection if all of the following restrictions are fulfilled:

1. either only one CCTrCH is received, or one CCTrCH of dedicated type and one CCTrCH of common type for HS-DSCH are received by the UE;

   If only one CCTrCH is received by the UE, the following conditions apply to that CCTrCH and those TrCHs that are multiplexed on the CCTrCH. If one CCTrCH of dedicated type and one CCTrCH of common type for HS-DSCH are received by the UE, the following conditions apply to the dedicated type CCTrCH and the TrCHs that are multiplexed on the dedicated type CCTrCH.

2. the number of CCTrCH bits received per radio frame is 600 or less;

3. the number of transport format combinations of the CCTrCH is 64 or less;

4. fixed positions of the transport channels is used on the CCTrCH to be detectable;

5. convolutional coding is used on all explicitly detectable TrCHs;

6. CRC with non-zero length is appended to all transport blocks on all explicitly detectable TrCHs;

7. at least one transport block shall be transmitted per TTI on each explicitly detectable TrCH;

8. the number of explicitly detectable TrCHs is 3 or less;

9. for all explicitly detectable TrCHs $i$, the number of code blocks in one TTI ($C_i$) shall not exceed 1;

10. the sum of the transport format set sizes of all explicitly detectable TrCHs, is 16 or less. The transport format set size is defined as the number of transport formats within the transport format set;

11. there is at least one TrCH that can be used as the guiding transport channel for all transport channels using guided detection.

Examples of blind transport format detection methods are given in annex A.

## 4.3.1a    Single transport format detection

When no TFCI is available, then single transport format detection shall be applied on all TrCHs within the CCTrCH that have a transport format set not containing more than one transport format with more than zero transport blocks and that do not use guided detection. The UE shall only be required to support single transport format detection if the following restrictions are fulfilled:

1. For each transport channel that is single transport format detected, CRC with non-zero length is appended to all transport blocks within the non-zero transport block transport format;

2. fixed positions of the transport channels is used on the CCTrCH to be detectable.

## 4.3.2    Transport format detection based on TFCI

If a TFCI is available, then TFCI based detection shall be applicable to all TrCHs within the CCTrCH. The TFCI informs the receiver about the transport format combination of the CCTrCHs. As soon as the TFCI is detected, the transport format combination, and hence the transport formats of the individual transport channels are known.

## 4.3.3    Coding of Transport-Format-Combination Indicator (TFCI)

The TFCI is encoded using a (32, 10) sub-code of the second order Reed-Muller code. The coding procedure is as shown in figure 9.



**Figure 9: Channel coding of TFCI information bits**

If the TFCI consist of less than 10 bits, it is padded with zeros to 10 bits, by setting the most significant bits to zero. The length of the TFCI code word is 32 bits.

The code words of the (32,10) sub-code of second order Reed-Muller code are linear combination of 10 basis sequences. The basis sequences are as in the following table 8.

**Table 8: Basis sequences for (32,10) TFCI code**

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ | $M_{i,5}$ | $M_{i,6}$ | $M_{i,7}$ | $M_{i,8}$ | $M_{i,9}$ |
|----|---|---|---|---|---|---|---|---|---|---|
| 0  | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 1  | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| 2  | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 3  | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| 4  | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 5  | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| 6  | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| 7  | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 |
| 8  | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 9  | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 0 |
| 12 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| 13 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 |
| 14 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 15 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| 16 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| 17 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 |
| 18 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 19 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 |
| 20 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| 21 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 22 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 23 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 24 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 25 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| 26 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 27 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 28 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 30 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

The TFCI information bits $a_0$, $a_1$, $a_2$, $a_3$, $a_4$, $a_5$, $a_6$, $a_7$, $a_8$, $a_9$ (where $a_0$ is LSB and $a_9$ is MSB) shall correspond to the TFC index (expressed in unsigned binary form) defined by the RRC layer to reference the TFC of the CCTrCH in the associated DPCH radio frame.

The output code word bits $b_i$ are given by:

$$b_i = \sum_{n=0}^{9} (a_n \times M_{i,n}) \bmod 2$$

where $i = 0, \ldots, 31$.

The output bits are denoted by $b_k$, $k = 0, 1, 2, \ldots, 31$.

In downlink, when the SF < 128 the encoded TFCI code words are repeated yielding 8 encoded TFCI bits per slot in normal mode and 16 encoded TFCI bits per slot in compressed mode. Mapping of repeated bits to slots is explained in subclause 4.3.5.

## 4.3.4      Void

## 4.3.5    Mapping of TFCI words

### 4.3.5.1      Mapping of TFCI word in normal mode

The bits of the code word are directly mapped to the slots of the radio frame. Within a slot the bit with lower index is transmitted before the bit with higher index. The coded bits $b_k$ are mapped to the transmitted TFCI bits $d_k$, according to the following formula:

$$d_k = b_{k \bmod 32}$$

For uplink physical channels regardless of the SF and downlink physical channels, if $SF \geq 128$, $k = 0, 1, 2, ..., 29$. Note that this means that bits $b_{30}$ and $b_{31}$ are not transmitted.

For downlink physical channels whose SF < 128, $k = 0, 1, 2, ..., 119$. Note that this means that bits $b_0$ to $b_{23}$ are transmitted four times and bits $b_{24}$ to $b_{31}$ are transmitted three times.

### 4.3.5.2      Mapping of TFCI word in compressed mode

The mapping of the TFCI bits in compressed mode is different for uplink, downlink with $SF \geq 128$ and downlink with SF < 128.

#### 4.3.5.2.1      Uplink compressed mode

For uplink compressed mode, the slot format is changed so that no TFCI coded bits are lost. The different slot formats in compressed mode do not match the exact number of TFCI coded bits for all possible TGLs. Repetition of the TFCI bits is therefore used.

Denote the number of bits available in the TFCI fields of one compressed radio frame by $D$ and the number of bits in the TFCI field in a slot by $N_{TFCI}$. The parameter $E$ is used to determine the number of the first TFCI bit to be repeated.

$E = N_{first} N_{TFCI}$, if the start of the transmission gap is allocated to the current frame.
$E = 0$, if the start of the transmission gap is allocated to the previous frame and the end of the transmission gap is allocated to the current frame.

The TFCI coded bits $b_k$ are mapped to the bits in the TFCI fields $d_k$. The following relations define the mapping for each compressed frame.

$$d_k = b_k$$

where $k = 0, 1, 2, ..., \min(31, D\text{-}1)$.

If $D > 32$, the remaining positions are filled by repetition (in reversed order):

$$d_{D\text{-}k\text{-}1} = b_{(E+k) \bmod 32}$$

where $k = 0, ..., D\text{-}33$.

#### 4.3.5.2.2      Downlink compressed mode

For downlink compressed mode, the slot format is changed so that no TFCI coded bits are lost. The different slot formats in compressed mode do not match the exact number of TFCI bits for all possible TGLs. DTX is therefore used if the number of bits available in the TFCI fields in one compressed frame exceeds the number of TFCI bits given from the slot format. The block of bits in the TFCI fields where DTX is used starts on the first TFCI field after the transmission gap. If there are more bits available in the TFCI fields before the transmission gap than TFCI bits, DTX is also used on the bits in the last TFCI fields before the transmission gap.

Denote the number of bits available in the TFCI fields of one compressed radio frame by $D$ and the number of bits in the TFCI field in a slot by $N_{TFCI}$. The parameter $E$ is used to determine the position of the first bit in the TFCI field on which DTX is used.

$E = N_{first} N_{TFCI}$, if the start of the transmission gap is allocated to the current frame.
$E = 0$, if the start of the transmission gap is allocated to the previous frame and the end of the transmission gap is allocated to the current frame.

Denote the total number of TFCI bits to be transmitted by $F$. $F = 32$ for slot formats $n$A or $n$B, where $n = 0, 1, ..., 11$ (see table 11 in [2]). Otherwise, $F = 128$. The TFCI coded bits $b_k$ are mapped to the bits in the TFCI fields $d_k$. The following relations define the mapping for each compressed frame.

If $E > 0$,

$$d_k = b_{k \bmod 32}$$

where $k = 0, 1, 2, ..., \min(E, F)$-1.

If $E < F$,

$$d_{k+D-F} = b_{k \bmod 32}$$

where $k = E, ..., F$-1.

DTX is used on $d_k$ where $k = \min(E, F), ..., \min(E, F) + D - F - 1$.

## 4.4    Compressed mode

In compressed frames, TGL slots from $N_{first}$ to $N_{last}$ are not used for transmission of data. As illustrated in figure 11, the instantaneous transmit power is increased in the compressed frame in order to keep the quality (BER, FER, etc.) unaffected by the reduced processing gain. The amount of power increase depends on the transmission time reduction method (see subclause 4.4.3). What frames are compressed, are decided by the network. When in compressed mode, compressed frames can occur periodically, as illustrated in figure 11, or requested on demand. The rate and type of compressed frames is variable and depends on the environment and the measurement requirements.



**Figure 11: Compressed mode transmission.**

### 4.4.1    Frame structure in the uplink

The frame structure for uplink compressed frames is illustrated in figure 12.



**Figure 12: Frame structure in uplink compressed transmission**

## 4.4.2     Frame structure types in the downlink

There are two different types of frame structures defined for downlink compressed frames. Type A maximises the transmission gap length and type B is optimised for power control. The frame structure type A or B is set by higher layers independent from the downlink slot format type A or B.

- With frame structure of type A, the pilot field of the last slot in the transmission gap is transmitted. Transmission is turned off during the rest of the transmission gap (figure 13(a)). In case the length of the pilot field is 2 bits and STTD is used on the radio link, the pilot bits in the last slot of the transmission gap shall be STTD encoded assuming DTX indicators as the two last bits in the Data2 field.

- With frame structure of type B, the TPC field of the first slot in the transmission gap and the pilot field of the last slot in the transmission gap is transmitted. Transmission is turned off during the rest of the transmission gap (figure 13(b)). In case the length of the pilot field is 2 bits and STTD is used on the radio link, the pilot bits in the last slot of the transmission gap shall be STTD encoded assuming DTX indicators as the two last bits of the Data2 field. Similarly, the TPC bits in the first slot of the transmission gap shall be STTD encoded assuming DTX indicators as the two last bits in the Data1 field.



**Figure 13: Frame structure types in downlink compressed transmission**

## 4.4.3     Transmission time reduction method

When in compressed mode, the information normally transmitted during a 10 ms frame is compressed in time. The mechanisms provided for achieving this are reduction of the spreading factor by a factor of two , and higher layer scheduling. In the downlink and the uplink, all methods are supported. The maximum idle length is defined to be 7 slots per one 10 ms frame. The slot formats that are used in compressed frames are listed in [2].

### 4.4.3.1     Void

### 4.4.3.2     Compressed mode by reducing the spreading factor by 2

The spreading factor (SF) can be reduced by 2 during one compressed radio frame to enable the transmission of the information bits in the remaining time slots of the compressed frame. This method is not supported for SF=4.

On the downlink, UTRAN can also order the UE to use a different scrambling code in a compressed frame than in a non-compressed frame. If the UE is ordered to use a different scrambling code in a compressed frame, then there is a one-to-one mapping between the scrambling code used in the non-compressed frame and the one used in the compressed frame, as described in [3] subclause 5.2.1.

### 4.4.3.3     Compressed mode by higher layer scheduling

Compressed frames can be obtained by higher layer scheduling. Higher layers then set restrictions so that only a subset of the allowed TFCs are used in a compressed frame. The maximum number of bits that will be delivered to the physical layer during the compressed radio frame is then known and a transmission gap can be generated. Note that in

the downlink, the TFCI field is expanded on the expense of the data fields and this shall be taken into account by higher layers when setting the restrictions on the TFCs. Compressed mode by higher layer scheduling shall not be used with fixed starting positions of the TrCHs in the radio frame.

## 4.4.4    Transmission gap position

Transmission gaps can be placed at different positions as shown in figures 14 and 15 for each purpose such as interfrequency power measurement, acquisition of control channel of other system/carrier, and actual handover operation.

When using single frame method, the transmission gap is located within the compressed frame depending on the transmission gap length (TGL) as shown in figure 14 (1). When using double frame method, the transmission gap is located on the center of two connected frames as shown in figure 14 (2).



(1) Single-frame method



(2) Double-frame method

**Figure 14: Transmission gap position**

Parameters of the transmission gap positions are calculated as follows.

TGL is the number of consecutive idle slots during the compressed mode transmission gap:

$$TGL = 3, 4, 5, 7, 10, 14$$

$N_{first}$ specifies the starting slot of the consecutive idle slots,

$$N_{first} = 0,1,2,3,\ldots,14.$$

$N_{last}$ shows the number of the final idle slot and is calculated as follows;

If $N_{first} + TGL \leq 15$, then $N_{last} = N_{first} + TGL - 1$ ( in the same frame ),

If $N_{first} + TGL > 15$, then $N_{last} = (N_{first} + TGL - 1) \bmod 15$ ( in the next frame ).

When the transmission gap spans two consecutive radio frames, $N_{first}$ and TGL must be chosen so that at least 8 slots in each radio frame are transmitted.



(1) Single-frame method



(2) Double-frame method

**Figure 15: Transmission gap positions with different Nfirst**

## 4.5   Coding for HS-DSCH

Data arrives to the coding unit in form of a maximum of one transport block once every transmission time interval. The transmission time interval is 2 ms which is mapped to a radio sub-frame of 3 slots.

The following coding steps can be identified:

- add CRC to each transport block (see subclause 4.5.1);

- bit scrambling (see subclause 4.5.1a);

- code block segmentation (see subclause 4.5.2);

- channel coding (see subclause 4.5.3);

- hybrid ARQ (see subclause 4.5.4);

- physical channel segmentation (see subclause 4.5.5);

- interleaving for HS-DSCH (see subclause 4.5.6);

- constellation re-arrangement for 16 QAM (see subclause 4.5.7);

- mapping to physical channels (see subclause 4.5.8).

The coding steps for HS-DSCH are shown in the figure below.



**Figure 16: Coding chain for HS-DSCH**

In the following the number of transport blocks and the number of transport channels is always one i.e. m=1, i=1. When referencing non HS-DSCH formulae which are used in correspondence with HS-DSCH formulae the convention is used that transport block subscripts may be omitted (e.g. $X_1$ may be written X).

## 4.5.1 CRC attachment for HS-DSCH

CRC attachment for the HS-DSCH transport channel shall be done using the general method described in 4.2.1 above with the following specific parameters.

The CRC length shall always be $L_1 = 24$ bits.

## 4.5.1a Bit scrambling for HS-DSCH

The bits output from the HS-DSCH CRC attachment are scrambled in the bit scrambler. The bits input to the bit scrambler are denoted by $b_{im,1}, b_{im,2}, b_{im,3}, ..., b_{im,B}$, where $B$ is the number of bits input to the HS-DSCH bit scrambler. The bits after bit scrambling are denoted $d_{im,1}, d_{im,2}, d_{im,3}, ..., d_{im,B}$.

Bit scrambling is defined by the following relation:

$$d_{im,k} = (b_{im,k} + y_k) \bmod 2 \qquad k = 1,2,...,B$$

and $y_k$ results from the following operation:

$$y'_\gamma = 0 \qquad -15 < \gamma < 1$$

$$y'_\gamma = 1 \qquad \gamma = 1$$

$$y'_\gamma = \left( \sum_{x=1}^{16} g_x \cdot y'_{\gamma-x} \right) \bmod 2 \quad 1 < \gamma \le B,$$

where $g = \{g_1, g_2, ..., g_{16}\} = \{0,0,0,0,0,0,0,0,0,0,1,0,1,1,0,1\}$,

$$y_k = y'_k \qquad k = 1,2,...,B.$$

## 4.5.2 Code block segmentation for HS-DSCH

Code block segmentation for the HS-DSCH transport channel shall be done with the general method described in 4.2.2.2 above with the following specific parameters.

There will be a maximum of one transport block, i=1. The bits $d_{im1}, d_{im2}, d_{im3},....d_{imB}$ input to the block are mapped to the bits $x_{i1}, x_{i2}, x_{i3},....x_{iB}$ directly. It follows that $X_1 = B$. Note that the bits x referenced here refer only to the internals of the code block segmentation function. The output bits from the code block segmentation function are $o_{ir1}, o_{ir2}, o_{ir3},....o_{irK}$.

The value of $Z = 5114$ for turbo coding shall be used.

## 4.5.3 Channel coding for HS-DSCH

Channel coding for the HS-DSCH transport channel shall be done with the general method described in 4.2.3 above with the following specific parameters.

There will be a maximum of one transport block, i=1. The rate 1/3 turbo coding shall be used.

## 4.5.4 Hybrid ARQ for HS-DSCH

The hybrid ARQ functionality matches the number of bits at the output of the channel coder to the total number of bits of the HS-PDSCH set to which the HS-DSCH is mapped. The hybrid ARQ functionality is controlled by the redundancy version (RV) parameters. The exact set of bits at the output of the hybrid ARQ functionality depends on the number of input bits, the number of output bits, and the RV parameters.

The hybrid ARQ functionality consists of two rate-matching stages and a virtual buffer as shown in the figure below.

The first rate matching stage matches the number of input bits to the virtual IR buffer, information about which is provided by higher layers. Note that, if the number of input bits does not exceed the virtual IR buffering capability, the first rate-matching stage is transparent.

The second rate matching stage matches the number of bits after first rate matching stage to the number of physical channel bits available in the HS-PDSCH set in the TTI.



**Figure 17: HS-DSCH hybrid ARQ functionality**

### 4.5.4.1     HARQ bit separation

The HARQ bit separation function shall be performed in the same way as bit separation for turbo encoded TrCHs with puncturing in 4.2.7.4.1 above.

### 4.5.4.2     HARQ First Rate Matching Stage

HARQ first stage rate matching for the HS-DSCH transport channel shall be done with the general method described in 4.2.7.2.2.3 above with the following specific parameters.

The maximum number of soft channel bits available in the virtual IR buffer is $N_{IR}$ which is signalled from higher layers for each HARQ process. The number of coded bits in a TTI before rate matching is $N^{TTI}$ this is deduced from information signalled from higher layers and parameters signalled on the HS-SCCH for each TTI. Note that HARQ processing and physical layer storage occurs independently for each HARQ process currently active.

If $N_{IR}$ is greater than or equal to $N^{TTI}$ (i.e. all coded bits of the corresponding TTI can be stored) the first rate matching stage shall be transparent. This can, for example, be achieved by setting $e_{minus} = 0$. Note that no repetition is performed.

If $N_{IR}$ is smaller than $N^{TTI}$ the parity bit streams are punctured as in 4.2.7.2.2.3 above by setting the rate matching parameter $\Delta N_{il}^{TTI} = N_{IR} - N^{TTI}$ where the subscripts i and l refer to transport channel and transport format in the referenced sub-clause. Note the negative value is expected when the rate matching implements puncturing. Bits selected for puncturing which appear as $\delta$ in the algorithm in 4.2.7 above shall be discarded and not counted in the totals for the streams through the virtual IR buffer.

### 4.5.4.3     HARQ Second Rate Matching Stage

HARQ second stage rate matching for the HS-DSCH transport channel shall be done with the general method described in 4.2.7.5 above with the following specific parameters. Bits selected for puncturing which appear as $\delta$ in the algorithm in 4.2.7.5 above shall be discarded and are not counted in the streams towards the bit collection.

The parameters of the second rate matching stage depend on the value of the RV parameters s and r. The parameter s can take the value 0 or 1 to distinguish between transmissions that prioritise systematic bits (s = 1) and non systematic bits (s = 0). The parameter r (range 0 to $r_{max}-1$) changes the initial error variable $e_{ini}$ in the case of puncturing. In case of

repetition both parameters $r$ and $s$ change the initial error variable $e_{ini}$. The parameters $X_i$, $e_{plus}$ and $e_{minus}$ are calculated as per table 10 below.

Denote the number of bits before second rate matching as $N_{sys}$ for the systematic bits, $N_{p1}$ for the parity 1 bits, and $N_{p2}$ for the parity 2 bits, respectively. Denote the number of physical channels used for the HS-DSCH by $P$. $N_{data}$ is the number of bits available to the HS-DSCH in one TTI and defined as $N_{data}=P \times 3 \times N_{data1}$, where $N_{data1}$ is defined in [2]. The rate matching parameters are determined as follows.

For $N_{data} \leq N_{sys} + N_{p1} + N_{p2}$, puncturing is performed in the second rate matching stage. The number of transmitted systematic bits in a transmission is $N_{t,sys} = \min\{N_{sys}, N_{data}\}$ for a transmission that prioritises systematic bits and $N_{t,sys} = \max\{N_{data} - (N_{p1} + N_{p2}), 0\}$ for a transmission that prioritises non systematic bits.

For $N_{data} > N_{sys} + N_{p1} + N_{p2}$ repetition is performed in the second rate matching stage. A similar repetition rate in all bit streams is achieved by setting the number of transmitted systematic bits to $N_{t,sys} = \left\lfloor N_{sys} \cdot \dfrac{N_{data}}{N_{sys} + 2N_{p1}} \right\rfloor$.

The number of parity bits in a transmission is: $N_{t,p1} = \left\lfloor \dfrac{N_{data} - N_{t,sys}}{2} \right\rfloor$ and $N_{t,p2} = \left\lceil \dfrac{N_{data} - N_{t,sys}}{2} \right\rceil$ for the parity 1 and parity 2 bits, respectively.

Table 10 below summarizes the resulting parameter choice for the second rate matching stage.

### Table 10: Parameters for HARQ second rate matching

|                      | $X_i$     | $e_{plus}$      | $e_{minus}$                  |
|----------------------|-----------|-----------------|------------------------------|
| Systematic RM S      | $N_{sys}$ | $N_{sys}$       | $\lvert N_{sys} - N_{t,sys} \rvert$ |
| Parity 1 RM P1_2     | $N_{p1}$  | $2 \cdot N_{p1}$ | $2 \cdot \lvert N_{p1} - N_{t,p1} \rvert$ |
| Parity 2 RM P2_2     | $N_{p2}$  | $N_{p2}$        | $\lvert N_{p2} - N_{t,p2} \rvert$ |

The rate matching parameter $e_{ini}$ is calculated for each bit stream according to the RV parameters $r$ and $s$ using

$$e_{ini}(r) = \{(X_i - \lfloor r \cdot e_{plus} / r_{max} \rfloor - 1) \bmod e_{plus}\} + 1 \text{ in the case of puncturing, i.e., } N_{data} \leq N_{sys} + N_{p1} + N_{p2},$$

and

$$e_{ini}(r) = \{(X_i - \lfloor (s + 2 \cdot r) \cdot e_{plus} / (2 \cdot r_{max}) \rfloor - 1) \bmod e_{plus}\} + 1 \text{ for repetition, i.e., } N_{data} > N_{sys} + N_{p1} + N_{p2}.$$

Where $r \in \{0, 1, \cdots, r_{max} - 1\}$ and $r_{max}$ is the total number of redundancy versions allowed by varying $r$ as defined in 4.6.2. Note that $r_{max}$ varies depending on the modulation mode, i.e. for 16QAM $r_{max} = 2$ and for QPSK $r_{max} = 4$.

Note: For the modulo operation the following clarification is used: the value of (x mod y) is strictly in the range of 0 to y-1 (i.e. -1 mod 10 = 9).

### 4.5.4.4        HARQ bit collection

The HARQ bit collection is achieved using a rectangular interleaver of size $N_{row} \times N_{col}$.

The number of rows and columns are determined from:

$$N_{row} = 4 \text{ for 16QAM and } N_{row} = 2 \text{ for QPSK}$$

$$N_{col} = N_{data} / N_{row}$$

where $N_{data}$ is used as defined in 4.5.4.3.

Data is written into the interleaver column by column, and read out of the interleaver column by column starting from the first column.

$N_{t,sys}$ is the number of transmitted systematic bits. Intermediate values $N_r$ and $N_c$ are calculated using:

$$N_r = \left\lfloor \frac{N_{t,sys}}{N_{col}} \right\rfloor \text{ and } N_c = N_{t,sys} - N_r \cdot N_{col}.$$

If $N_c = 0$ and $N_r > 0$, the systematic bits are written into rows $1...N_r$.

Otherwise systematic bits are written into rows $1...N_r+1$ in the first $N_c$ columns and, if $N_r > 0$, also into rows $1...N_r$ in the remaining $N_{col}-N_c$ columns.

The remaining space is filled with parity bits. The parity bits are written column wise into the remaining rows of the respective columns. Parity 1 and 2 bits are written in alternating order, starting with a parity 2 bit in the first available column with the lowest index number.

In the case of 16QAM for each column the bits are read out of the interleaver in the order row 1, row 2, row 3, row 4. In the case of QPSK for each column the bits are read out of the interleaver in the order row1, row2.

## 4.5.5    Physical channel segmentation for HS-DSCH

When more than one HS-PDSCH is used, physical channel segmentation divides the bits among the different physical channels. The bits input to the physical channel segmentation are denoted by $w_1, w_2, w_3,...w_R$, where R is the number of bits input to the physical channel segmentation block. The number of PhCHs is denoted by $P$.

The bits after physical channel segmentation are denoted $u_{p1}, u_{p2}, u_{p3},..., u_{pU}$, where $p$ is PhCH number and $U$ is the

number of bits in one radio sub-frame for each HS-PDSCH, i.e. $U = \dfrac{R}{P}$. The relation between $w_k$ and $u_{p,k}$ is given below.

For all modes, some bits of the input flow are mapped to each code until the number of bits on the code is $U$.

Bits on first PhCH after physical channel segmentation:

$u_{1,k} = w_k \quad k = 1, 2, ..., U$

Bits on second PhCH after physical channel segmentation:

$u_{2,k} = w_{k+U} \quad k = 1, 2, ..., U$

...

Bits on the $P^{th}$ PhCH after physical channel segmentation:

$u_{P,k} = w_{k+(P-1)\times U} \quad k = 1, 2, ..., U$

## 4.5.6    Interleaving for HS-DSCH

The interleaving for FDD is done as shown in figure 18 below, separately for each physical channel. The bits input to the block interleaver are denoted by $u_{p,1}, u_{p,2}, u_{p,3},..., u_{p,U}$, where $p$ is PhCH number and $U$ is the number of bits in one TTI for one PhCH. For QPSK $U = 960$ and for 16QAM $U = 1920$. The basic interleaver is as the 2nd interleaver described in Section 4.2.11. The interleaver is of fixed size: R2=32 rows and C2=30 columns.



**Figure 18: Interleaver structure for HS-DSCH**

For 16QAM, there are two identical interleavers of the same fixed size R2×C2 = 32×30. The output bits from the physical channel segmentation are divided two by two between the interleavers: bits $u_{p,k}$ and $u_{p,k+1}$ go to the first interleaver and bits $u_{p,k+2}$ and $u_{p,k+3}$ go to the second interleaver. Bits are collected two by two from the interleavers: bits $v_{p,k}$ and $v_{p,k+1}$ are obtained from the first interleaver and bits $v_{p,k+2}$ and $v_{p,k+3}$ are obtained from the second interleaver, where k mod 4=1.

## 4.5.7    Constellation re-arrangement for 16 QAM

This function only applies to 16 QAM modulated bits. In case of QPSK it is transparent.

The following table describes the operations that produce the different rearrangements.

The bits of the input sequence are mapped in groups of 4 so that $v_{p,k}, v_{p,k+1}, v_{p,k+2}, v_{p,k+3}$ are used, where k mod 4 = 1.

**Table 11: Constellation re-arrangement for 16 QAM**

| constellation version parameter b | Output bit sequence | Operation |
|---|---|---|
| 0 | $v_{p,k}v_{p,k+1}v_{p,k+2}v_{p,k+3}$ | None |
| 1 | $v_{p,k+2}v_{p,k+3}v_{p,k}v_{p,k+1}$ | Swapping MSBs with LSBs |
| 2 | $v_{p,k}v_{p,k+1}\overline{v}_{p,k+2}\overline{v}_{p,k+3}$ | Inversion of the logical values of LSBs |
| 3 | $v_{p,k+2}v_{p,k+3}\overline{v}_{p,k}\overline{v}_{p,k+1}$ | Swapping MSBs with LSBs and inversion of logical values of LSBs |

The output bit sequences from the table above map to the output bits in groups of 4, i.e. $r_{p,k}$, $r_{p,k+1}$, $r_{p,k+2}$, $r_{p,k+3}$, where k mod 4 = 1.

## 4.5.8    Physical channel mapping for HS-DSCH

The HS-PDSCH is defined in [2]. The bits input to the physical channel mapping are denoted by $r_{p,1}, r_{p,2},...,r_{p,U}$, where $p$ is the physical channel number and $U$ is the number of bits in one radio sub-frame for one HS-PDSCH. The bits $r_{p,k}$ are mapped to the PhCHs so that the bits for each PhCH are transmitted over the air in ascending order with respect to $k$.

## 4.6    Coding for HS-SCCH

The following information is transmitted by means of the HS-SCCH physical channel.

- Channelization-code-set information (7 bits):    $x_{ccs,1}, x_{ccs,2}, ..., x_{ccs,7}$

- Modulation scheme information (1 bit):    $x_{ms,1}$

- Transport-block size information (6 bits):    $x_{tbs,1}, x_{tbs,2}, ..., x_{tbs,6}$

- Hybrid-ARQ process information (3 bits):    $x_{hap,1}, x_{hap,2}, x_{hap,3}$

- Redundancy and constellation version (3 bits):     $x_{rv,1}, x_{rv,2}, x_{rv,3}$

- New data indicator (1 bit):          $x_{nd,1}$

- UE identity (16 bits):          $x_{ue,1}, x_{ue,2}, ..., x_{ue,16}$

## 4.6.1     Overview

Figure 19 below illustrates the overall coding chain for HS-SCCH.



**Figure 19: Coding chain for HS-SCCH**

## 4.6.2      HS-SCCH information field mapping

### 4.6.2.1      Redundancy and constellation version coding

The redundancy version (RV) parameters $r$, $s$ and constellation version parameter $b$ are coded jointly to produce the value $X_{rv}$. $X_{rv}$ is alternatively represented as the sequence $x_{rv,1}, x_{rv,2}, x_{rv,3}$ where $x_{rv,1}$ is the MSB. This is done according to the following tables according to the modulation mode used:

**Table 12: RV coding for 16 QAM**

| $X_{rv}$ (value) | s | r | b |
|---|---|---|---|
| 0 | 1 | 0 | 0 |
| 1 | 0 | 0 | 0 |
| 2 | 1 | 1 | 1 |
| 3 | 0 | 1 | 1 |
| 4 | 1 | 0 | 1 |
| 5 | 1 | 0 | 2 |
| 6 | 1 | 0 | 3 |
| 7 | 1 | 1 | 0 |

**Table 13: RV coding for QPSK**

| $X_{rv}$ (value) | s | r |
|---|---|---|
| 0 | 1 | 0 |
| 1 | 0 | 0 |
| 2 | 1 | 1 |
| 3 | 0 | 1 |
| 4 | 1 | 2 |
| 5 | 0 | 2 |
| 6 | 1 | 3 |
| 7 | 0 | 3 |

### 4.6.2.2      Modulation scheme mapping

The value of $x_{ms,1}$ is derived from the modulation and given by the following:

$$x_{ms,1} = \begin{cases} 0 & if \quad QPSK \\ 1 & if \quad 16QAM \end{cases}$$

### 4.6.2.3      Channelization code-set mapping

The channelization code-set bits $x_{ccs,1}, x_{ccs,2}, ..., x_{ccs,7}$ are coded according to the following:

Given P (multi-)codes starting at code O calculate the information-field using the unsigned binary representation of integers calculated by the expressions,

for the first three bits (code group indicator) of which $x_{ccs,1}$ is the MSB:

$x_{ccs,1}, x_{ccs,2}, x_{ccs,3} = \min(P-1, 15-P)$

for the last four bits (code offset indicator) of which $x_{ccs,4}$ is the MSB:

$x_{ccs,4}, x_{ccs,5}, x_{ccs,6}, x_{ccs,7} = \lfloor O-1-\lfloor P/8 \rfloor *15 \rfloor$

The definitions of P and O are given in [3].

### 4.6.2.4      UE identity mapping

The UE identity is the HS-DSCH Radio Network Identifier (H-RNTI) defined in [13]. This is mapped such that $x_{ue,1}$ corresponds to the MSB and $x_{ue,16}$ to the LSB, cf. [14].

### 4.6.2.5     HARQ process identifier mapping

Hybrid-ARQ process information (3 bits) $x_{hap,1}$, $x_{hap,2}$, $x_{hap,3}$ is unsigned binary representation of the HARQ process identifier where $x_{hap,1}$ is MSB.

### 4.6.2.6     Transport block size index mapping

Transport-block size information (6 bits) $x_{tbs,1}$, $x_{tbs,2}$ ..., $x_{tbs,6}$ is unsigned binary representation of the Transport block size index where $x_{tbs,1}$ is MSB.

## 4.6.3     Multiplexing of HS-SCCH information

The channelization-code-set information $x_{ccs,1}$, $x_{ccs,2}$ ..., $x_{ccs,7}$ and modulation-scheme information $x_{ms,1}$ are multiplexed together. This gives a sequence of bits $x_{1,1}$, $x_{1,2}$, ..., $x_{1,8}$ where

$$x_{1,i} = x_{ccs,i} \qquad i=1,2,...,7$$

$$x_{1,i} = x_{ms,i-7} \qquad i=8$$

The transport-block-size information $x_{tbs,1}$, $x_{tbs,2}$ ..., $x_{tbs,6}$, Hybrid-ARQ-process information $x_{hap,1}$, $x_{hap,2}$, $x_{hap,3}$, redundancy-version information $x_{rv,1}$, $x_{rv,2}$, $x_{rv,3}$ and new-data indicator $x_{nd,1}$ are multiplexed together. This gives a sequence of bits $x_{2,1}$, $x_{2,2}$, ..., $x_{2,13}$ where

$$x_{2,i} = x_{tbs,i} \qquad i=1,2,...,6$$

$$x_{2,i} = x_{hap,i-6} \qquad i=7,8,9$$

$$x_{2,i} = x_{rv,i-9} \qquad i=10,11,12$$

$$x_{2,i} = x_{nd,i-12} \qquad i=13$$

## 4.6.4     CRC attachment for HS-SCCH

From the sequence of bits $x_{1,1}$, $x_{1,2}$, ..., $x_{1,8}$, $x_{2,1}$, $x_{2,2}$, ..., $x_{2,13}$ a 16 bits CRC is calculated according to Section 4.2.1.1. This gives a sequence of bits $c_1$, $c_2$, ..., $c_{16}$ where

$$c_k = p_{im(17-k)} \qquad k=1,2,...,16$$

This sequence of bits is then masked with the UE Identity $x_{ue,1}$, $x_{ue,2}$, ..., $x_{ue,16}$ and then appended to the sequence of bits $x_{2,1}$, $x_{2,2}$, ..., $x_{2,13}$ to form the sequence of bits $y_1$, $y_2$, ..., $y_{29}$, where

$$y_i = x_{2,i} \qquad\qquad i=1,2,...,13$$

$$y_i = (c_{i-13} + x_{ue,i-13}) \bmod 2 \qquad i=14,15,...,29$$

## 4.6.5     Channel coding for HS-SCCH

Rate 1/3 convolutional coding, as described in Section 4.2.3.1, is applied to the sequence of bits $x_{1,1}$, $x_{1,2}$, ..., $x_{1,8}$. This gives a sequence of bits $z_{1,1}$, $z_{1,2}$, ..., $z_{1,48}$.

Rate 1/3 convolutional coding, as described in Section 4.2.3.1, is applied to the sequence of bits $y_1$, $y_2$, ..., $y_{29}$. This gives a sequence of bits $z_{2,1}$, $z_{2,2}$, ..., $z_{2,111}$.

Note that the coded sequence lengths result from the termination of K=9 convolutional coding being fully applied.

3GPP TS 25.212 version 5.10.0 Release 5          62          ETSI TS 125 212 V5.10.0 (2005-06)

### 4.6.6     Rate matching for HS-SCCH

From the input sequence $z_{1,1}, z_{1,2}, ..., z_{1,48}$ the bits $z_{1,1}, z_{1,2}, z_{1,4}, z_{1,8}, z_{1,42}, z_{1,45}, z_{1,47}, z_{1,48}$ are punctured to obtain the output sequence $r_{1,1}, r_{1,2}...r_{1,40}$.

From the input sequence $z_{2,1}, z_{2,2}, ..., z_{2,111}$ the bits $z_{2,1}, z_{2,2}, z_{2,3}, z_{2,4}, z_{2,5}, z_{2,6}, z_{2,7}, z_{2,8}, z_{2,12}, z_{2,14}, z_{2,15}, z_{2,24}, z_{2,42}, z_{2,48}, z_{2,54}, z_{2,57}, z_{2,60}, z_{2,66}, z_{2,69}, z_{2,96}, z_{2,99}, z_{2,101}, z_{2,102}, z_{2,104}, z_{2,105}, z_{2,106}, z_{2,107}, z_{2,108}, z_{2,109}, z_{2,110}, z_{2,111}$ are punctured to obtain the output sequence $r_{2,1}, r_{2,2}...r_{2,80}$.

### 4.6.7     UE specific masking for HS-SCCH

The rate matched bits $r_{1,1}, r_{1,2}...r_{1,40}$ shall be masked in an UE specific way using the UE identity $x_{ue,1}, x_{ue,2}, ..., x_{ue,16}$ to produce the bits $s_{1,1}, s_{1,2}...s_{1,40}$.

Intermediate code word bits $b_i$, i=1,2...,48, are defined by endcoding the UE identity bits using the rate ½ convolutional coding described in Section 4.2.3.1. Eight bits out of the resulting 48 convolutionally encoded bits are punctured using the rate matching rule of Section 4.6.6 for the HS-SCCH part 1 sequence, that is,  the intermediate code word bits $b_1, b_2, b_4, b_8, b_{42}, b_{45}, b_{47}, b_{48}$ are punctured  to obtain the 40 bit UE specific scrambling sequence $c_1, c_2, ....c_{40}$. .

The mask output bits $s_{1,1}, s_{1,2}...s_{1,40}$ are calculated as follows:

$s_{1,k} = (r_{1,k} + c_k)\ mod\ 2$          for k = 1,2...40

### 4.6.8     Physical channel mapping for HS-SCCH

The HS-SCCH sub-frame is described in[2].

The sequence of bits $s_{1,1}, s_{1,2}, ..., s_{1,40}$ is mapped to the first slot of the HS-SCCH sub frame. The bits $s_{1,k}$ are mapped to the PhCHs so that the bits for each PhCH are transmitted over the air in ascending order with respect to k.

The sequence of bits $r_{2,1}, r_{2,2}, ..., r_{2,80}$ is mapped to the second and third slot of the HS-SCCH sub-frame. The bits $r_{2,k}$ are mapped to the PhCHs so that the bits for each PhCH are transmitted over the air in ascending order with respect to k.

## 4.7     Coding for HS-DPCCH

Data arrives to the coding unit in form of indicators for measurement indication and HARQ acknowledgement.

The following coding/multiplexing steps can be identified:

- channel coding (see subclause 4.7.1);
- mapping to physical channels (see subclause 4.7.2).

The general coding flow is shown in the figure below. This is done in parallel for the HARQ-ACK and CQI as the flows are not directly multiplexed but are transmitted at different times.



**Figure 20: Coding for HS-DPCCH**

## 4.7.1     Channel coding for HS-DPCCH

Two forms of channel coding are used, one for the channel quality information (CQI) and another for HARQ-ACK (acknowledgement).

### 4.7.1.1     Channel coding for HS-DPCCH HARQ-ACK

The HARQ acknowledgement message to be transmitted, as defined in [4], shall be coded to 10 bits as shown in Table 13A. The output is denoted $w_0$, $w_1$,...$w_9$.

**Table 13A: Channel coding of HARQ-ACK**

| HARQ-ACK message to be transmitted | $w_0$ | $w_1$ | $w_2$ | $w_3$ | $w_4$ | $w_5$ | $w_6$ | $w_7$ | $w_8$ | $w_9$ |
|---|---|---|---|---|---|---|---|---|---|---|
| ACK | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NACK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### 4.7.1.2     Channel coding for HS-DPCCH channel quality information

The channel quality information is coded using a (20,5) code. The code words of the (20,5) code are a linear combination of the 5 basis sequences denoted $M_{i,n}$ defined in the table below.

**Table 14: Basis sequences for (20,5) code**

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1 |

The CQI values 0 .. 30 as defined in [4] are converted from decimal to binary to map them to the channel quality information bits  (1 0 0 0 0) to (1 1 1 1 1) respectively. The information bit pattern (0 0 0 0 0) shall not be used in this release. The channel quality information bits are $a_0$, $a_1$, $a_2$, $a_3$, $a_4$ (where $a_0$ is LSB and $a_4$ is MSB). The output code word bits $b_i$ are given by:

$$b_i = \sum_{n=0}^{4}(a_n \times M_{i,n}) \bmod 2$$

where $i = 0, ..., 19$.

## 4.7.2    Physical channel mapping for HS-DPCCH

The HS-DPCCH physical channel mapping function shall map the input bits $w_k$ directly to physical channel so that bits are transmitted over the air in ascending order with respect to k.

The HS-DPCCH physical channel mapping function shall map the input bits $b_k$ directly to physical channel so that bits are transmitted over the air in ascending order with respect to k.

# Annex A (informative):
# Blind transport format detection

## A.1    Blind transport format detection using fixed positions

### A.1.1    Blind transport format detection using received power ratio

For the dual transport format case (the possible data rates are 0 and full rate, and CRC is only transmitted for full rate), blind transport format detection using received power ratio can be used.

The transport format detection is then done using average received power ratio of DPDCH to DPCCH. Define the following:

- $Pc$: Received power per bit of DPCCH calculated from all pilot and TPC bits per slot over a radio frame;

- $Pd$: Received power per bit of DPDCH calculated from $X$ bits per slot over a radio frame;

- $X$: the number of DPDCH bits per slot when transport format corresponds to full rate;

- $T$: Threshold of average received power ratio of DPDCH to DPCCH for transport format detection.

The decision rule can then be formulated as:

If $Pd/Pc > T$ then:

- full rate transport format detected;

else

- zero rate transport format detected.

## A.1.2    Blind transport format detection using CRC

For the multiple transport format case (the possible data rates are 0, ..., (full rate)/r, ..., full rate, and CRC is transmitted for all transport formats), blind transport format detection using CRC can be used.

At the transmitter, the data stream with variable number of bits from higher layers is block-encoded using a cyclic redundancy check (CRC) and then convolutionally encoded. CRC parity bits are attached just after the data stream with variable number of bits as shown in figure A.1.

The receiver knows only the possible transport formats (or the possible end bit position $\{n_{end}\}$) by Layer-3 negotiation. The receiver performs Viterbi-decoding on the soft decision sample sequence. The correct trellis path of the Viterbi-decoder ends at the zero state at the correct end bit position.

The blind transport format detection method using CRC traces back the surviving trellis path ending at the zero state (hypothetical trellis path) at each possible end bit position to recover the data sequence. For each recovered data sequence error-detection is performed by checking the CRC, and if there is no error, the recovered sequence is declared to be correct.

The following variable is defined:

$$s(n_{end}) = -10 \log \left( \left( a_0(n_{end}) - a_{min}(n_{end}) \right) / \left( a_{max}(n_{end}) - a_{min}(n_{end}) \right) \right) \ [dB] \ (Eq. 1).$$

where $a_{max}(n_{end})$ and $a_{min}(n_{end})$ are the maximum and minimum path-metric values among all survivors at end bit position $n_{end}$, and $a_0(n_{end})$ is the path-metric value at zero state.

In order to reduce the probability of false detection (this happens if the selected path is wrong but the CRC misses the error detection), a path selection threshold D is introduced. The threshold D determines whether the hypothetical trellis path connected to the zero state should be traced back or not at each end bit position $n_{end}$. If the hypothetical trellis path connected to the zero state that satisfies:

$$s(n_{end}) \leq D \quad (Eq. 2)$$

is found, the path is traced back to recover the frame data, where D is the path selection threshold and a design parameter.

If more than one end bit positions satisfying Eq. 2 is found, the end bit position which has minimum value of $s(n_{end})$ is declared to be correct. If no path satisfying Eq. 2 is found even after all possible end bit positions have been exhausted, the received frame data is declared to be in error.

Figure A-2 shows the procedure of blind transport format detection using CRC.



**Figure A.1: An example of data with variable number of bits.**
**Four possible transport formats, and transmitted end bit position nend = 3**

3GPP TS 25.212 version 5.10.0 Release 5          67          ETSI TS 125 212 V5.10.0 (2005-06)



Figure A.2: Basic processing flow of blind transport format detection

# Annex B (informative):
# Compressed mode idle lengths

The tables B.1-B.3 show the resulting idle lengths for different transmission gap lengths, UL/DL modes and DL frame types. The idle lengths given are calculated purely from the slot and frame structures and the UL/DL offset. They do not contain margins for e.g. synthesizer switching.

## B.1    Idle lengths for DL, UL and DL+UL compressed mode

Table B.1: Parameters for DL compressed mode

| TGL | DL Frame Type | Spreading Factor | Idle length [ms] | Transmission time Reduction method | Idle frame Combining |
|-----|------|------|------|------|------|
| 3 | A | 512 − 4 | 1.73 − 1.99 | Spreading factor division by 2 or Higher layer scheduling | (S) |
|   | B |  | 1.60 − 1.86 |  | (D) =(1,2) or (2,1) |
| 4 | A |  | 2.40 − 2.66 |  | (S) |
|   | B |  | 2.27 − 2.53 |  | (D) =(1,3), (2,2) or (3,1) |
| 5 | A |  | 3.07 − 3.33 |  | (S) |
|   | B |  | 2.93 − 3.19 |  | (D) = (1,4), (2,3), (3, 2) or (4,1) |
| 7 | A |  | 4.40 − 4.66 |  | (S) |
|   | B |  | 4.27 − 4.53 |  | (D)=(1,6), (2,5), (3,4), (4,3), (5,2) or (6,1) |
| 10 | A |  | 6.40 − 6.66 |  | (D)=(3,7), (4,6), (5,5), (6,4) or (7,3) |
|   | B |  | 6.27 − 6.53 |  |  |
| 14 | A |  | 9.07 − 9.33 |  | (D) =(7,7) |
|   | B |  | 8.93 − 9.19 |  |  |

Table B.2: Parameters for UL compressed mode

| TGL | Spreading Factor | Idle length [ms] | Transmission time Reduction method | Idle frame Combining |
|-----|------|------|------|------|
| 3 | 256 − 4 | 2.00 | Spreading factor division by 2 or Higher layer scheduling | (S) (D) =(1,2) or (2,1) |
| 4 |  | 2.67 |  | (S) (D) =(1,3), (2,2) or (3,1) |
| 5 |  | 3.33 |  | (S) (D) = (1,4), (2,3), (3, 2) or (4,1) |
| 7 |  | 4.67 |  | (S) (D)=(1,6), (2,5), (3,4), (4,3), (5,2) or (6,1) |
| 10 |  | 6.67 |  | (D)=(3,7), (4,6), (5,5), (6,4) or (7,3) |
| 14 |  | 9.33 |  | (D) =(7,7) |

3GPP TS 25.212 version 5.10.0 Release 5          69          ETSI TS 125 212 V5.10.0 (2005-06)

### Table B.3: Parameters for combined UL/DL compressed mode

| TGL | DL Frame Type | Spreading Factor | Idle length [ms] | Transmission time Reduction method | Idle frame Combining |
|---|---|---|---|---|---|
| 3 | A or B | DL: 512 → 4 UL: 256 → 4 | $1.47 - 1.73$ | Spreading factor division by 2 or Higher layer scheduling | (S) (D) = (1,2) or (2,1) |
| 4 | | | $2.13 - 2.39$ | | (S) (D) = (1,3), (2,2) or (3,1) |
| 5 | | | $2.80 - 3.06$ | | (S) (D) = (1,4), (2,3), (3, 2) or (4,1) |
| 7 | | | $4.13 - 4.39$ | | (S) (D) = (1,6), (2,5), (3,4), (4,3), (5,2) or (6,1) |
| 10 | | | $6.13 - 6.39$ | | (D) = (3,7), (4,6), (5,5), (6,4) or (7,3) |
| 14 | | | $8.80 - 9.06$ | | (D) = (7,7) |

(S):    Single-frame method as shown in figure 14 (1).

(D):    Double-frame method as shown in figure 14 (2). (x,y) indicates x: the number of idle slots in the first frame, y: the number of idle slots in the second frame.

NOTE:    Compressed mode by spreading factor reduction is not supported when SF=4 is used in normal mode

3GPP TS 25.212 version 5.10.0 Release 5          70          ETSI TS 125 212 V5.10.0 (2005-06)

# Annex C (informative):
# Change history

| Change history | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | TSG # | TSG Doc. | CR | Rev | Subject/Comment | Old | New |
| | RAN_05 | RP-99588 | - | | Approved at TSG RAN #5 and placed under Change Control | - | 3.0.0 |
| 14/01/00 | RAN_06 | RP-99680 | 001 | 3 | Correction of rate matching parameters for repetition after 1st interleaving in 25.212 | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 004 | - | Changing the initial offset value for convolutional code rate matching | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99681 | 005 | 1 | Introduction of compressed mode by higher layer scheduling | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99679 | 008 | - | Editorial corrections to TS 25.212 | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 009 | - | Removal of SFN multiplexing | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 010 | 1 | Clarification of bit separation and collection | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 011 | 2 | Connection between TTI and CFN | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 012 | 2 | Zero length transport blocks | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99679 | 014 | - | Update of channel coding sections | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 016 | - | Removal of TrCH restriction in DSCH CCTrCH | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 017 | - | 20 ms RACH message length | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 018 | - | Minimum SF in UL | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 024 | - | Rate matching parameter determination in DL and fixed positions | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99680 | 026 | 1 | Corrections to TS 25.212 | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99679 | 027 | - | Modification of BTFD description in 25.212 Annex | 3.0.0 | 3.1.0 |
| 14/01/00 | RAN_06 | RP-99681 | 028 | - | TFCI coding and mapping including compressed mode | 3.0.0 | 3.1.0 |
| 14/01/00 | | | | | Change history was added by the editor | 3.1.0 | 3.1.1 |
| 31/03/00 | RAN_07 | RP-000061 | 025 | 2 | CR for parity bit attachment to 0 bit transport block | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 029 | 1 | Limitations of blind transport format detection | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 034 | 1 | Clarification of fixed position rate matching | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 035 | 1 | Clarification of DL compressed mode | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 036 | - | Reconfiguration of TFCS | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 037 | 1 | Removal of fixed gap position in 25.212 | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 038 | 2 | Definition clarification for TS 25.212 | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 039 | 1 | Clarification on TFCI coding input | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 041 | 2 | Correction of UL compressed mode by higher layer scheduling | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 042 | 5 | Downlink Compressed Mode by puncturing | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 044 | - | Modification of Turbo code internal interleaver | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 045 | - | Editorial corrections | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 046 | - | SF/2 method: DTX insertion after 2nd interleaver | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 047 | 1 | TFCI coding for FDD | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 048 | - | Mapping of TFCI in downlink compressed mode. | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 049 | - | Editorial changes to Annex A | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 050 | - | Removal of rate matching attribute setting for RACH | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 052 | - | Padding Function for Turbo coding of small blocks | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 055 | 2 | Clarifications relating to DSCH | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000061 | 056 | - | Editorial modification of uplink shifting parameter calculation for turbo code puncturing | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000062 | 059 | 1 | Revision: Editorial correction to the calculation of Rate Matching parameters | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000062 | 060 | 1 | Editorial changes of channel coding section | 3.1.1 | 3.2.0 |
| 31/03/00 | RAN_07 | RP-000062 | 061 | - | Removal of DL compressed mode by higher layer scheduling with fixed positions | 3.1.1 | 3.2.0 |
| 26/06/00 | RAN_08 | RP-000266 | 066 | 1 | Section 4.4.5 and table 9 is moved to informative annex | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 068 | - | Editorial modifications of 25.212 | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 069 | - | Removal of BTFD for flexible positions in Release 99 | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 070 | - | Editorial modifications | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 071 | 1 | Corrections and editorial modifications of 25.212 for 2nd insertion of DTX bits for CM | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 072 | 4 | Corrections to 25.212 (Rate Matching, p-bit insertion, PhCH segmentation) | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 073 | - | Editorial correction in 25.212 coding/multiplexing | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 074 | 2 | Bit separation of the Turbo encoded data | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 076 | 1 | Revision of code block segmentation description | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 077 | - | Clarifications for TFCI coding | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 078 | 2 | Clarifying the rate matching parameter setting for the RACH and BCH | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 080 | - | Clarification on BTFD utilisation (single CCTrCH) | 3.2.0 | 3.3.0 |

3GPP TS 25.212 version 5.10.0 Release 5                71                ETSI TS 125 212 V5.10.0 (2005-06)

| Change history | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | TSG # | TSG Doc. | CR | Rev | Subject/Comment | Old | New |
| 26/06/00 | RAN_08 | RP-000266 | 081 | - | Correction of order of checking TFC during flexible position RM parameter determination | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 082 | - | Editorial corrections in channel coding section | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 083 | - | Correction for bit separation and bit collection | 3.2.0 | 3.3.0 |
| 26/06/00 | RAN_08 | RP-000266 | 084 | 1 | Correction on the spreading factor selection for the RACH | 3.2.0 | 3.3.0 |
| 23/09/00 | RAN_09 | RP-000341 | 079 | - | Clarification of compressed mode terminology | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 085 | 1 | Editorial corrections in Turbo code internal interleaver section | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 086 | 1 | Clarification on DL slot format for compressed mode by SF/2 | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 087 | - | Corrections | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 088 | 1 | Clarifications to TS 25.212 | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 089 | - | Correction regarding DSCH | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 090 | - | Correction regarding CPCH | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 092 | 1 | Bit separation and collection for rate matching | 3.3.0 | 3.4.0 |
| 23/09/00 | RAN_09 | RP-000341 | 093 | - | Puncturing Limit definition in WG1 specification | 3.3.0 | 3.4.0 |
| 15/12/00 | RAN_10 | RP-000538 | 094 | 2 | Correction of BTFD limitations | 3.4.0 | 3.5.0 |
| 15/12/00 | RAN_10 | RP-000538 | 096 | - | Compressed mode by puncturing | 3.4.0 | 3.5.0 |
| 15/12/00 | RAN_10 | RP-000538 | 097 | - | Clarification on the Ci formula | 3.4.0 | 3.5.0 |
| 15/12/00 | RAN_10 | RP-000538 | 099 | - | Editorial modification in RM section | 3.4.0 | 3.5.0 |
| 15/12/00 | RAN_10 | RP-000538 | 100 | 1 | Editorial corrections in TS 25.212 | 3.4.0 | 3.5.0 |
| 15/12/00 | RAN_10 | RP-000538 | 101 | - | Correction to code block segmentation | 3.4.0 | 3.5.0 |

3GPP TS 25.212 version 5.10.0 Release 5          72          ETSI TS 125 212 V5.10.0 (2005-06)

| Change history | | | | | | | |
|---|---|---|---|---|---|---|---|
| TS Date | TSG # | TSG Doc. | CR | Rev | Subject/Comment | Old | New |
| 16/03/01 | RAN_11 | - | - | - | Approved as Release 4 specification (v4.0.0) at TSG RAN #11 | 3.5.0 | 4.0.0 |
| 15/06/01 | RAN_12 | RP-010332 | 106 | - | Correction of compressed mode by puncturing | 4.0.0 | 4.1.0 |
| 15/06/01 | RAN_12 | RP-010332 | 108 | 1 | Dual transport format detection | 4.0.0 | 4.1.0 |
| 15/06/01 | RAN_12 | RP-010332 | 112 | 1 | Correction for downlink rate matching for the DSCH | 4.0.0 | 4.1.0 |
| 21/09/01 | RAN_13 | RP-010519 | 115 | - | Correction of PDSCH spreading factor signalling. | 4.1.0 | 4.2.0 |
| 14/12/01 | RAN_14 | RP-010737 | 118 | - | Clarification of compressed mode | 4.2.0 | 4.3.0 |
| 14/12/01 | RAN_14 | RP-010737 | 122 | - | Support of multiple CCTrCHs of dedicated type | 4.2.0 | 4.3.0 |
| 08/03/02 | RAN_15 | RP-020231 | 128 | 2 | Removal of channel coding option 'no coding' for FDD | 4.3.0 | 4.4.0 |
| 08/03/02 | RAN_15 | RP-020054 | 123 | 4 | Inclusion of flexible hard split mode TFCI operation | 4.3.0 | 5.0.0 |
| 08/03/02 | RAN_15 | RP-020058 | 126 | 1 | Changes to 25.212 for HSDPA work item | 4.3.0 | 5.0.0 |
| 07/06/02 | RAN_16 | RP-020308 | 136 | - | Downlink bit mapping | 5.0.0 | 5.1.0 |
| 07/06/02 | RAN_16 | RP-020316 | 130 | 5 | Correction of Errata noted by RAN1 delegates | 5.0.0 | 5.1.0 |
| 07/06/02 | RAN_16 | RP-020316 | 131 | 2 | Removal of inconsistencies and ambiguities in the HARQ description | 5.0.0 | 5.1.0 |
| 07/06/02 | RAN_16 | RP-020316 | 132 | - | Rate Matching and Channel Coding for HS-SCCH | 5.0.0 | 5.1.0 |
| 07/06/02 | RAN_16 | RP-020316 | 137 | - | Basis sequences for HS-DPCCH Channel Quality Information code | 5.0.0 | 5.1.0 |
| 07/06/02 | RAN_16 | RP-020316 | 145 | 5 | UE specific masking for HS-SCCH part1 | 5.0.0 | 5.1.0 |
| 14/09/02 | RAN_17 | RP-020582 | 141 | 1 | Bit scrambling for HS-DSCH | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020582 | 148 | - | Physical channel mapping for HS-DPCCH | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020582 | 149 | - | HARQ bit collection | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020582 | 150 | 1 | Coding for HS-SCCH | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020582 | 151 | - | Correction to UE specific masking for HS-SCCH part1 | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020582 | 155 | 2 | Clarification of the definition of layer 1 transport channel numbers | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020573 | 157 | - | Numbering Corrections | 5.1.0 | 5.2.0 |
| 15/09/02 | RAN_17 | RP-020645 | 158 | 1 | Specification of H-RNTI to UE identity mapping | 5.1.0 | 5.2.0 |
| 20/12/02 | RAN_18 | RP-020846 | 163 | - | Correction of CQI index to bit mapping | 5.2.0 | 5.3.0 |
| 20/12/02 | RAN_18 | RP-020846 | 164 | - | Correction of mapping of HARQ-ACK | 5.2.0 | 5.3.0 |
| 26/03/03 | RAN_19 | RP-030134 | 165 | 1 | Correction of CQI index to bit mapping | 5.3.0 | 5.4.0 |
| 26/03/03 | RAN_19 | RP-030134 | 166 | 3 | Correction of bit scrambling of HS-DSCH | 5.3.0 | 5.4.0 |
| 26/03/03 | RAN_19 | RP-030134 | | | Correction of subscript for modulation scheme information | 5.3.0 | 5.4.0 |
| 23/06/03 | RAN_20 | RP-030272 | 172 | 1 | Clarification of TPC and Pilot transmission with STTD in compressed mode | 5.4.0 | 5.5.0 |
| 23/06/03 | RAN_20 | RP-030272 | 173 | 2 | Correction on the flexible TFCI coding in the DSCH hard split mode for Rel5 | 5.4.0 | 5.5.0 |
| 21/09/03 | RAN_21 | RP-030456 | 178 | 4 | Clarification on Single Transport Format Detection | 5.5.0 | 5.6.0 |
| 21/09/03 | RAN_21 | RP-030456 | 179 | - | Correction on table number in first interleave description | 5.5.0 | 5.6.0 |
| 21/09/03 | RAN_21 | RP-030456 | 180 | 3 | Broadening the conditions that require UEs to perform BTFD for the case of HS-DSCH reception | 5.5.0 | 5.6.0 |
| 08/01/04 | RAN_22 | RP-030647 | 183 | - | Clarification of the CRC attachment procedure for HS-SCCH | 5.6.0 | 5.7.0 |
| 08/01/04 | RAN_22 | RP-030647 | 184 | 1 | Correction of UE identity notation | 5.6.0 | 5.7.0 |
| 08/01/04 | RAN_22 | RP-030644 | 185 | - | HARQ process identifier mapping | 5.6.0 | 5.7.0 |
| 08/01/04 | RAN_22 | RP-030712 | 186 | - | Alignment of terminology across 3GPP documentation | 5.6.0 | 5.7.0 |
| 23/03/04 | RAN_23 | RP-040085 | 161 | 3 | CCTrCH definition extension to HS-DSCH | 5.7.0 | 5.8.0 |
| 09/06/04 | RAN_24 | RP-040230 | 190 | 1 | Clarification of Channelization Code-Set Mapping | 5.8.0 | 5.9.0 |
| 16/06/05 | RAN_28 | RP-050241 | 202 | - | Correction of HSDPA Bit Separation | 5.9.0 | 5.10.0 |
| 16/06/05 | RAN_28 | RP-050250 | 207 | 1 | Feature Clean Up: Removal of 'CPCH' | 5.9.0 | 5.10.0 |
| 16/06/05 | RAN_28 | RP-050248 | 209 | 1 | Feature Clean Up: Removal of DSCH (FDD mode) | 5.9.0 | 5.10.0 |
| 16/06/05 | RAN_28 | RP-050243 | 211 | 1 | Feature Clean-Up: Removal of 80 ms TTI for DCH for all other cases but when the UE supports SF512 | 5.9.0 | 5.10.0 |
| 16/06/05 | RAN_28 | RP-050249 | 213 | 1 | Feature clean up: Removal of the 'compressed mode by puncturing' | 5.9.0 | 5.10.0 |

# History

| Document history | | |
|---|---|---|
| V5.0.0 | March 2002 | Publication |
| V5.1.0 | June 2002 | Publication |
| V5.2.0 | September 2002 | Publication |
| V5.3.0 | December 2002 | Publication |
| V5.4.0 | March 2003 | Publication |
| V5.5.0 | June 2003 | Publication |
| V5.6.0 | September 2003 | Publication |
| V5.7.0 | December 2003 | Publication |
| V5.8.0 | March 2004 | Publication |
| V5.9.0 | June 2004 | Publication |
| V5.10.0 | June 2005 | Publication |

EXHIBIT J

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

**Before the Honorable Paul J. Luckern**
**Administrative Law Judge**

| |
|---|
| **In the Matter of**<br><br>**CERTAIN 3G MOBILE HANDSETS**<br>**AND COMPONENTS THEREOF** |

**Investigation No. 337-TA-613**

## COMPLAINANT'S FIRST SET OF REQUESTS FOR ADMISSION TO RESPONDENTS NOKIA CORPORATION AND NOKIA INC. (NOS. 1-39)

Pursuant to Commission Rule 210.29, 19 C.F.R. § 210.29, the Ground Rules (Order No. 1) and the Protective Order (Order No. 2), Complainants, InterDigital Communications Corporation and InterDigital Technology Corporation (collectively "InterDigital"), request that Respondents, Nokia Corporation and Nokia Inc. (collectively, "Nokia") answer the following requests for admission, in writing and under oath, within ten (10) days after service.

### INSTRUCTIONS AND DEFINITIONS

1.  InterDigital hereby incorporates by reference the Definitions and Instructions set forth in InterDigital's First Set of Interrogatories and First Set of Requests for the Production of Documents and Things to Nokia, as if fully set forth herein.

2.  The term "ETSI" refers to European Telecommunications Standards Institute.

3.  The term "TS" refers to technical specification.

4.  The term "N75" refers to the model number of a Nokia cellular handset.

5.  The term "3G WCDMA standard" refers to the 3G UMTS Technical Specifications for Release 1999, which were promulgated by ETSI.

6.      The term "essential" refers to the definition of "ESSENTIAL" set forth by ETSI in the "ETSI Guide on Intellectual Property Rights (IPRs)," Version endorsed by General Assembly #48 on November 22, 2006, Section 1.5.

7.      You are under a duty to continue to supplement all responses to these requests to include information acquired after service of the responses, even if such responses were correct when first provided.  19 C.F.R. § 210.27(c).

## REQUESTS FOR ADMISSION

1.      The N75 is capable of operating in accordance with the 3G WCDMA standard.

2.      The N75 has been certified as capable of operating in accordance with the 3G WCDMA standard.

3.      Nokia has stated publicly that the N75 is capable of operating in accordance with the 3G WCDMA standard.

4.      The N75 is adapted to operate in accordance with the 3G WCDMA standard.

5.      The N75 is designed to operate in accordance with the 3G WCDMA standard.

6.      The N75 is capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999.

7.      The N75 has been certified as capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999.

8.      The N75 is capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 4.1.

9.      The N75 has been certified as capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 4.1.

2

10.    The N75 is capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 5.2.2.1.

11.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 5.2.2.1.

12.    The N75 is capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 5.3.3.7.

13.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.211, Version 3.12.0, Release 1999, § 5.3.3.7.

14.    The N75 is capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999.

15.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999.

16.    The N75 is capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.2.2.

17.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.2.2.

18.    The N75 is capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.2.5.

19.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.2.5.

20.    The N75 is capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.3.1.

3

21.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.3.1.

22.    The N75 is capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.3.2.

23.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.213, Version 3.9.0, Release 1999, § 4.3.3.2.

24.    The N75 is capable of operating in accordance with 3GPP TS 25.214, Version 3.12.0, Release 1999.

25.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.214, Version 3.12.0, Release 1999.

26.    The N75 is capable of operating in accordance with 3GPP TS 25.214, Version 3.12.0, Release 1999, § 6.1.

27.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.214, Version 3.12.0, Release 1999, § 6.1.

28.    The N75 is capable of operating in accordance with 3GPP TS 25.301, Version 3.11.0, Release 1999.

29.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.301, Version 3.11.0, Release 1999.

30.    The N75 is capable of operating in accordance with 3GPP TS 25.301, Version 3.11.0, Release 1999, § 5.2.1.1.

31.    The N75 has been certified as capable of operating in accordance with 3GPP TS 25.301, Version 3.11.0, Release 1999, § 5.2.1.1.

32.    The '004 patent is essential to the practice of the 3G WCDMA standard.

4

33. The '004 patent is not essential to the practice of the 3G WCDMA standard.

34. The '996 patent is essential to the practice of the 3G WCDMA standard.

35. The '966 patent is not essential to the practice of the 3G WCDMA standard.

36. Practice of the 3G WCDMA standard infringes the '004 patent.

37. Practice of the 3G WCDMA standard does not infringe the '004 patent.

38. Practice of the 3G WCDMA standard infringes the '966 patent.

39. Practice of the 3G WCDMA standard does not infringe the '966 patent.

Respectfully submitted,

By: _Vamsi K Kakarla_____

Smith Brittingham IV
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Vamsi K. Kakarla
Rajeev Gupta
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Date:  September 11, 2007

Counsel for Complainants
InterDigital Communications Corporation
and InterDigital Technology Corporation

5

Certain 3G Mobile Handsets                    Inv. No. 337-TA-613
and Components Thereof

## CERTIFICATE OF SERVICE

I, Melissa J. Kaufmann, hereby certify that on September 11, 2007,  copies of the
foregoing documents were served upon the following parties as indicated:


The Honorable Paul J. Luckern          ☐ Via First Class Mail
Administrative Law Judge               ☒ Via Hand Delivery
U.S. International Trade Commission     ☐ Via Federal Express
500 E Street, S.W., Room 317           ☐ Via Facsimile
Washington, DC  20436                  ☐ Via Electronic mail
**(2 Copies)**


David Hollander Jr.                    ☐ Via First Class Mail
Office of Unfair Import Investigations ☒ Via Hand Delivery
U.S. International Trade Commission     ☐ Via Federal Express
500 E Street, S.W., Room 401-D         ☐ Via Facsimile
Washington DC  20436                   ☒ Via Electronic mail
david.hollander@usitc.gov


**Nokia Corporation**                  ☐ Via First Class Mail
Olli-Pekka Kallasvuo                    ☐ Via Hand Delivery
Keilalahdentie 2-4                     ☒ Via Federal Express
P.O. Box 226                           ☐ Via Facsimile
FIN-00045 Espoo                        ☐ Via Electronic mail
Finland


**Nokia Inc.**                         ☐ Via First Class Mail
Mark Louison                           ☐ Via Hand Delivery
6000 Connection Drive                  ☒ Via Federal Express
Irving, Texas 75039                    ☐ Via Facsimile
USA                                    ☐ Via Electronic mail


Melissa J. Kaufmann
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

# EXHIBIT K

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NOKIA CORPORATION and NOKIA, INC., )
)
                    Plaintiffs,  )
                                  )        Civil Action
          v.                      )        No. 05-16
                                  )          (JJF)
INTERDIGITAL COMMUNICATIONS       )
CORPORATION and INTERDIGITAL      )
TECHNOLOGY CORPORATION,           )
                                  )
                    Defendants.   )


          Special Master Teleconference taken at the
law offices of Connolly Bove Lodge & Hutz, LLP,
1007 North Orange Street, Tenth Floor, Wilmington,
Delaware, beginning at 3:00 p.m. on Monday,
August 20, 2007, before Kathleen White Palmer,
Registered Merit Reporter and Notary Public.


BEFORE:  COLLINS J. SEITZ, JR., ESQUIRE
          Special Master


APPEARANCES:


          JULIE HEANEY, ESQUIRE
          MORRIS, NICHOLS, ARSHT & TUNNELL
            1201 North Market Street - 18th Floor
            Wilmington, Delaware  19801
                    -and-


------------------------------------------------
          WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
              (302) 655-0477

              www.wilfet.com

Page 2

```
 1   APPEARANCES (Continued):
 2
 3       PATRICK J. FLINN, ESQUIRE
         ALSTON & BIRD, LLP
         One Atlantic Center
 4       1201 West Peachtree Street
 5       Atlanta, Georgia  30309-3424
         for the Plaintiffs
 6
         RICHARD L. HORWITZ, ESQUIRE
 7       POTTER ANDERSON & CORROON LLP
         1313 North Market Street
 8       Hercules Plaza - Sixth Floor
         Wilmington, Delaware  19801
 9           -and-
10       RON E. SHULMAN, ESQUIRE
         MICHAEL B. LEVIN, ESQUIRE
11       WILSON SONSINI GOODRICH & ROSATI
         650 Page Mill Road
12       Palo Alto, California  94304
             -and-
13       CHRISTOPHER P. ISAAC, ESQUIRE
         FINNEGAN HENDERSON FARABOW
14       GARRETT & DUNNER LLP
         Two Freedom Square
15       11955 Freedom Drive
         Reston, Virginia  20190-5675
16       for the Defendants
17
18   ALSO PRESENT:
19
         ANDREW G. ISZTWAN, ESQUIRE
20       InterDigital Communications
         781 Third Avenue
21       King of Prussia, Pennsylvania  19046-1409
22
23     -----
24
```

Page 3

```
 1        MS. HEANEY:  Julie Heaney from Morris
 2   Nichols and Patrick Flinn is on from Alston & Bird.
 3        SPECIAL MASTER SEITZ:  Okay.  Welcome.
 4   Good afternoon.
 5        And for InterDigital?
 6        MR. HORWITZ:  It's Rich Horwitz, and with
 7   me is Ron Shulman, Mike Levin, Chris Isaac, and Andy
 8   Isztwan from InterDigital.
 9        MR. FLINN:  Good afternoon, everyone, and
10   thank you.  We are on the record now.
11        Mr. Flinn or Ms. Heaney, I believe it's
12   your request.
13        MR. FLINN:  This is Patrick Flinn,
14   Mr. Seitz.
15        Yes, this is our request with respect to
16   two of the 26 patents that were the subject of a
17   submission to ETSI in March of 2007.  As I'm sure you
18   recall, these 26 patents were the subject of two
19   requests by Nokia not to have them included in the
20   materials we are presently submitting regarding
21   contentions in discovery.
22        On those two occasions, at InterDigital's
23   urging, you overruled our objections and said we
24   should go ahead and provide contentions regarding the
```

Page 4

```
 1   essentiality of those 26 patents.
 2        Some days, literally a couple of days after
 3   they last asked you to require us to submit
 4   contentions on these patents — and one of the
 5   reasons, ironically, they gave you why we should do
 6   this was because they were afraid of multiple
 7   litigation — they filed two actions, one in the ITC,
 8   and the other one in District Court in Delaware
 9   accusing Nokia of infringing those two patents.
10        With that information, we had asked for
11   relief from your order with respect to those two
12   patents given the fact that we don't know yet where
13   the litigation over these two patents ought to take
14   place: in this case; in the new case they have filed,
15   which, according to my most recent understanding, was
16   assigned to Judge Robinson; or the case that they
17   filed in the ITC.
18        We think that it is appropriate for
19   contentions regarding these two patents to wait until
20   we find out in which forum they are going to be
21   litigated in the first instance to avoid prejudice as
22   a result of leveraging statements in one patent into
23   another lawsuit, and as a result of the need to move
24   resources in consideration of these patents.
```

Page 5

```
 1        I would note just a couple of things, one
 2   of which is, as I'm sure, Mr. Seitz, you are aware,
 3   when an action is filed in the ITC, a respondent, the
 4   named respondent is entitled to a stay of infringement
 5   litigation of those patents in a District Court action
 6   while the ITC matter is proceeding.
 7        It is ironic that while they are not
 8   entitled to proceed with an infringement litigation
 9   that somehow they could get around that by the
10   mechanism that they have used here.
11        My final comment is simply that there's no
12   prejudice in any meaningful way to InterDigital from
13   the relief that we are requesting.  It is not as if we
14   are running out of patents to litigate in the current
15   proceeding that we have in front of us.  There is
16   plenty of work to do on all the other patents.  And if
17   we set these two patents aside for the time being
18   until the proper forum is sorted out, I think no one
19   will be harmed.
20        SPECIAL MASTER SEITZ:  So, Mr. Flinn, the
21   suit that was recently filed by InterDigital, that is
22   a patent infringement action as opposed to a Lanham
23   Act action?  Do I have that correct?
24        MR. FLINN:  That's correct.  It is a patent
```

2 (Pages 2 to 5)

Page 6

1  infringement action accusing us of infringing these
2  two patents.
3        SPECIAL MASTER SEITZ:  Explain to me again,
4  because I'm not sure I completely understand, how
5  Nokia is prejudiced by having to fulfill its discovery
6  obligations in the Lanham Act case for these two
7  patents.
8        MR. FLINN:  The issue is two-fold.  The
9  first is there is statutorily recognized prejudice
10  from having to proceed on the same patents in the
11  District Court and in the ITC.
12        SPECIAL MASTER SEITZ:  But it's a different
13  claim.
14        MR. FLINN:  It is a different claim but the
15  same issues are present.  As we have pointed out in
16  the past, our Lanham Act case is not limited merely to
17  the question of whether or not the patents are
18  essential.  Our claim arises from the assertion that
19  InterDigital has made publicly that Nokia and others
20  owe it money for the right to use these patents.
21        SPECIAL MASTER SEITZ:  I understand the
22  overlap in issues, Mr. Flinn.  Do you have any
23  authority for the proposition that where related
24  issues are raised that the ITC proceeding and the stay

Page 7

1  that might accompany it should apply in a case like
2  this?
3        MR. FLINN:  I don't think that anybody has
4  ever attempted to do what InterDigital has done in
5  this case.
6        The argument I raise based on the ITC
7  statute is premised on the policy underlying it.  I
8  don't think that there is any direct precedent in
9  which the patents were being litigated in a Lanham Act
10  case, and where then someone filed an ITC action at
11  the same time.
12        But the statute provides for a mandatory
13  stay if requested by the responding party and a
14  discretionary stay to stay other aspects of it, as
15  necessary, and I think that the policy underlying
16  those provisions are applicable here.
17        But the larger issue is that InterDigital
18  would love to be able to get discovery now on these
19  patents when it's not entitled to that discovery as
20  yet in either of the two proceedings in which those
21  two proceedings and how they are governed and where
22  they will be governed are going to be decided by other
23  judges.
24        Given the fact that the proper location for

Page 8

1  these three patents has not been decided yet, it will
2  have to be decided.  I don't think that there's a
3  reasonable scenario that contemplates the scope and
4  validity of these patents being litigated in this case
5  or in another case at the same time.  That makes no
6  sense at all.
7        If that's going to be the case, we ought to
8  figure out which court they are going to be in so we
9  don't avoid duplication of discovery and we don't
10  avoid the situation in which they are able to take the
11  discovery in this case and leverage it for use in the
12  other proceedings where they are not entitled to
13  discovery.
14        SPECIAL MASTER SEITZ:  Okay.
15        Mr. Shulman, are you speaking?
16        MR. SHULMAN:  Yes, sir, I am, or will be
17  shortly here.  Let me start out where Mr. Flinn left
18  off.
19        The scope and validity of the patents are
20  not at issue in this case.  You have already ruled
21  that infringement, validity, enforceability are not
22  the issues to be discovered in this case, but rather
23  whether or not the patents are essential to the
24  standard.

Page 9

1        The issue of essentiality that's present in
2  the case that we are before you on today is not at
3  issue in the ITC case and is not at issue in the
4  companion District Court case that is pending before
5  Judge Robinson.  Essentiality has nothing to do with
6  infringement.  Either they infringe or they don't, and
7  that's a particular product that infringes and that
8  product is not at issue in the case that brings us
9  here together today.
10        With respect to taking positions on
11  essentiality, once again, that has nothing to do with
12  the way that their product operates.  We are going to
13  address that in the ITC case and/or the District Court
14  action.
15        Here they simply look at the standard which
16  is applicably available information, compare the
17  standards of the patent, and take a position one way
18  or the other as to whether or not they believe that
19  the patent is or is not essential.
20        So there is no direct overlap whatsoever
21  between the issues to be litigated in the ITC and the
22  recently filed District Court action and the issues to
23  be litigated in the present case.  In this case there
24  are no contentions about infringement.  There are none

3  (Pages 6 to 9)

Page 10

1  about validity. There are none about enforceability.
2  Those will be the three issues that get litigated in
3  the ITC case and in the District Court action.
4       So I don't see why there is any reason for
5  them not to take a position. In fact, they've already
6  taken the position when they gave us their contentions
7  on the other 24 patents. That document contained
8  their contentions on these two patents because they
9  perfectly well formulated them. They just masked it
10  out. So the work is done.
11      Insofar as inconsistent positions are
12  concerned or how we might leverage it, we have a
13  protective order here that allows us to use the
14  information in the manner that is prescribed by the
15  protective order and we intend to abide by that.
16      So this notion that we are somehow going to
17  improperly take discovery that was obtained in this
18  case and use it contrary to however the protective
19  order allows us to use it is just nonsense.
20      So I don't see, going back to the original
21  question that you put to Mr. Flinn, what prejudice are
22  they going to suffer, he hasn't articulated any
23  because there is none. They have already formulated
24  their positions. We can go forward. If they want to

Page 11

1  stay the District Court action, which is their option,
2  not our option, they are perfectly free to do so.
3       With respect to the insinuation both in the
4  letter to you and in today's comments that somehow we
5  were playing games here, had we filed suit in the ITC
6  and the District Court two days after instead of
7  two days before the contentions were due, we'd have
8  the contentions and there would be no issue about it.
9  The fact that we did it earlier rather than later gave
10  them more information, not less information.
11      So I don't see any prejudice here. I don't
12  see any reason to derail what has already been argued
13  three times here; namely, they have to respond on
14  these patents and they should be ordered to do so and
15  they can do it in a heartbeat. All they have to do is
16  unmask the portions of the work they've already
17  generated.
18      SPECIAL MASTER SEITZ: Mr. Flinn?
19      MR. FLINN: A couple of responses.
20      Let me be crystal clear about one issue
21  because I think Mr. Shulman and I see this quite
22  differently.
23      Mr. Shulman says that this case has got
24  nothing to do with the validity of the patents or

Page 12

1  their scope and it says that you have so ruled.
2       Mr. Seitz, with all due respect, you have
3  made rulings with regard to what may be proper subject
4  of discovery, but I don't think there is or can be any
5  legitimate dispute as to the breadth of the
6  allegations that we have made in our first amended
7  complaint and the issues that are tendered to
8  Judge Farnan for resolution.
9       Now, whether or not they want to convince
10  Judge Farnan not to consider these issues does not
11  mean that they are not in the case. Whether they
12  are -- whether the validity of the patent is currently
13  a subject of discovery under a discovery management
14  plan that they have asked you to implement, again,
15  does not mean that those issues are not to be
16  adjudicated in this case.
17      The other thing that Mr. Shulman said that
18  I think is quite important is his suggestion that
19  there is no connection whatsoever between the
20  essentiality of the patents and their infringement.
21      That is, I don't think, really a
22  sustainable position under much scrutiny at all. Why
23  would anyone claim that they are essential under any
24  definition of essential if it doesn't mean that you're

Page 13

1  contending that if you comply with the standard that
2  that somehow is connected to your infringement of the
3  patents?
4       If we need any more evidence that there is
5  at least some relationship between infringement and
6  essentiality, you can look to the claims charts that
7  InterDigital submitted to the ITC.
8       If essentiality were completely unrelated
9  to the question of infringement, InterDigital would
10  have said nothing about the standards in its
11  submission to the ITC, but no. In its claims charts
12  it specifically attempted to read the patents onto the
13  standard.
14      Indeed, if you read their complaint
15  carefully, one of the things that they are trying to
16  get out of the ITC is a ruling not just that Nokia's
17  products currently manufactured in compliance with the
18  standard infringe, but they are going to seek a
19  ruling, and certainly they are complained to use of
20  this, that all standards-compliant products infringe
21  and, thus, joining the issue of essentiality and
22  infringement very closely, which explains the leverage
23  that they are trying to get out of using this
24  proceeding to get discovery that they are not

Page 14

1   necessarily entitled to in the ITC or in their
2   District Court action.
3       It is not the work involved. It is the
4   prejudice of having to litigate on two or three fronts
5   at the same time that is the prejudice here. It is,
6   again, I think without reasonable doubt that the scope
7   of the patents and their validity is raised in all
8   three proceedings.
9       SPECIAL MASTER SEITZ: Mr. Shulman, when
10  you talked about the protective order, does it have
11  one of those provisions in it that talks about the
12  evidence only being used for purposes of this
13  particular proceeding?
14      MR. SHULMAN: I don't have it before me, so
15  I can't say unequivocally that the answer is yes, but
16  I believe it does. Maybe somebody else on the line
17  can respond to that.
18      SPECIAL MASTER SEITZ: Well, or maybe you
19  can just make a commitment or a representation.
20      Is what you are offering is to only use the
21  information for purposes of this proceeding? I mean,
22  the typical protective order language is such that you
23  can only use it for purposes of the pending
24  proceeding.

Page 15

1       So obviously relief can be sought from
2   that, but as I interpreted those provisions in the
3   past, it basically means that whatever happens in one case
4   can't be used in another case absent an amendment of a
5   protective order by the Court.
6       MR. SHULMAN: I am not actually
7   representing InterDigital in the ITC matter, but
8   counsel on the line is, and so I will defer to them on
9   that. But I believe that the protective order has
10  that provision and, you know, we can certainly
11  double-check, but certainly that was my intention.
12      SPECIAL MASTER SEITZ: That's why I'm just
13  trying to circle back to why you raised the protective
14  order issue in the first place.
15      MR. SHULMAN: Yes, because I believe that
16  it has this provision in it that says thou shalt only
17  use stuff in this case and this case only because they
18  typically all do, and so this notion that we are
19  somehow gaining an unfair advantage wouldn't make any
20  sense.
21      If the protective order doesn't have that
22  provision, that may be a different story, but I
23  believe that it doesn't. I don't know. Maybe
24  somebody is looking it up while we are speaking on

Page 16

1   this matter.
2       SPECIAL MASTER SEITZ: Okay.
3       MR. FLINN: Let me respond to the
4   protective order very briefly because I don't think
5   that it cures any of the problems.
6       First of all, it doesn't cure the problem
7   that we should not be forced to litigate these same
8   patents on the same issues on multiple be fronts.
9       Secondly, there is no guarantee that either
10  Judge Robinson or the ITC would find this protective
11  order to be any particular barrier. All it takes is
12  an order requiring Nokia to produce to them what we've
13  said in this case, and there is nothing we can do
14  about that. We would be required to comply with that
15  order or face the sanctions that could be imposed by
16  either Judge Robinson or the ITC.
17      Secondly, this is a bell that cannot be
18  unrung. Once InterDigital uses this lawsuit to
19  leverage information out of this, they can't forget
20  the information and the same counsel who are here on
21  the pleadings on this case and with entitlement to
22  access to it can have and will have access to it and
23  they can't forget it and put it out of their minds
24  when they are in front of the ITC.

Page 17

1       The issue is that at some point, some group
2   of people between Judge Farnan, Judge Robinson, and
3   the ITC are going to figure out where these patents
4   belong. Until that happens, there is no reason to
5   proceed with forcing Nokia to produce discovery on
6   these patents or, frankly, InterDigital from doing
7   discovery on these patents until that issue is sorted
8   out.
9       MR. SHULMAN: There's not going to be a
10  meeting of three judges. It never happens in the
11  history of jurisprudence as far as I know. I mean,
12  cases proceed on the basis that they proceed. We are
13  allowed to bring an action in the ITC and a companion
14  case in the District Court.
15      The fact that they chose to pick a fight
16  with us earlier that happens to overlap in some sense
17  is not our problem. We are allowed to proceed in a
18  manner we want to proceed.
19      They can stay the District Court action if
20  they choose to. It's their right to do that. We
21  don't have the right to do that. They have the right
22  to do that.
23      Then they will be proceeding with respect
24  to particular accused products in the ITC on the issue

Wilcox & Fetzer, Ltd.  Registered Professional Reporters        302-655-0477

Page 18

1    of infringement, and we will proceed in this case on
2    the Lanham Act claims which have nothing to do with
3    infringement because there's no product at issue here.
4    It's strictly a comparison between what the standard
5    says and what the patent claims look like.
6        MR. FLINN:  Again, Mr. Shulman's narrow
7    view of our complaint simply can't be reconciled with
8    the plain allegations in it.
9        But more to the point, it is not a given in
10   my mind that the ITC action is going to be the one
11   that proceeds.  Maybe it will.  It's not a given in my
12   mind that the action in front of Judge Robinson won't
13   proceed.  It may be that it does.
14       But the point is you have all three of them
15   in this case, and there is no compelling reason why
16   out of the nearly 300 or more patents that are at
17   issue in this case, for some reason there is a
18   burning, pressing need to get discovery on these two
19   patents.
20       In fact, the fact that InterDigital is so
21   hot and insistent on all the patents getting discovery
22   on these two suggest that there is some reason why
23   they need to get our contentions on these patents
24   forthwith.

Page 19

1        SPECIAL MASTER SEITZ:  But, Mr. Flinn, as
2    Mr. Shulman said, what if they waited a week and then
3    filed a suit?  Would you be making the same arguments?
4    I mean, with all due respect, I have to say it's
5    somewhat of a "So what?"  If they had waited a week,
6    this wouldn't have even mattered; right?
7        MR. FLINN:  I don't know what their timing
8    was.  I don't know if it was entirely voluntary on
9    their part because I don't know what the ITC made them
10   do when they did it.
11       So it's not entirely clear to me that they
12   were doing us a big favor by doing this earlier.  It
13   may well be that they intended to spring a trap and
14   they just weren't able to.
15       But even if they weren't compelled to make
16   this disclosure earlier than they wanted to, had they,
17   in fact, attempted to do this, the relief we would
18   have sought in that instance might well have been much
19   more significant with respect to preserving our rights
20   here, including whether or not the counsel who
21   attempted to close the track should be able to
22   participate in the other litigations where they would
23   not be entitled to have this information.
24       It may well have been that counsel's

Page 20

1    calculation about risks and benefits springing the
2    trap were such that they elected to not risk springing
3    the trap because they didn't want to risk being
4    disqualified by this maneuver, particularly when they
5    knew this was all going to happen when they were
6    asking you to make us provide this discovery.
7        They are faced with a protective order that
8    said they are not supposed to be used in other cases,
9    and that may well have been part of their calculation.
10       MR. SHULMAN:  Special Master Seitz, this is
11   Rich Horwitz.  I want to complete the record on the
12   protective order.
13       I'm not going to get into the discussions
14   about whether there was a trap or not.  I think that
15   you asked the right question and I'm not sure if it
16   was even answered.
17       But paragraph 20 of the protective order
18   says: "Subject to paragraph 2 above, confidential and
19   attorneys'-eyes-only information shall be held in
20   confidence by each person to whom it is disclosed,
21   shall be used only for purposes of this litigation,
22   should not be used for any other purpose, suit,
23   arbitration, or legal proceeding, and shall not be
24   disclosed to any person who is not entitled to receive

Page 21

1    such information as herein provided.
2        "All produced confidential and
3    attorneys'-eyes-only information shall be carefully
4    maintained so as to preclude access by persons who are
5    not entitled to receive such information."
6        SPECIAL MASTER SEITZ:  And the "subject to"
7    language in 2(a), does that change that result at all?
8        MR. LAWSON:  Your Honor, this is Mr. Lawson
9    for Nokia.
10       It does.  The first sentence of paragraph 2
11   of the protective order says: "By entering the order
12   and limiting disclosure of information in this case,
13   the Court does not intend to preclude another court
14   from finding that the information may be relevant and
15   subject to disclosure in another case."
16       MR. SHULMAN:  Ron Shulman.
17       Of course, that's always true.  If one
18   Court orders you to do something, you got to do it.
19   But the point is:  You can't voluntarily make use of
20   it.
21       SPECIAL MASTER SEITZ:  Okay.  Your
22   arguments have been helpful.  Here's my ruling.
23       It's my view that there are different
24   claims pending in the case that has been proceeding

6 (Pages 18 to 21)

Page 22

1   here in the District of Delaware; namely, Lanham Act
2   claims versus the patent infringement claims which
3   have been brought by InterDigital against Nokia on the
4   two patents and are also the subject of ITC
5   proceedings.
6        Although the issues may overlap to some
7   degree, the claims are different and this litigation
8   has been proceeding apace for some time under the
9   understanding that we are going to get discovery
10  completed in a timely fashion for all patents that so
11  far have been made part of these proceedings and,
12  therefore, in my opinion, it does not warrant
13  excluding these two patents even though they were part
14  of the March 2007 submissions.
15       Again, I want to emphasize, this case has
16  been pending for some time and has been moving apace,
17  and I don't want to see discovery bifurcated for two
18  of the patents while the litigation proceeds towards
19  the close of discovery and to trial.
20       There has been mention, although I'm not
21  relying on it exclusively, of the protective order
22  provision which deals with using the information only
23  for purposes of this litigation.
24       Now that we have had this telephone

Page 23

1   conference and I am making my ruling in this case,
2   obviously there's a heightened concern about sharing
3   information, and I would think that Nokia could bring
4   this to the attention of the District Court when and
5   if appropriate if there is an application made to
6   deviate from the language of the protective order.
7        Finally, I find that there really is no
8   real prejudice to Nokia in providing the information
9   on two patents out of a number of patents. We are in
10  discovery as opposed to another phase of the
11  litigation as Mr. Flinn pointed out.
12       So although, as he said, there might be
13  prejudice in, quote, litigating the patents, the view
14  I have right now is that we are only in discovery.
15  The issues relate primarily, although not exclusively,
16  to the essentiality determinations. Therefore, Nokia
17  will not be prejudiced providing this information on
18  the two patents.
19       So it's my ruling and recommendation that
20  the information be provided. This transcript will act
21  as the formal order entered by me, so if there are
22  exceptions taken from it, follow the local rules for
23  taking exceptions.
24       Is there anything else I can help you with

Page 24

1   today?
2        MR. FLINN:  This is Patrick Flinn,
3   Mr. Seitz.
4        In discussions with my client about seeking
5   review by Judge Farnan from this order, and to the
6   extent necessary, we would be asking Judge Farnan to
7   stay this aspect of the order until he can review it.
8        In many instances, and this is probably one
9   of them, that application has to be first made to you
10  before we can make it to Judge Farnan.
11       So what I would ask is if you would agree
12  to stay the application of this order pending our
13  appeal of it to Judge Farnan.
14       SPECIAL MASTER SEITZ:  I will. The order
15  is stayed pending your opportunity to have my
16  recommendation reviewed by Judge Farnan.
17       Do you want to fix a date by when you'll
18  decide so that we can get this closed off, Mr. Flinn?
19       MR. FLINN:  We will certainly decide
20  whether to take the appeal by this Friday.
21       SPECIAL MASTER SEITZ:  Okay. Let's set
22  Friday as the deadline for filing any exceptions to
23  this ruling.
24       I was curious, also, to see that the case

Page 25

1   was assigned to Judge Robinson, the InterDigital new
2   case. Did counsel for InterDigital put on the civil
3   cover sheet that this was a related proceeding to the
4   pending proceeding or not?
5        MR. SHULMAN:  Yes. Notice of related case
6   was actually filed by Nokia, I believe, and we joined
7   in. But, you know, the inner workings of the court,
8   who knows what happened?
9        SPECIAL MASTER SEITZ:  Okay. Just very
10  curious.
11       MR. SHULMAN:  There is one other issue we
12  wanted to raise with you if you have just another
13  minute or two.
14       SPECIAL MASTER SEITZ:  Yes.
15       MR. SHULMAN:  We were just wondering,
16  Judge Farnan hasn't entered or signed that other
17  scheduling order.
18       SPECIAL MASTER SEITZ:  Yes.
19       MR. SHULMAN:  I don't know if there's an
20  issue that he needs us to address or what the status
21  is, but we wanted to inquire to see if perhaps you
22  knew if there was something else we needed to do to
23  move that along.
24       SPECIAL MASTER SEITZ:  I'll inquire of the

7 (Pages 22 to 25)

Page 26

```
 1   Court and see if there are any issues.  Okay?
 2        MR. SHULMAN:  Okay.
 3        SPECIAL MASTER SEITZ:  Mr. Flinn, anything
 4   else?
 5        MR. FLINN:  No.  That is it from our side.
 6        SPECIAL MASTER SEITZ:  Okay.
 7   Mr. Shulman?
 8        MR. SHULMAN:  No.  That's it.  Thank you.
 9        SPECIAL MASTER SEITZ:  Okay.  Thank you
10   very much.
11        ALL:  Thank you.
12        (The hearing was then concluded at
13   3:30 p.m.)
14            - - - - -
15
16
17
18
19
20
21
22
23
24
```

Page 27

```
 1   State of Delaware    )
                          )
 2   County of New Castle )
 3
 4        CERTIFICATE
 5
 6
 7        I, Kathleen White Palmer, Registered
     Professional Reporter and Notary Public, do hereby
 8   certify that the foregoing record, pages 1 to 27,
     inclusive, is a true and accurate transcript of my
 9   stenographic notes taken on Monday, August 20, 2007,
     in the above-captioned matter.
10        IN WITNESS WHEREOF, I have hereunto set my
     hand and seal this 20th day of August, 2007, in New
11   Castle County.
12
13
          KATHLEEN WHITE PALMER, RMR, CSR, CLR
14        Certification No. 149-RPR
          (Expires January 31, 2008)
15
16
17
18
19
20
21
22
23
24
```

8 (Pages 26 to 27)

**A**

abide 10:15
able 7:18 8:10
  19:14,21
above-caption...
  27:9
absent 15:4
access 16:22,22
  21:4
accompany 7:1
accurate 27:8
accused 17:24
accusing 4:9 6:1
act 5:23 6:6,16
  7:9 18:2 22:1
  23:20
action 1:5 5:3,5
  5:22,23 6:1
  7:10 9:14,22
  10:3 11:1 14:2
  17:13,19 18:10
  18:12
actions 4:7
address 9:13
  25:20
adjudicated
  12:16
advantage 15:19
afraid 4:6
afternoon 3:4,9
agree 24:11
ahead 3:24
allegations 12:6
  18:8
allowed 17:13
  17:17
allows 10:13,19
Alston 2:3 3:2
Alto 2:11
amended 12:6
amendment
  15:4
ANDERSON
  2:7
ANDREW 2:19
Andy 3:7
and/or 9:13
answer 14:15

answered 20:16
anybody 7:3
apace 22:8,16
appeal 24:13,20
APPEARANC...
  1:16 2:1
applicable 7:16
applicably 9:16
application 23:5
  24:9,12
apply 7:1
appropriate
  4:18 23:5
arbitration
  20:23
argued 11:12
argument 7:6
arguments 19:3
  21:22
arises 6:18
ARSHT 1:18
articulated
  10:22
aside 5:17
asked 4:3,10
  12:14 20:15
asking 20:6 24:6
aspect 24:7
aspects 7:14
assertion 6:18
assigned 4:16
  25:1
Atlanta 2:5
Atlantic 2:4
attempted 7:4
  13:12 19:17,21
attention 23:4
attorneys 20:19
  21:3
August 1:12
  27:8,10
authority 6:23
available 9:16
Avenue 2:20
avoid 4:21 8:9
  8:10
aware 5:2

**B**

B 2:10
back 10:20
  15:13
barrier 16:11
based 7:6
basically 15:3
basis 17:12
beginning 1:12
believe 3:11 9:18
  14:16 15:9,15
  15:23 25:6
bell 16:17
belong 17:4
benefits 20:1
bifurcated 22:17
big 19:12
Bird 2:3 3:2
Bove 1:11
breadth 12:5
briefly 16:4
bring 17:13 23:3
brings 9:8
brought 22:3
burning 18:18

**C**

C 27:4,4
calculation 20:1
  20:9
California 2:11
carefully 13:15
  21:3
case 4:14,14,16
  6:6,16 7:1,5,10
  8:4,5,7,11,20
  8:22 9:2,3,4,8
  9:13,23,23
  10:3,18 11:23
  12:11,16 15:3
  15:4,17,17
  16:13,21 17:14
  18:1,15,17
  21:12,15,24
  22:15 23:1
  24:24 25:2,5
cases 17:12 20:8
Castle 27:2,11

Center 2:4
certainly 13:19
  15:10,11 24:19
Certification
  27:14
certify 27:7
change 21:7
charts 13:6,11
choose 17:20
chose 17:15
Chris 3:7
CHRISTOPH...
  2:12
circle 15:13
civil 1:5 25:2
claim 6:13,14,18
  12:23
claims 13:6,11
  18:2,5 21:24
  22:2,2,7
clear 11:20
  19:11
client 24:4
close 19:21
  22:19
closed 24:18
closely 13:22
CLR 27:13
COLLINS 1:14
comment 5:11
comments 11:4
commitment
  14:19
Communicati...
  1:7 2:19
companion 9:4
  17:13
compare 9:16
comparison 18:4
compelled 19:15
compelling
  18:15
complained
  13:19
complaint 12:7
  13:14 18:7
complete 20:11
completed 22:10

completely 6:4
  13:8
compliance
  13:17
comply 13:1
  16:14
concern 23:2
concerned 10:12
concluded 26:12
conference 23:1
confidence
  20:20
confidential
  20:18 21:2
connected 13:2
connection
  12:19
Connolly 1:11
consider 12:10
consideration
  4:24
contained 10:7
contemplates
  8:3
contending 13:1
contentions 3:21
  3:24 4:4,19
  9:24 10:6,8
  11:7,8 18:23
Continued 2:1
contrary 10:18
convince 12:9
CORPORATI...
  1:4,7,8
correct 5:23,24
CORROON 2:7
counsel 15:8
  16:20 19:20
  25:2
counsel's 19:24
County 27:2,11
couple 4:2 5:1
  11:19
course 21:17
court 1:1 4:8 5:5
  6:11 8:8 9:4,13
  9:22 10:3 11:1
  11:6 14:2 15:5

17:14,19 21:13
21:13,18 23:4
25:7 26:1
cover 25:3
crystal 11:20
CSR 27:13
cure 16:6
cures 16:5
curious 24:24
25:10
current 5:14
currently 12:12
13:17

**D**

date 24:17
day 27:10
days 4:2,2 11:6,7
deadline 24:22
deals 22:22
decide 24:18,19
decided 7:22 8:1
8:2
Defendants 1:9
2:15
defer 15:8
definition 12:24
degree 22:7
Delaware 1:2,12
1:19,22 2:8 4:8
22:1 27:1
derail 11:12
determinations
23:16
deviate 23:6
different 6:12,14
15:22 21:23
22:7
differently
11:22
direct 7:8 9:20
disclosed 20:20
20:24
disclosure 19:16
21:12,15
discovered 8:22
discovery 3:21
6:5 7:18,19 8:9

8:11,13 10:17
12:4,13,13
13:24 17:5,7
18:18,21 20:6
22:9,17,19
23:10,14
discretionary
7:14
discussions
20:13 24:4
dispute 12:5
disqualified
20:4
District 1:1,2 4:8
5:5 6:11 9:4,13
9:22 10:3 11:1
11:6 14:2
17:14,19 22:1
23:4
document 10:7
doing 17:6 19:12
19:12
double-check
15:11
doubt 14:6
Drive 2:14
due 11:7 12:2
19:4
DUNNER 2:13
duplication 8:9

**E**

E 2:9 27:4,4
earlier 11:9
17:16 19:12,16
either 7:20 9:6
16:9,16
elected 20:2
emphasize 22:15
enforceability
8:21 10:1
entered 23:21
25:16
entering 21:11
entirely 19:8,11
entitled 5:4,8
7:19 8:12 14:1
19:23 20:24

21:5
entitlement
16:21
ESQUIRE 1:14
1:18 2:3,6,9,10
2:12,19
essential 6:18
8:23 9:19
12:23,24
essentiality 4:1
9:1,5,11 12:20
13:6,8,21
23:16
ETSI 3:17
evidence 13:4
14:12
exceptions 23:22
23:23 24:22
excluding 22:13
exclusively
22:21 23:15
Expires 27:14
Explain 6:3
explains 13:22
extent 24:6
eyes-only 20:19
21:3

**F**

F 27:4
face 16:15
faced 20:7
fact 4:12 7:24
10:5 11:9
17:15 18:20,20
19:17
far 17:11,22:11
FARABOW
2:13
Farnan 12:8,10
17:2 24:5,6,10
24:13,16 25:16
fashion 22:10
favor 19:12
FETZER 1:22
fight 17:15
figure 8:8 17:3
filed 4:7,14,17

5:3,21 7:10
9:22 11:5 19:3
25:6
filing 24:22
final 5:11
Finally 23:7
find 4:20 16:10
23:7
finding 21:14
FINNEGAN
2:13
first 4:21 6:9
12:6 15:14
16:6 21:10
24:9
fix 24:17
Flinn 2:3 3:2,9
3:11,13,13
5:20,24 6:8,14
6:22 7:3 8:17
10:21 11:18,19
16:3 18:6 19:1
19:7 23:11
24:2,2,18,19
26:3,5
Floor 1:11,19
2:8
follow 23:22
forced 16:7
forcing 17:5
foregoing 27:7
forget 16:19,23
formal 23:21
formulated 10:9
10:23
forthwith 18:24
forum 4:20 5:18
forward 10:24
frankly 17:6
free 11:2
Freedom 2:14
2:14
Friday 24:20,22
front 5:15 16:24
18:12
fronts 14:4 16:8
fulfill 6:5

**G**

G 2:19
gaining 15:19
games 11:5
GARRETT 2:13
generated 11:17
Georgia 2:5
getting 18:21
given 4:12 7:24
18:9,11
go 3:24 10:24
going 4:20 7:22
8:7,8 9:12
10:16,20,22
13:18 17:3,9
18:10 20:5,13
22:9
Good 3:4,9
GOODRICH
2:10
governed 7:21
7:22
group 17:1
guarantee 16:9

**H**

hand 27:10
happen 20:5
happened 25:8
happens 15:3
17:4,10,16
harmed 5:19
Heaney 1:18 3:1
3:1,11
hearing 26:12
heartbeat 11:15
heightened 23:2
held 20:19
help 23:24
helpful 21:22
HENDERSON
2:13
Hercules 2:8
hereunto 27:10
history 17:11
Honor 21:8
Horwitz 2:6 3:6
3:6 20:11

hot 18:21
Hutz 1:11

**I**
implement 12:14
important 12:18
imposed 16:15
improperly 10:17
included 3:19
including 19:20
inclusive 27:8
inconsistent 10:11
information 4:10 9:16 10:14 11:10,10 14:21 16:19,20 19:23 20:19 21:1,3,5,12,14 22:22 23:3,8 23:17,20
infringe 9:6 13:18,20
infringement 5:4,8,22 6:1 8:21 9:6,24 12:20 13:2,5,9 13:22 18:1,3 22:2
infringes 9:7
infringing 4:9 6:1
inner 25:7
inquire 25:21,24
insinuation 11:3
insistent 18:21
Insofar 10:11
instance 4:21 19:18
instances 24:8
intend 10:15 21:13
intended 19:13
intention 15:11
InterDigital 1:7 1:7 2:19 3:5,8

5:12,21 6:19 7:4,17 13:7,9 15:7 16:18 17:6 18:20 22:3 25:1,2
InterDigital's 3:22
interpreted 15:2
involved 14:3
ironic 5:7
ironically 4:5
Isaac 2:12 3:7
issue 6:8 7:17 8:20 9:1,3,3,8 11:8,20 13:21 15:14 17:1,7 17:24 18:3,17 25:11,20
issues 6:15,22,24 8:22 9:21,22 10:2 12:7,10 12:15 16:8 22:6 23:15 26:1
Isztwan 2:19 3:8
ITC 4:7,17 5:3,6 6:11,24 7:6,10 9:3,13,21 10:3 11:5 13:7,11 13:16 14:1 15:7 16:10,16 16:24 17:3,13 17:24 18:10 19:9 22:4

**J**
J 1:14 2:3
January 27:14
JJF 1:6
joined 25:6
joining 13:21
JR 1:14
Judge 4:16 9:5 12:8,10 16:10 16:16 17:2,2 18:12 24:5,6 24:10,13,16 25:1,16

judges 7:23 17:10
Julie 1:18 3:1
jurisprudence 17:11

**K**
Kathleen 1:12 27:6,13
King 1:22 2:20
knew 20:5 25:22
know 4:12 15:10 15:23 17:11 19:7,8,9 25:7 25:19
knows 25:8

**L**
L 2:6
language 14:22 21:7 23:6
Lanham 5:22 6:6,16 7:9 18:2 22:1
larger 7:17
law 1:11
Lawson 21:8,8
lawsuit 4:23 16:18
left 8:17
legal 20:23
legitimate 12:5
letter 11:4
Let's 24:21
leverage 8:11 10:12 13:22 16:19
leveraging 4:22
Levin 2:10 3:7
limited 6:16
limiting 21:12
line 14:16 15:8
literally 4:2
litigate 5:14 14:4 16:7
litigated 4:21 7:9 8:4 9:21,23 10:2

litigating 23:13
litigation 4:7,13 5:5,8 20:21 22:7,18,23 23:11
litigations 19:22
LLP 1:11 2:3,7 2:13
local 23:22
location 7:24
Lodge 1:11
look 9:15 13:6 18:5
looking 15:24
love 7:18

**M**
maintained 21:4
making 19:3 23:1
management 12:13
mandatory 7:12
maneuver 20:4
manner 10:14 17:18
manufactured 13:17
March 3:17 22:14
Market 1:19 2:7
masked 10:9
Master 1:10,15 3:3 5:20 6:3,12 6:21 8:14 11:18 14:9,18 15:12 16:2 19:1 20:10 21:6,21 24:14 24:21 25:9,14 25:18,24 26:3 26:6,9
materials 3:20
matter 5:6 15:7 16:1 27:9
mattered 19:6
mean 12:11,15 12:24 14:21

17:11 19:4
meaningful 5:12
means 15:3
mechanism 5:10
meeting 17:10
mention 22:20
merely 6:16
Merit 1:13
MICHAEL 2:10
Mike 3:7
Mill 2:11
mind 18:10,12
minds 16:23
minute 25:13
Monday 1:12 27:8
money 6:20
Morris 1:18 3:1
move 4:23 25:23
moving 22:16
multiple 4:6 16:8

**N**
named 5:4
narrow 18:6
nearly 18:16
necessarily 14:1
necessary 7:15 24:6
need 4:23 13:4 18:18,23
needed 25:22
needs 25:20
never 17:10
new 4:14 25:1 27:2,10
Nichols 1:18 3:2
Nokia 1:4,4 3:19 4:9 6:5,19 16:12 17:5 21:9 22:3 23:3 23:8,16 25:6
Nokia's 13:16
nonsense 10:19
North 1:11,19 2:7
Notary 1:13

31

27:7
note 5:1
notes 27:8
Notice 25:5
notion 10:16
  15:18
number 23:9

**O**

objections 3:23
obligations 6:6
obtained 10:17
obviously 15:1
  23:2
occasions 3:22
offering 14:20
offices 1:11
Okay 3:3 8:14
  16:2 21:21
  24:21 25:9
  26:1,2,6,9
once 9:11 16:18
operates 9:12
opinion 22:12
opportunity
  24:15
opposed 5:22
  23:10
option 11:1,2
Orange 1:11
order 4:11 10:13
  10:15,19 14:10
  14:22 15:5,9
  15:14,21 16:4
  16:11,12,15
  20:7,12,17
  21:11,11 22:21
  23:6,21 24:5,7
  24:12,14 25:17
ordered 11:14
orders 21:18
original 10:20
ought 4:13 8:7
overlap 6:22
  9:20 17:16
  22:6
overruled 3:23
owe 6:20

**P**

P 2:12
Page 2:11
pages 27:7
Palmer 1:12
  27:6,13
Palo 2:11
paragraph
  20:17,18 21:10
part 19:9 20:9
  22:11,13
participate
  19:22
particular 9:7
  14:13 16:11
  17:24
particularly
  20:4
party 7:13
patent 4:22 5:22
  5:24 9:17,19
  12:12 18:5
  22:2
patents 3:16,18
  4:1,4,9,12,13
  4:19,24 5:5,14
  5:16,17,6:2,7
  6:10,17,20 7:9
  7:19 8:1,4,19
  8:23 10:7,8
  11:14,24 12:20
  13:3,12 14:7
  16:8 17:3,6,7
  18:16,19,21,23
  22:4,10,13,18
  23:9,9,13,18
Patrick 2:3 3:2
  3:13 24:2
Peachtree 2:4
pending 9:4
  14:23 21:24
  22:16 24:12,15
  25:4
Pennsylvania
  2:20
people 17:2
perfectly 10:9
  11:2

person 20:20,24
persons 21:4
phase 23:10
pick 17:15
place 4:14 15:14
plain 18:8
Plaintiffs 1:5 2:5
plan 12:14
playing 11:5
Plaza 2:8
pleadings 16:21
plenty 5:16
point 17:1 18:9
  18:14 21:19
pointed 6:15
  23:11
policy 7:7,15
portions 11:16
position 9:17
  10:5,6 12:22
positions 9:10
  10:11,24
POTTER 2:7
precedent 7:8
preclude 21:4,13
prejudice 4:21
  5:12 6:9 10:21
  11:11 14:4,5
  23:8,13
prejudiced 6:5
  23:17
premised 7:7
prescribed
  10:14
present 2:17
  6:15 9:1,23
presently 3:20
preserving
  19:19
pressing 18:18
primarily 23:15
probably 24:8
problem 16:6
  17:17
problems 16:5
proceed 5:8 6:10
  17:5,12,12,17
  17:18 18:1,13

proceeding 5:6
  5:15 6:24
  13:24 14:13,21
  14:24 17:23
  20:23 21:24
  22:8 25:3,4
proceedings
  7:20,21 8:12
  14:8 22:5,11
proceeds 18:11
  22:18
produce 16:12
  17:5
produced 21:2
product 9:7,8,12
  18:3
products 13:17
  13:20 17:24
Professional
  27:7
proper 5:18 7:24
  12:3
proposition 6:23
protective 10:13
  10:15,18 14:10
  14:22 15:5,9
  15:13,21 16:4
  16:10 20:7,12
  20:17 21:11
  22:21 23:6
provide 3:24
  20:6
provided 21:1
  23:20
provides 7:12
providing 23:8
  23:17
provision 15:10
  15:16,22,22:22
provisions 7:16
  14:11 15:2
Prussia 2:20
Public 1:13 27:7
publicly 6:19
purpose 20:22
purposes 14:12
  14:21,23 20:21
  22:23

proceeding 5:6
put 10:21 16:23
  25:2
p.m 1:12 26:13

**Q**

question 6:17
  10:21 13:9
  20:15
quite 11:21
  12:18
quote 23:13

**R**

R 27:4
raise 7:6 25:12
raised 6:24 14:7
  15:13
read 13:12,14
real 23:8
really 12:21 23:7
reason 10:4
  11:12 17:4
  18:15,17,22
reasonable 8:3
  14:6
reasons 4:5
recall 3:18
receive 20:24
  21:5
recognized 6:9
recommendati...
  23:19 24:16
reconciled 18:7
record 3:10
  20:11 27:7
regard 12:3
regarding 3:20
  3:24 4:19
Registered 1:13
  27:6
relate 23:15
related 6:23
  25:3,5
relationship
  13:5
relevant 21:14
relief 4:11 5:13
  15:1 19:17

relying 22:21
Reporter 1:13
  27:7
representation
  14:19
representing
  15:7
request 3:12,15
requested 7:13
requesting 5:13
requests 3:19
require 4:3
required 16:14
requiring 16:12
resolution 12:8
resources 4:24
respect 3:15
  4:11 9:10 11:3
  12:2 17:23
  19:4,19
respond 11:13
  14:17 16:3
respondent 5:3
  5:4
responding 7:13
responses 11:19
Reston 2:15
result 4:22,23
  21:7
review 24:5,7
reviewed 24:16
Rich 3:6 20:11
RICHARD 2:6
right 6:20 17:20
  17:21,21 19:6
  20:15 23:14
rights 19:19
risk 20:2,3
risks 20:1
RMR 27:13
Road 2:11
Robinson 4:16
  9:5 16:10,16
  17:2 18:12
  25:1
Ron 2:9 3:7
  21:16
ROSATI 2:10

ruled 8:20 12:1
rules 23:22
ruling 13:16,19
  21:22 23:1,19
  24:23
rulings 12:3
running 5:14

——————
S
——————
sanctions 16:15
says 11:23 12:1
  15:16 18:5
  20:18 21:11
scenario 8:3
scheduling
  25:17
scope 8:3,19
  12:1 14:6
scrutiny 12:22
seal 27:10
Secondly 16:9
  16:17
see 10:4,20
  11:11,12,21
  22:17 24:24
  25:21 26:1
seek 13:18
seeking 24:4
Seitz 1:14 3:3,14
  5:2,20 6:3,12
  6:21 8:14
  11:18 12:2
  14:9,18 15:12
  16:2 19:1
  20:10 21:6,21
  24:3,14,21
  25:9,14,18,24
  26:3,6,9
sense 8:6 15:20
  17:16
sentence 21:10
set 5:17 24:21
  27:10
shalt 15:16
sharing 23:2
sheet 25:3
shortly 8:17
Shulman 2:9 3:7

8:15,16 11:21
  11:23 12:17
  14:9,14 15:6
  15:15 17:9
  19:2 20:10
  21:16,16 25:5
  25:11,15,19
  26:2,7,8
Shulman's 18:6
side 26:5
signed 25:16
significant 19:19
simply 5:11 9:15
  18:7
sir 8:16
situation 8:10
Sixth 2:8
somebody 14:16
  15:24
somewhat 19:5
SONSINI 2:10
sorted 5:18 17:7
sought 15:1
  19:18
speaking 8:15
  15:24
Special 1:10,15
  3:3 5:20 6:3,12
  6:21 8:14
  11:18 14:9,18
  15:12 16:2
  19:1 20:10
  21:6,21 24:14
  24:21 25:9,14
  25:18,24 26:3
  26:6,9
specifically
  13:12
spring 19:13
springing 20:1,2
Square 2:14
standard 8:24
  9:15 13:1,13
  13:18 18:4
standards 9:17
  13:10
standards-co...
  13:20

start 8:17
State 27:1
statements 4:22
STATES 1:1
status 25:20
statute 7:7,12
statutorily 6:9
stay 5:4 6:24
  7:13,14,14
  11:1 17:19
  24:7,12
stayed 24:15
stenographic
  27:8
story 15:22
Street 1:11,19
  1:22 2:4,7
strictly 18:4
stuff 15:17
subject 3:16,18
  12:3,13 20:18
  21:6,15 22:4
submission 3:17
  13:11
submissions
  22:14
submit 4:3
submitted 13:7
submitting 3:20
suffer 10:22
suggest 18:22
suggestion 12:18
suit 5:21 11:5
  19:3 20:22
supposed 20:8
sure 3:17 5:2 6:4
  20:15
sustainable
  12:22

——————
T
——————
T 27:4,4
take 4:13 8:10
  9:17 10:5,17
  24:20
taken 1:10 10:6
  23:22 27:8
takes 16:11

talked 14:10
talks 14:11
TECHNOLO...
  1:8
Teleconference
  1:10
telephone 22:24
tendered 12:7
Tenth 1:11
thank 3:10 26:8
  26:9,11
thing 12:17
things 5:1 13:15
think 4:18 5:18
  7:3,8,15 8:2
  11:21 12:4,18
  12:21 14:6
  16:4 20:14
  23:3
Third 2:20
thou 15:16
three 8:1 10:2
  11:13 14:4,8
  17:10 18:14
time 5:17 7:11
  8:5 14:5 22:8
  22:16
timely 22:10
times 11:13
timing 19:7
today 9:2,9 24:1
today's 11:4
track 19:21
transcript 23:20
  27:8
trap 19:13 20:2
  20:3,14
trial 22:19
true 21:17 27:8
trying 13:15,23
  15:13
TUNNELL 1:18
two 2:14 3:16,18
  3:22 4:7,9,11
  4:13,19 5:17
  6:2,6 7:20,21
  10:8 11:6,7
  14:4 18:18,22

22:4,13,17
23:9,18 25:13
two-fold 6:8
typical 14:22
typically 15:18

**U**

underlying 7:7
  7:15
understand 6:4
  6:21
understanding
  4:15 22:9
unequivocally
  14:15
unfair 15:19
UNITED 1:1
unmask 11:16
unrelated 13:8
unrung 16:18
urging 3:23
use 6:20 8:11
  10:13,18,19
  13:19 14:20,23
  15:17 21:19
uses 16:18

**V**

v 1:6
validity 8:4,19
  8:21 10:1
  11:24 12:12
  14:7
versus 22:2
view 18:7 21:23
  23:13
Virginia 2:15
voluntarily
  21:19
voluntary 19:8

**W**

wait 4:19
waited 19:2,5
want 10:24 12:9
  17:18 20:3,11
  22:15,17 24:17
wanted 19:16
  25:12,21

warrant 22:12
way 5:12 9:12
  9:17
week 19:2,5
Welcome 3:3
weren't 19:14,15
West 2:4
we've 16:12
whatsoever 9:20
  12:19
WHEREOF
  27:10
White 1:12 27:6
  27:13
WILCOX 1:22
Wilmington
  1:11,19,22 2:8
WILSON 2:10
WITNESS
  27:10
wondering
  25:15
work 5:16 10:10
  11:16 14:3
workings 25:7
wouldn't 15:19
  19:6
www.wilfet.com
  1:24

**0**

05-16 1:6

**1**

1 27:7
1007 1:11
11955 2:14
1201 1:19 2:4
1313 2:7
1330 1:22
149-RPR 27:14
18th 1:19
19046-1409 2:20
19801 1:19,22
  2:8

**2**

2 20:18 21:10
2(a) 21:7

20 1:12 20:17
  27:8
20th 27:10
2007 1:12 3:17
  22:14 27:8,10
2008 27:14
20190-5675 2:15
24 10:7
26 3:16,18 4:1
27 27:7

**3**

3:00 1:12
3:30 26:13
300 18:16
302 1:23
30309-3424 2:5
31 27:14

**6**

650 2:11
655-0477 1:23

**7**

781 2:20

**9**

94304 2:11

EXHIBIT L

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Collins J. Seitz, Jr.**
**TEL**    (302) 888-6278
**FAX**    (302) 255-4278
**EMAIL**   cseitz@cblh.com
**REPLY TO** Wilmington Office

September 11, 2007

**By Electronic Mail**

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Re:  *Nokia Corporation, et al. v. InterDigital Communications*
       *C.A. No. 05-016 - JJF*

Dear Counsel:

Pursuant to the First Amended Case Management Order, the following patents have been designated by the parties as Representative Patents:

I.    InterDigital's Selection of Representative Patents.

     A.    InterDigital Representative Patents:

     1.    U.S. Patent No. 5,574,747
     2.    U.S. Patent No. 6,674,791
     3.    U.S. Patent No. 6,717,927
     4.    U.S. Patent No. 6,873,643
     5.    U.S. Patent No. 6,956,889
     6.    U.S. Patent No. 6,973,579
     7.    U.S. Patent No. 6,993,063
     8.    U.S. Reissued Patent No. RE38,627

Jack B. Blumenfeld, Esquire
Julia Heaney, Esquire
Richard L. Horwitz, Esquire
David Ellis Moore, Esquire
Page 2
September 11, 2007

—————————————————————————

     B.    Nokia Representative Patents:

     1.    U.S. Patent No. 5,479,444
     2.    U.S. Patent No. 5,850,607
     3.    U.S. Patent No. 6,011,971
     4.    U.S. Patent No. 6,094,426
     5.    U.S. Patent No. 6,415,163
     6.    U.S. Patent No. 6,717,928
     7.    U.S. Patent No. 6,742,091
     8.    U.S. Patent No. 6,792,278

II.    Nokia's Selection of Representative Patents.

     A.    InterDigital Representative Patents

     1.    U.S. Patent No. 6,915,473
     2.    U.S. Patent No. 6,973,579
     3.    U.S. Patent No. 6,845,104
     4.    U.S. Patent No. 7,085,583
     5.    U.S. Patent No. 6,801,516
     6.    U.S. Patent No. 6,798,759
     7.    U.S. Patent No. 5,574,747
     8.    U.S. Patent No. 6,330,272

     B.    Nokia Representative Patents

     1.    U.S. Patent No. 6,987,779
     2.    U.S. Patent No. 6,826,406
     3.    U.S. Patent No. 7,106,694
     4.    U.S. Patent No. 6,842,445
     5.    U.S. Patent No. 7,193,990
     6.    U.S. Patent No. 6,871,075
     7.    U.S. Patent No. 6,859,651
     8.    U.S. Patent No. 6,574,473

Yours very truly,

Collins J. Seitz, Jr.

CJS,Jr./saj
(563352)

# EXHIBIT M

REDACTED