IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Second Notice of Deposition for Gary R. Lomp and Second Notice of Deposition for Fatih M. Ozluturk* were caused to be served on October 12, 2007 upon the following in the manner indicated:

### BY OVERNIGHT DELIVERY AND ELECTRONIC MAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Michael B. Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Patrick J. Coyne
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney (#3052)*
        _____
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        Wilmington, DE 19801
        (302) 658-9200
        jheaney@mnat.com

*Of Counsel*:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

October 12, 2007

1263917

        *Attorneys For Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on October 12, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>  Richard L. Horwitz
>  Potter Anderson & Corroon LLP
>  rhorwitz@potteranderson.com

I also certify that copies were caused to be served on October 12, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

>  Richard L. Horwitz
>  Potter Anderson & Corroon LLP
>  1313 N. Market Street
>  Wilmington, DE  19801
>
>  Ron E. Shulman
>  Wilson Sonsini Goodrich & Rosati
>  650 Page Mill Road
>  Palo Alto, CA 94304-1050
>
>  Mark D. Flanagan
>  Wilmer Cutler Pickering Hale
>    and Dorr LLP
>  1117 California Avenue
>  Palo Alto, CA  94304
>
>  Patrick J. Coyne
>  Finnegan, Henderson, Farabow,
>    Garrett & Dunner, LLP
>  901 New York Avenue, NW
>  Washington, DC  20001

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)