IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE THAT the attached subpoena is being served upon Gary R. Lomp.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
jheaney@mnat.com

*Attorneys For Plaintiffs*

*Of Counsel*:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

October 12, 2007

1264039

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on October 12, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> rhorwitz@potteranderson.com

I also certify that copies were caused to be served on October 12, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801
>
> Ron E. Shulman
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
>
> Mark D. Flanagan
> Wilmer Cutler Pickering Hale
>   and Dorr LLP
> 1117 California Avenue
> Palo Alto, CA 94304
>
> Patrick J. Coyne
> Finnegan, Henderson, Farabow,
>   Garrett & Dunner, LLP
> 901 New York Avenue, NW
> Washington, DC 20001

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)