IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-16-JJF <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, subject to the approval of the Court, that the date by which defendants must respond to plaintiffs' Motion to Stay (D.I. 226) shall be extended to October 29, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     POTTER ANDERSON & CORROON LLP

By: */s/ Jack B. Blumenfeld*
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    jheaney@mnat.com

*Attorneys for Plaintiffs*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.J.

826768