## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-16-JJF ) ) |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, subject to the approval of the Court, that the date by which defendants must respond to plaintiffs' Motion to Stay (D.I. 226) shall be extended to October 30, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

By: */s/ Jack B. Blumenfeld*                By: */s/ David E. Moore*
    Jack B. Blumenfeld (#1014)                    Richard L. Horwitz (#2246)
    Julia Heaney (#3052)                          David E. Moore (#3983)
    1201 N. Market Street                         Hercules Plaza, 6th Floor
    Wilmington, Delaware 19801                    1313 N. Market Street
    Tel: (302) 658-9200                           P. O. Box 951
    jblumenfeld@mnat.com                          Wilmington, Delaware 19801
    jheaney@mnat.com                              Tel: (302) 984-6000
                                                  rhorwitz@potteranderson.com
*Attorneys for Plaintiffs*                       dmoore@potteranderson.com

                                                                    *Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2007.

                                                                        _____
                                                                             U.S.D.J.

828170 / 28840