IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | C.A. No. 05-16 (JJF) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiffs' Responses and Objections to Defendants' Fourth Set of Requests for Production to Plaintiffs (Nos. 74-121)* were caused to be served on November 5, 2007 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| Richard L. Horwitz <br> Potter Anderson & Corroon LLP <br> 1313 N. Market Street <br> Wilmington, DE  19801 | Mark D. Flanagan <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 1117 California Avenue <br> Palo Alto, CA  94304 |
| Ron E. Shulman <br> Wilson Sonsini Goodrich & Rosati <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 | Christopher P. Isaac <br> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP <br> Two Freedom Square 11955 Freedom Drive <br> Reston, VA 20190-5675 |

2

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Julia Heaney (#3052)*
                Jack B. Blumenfeld (#1014)
                Julia Heaney (#3052)
                1201 N. Market Street
                Wilmington, DE  19801
                (302) 658-9200
                jheaney@mnat.com
                 *Attorneys For Plaintiffs*

OF COUNSEL:

Patrick Flinn
Randall Allen
Lance Lawson
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

November 5, 2007
517082

2

## **CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on November 5, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>rhorwitz@potteranderson.com

I also certify that copies were caused to be served on November 5, 2007, upon the following in the manner indicated:

## **BY E-MAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Mark D. Flanagan
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

Christopher P. Isaac
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square 11955 Freedom Drive
Reston, VA 20190-5675

*/s/ Julia Heaney (#3052)*
Julia Heaney (#3052)