## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC.,<br><br>       Plaintiffs,<br><br>       v.<br><br>INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-16-JJF<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

### ADDENDUM TO AGREED AMENDED PROTECTIVE ORDER

Nokia Corporation and Nokia, Inc. ("Nokia") and InterDigital Communications Corporation and InterDigital Technology Corporation ("InterDigital") have requested that the Court amend the Agreed Amended Protective Order dated October 10, 2007 ("Order").

The parties have agreed for the purposes of this addendum that "Technical Information" shall mean confidential scientific data, specifications, device operational and structural details, and software. The term Technical Information does not include contract, financial, administrative, cost or pricing or management information.

The parties have agreed and acknowledged that: (1) Nokia did not produce Technical Information in this action prior to Fulbright's withdrawal as counsel for InterDigital in this action; and (2) no Nokia Technical Information produced by Nokia in this Action will be disclosed to any Fulbright lawyer.

Therefore, it is ORDERED that the patent prosecutions limitation of Paragraph 11 of the Order shall not apply to lawyers of Fulbright & Jaworski L.L.P. ("Fulbright").

AGREED TO AS TO FORM AND SUBSTANCE:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Julia Heaney
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 N. Market Street
    Wilmington, DE 19801
    (302) 658-9200
    jblumenfeld@mnat.com
    jheaney@mnat.com

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

*Attorneys for Plaintiffs Nokia Corporation
and Nokia Inc.*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz  (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

OF COUNSEL:

Mark D. Flanagan
WILMER CUTLER PICKERING
HALE & DORR, LLP
1117 California Avenue
Palo Alto, California 94304
Tel:  (650) 858-6000

Ron E. Shulman
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:  (650) 493-9300

Patrick J. Coyne
FINNEGAN HENDERSON FARABOW
 GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel:  (202) 408-4000

*Attorneys for Defendants Interdigital
Communications Corporation and Interdigital
Technology Corporation*

830375 / 28840

IT IS SO ORDERED this _____ day of _____, 2007.

 

_____
                        U.S.D.J.