IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION and NOKIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 05-16-JJF ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## STIPULATED MOTION TO UNSEAL ORDER (D.I. 246) GRANTING MOTION TO STAY

The undersigned parties respectfully move this Court for an Order unsealing the Sealed Order (D.I. 246) granting Nokia's Motion for Mandatory Stay Pursuant to 28 U.S.C. § 1659(a) (D.I. 226). The proposed Order previously submitted on December 5, 2007 was a compromise between the parties and, as such, was submitted under seal. The Court's adoption and entry of the parties' proposed Order has obviated the need for the Order to be docketed under seal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                POTTER ANDERSON & CORROON LLP

By: */s/ Julie Heaney*
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 658-9200
    jblumenfeld@mnat.com
    jheaney@mnat.com

*Attorneys for Plaintiffs*

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
U.S.D.J.

835444