IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, and NOKIA, INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-016-JJF |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, on December 5, 2007, this action was stayed pending a full and final resolution of the International Trade Commission's investigation captioned <u>In re Certain 3G Mobile Handsets and Components Thereof</u>, Inv. No. 337-TA-613;

WHEREAS, on February 21, 2007, Defendants, InterDigital Communications Corporation and InterDigital Technology Corporation, filed a Motion to Dismiss Based upon Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(h)(3) (D.I. 161), which is currently pending;

NOW THEREFORE IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 161) is **DENIED** with leave to renew following the Court's lifting of the stay in this action.

January 31, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE