### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOKIA CORPORATION and<br>NOKIA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 05-16-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| INTERDIGITAL COMMUNICATIONS<br>CORPORATION and INTERDIGITAL<br>TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and 41(c)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the parties in interest to the above-captioned action, by and through their counsel of record, hereby give notice that the above-captioned action, including all claims and counterclaims, is voluntarily dismissed without prejudice against each party. Each party has agreed to bear its own fees and costs relating to the above-captioned action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Rodger D. Smith, II* | By: */s/ Stephanie E. O'Byrne* |
| Jack Blumenfeld (#1014) | David E. Moore (#3983) |
| Rodger D. Smith II (#3778) | Stephanie E. O'Byrne (#4446) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P. O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE  19899 | Wilmington, Delaware 19801 |
| Tel:  (302) 658-9200 | Tel:  (302) 984-6000 |
| jblumenfeld@mnat.com | dmoore@potteranderson.com |
| rsmith@mnat.com | sobyrne@potteranderson.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

1209389 / 28840